**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **National Realty Investment Advisors, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-5923100** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 Harmon Plaza**<br>**9th Floor**<br>**Secaucus, NJ 07094**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | National Realty Investment Advisors, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

Debtor    **National Realty Investment Advisors, LLC**                              Case number (*if known*) _____
      Name

| List all cases. If more than 1, attach a separate list | Debtor | **See Attached** | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

       **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **National Realty Investment Advisors, LLC**                                     Case number (if known) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2022**
               MM / DD / YYYY

**X /s/ Brian Casey**                                          **Brian Casey**
Signature of authorized representative of debtor              Printed name

Title    **Independent Manager**

**18. Signature of attorney**

**X /s/ S. Jason Teele**                                       Date    **June  7, 2022**
Signature of attorney for debtor                                      MM / DD / YYYY

**S. Jason Teele 014012001**
Printed name

**Sills Cummis & Gross P.C.**
Firm name

**One Riverfront Plaza**
**Newark, NJ 07102**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 643-4779**    Email address    **steele@sillscummis.com**

**014012001 NJ**
Bar number and State

# United States Bankruptcy Court
### District of New Jersey

In re  **National Realty Investment Advisors, LLC**                                    Case No.  _____

Debtor(s)                          Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rey Grabato** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Independent Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  7, 2022**                          Signature  **/s/ Brian Casey**

**Brian Casey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re   **National Realty Investment Advisors, LLC**                                                Case No.
                                                                           Debtor(s)          Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **National Realty Investment Advisors, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Rey Grabato**

☐ None [*Check if applicable*]

**June  7, 2022**
Date

**/s/ S. Jason Teele**
**S. Jason Teele 014012001**
Signature of Attorney or Litigant
Counsel for   **National Realty Investment Advisors, LLC**
**Sills Cummis & Gross P.C.**
**One Riverfront Plaza**
**Newark, NJ 07102**
**(973) 643-4779**
**steele@sillscummis.com**

## Schedule 1 to Chapter 11 Petitions

| | |
|---|---|
| 142 NE 7th Capital LLC | Gulf Stream Views, LLC |
| 143 Adagio Investments, LLC | Guttenberg Capital 416-22 69th St. LLC |
| 184 Lincoln Place LP | Guttenberg Capital 6269 LLC |
| 1st Avenue Capital 301 LLC | Hanover Road Capital 2 LLC |
| 2031 Lombard Partners LLC | Henry Street Capital 506, LLC |
| 2044 West First Capital LLC | Kenwood Rd. Capital 8 LLC |
| 3rd Street Capital 200-210 LLC | Landnet LLC |
| 3rd Street Capital 203-215 LLC | Lender Prime 1, LLC |
| 51st Street Capital 508, LLC | Luquer Street Capital 140 LLC |
| 52nd Street Capital 511-513, LLC | Madison Street Capital 931, LLC |
| 7th Street Capital 285 LLC | Main St. Capital 360 LLC |
| Adam St Capital 6903 LLC | Main St. Capital 360 Manager LLC |
| Adam St Capital 6903 Manager, LLC | Main St. Capital 360 Member LLC |
| Adam St Capital 6903 Member, LLC | Manhattan Avenue Capital 1300 LLC |
| Baltic Street Capital 640 LLC | N. Ocean Capital 2929 B LLC |
| Bergen St Capital 1070 LLC | N. Ocean Capital 344 LLC |
| Bergenline Capital 4901 LLC | N. Ocean Capital 3565 B LLC |
| Berkeley Place Capital 227 LLC | N. Ocean Capital 707 B LLC |
| Black Horse Alley Capital | N. Ocean Capital 707 LLC |
| Bond Way Capital 915 LLC | National Realty Investment Advisors, LLC |
| Briny Capital 305 LLC | Newark Street Capital 511-521 LLC |
| Carroll Street Capital 160 LLC | NJ Manager 1300, LLC |
| Cherry Street Capital 113-27 LLC | North Bergen Capital 8709 LLC |
| Culver Urban Renewal Redevelopment I, LLC | NRIA 140 Luquer Manager LLC |
| | NRIA 1st Avenue 301 Manager LLC |
| Culver Urban Renewal Redevelopment II, LLC | NRIA 2031 Lombard Manager |
| | NRIA 2044 West First Capital Manager LLC |
| DeGraw St. Capital 377 LLC | NRIA 2044 West First Capital Member LLC |
| Delray Capital 1 LLC | NRIA 227 Berkeley Manager LLC |
| Delray Capital 1B LLC | NRIA 279 Sackett Manager LLC |
| Denery Lane Capital 837 LLC | NRIA 3rd Street Capital 200-210 Manager LLC |
| Denery Lane Capital 843 LLC | |
| Denery Lane Capital 843 Manager LLC | NRIA 3rd Street Capital 200-210 Member LLC |
| Elden Drive Capital 1 LLC | |
| Federal Highway Capital 318 B LLC | NRIA 3rd Street Capital 203-215 Member LLC |
| Federal Highway Capital 318 LLC | |
| FTM Partners Portfolio Hotel Retail LLC | NRIA 3rd Street Capital 203-215 Manager LLC |
| FTM Partners Portfolio Marina LLC | |
| FTM Partners Portfolio Restaurant LLC | NRIA 423 Third Manager LLC |
| Gulf Stream Views II, LLC | NRIA 434 Union Manager LLC |

