Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, NJ 07601
Tel. (201) 487-5544
Attorneys for 374 Main Street Holdings, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____    Case No. 22-14539 JKS

IN THE MATTER OF:    CHAPTER 11 PROCEEDINGS

NATIONAL REALTY INVESTMENT
ADVISORS, LLC

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS PURSUANT TO § 1109 (b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 2002(g) AND 9010(b)**

NOTICE is hereby given pursuant to §1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure that the law firm of Braverman & Lester appears for and on behalf of 2374 Main Street Holdings, LLC ("Creditor"), a Creditor of the above-captioned Debtor and a party-in-interest in this Chapter 11 proceeding.

NOTICE is further given that Creditor requests that all Notices given or required to be given in the above-captioned Chapter 11 case (including, but not limited to all papers filed and served in all adversary proceedings in this case, and all Notices mailed to any Statutory Committees or their authorized agents), be given to and served upon Creditor at the following office and telephone number:

  Jeffrey A. Lester, Esq.
  Braverman & Lester
  374 Main Street
  Hackensack, NJ 07601

NOTICE is further given that the foregoing request includes not only Notices and papers referred to in Bankruptcy Rules 2002 and 9007, but also includes all Orders and Notices of any Application, Motions, and Pleadings whether transmitted or conveyed by mail, hand delivery, telephone, telegraph,

telex, facsimile machine or otherwise, that affect the above-captioned Debtor or the property of such Debtor.

THIS APPEARANCE is without prejudice to any rights, remedies or claims against other entities or any objection to jurisdiction or venue of this Court, and shall not be deemed a waiver of rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court, (2) to trial by jury in a proceeding so triable in this case or case related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any other rights, claim actions to which there may be entitlement in law or equity, all of which such rights, claims, actions are expressly reserved.

BRAVERMAN & LESTER
Attorneys for 374 Main Street Holdings, LLC

By:  */s/Jeffrey A. Lester*

Dated: June 8, 2022                        Jeffrey A. Lester, Esq.