|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | Order Filed on June 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

|  |  |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Joint Administration Requested) |

### ORDER REGARDING EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: June 8, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

8885615

| | |
|---|---|
| Page: | 2 |
| Debtor: | National Realty Investment Advisors, LLC, *et al.* |
| Case No.: | 22-14539 |
| Caption: | Order Regarding Expedited Consideration of First Day Matters |

**IT IS ORDERED** the following applications and motions (collectively, the "**Motions**"), to be filed by the above-captioned debtors and debtors in possession (the "**Debtors**"), are scheduled for hearing on **June 9, 2022 at 3:30 p.m. (ET)** before the Honorable Judge John K. Sherwood in <u>Courtroom 3D</u> located at Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey, 07102:

| | |
|---|---|
| 1. | Debtors' Motion For Entry Of An Order (A) Directing Joint Administration Of Chapter 11 Cases And (B) Granting Related Relief |
| 2. | Application for Designation as Complex Chapter 11 Cases |
| 3. | Debtors' Motion For Entry of An Order (I) Granting The Debtors An Extension Of Time To File Their List Of Creditors; (II) Authorizing The Debtors And/Or Their Agent To (A) Prepare A Consolidated List Of Creditors In Lieu Of A Mailing List And (B) Mail Initial Notices; And (III) Granting Related Relief |
| 4. | Debtors' Motion For Entry of An Order (A) Extending Time to File Schedules of Assets And Liabilities, Schedules Of Current Income And Expenditures, Schedules Of Executory Contracts And Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief |
| 5. | Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Portions Of The Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information |
| 6. | Debtors' Motion For Entry Of Interim And Final Orders Authorizing, But Not Directing, The Debtors To (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses And Other Employee Compensation Expenses, And Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing The Debtors' Banks To Honor Checks And Transfers Of Prepetition Employee Obligations, And (D) Granting Related Relief |
| 7. | Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs And (III) Pay All Pre-Petition Obligations In Respect Thereof |
| 8. | Debtors' Motion For Entry Of Interim And Finals Orders Authorizing The Debtors To (I) Continue And Maintain Their Existing Cash Management System And Bank Accounts; And (II) Continue Using Their Existing Business Forms, Checks, And Records |

8885615

Page: 3
Debtor: National Realty Investment Advisors, LLC, *et al.*
Case No.: 22-14539
Caption: Order Regarding Expedited Consideration of First Day Matters

**IT IS FURTHER ORDERED**, that service of this Order must be made under D.N.J. LBR 9013-5(f) on the following parties on June 8, 2022, by email and overnight mail: (i) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102; (ii) the Debtors' thirty largest unsecured creditors and twenty largest investors, each on a consolidated basis; (iii) S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, and LendingOne LLC; (iv) the U.S. Attorney General; (v) the Internal Revenue Service; (vi) the Securities and Exchange Commission; (vii) the New Jersey Attorney General; (viii) the U.S. Attorney for the District of New Jersey; (ix) the New Jersey Division of Taxation; (x) the New Jersey Bureau of Securities; (xi) the New York Attorney General; (xii) the New York Department of Taxation and Finance; (xiii) the Florida Attorney General; (xiv) the Florida Department of Revenue; (xv) the Illinois Attorney General; (xvi) the Illinois Department of Revenue; (xvii) the Illinois Securities Department; (xviii) the Alabama Attorney General; (xix) the Alabama Department of Revenue; (xx) the Alabama Securities Commission; (xxi) the Debtors' banking institutions; (xxii) the Debtors' insurance providers; and (xxiii) those parties who have filed a notice of appearance and request for service of pleadings in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

**IT IF FURTHER ORDERED**, that objections and/or responses to the Motions, if any, may be made at the hearing pursuant to D.N.J. LBR 9013-5(d).

**IT IS FURTHER ORDERED** that respondents may appear in-person at the hearing or appear telephonically *via* Court Solutions (by submitting a reservation request to Court Solutions prior to the hearing).

**NOTE:** Visitors are allowed entry to the Courthouse facilities only upon proof of full vaccination status or negative COVID-19 test results. Visitors seeking entry to the Courthouse by way of the testing option may present proof of a negative result from a rapid test, rather than a PCR test, along with proof of identification.