UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

United States Department of Justice
Office of the United States Trustee
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
Alexandria Nikolinos, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: alexandria.nikolinos@usdoj.gov

In Re:

National Realty Investment Advisors, LLC,
                              Debtor(s).

Case No.: 22-14539
Chapter: 11
Judge: JKS

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Alexandria Nikolinos, Esq.
United States Department of Justice, Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 06/08/2022                                          /s/ Alexandria Nikolinos
                                                          Signature

*new.8/1/15*