

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**SILLS CUMMIS & GROSS P.C.**<br>S. Jason Teele, Esq. (steele@sillscummis.com)<br>Daniel J. Harris, Esq. (dharris@sillscummis.com)<br>Gregory Kopacz, Esq. (gkopacz@sillscummis.com)<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000 (Telephone)<br>(973) 643-6500 (Facsimile)<br><br>*Proposed Counsel to the Debtor*<br>*and Debtor-in-Possession* | Order Filed on June 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS,<br>LLC, *et al.*[1]<br><br>                        Debtors. | Chapter 11<br><br>Case 22-14539- (JKS)<br><br>(Joint Administration Requested) |

## ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 9, 2022**

                                                Honorable John K. Sherwood
                                                United States Bankruptcy Court

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

8885559

| | |
|---|---|
| Page: | 2 |
| Debtor: | National Realty Investment Advisors, LLC, *et al.* |
| Case No.: | 22-14539 |
| Caption: | Order Granting Complex Chapter 11 Treatment |

On June 7, 2022 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") each filed a petition for relief under chapter 11 of title 11 of the United States Code, commencing the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**"). An *Application for Designation as Complex Chapter 11 Cases* was filed thereafter. After review of the initial pleadings filed in these Chapter 11 Cases, the Court concludes that these Chapter 11 Cases are complex.

**IT IS ORDERED** that the request set forth in the *Application for Designation as Complex Chapter 11 Cases* pursuant to the Court's *General Order Governing Procedures for Complex Chapter 11 Cases* is granted; and it is further

**ORDERED** that the *Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases,* as set forth at Exhibit F to the Court's *General Order Governing Procedures for Complex Chapter 11 Cases* shall apply to these Chapter 11 Cases, without the requirement for the Debtors to submit a case management order as contemplated by the *General Order Governing Procedures for Complex Chapter 11 Cases.*