**Chapter 11 National Realty Investment Advisors (NRIA) LLC**
**United States Bankruptcy Court**
**Martin Luther King Jr. Federal Building and Courthouse**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102-3550**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 JUN 10 P 3:05
JEANNE A. HAUGHTON
BY: DEPUTY CLERK

Date: 6/7/2022

Subject: NRIA Bankruptcy Claim

Dear Sir/Madam,

I am an investor at NRIA, who has invested $700,000 into the company. The company CEO gave us guarantees of payments of our principle and a minimum of 12% per annum interest  I am sending the original documents of that guarantee and copies of the same. There are 3 investments – first of $400,000. Second for $230,000 and third of 70,000. I have also included a self addressed stamped envelop for you to send the originals back.

Please keep me informed of the status of my investments.

Thank You,

*Hemal A. Vyas*

**Hemalkumar Vyas**
**NRIA Investor**
**13319 Hatherton Circle**
**Orlando Florida 32832**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13L © U.S. Postal Service; May 2020; All rights reserved.

**USPS PRIORITY MAIL EXPRESS®**

FILED NEWARK, NJ
2022 JUN 10 P 3:05
JEANNE A. NAUGHTON
BY: _____ DEPUTY CLERK

ORIGIN: 32862 JUN 08 22
AMOUNT $27.10
R2304H108753-07

Tracking: EI 269 586 696 US

**CUSTOMER USE ONLY**

FROM: HEMALKUMAR VYAS
PHONE: 502-905-1262
13319 Hatherton Cir.
Orlando, FL 32832

TO: Chapter 11 National Realty
Investment Advisors LLC
United States Bankruptcy Court
Martin Luther King Jr. Federal
Bldg & Courthouse, 50 Walnut St.
3rd Floor, Newark NJ
ZIP: 07102-3550

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 32842
- Date Accepted: 6/8/22
- Time Accepted: 8:25 PM
- Scheduled Delivery Date: 6/10/22
- Scheduled Delivery Time: 6:00 PM
- Postage: $27.10
- Total Postage & Fees: 27.10

X-RAYED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

13L May 2020
15 x 9.5