| | |
|---|---|
| NRIA 494 Seventh Manager LLC | NRIA Manhattan Avenue 1300 Member LLC |
| NRIA 51st Street 508 Member LLC | NRIA N. Ocean 2929 Manager LLC |
| NRIA 51st Street Manager 508, LLC | NRIA N. Ocean 344 Manager LLC |
| NRIA 52nd Street 511-513 Member LLC | NRIA N. Ocean 3565 Manager LLC |
| NRIA 7th Street Capital Manager LLC | NRIA N. Ocean 707 Manager LLC |
| NRIA Bergenline 4901 Manager LLC | NRIA NE 7th Manager LLC |
| NRIA Bond Way Capital Manager LLC | NRIA Newark Street Capital 511 Member LLC |
| NRIA Briny Capital 305 Manager LLC | NRIA Newark Street Capital 511-521 Manager LLC |
| NRIA Briny Capital 305 Member LLC | |
| NRIA Brooklyn I LLC | NRIA NJ Manager 511, LLC |
| NRIA Brooklyn II LLC | NRIA NJ Manager 8709 LLC |
| NRIA Cherry Street 113-27 Manager LLC | NRIA NJ Manager 931 LLC |
| NRIA Delray 1 Manager LLC | NRIA North Bergen 8709 Member, LLC |
| NRIA Denery Lane Capital 837 Manager LLC | NRIA Old River Road Capital 460-510 Manager LLC |
| NRIA EB5 1300 Manhattan Fund | NRIA Old River Road Capital 460-510 Member LLC |
| NRIA EB5 4901 Bergenline Fund LLC | |
| NRIA Elden Drive 1 Manager LLC | NRIA Old Woods Road Manager LLC |
| NRIA Exchange LLC | NRIA Partners Portfolio Fund I, LLC |
| NRIA Federal Highway 318 Manager LLC | NRIA South Christopher Columbus 1499 Manager LLC |
| NRIA FL Manager LLC | |
| NRIA Gulf Stream Views Manager LLC | NRIA Structured Credit Strategies LLC |
| NRIA Guttenberg Capital 416-22 69th St Manager LLC | NRIA Wright by the Sea 1901 Member, LLC |
| NRIA Guttenberg Capital 416-22 St. Member LLC | Old River Road Capital 460-510 LLC |
| NRIA Guttenberg Capital 6269 JV Manager LLC | Old Woods Road Capital 36 LLC |
| | Sackett Street Capital 279 LLC |
| NRIA Guttenberg Capital 6269 Manager LLC | Seventh Street Capital 494 LLC |
| | South Christopher Columbus Capital 1499 LLC |
| NRIA Hanover Road Manager LLC | |
| NRIA Henry Street 506 Manager, LLC | Summit Street Capital 143 LLC |
| NRIA II | Third Street Capital 423 LLC |
| NRIA Kenwood Rd. 8 Manager LLC | Union Street Capital 434 LLC |
| NRIA Madison Street Capital 931 Member LLC | Web Marketing Associates, LLC |
| | Wright by the Sea 1901 LLC |

### WRITTEN CONSENT OF THE SOLE AND INDEPENDENT
### MANAGER OF NATIONAL REALTY INVESTMENT
### ADVISORS, LLC, A DELAWARE LIMITED LIABILITY COMPANY

### DATED: JUNE 7, 2022

The undersigned, Brian Casey, being the sole and independent manager (the "**Independent Manager**") of National Realty Investment Advisors, LLC, a Delaware limited liability company ("**NRIA**") on behalf of (i) NRIA, and (ii) NRIA Partners Portfolio Fund I, LLC and each of the entities listed on Exhibit A hereto, as the sole and independent manager of NRIA, in NRIA's capacity as the member and/or manager thereof (collectively with NRIA, the "**NRIA Debtors**"), does hereby consent to taking the actions and adopting the resolutions set out below.  All of the actions taken and resolutions set forth herein shall have the same force and effect as if they were taken or adopted at a meeting of the sole Manager of NRIA.  This written consent will be filed in the corporate records of the NRIA Debtors.

### Recitals

**WHEREAS**, pursuant to that certain Independent Manager Agreement dated April 29, 2022, as amended, Rey Grabato (i) resigned as the Manager, the President and the Chief Executive Officer of NRIA and (ii) as the sole Member of NRIA, appointed the Independent Manager to act as the sole Manager of NRIA, and granted the Independent Manager, *inter alia*, "full and exclusive decision-making authority in the continued operation of [the] business of NRIA (subject to the requirements of the Bankruptcy Code)"; and

**WHEREAS**, in light of the NRIA Debtors' current financial condition, the Independent Manager has investigated, discussed and considered options for addressing the NRIA Debtors' financial challenges and, after consultation with the NRIA Debtors' advisors, have concluded that it is in the best interests of the NRIA Debtors, their creditors, employees and other interested parties, that petitions be filed by the NRIA Debtors seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); now therefore be it

### Chapter 11 Matters

**RESOLVED**, that in the Independent Manager's judgment, it is desirable and in the best interests of the NRIA Debtors, their respective creditors, employees and other interested parties that petitions be filed by the NRIA Debtors seeking relief under the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed, in the name and on behalf of the NRIA Debtors, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"), at such time as the Independent Manager shall determine in consultation with the NRIA Debtors' legal and financial advisors; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized and empowered to negotiate for and obtain post-petition financing according to terms to be negotiated, including under debtor-in-possession credit facilities or similar arrangements, and to execute and deliver agreements regarding the use of cash collateral or other similar arrangements, including without limitation, to enter into any guarantees and to pledge and grant liens on the NRIA Debtors' assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements or other similar arrangements; and, in connection therewith, the Independent Manager is hereby authorized and empowered, in the name of and on behalf of the NRIA Debtors, to execute appropriate loan agreements, guarantees, cash collateral agreements, and related ancillary documents; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized and empowered to enter into, in the name and on behalf of the NRIA Debtors, agreements to sell the NRIA Debtors' assets, in the ordinary course of business or outside of the ordinary course of business (subject to approval of the Bankruptcy Court), on such terms and conditions as are deemed necessary or advisable by the Independent Manager executing the same, the execution thereof by the Independent Manager to be conclusive evidence of such approval and determination; and it is further

**RESOLVED**, that in connection with the Chapter 11 Cases, the Independent Manager is hereby authorized and empowered to execute agreements or other documents establishing procedures for the sale of the NRIA Debtors' assets pursuant to Section 363 of the Bankruptcy Code or any other equity or asset sale, subject to the approval of such procedures by the Bankruptcy Court in the Chapter 11 Cases, on such terms and conditions as are deemed necessary or advisable by the Independent Manager executing the same, the execution thereof by the Independent Manager to be conclusive evidence of such approval and determination; and be it further

**RESOLVED,** that the Independent Manager is hereby authorized and empowered to execute, deliver and perform any agreement, document or any amendment to the foregoing, in the name and on behalf of the NRIA Debtors , in connection with any transaction for the sale of the NRIA Debtors' assets, on such terms as the Independent Manager deems necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and be it further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed to employ Sills Cummis & Gross, P.C. as legal counsel to the NRIA Debtors in the Chapter 11 Cases and is authorized to represent and assist the NRIA Debtors in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the NRIA Debtors' rights; and in connection therewith, the Independent Manager is hereby authorized, empowered, and directed, in the name of and on behalf of the NRIA Debtors, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Sills Cummis & Gross, P.C.; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed to employ Omni Agent Solutions to provide claims, noticing, balloting and case

administration services to the NRIA Debtors and to represent and assist the NRIA Debtors in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the NRIA Debtors' rights; and in connection therewith, the Independent Manager is hereby authorized, empowered, and directed, in the name of and on behalf of the NRIA Debtors, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Omni Agent Solutions; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed to employ any other professionals, including ordinary course professionals, to assist the NRIA Debtors in connection with their existing financial arrangements and capitalization and to represent and assist the NRIA Debtors in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Independent Manager, is hereby authorized, empowered, and directed, in the name of and on behalf of the NRIA Debtors, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to the services of any other professionals as necessary; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed, in the name and on behalf of the NRIA Debtors, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 Cases; and it is further

**RESOLVED**, that the Independent Manager is hereby authorized, empowered and directed, in the name and on behalf of the NRIA Debtors, to cause the NRIA Debtors to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional or similar documents of subsidiaries of the NRIA Debtors for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of the Independent Manager be or become necessary, proper and desirable to effectuate a restructuring of the NRIA Debtors or orderly liquidation, in the judgment of the Independent Manager, of the assets of the NRIA Debtors; and it is further

**RESOLVED**, that any and all past actions heretofore taken by or on behalf of the NRIA Debtors by the Independent Manager or any other officer in the name and on behalf of the NRIA Debtors in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that the filing by the NRIA Debtors of petitions seeking relief under the provisions of the Bankruptcy Code shall not dissolve any of the NRIA Debtors.

8849087

**General Resolutions**

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the NRIA Debtors, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the NRIA Debtors with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Independent Manager; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Independent Manager, the Independent Manager (and his designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the NRIA Debtors, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Independent Manager's judgment shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that the Independent Manager has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the NRIA Debtors, or hereby waive any right to have received such notice.

**IN WITNESS WHEREOF,** the undersigned has duly executed and delivered this Written Consent as of the date first written above.

BRIAN CASEY, Sole and Independent Manager of National Realty Investment Advisors, LLC on behalf of (i) National Realty Investment Advisors, LLC and (ii) NRIA Partners Portfolio Fund I, LLC and each of the entities listed on Exhibit A hereto as the member and/or manager thereof

**EXHIBIT A**

| |
|---|
| 142 NE 7TH CAPITAL LLC |
| 143 ADAGIO INVESTMENTS, LLC |
| 184 LINCOLN PLACE LP |
| 1ST AVENUE CAPITAL 301 LLC |
| 2031 LOMBARD PARTNERS LLC |
| 2044 WEST FIRST CAPITAL LLC |
| 3RD STREET CAPITAL 200-210 LLC |
| 3RD STREET CAPITAL 203-215 LLC |
| 51ST STREET CAPITAL 508 LLC |
| 52ND STREET CAPITAL 511-513 LLC |
| 7TH STREET CAPITAL 285 LLC |
| ADAM ST CAPITAL 6903 LLC |
| ADAM ST CAPITAL 6903 MANAGER LLC |
| ADAM ST CAPITAL 6903 MEMBER LLC |
| BALTIC STREET CAPITAL 640 LLC |
| BERGEN ST CAPITAL 1070 LLC |
| BERGENLINE CAPITAL 4901 LLC |
| BERKELEY PLACE CAPITAL 227 LLC |
| BLACK HORSE ALLEY CAPITAL |
| BOND WAY CAPITAL 915 LLC |
| BRINY CAPITAL 305 LLC |
| CARROLL STREET CAPITAL 160 LLC |
| CHERRY STREET CAPITAL 113-27 LLC |
| CULVER URBAN RENEWAL REDEVELOPMENT I |
| CULVER URBAN RENEWAL REDEVELOPMENT II |
| DEGRAW ST CAPITAL 377 LLC |
| DELRAY CAPITAL 1 LLC |
| DELRAY CAPITAL 1B LLC |
| DENERY LANE CAPITAL 837 LLC |
| DENERY LANE CAPITAL 843 LLC |
| DENERY LANE CAPITAL 843 MANAGER LLC |
| ELDEN DRIVE CAPITAL 1 LLC |
| FEDERAL HIGHWAY CAPITAL 318 B LLC |
| FEDERAL HIGHWAY CAPITAL 318 LLC |
| FTM PARTNERS PORTFOLIO HOTEL RETAIL LLC |
| FTM PARTNERS PORTFOLIO MARINA LLC |
| FTM PARTNERS PORTFOLIO RESTAURANT LLC |
| GULF STREAM VIEWS II LLC |

| |
|---|
| GULF STREAM VIEWS LLC |
| GUTTENBERG CAPITAL 416-22 69TH ST LLC |
| GUTTENBERG CAPITAL 6269 LLC |
| HANOVER ROAD CAPITAL 2 LLC |
| HENRY STREET CAPITAL 506 LLC |
| KENWOOD RD CAPITAL 8 LLC |
| LANDNET LLC |
| LENDER PRIME 1, LLC |
| LUQUER STREET CAPITAL 140 LLC |
| MADISON STREET CAPITAL 931 LLC |
| MAIN ST CAPITAL 360 MANAGER LLC |
| MAIN ST. CAPITAL 360 LLC |
| MAIN ST. CAPITAL 360 MEMBER LLC |
| MANHATTAN AVENUE CAPITAL 1300 LLC |
| N OCEAN CAPITAL 2929 B LLC |
| N OCEAN CAPITAL 3565 B LLC |
| N OCEAN CAPITAL 707 B LLC |
| N. OCEAN CAPITAL 344 LLC |
| N. OCEAN CAPITAL 707 LLC |
| NEWARK STREET CAPITAL 511-521 LLC |
| NJ MANAGER 1300 LLC |
| NORTH BERGEN CAPITAL 8709 LLC |
| NRIA 140 LUQUER MANAGER LLC |
| NRIA 1ST AVENUE 301 MANAGER LLC |
| NRIA 2031 LOMBARD MANAGER LLC |
| NRIA 2044 WEST FIRST CAPITAL MANAGER, LLC |
| NRIA 2044 WEST FIRST CAPITAL MEMBER, LLC |
| NRIA 227 BERKELEY MANAGER LLC |
| NRIA 279 SACKETT MANAGER LLC |
| NRIA 3RD STREET CAPITAL 200-210 MANAGER, LLC |
| NRIA 3RD STREET CAPITAL 200-210 MEMBER, LLC |
| NRIA 3RD STREET CAPITAL 203-215 MANAGER, LLC |
| NRIA 3RD STREET CAPITAL 203-215 MEMBER, LLC |
| NRIA 423 THIRD MANAGER LLC |
| NRIA 434 UNION MANAGER LLC |
| NRIA 494 SEVENTH MANAGER LLC |
| NRIA 51ST STREET 508 MEMBER LLC |
| NRIA 51ST STREET MANAGER 508 LLC |
| NRIA 52ND STREET 511-513 MEMBER LLC |

| |
|---|
| NRIA 7TH STREET CAPITAL MANAGER LLC |
| NRIA BERGENLINE 4901 MANAGER LLC |
| NRIA BOND WAY CAPITAL MANAGER LLC |
| NRIA BRINY CAPITAL 305 MANAGER, LLC |
| NRIA BRINY CAPITAL 305 MEMBER, LLC |
| NRIA BROOKLYN I |
| NRIA BROOKLYN II |
| NRIA CHERRY STREET 113-27 MANAGER LLC |
| NRIA DELRAY 1 MANAGER LLC |
| NRIA DENERY LANE CAPITAL 837 MANAGER LLC |
| NRIA EB5 1300 MANHATTAN FUND LLC |
| NRIA EB5 4901 BERGENLINE FUND LLC |
| NRIA ELDEN DRIVE 1 MANAGER LLC |
| NRIA EXCHANGE |
| NRIA FEDERAL HIGHWAY 318 MANAGER LLC |
| NRIA FL MANAGER LLC |
| NRIA GULF STREAM VIEWS MANAGER LLC |
| NRIA GUTTENBERG CAPITAL 416-22 69TH ST MANAGER LLC |
| NRIA GUTTENBERG CAPITAL 416-22 69TH ST MEMBER LLC |
| NRIA GUTTENBERG CAPITAL 6269 JV MANAGER LLC |
| NRIA GUTTENBERG CAPITAL 6269 MANAGER LLC |
| NRIA HANOVER ROAD MANAGER LLC |
| NRIA HENRY STREET 506 MANAGER LLC |
| NRIA II |
| NRIA KENWOOD RD 8 MANAGER LLC |
| NRIA MADISON STREET CAPITAL 931 MEMBER LLC |
| NRIA MANHATTAN AVENUE 1300 MEMBER LLC |
| NRIA N. OCEAN 2929 MANAGER LLC |
| NRIA N. OCEAN 344 MANAGER LLC |
| NRIA N. OCEAN 3565 MANAGER LLC |
| NRIA N. OCEAN 707 MANAGER LLC |
| NRIA NE 7TH MANAGER LLC |
| NRIA NEWARK STREET CAPITAL 511 MEMBER LLC |
| NRIA NEWARK STREET CAPITAL 511-521 MANAGER LLC |
| NRIA NJ MANAGER 511 LLC |
| NRIA NJ MANAGER 8709 LLC |
| NRIA NJ MANAGER 931 LLC |
| NRIA NORTH BERGEN 8709 MEMBER LLC |
| NRIA OLD RIVER RD CAPITAL 460-510 MANAGER, LLC |

8849087

| |
|---|
| NRIA OLD RIVER RD CAPITAL 460-510 MEMBER, LLC |
| NRIA OLD WOODS ROAD MANAGER LLC |
| NRIA SOUTH CHRISTOPHER COLUMBUS 1499 MANAGER LLC |
| NRIA STRUCTURED CREDIT STRATEGIES, LLC |
| NRIA WRIGHT BY THE SEA 1901 MEMBER LLC |
| OLD RIVER ROAD CAPITAL 460-510, LLC |
| OLD WOODS ROAD CAPITAL 36 LLC |
| SACKETT STREET CAPITAL 279 LLC |
| SEVENTH STREET CAPITAL 494 LLC |
| SOUTH CHRISTOPHER COLUMBUS CAPITAL 1499 LLC |
| SUMMIT STREET CAPITAL 143 LLC |
| THIRD STREET CAPITAL 423 LLC |
| UNION STREET CAPITAL 434 LLC |
| WEB MARKETING ASSOCIATES, LLC |
| WRIGHT BY THE SEA 1901 LLC |

8849087

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>
Debtor Name: National Realty Investment Advisors, LLC <em>et al.</em>

United States Bankruptcy Court for the District of New Jersey
(State)

Case number (If known):
</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Cipolla & Co., LLC<br>851 Franklin Lake Rd<br>Franklin Lakes, NJ 07417 | jcipolla@cipollacpa.com | Vendor | Disputed | | | $1,312,587.36 |
| 2 Ryan Blanch<br>420 Lexington Ave, Suite 1402<br>PO Box 1057<br>New York, NY 10170 | rblanch@reputepr.com<br>deb@reputepr.com | Vendor | Disputed | | | $450,000.00 |
| 3 Red Seat Ventures, LLC<br>129 W 29th St, RM 600N<br>New York, NY 10010 | skitchell@thefirsttv.com | Vendor | Disputed | | | $342,000.00 |
| 4 iHeart Media<br>PO BOX 406372<br>Atlanta, GA 30384-6872 | robertamicucci@iheartmedia.com | Vendor | Disputed | | | $229,000.00 |
| 5 DMR Construction<br>DMR Construction Services, Inc.<br>160 Hopper Ave<br>Waldwick, NJ 07463 | mplante@dmrconstruct.com<br>Jsidawi@dmrconstruct.com | Vendor | Disputed | | | $161,176.82 |
| 6 The First Digital, Inc.<br>129 W 29th St, RM 600N<br>New York, NY 10010 | skitchell@thefirsttv.com | Vendor | Disputed | | | $150,000.00 |

Debtor  National Realty Investment Advisors, LLC *et al.*    Case number (*if known*) _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Air-Ref HVAC<br>Air Ref Co., Inc.<br>2703 North Old Dixie Hwy<br>Delray Beach, FL 33483 | jsidawi@dmrconstruct.com<br>receivables@airref.com | Vendor | Disputed | | | $133,771.78 |
| 8  Union City Board of Education<br>3912 32nd St<br>Union City, NJ 07087 | eweiner@weiner.law | Vendor | | | | $100,000.00 |
| 9  Reed Smith LLP<br>2672 Paysphere Circle<br>Chicago, IL 60674 | BWeese@reedsmith.com | Vendor | | | | $82,283.50 |
| 10  Bloomberg<br>BLOOMBERG L.P.<br>731 Lexington Avenue<br>New York, NY 10022 | korellana4@bloomberg.net<br>jtallant@bloomberg.net | Vendor | Disputed | | | $71,670.00 |
| 11  Distinctive Drywall<br>Distinctive Drywall Designs, LLC<br>995 NW 31st Ave<br>Pompano Beach, FL 33069 | JSidawi@dmrconstruct.com<br>distinctivedrywall@gmail.com | Vendor | Disputed | | | $66,284.57 |
| 12  US Bancorp Fund Services, LLC<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | mutual.funds.billing@usbank.com<br>mutual.funds.billing@usbank.com | Vendor | | | | $30,000.00 |
| 13  JZN Engineering, PC<br>99 Morris Avenue, Suite 302<br>Springfield, NJ 07081 | njundi@jznengineering.com | Vendor | | | | $24,461.10 |
| 14  JOBS4BLUE<br>4400 US 9 South, Suite 3500<br>Freehold, NJ 07728 | ssullivan@jobs4blue.com | Vendor | | | | $19,545.60 |
| 15  Snell & Wilmer<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004 | dholden@swlaw.com | Vendor | | | | $15,945.05 |
| 16  Repute PR<br>590 Madison Avenue, 21st Floor<br>New York, NY 10022 | rblanch@reputepr.com | Vendor | Disputed | | | $15,880.00 |

Debtor  **National Realty Investment Advisors, LLC** *et al.*   Case number (*if known*) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 Crum & Forster 305 Madison Avenue Morristown, NJ 07960 | Diana.Sviontek@cfins.com | Vendor | | | | $14,508.73 |
| 18 Edwin A. Reimon, P.E., C.M.E. PO BOX 377 Rutherford, NJ 07070 | reimon5@msn.com | Vendor | | | | $9,515.00 |
| 19 Flynn Engineering Services 241 Commercial Blvd. Lauderdale-By-The-Sea, FL 33308 | Joan@FlynnEngineering.com | Vendor | | | | $9,322.50 |
| 20 Grand Expediters, Inc. 30 Broad Street, 14th Floor New York, NY 10004 | michaelgenari@grandexpeditersnyc.com | Vendor | | | | $7,163.82 |
| 21 Hudson Property Management, LLC PO Box 31 Hoboken, NJ 07030 | billing@hudsonpm.com | Vendor | | | | $7,101.22 |
| 22 Hubspot, Inc. 25 First Street, 2nd Floor Cambridge, MA 02141 | billing@hubspot.com | Vendor | | | | $6,000.00 |
| 23 City of Fort Myers Utilities City of Fort Myers Financial Services Department 2600 Dr Martin Luther King Blvd Fort Myers, FL 33916 | utilitybilling@cityftmyers.com | Utilities | | | | $5,760.98 |
| 24 JAMS 29 Madison Ave, FL 22 New York, NY 10017 | egonzalez@jamsadr.com | Arbitration Fees | | | | $5,100.00 |
| 25 Thomas DiFabiis | tdtemp@live.com | Vendor | | | | $4,521.32 |
| 26 Glenn Glerum, P.C. 108 Old Prospect School Rd Sparta, NJ 07871-3314 | gmg251@aol.com | Vendor | | | | $3,660.00 |

Debtor    National Realty Investment Advisors, LLC *et al.*    Case number (*if known*) _____
            _____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Reinard Agency Inc. 349 Bustleton Pike Feasterville, PA 19053 | kcreinard@reinardinsurance.com | Vendor | | | | $3,426.00 |
| 28 | DC Engineers, Inc. Danielsen Consulting Engineers Inc. 12743 NW 13th Court Coral Springs, FL 33071 | sdanielsen@dcengineersinc.com | Vendor | | | | $3,075.00 |
| 29 | Lochrie & Chakas P.A. 1401 East Broward Blvd, Suite 303 Fort Lauderdale, FL 33301 | emendez@lochrielaw.com | Vendor | | | | $2,624.24 |
| 30 | Grandview Title Agency of Bergen County 198 Boulevard Hasbrouck Heights, NJ 07604 | grandview.bergen@gmail.com | Vendor | | | | $1,942.00 |

**Fill in this information to identify the case:**

Debtor Name: National Realty Investment Advisors, LLC, *et al.*

United States Bankruptcy Court for the District of New Jersey

(State)

Case number (If known):

## List of 30 Largest Investors on a Consolidated Basis

| Name of investor and complete mailing address, including zip code | Name, telephone number, and email address of investor contact | Amount of Original Investment |
|---|---|---|
| El-Sayed, Mohamed | | $5,548,780.97 |
| Camporese, Peter and Sandra | | $5,157,768.48 |
| Mayne, Michelle M. (Trust) "Michelle M. Mayne Revocable Living Trust u/a DTD 7-23-92" 4790 Caughlin Parkway Reno, NV 89519 | maynereno@gmail.com | $4,160,547.84 |
| Maretz, Andrew | | $3,848,768.12 |
| Wahi, Ashok | | $3,778,397.36 |
| ECPV, LLC 12 Kock Lane East Brunswick, NJ 08816 | deepit_anand@yahoo.com dshah1973@gmail.com sanjoydubey@yahoo.com pushpendra_jain@hotmail.com dratulkalanuria@gmail.com satish_goyal@yahoo.com kinjal_79@hotmail.com Neeraj.gehani@gmail.com | $3,469,866.67 |
| Old House Lane, LLC 88 Old House Lane Sands Point, NY 11050 | schabra@asisystem.com Sbindra@asisystem.com rthakur@asisystem.com | $3,306,036.99 |
| Jyot Funding, LLC 9 Bella Vista Court Marlboro, NJ 07746 | apatel1a@yahoo.com | $3,223,060.52 |
| Walia, Arvind (LLC) "AJJK Healthtek LLC" 27 Kettlepond Road Jericho, NY 11753 | arvindwalia@gmail.com | $2,721,522.89 |

Debtor   <u>National Realty Investment Advisors, LLC, *et al.*</u>                Case number *(if known)* _____
         Name

| Name of investor and complete mailing address, including zip code | Name, telephone number, and email address of investor contact | Amount of Original Investment |
|---|---|---|
| Fox, James | | $2,680,253.28 |
| Bendickson, Edward A. | | $2,627,065.65 |
| Kolarski, Viktor (LLC) "AVVK Consulting, LLC" 600 Getty Ave Clifton, NJ 07011 | viktor_kolar@yahoo.com | $2,482,305.85 |
| Levine Capital Aggregation Fund I, LLC 100 Franklin Square Drive Somerset, NJ 08873 | adam@levinecapital.com | $2,414,208.52 |
| Carpino, Ronald | | $2,159,530.33 |
| Creamer, Patrick | | $2,054,401.75 |
| Magner, Douglas P. & Anne G. | | $2,040,180.79 |
| Goldsmith, Theodore | | $2,037,303.03 |
| Lang, Richard C. | | $2,002,177.14 |
| Elmalem, Maurice | | $1,864,173.51 |
| Green, Daniel C. & Helen | | $1,819,566.22 |
| Gentry, Kendall (Trust) "270 Wealth Trust" 14553 Jura Place Anacortes, WA 98221 | kendall@landedgentry.com | $1,815,622.39 |

Debtor  National Realty Investment Advisors, LLC, *et al.*                          Case number *(if known)* _____
              Name

| Name of investor and complete mailing address, including zip code | Name, telephone number, and email address of investor contact | Amount of Original Investment |
|---|---|---|
| Brunton, Thomas "The Thomas Brunton Living Trust" 4835 Reindeer Rd Freeland, WA 98249 | thomasbrunton@yahoo.com | $1,809,896.12 |
| Gladding-Spiteri, Caroline (IRA) *"IRA Services Trust Co. CFBO Caroline Gladding-Spiteri IRA 828853"* P.O. Box 7080 San Carlos, CA 94070 | rspiteri1207@yahoo.com carolinegs910@gmail.com | $1,781,776.65 |
| Debiasi, Stephen | | $1,717,250.04 |
| Patel, Harit Kumar & Heena Narendra Kumar | | $1,300,000.00 |
| Gulati, Madhu | | $1,108,027.38 |
| Thomas, Duane Elias | | $1,000,299.26 |
| Rietsch, Manfred (Corp) *"Rietsch Enterprises Inc"* PO Box 867 Lakeside, AZ 85929 | rietschm@gmail.com | $964,474.92 |
| Azevedo, John L. | | $958,447.58 |
| Donohue, John | | $952,579.98 |