**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

## GUARANTEE OF PAYMENT

Investor Name: HEMALKUMAR VYAS    Investor Principal: $400,000.00

Address: 13319 HATHERTON CIRCLE ORLANDO FLORIDA 32832

Guarantor:    National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $400,000.00 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I, LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the Second Amended and Restated Confidential Offering Memorandum of the Fund, dated May 1, 2019 (as may be amended from time to time by sticker supplement or otherwise), which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall be deemed cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____    6-5-20
Rey Grabato, President    Date

STATE OF New Jersey    )
                        )ss.:
COUNTY OF Hudson        )

On this 5th day of June, 2020, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

_____
Notary Public

NATALIE S. PETRUIC
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

## GUARANTEE OF PAYMENT

**Investor Name:** Hemalkumar Vyas        **Investor Principal:** $ 70,000

**Address:** 13319 Hatherton Circle Orlando FL 32832

### Guarantor: National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("**Guarantor**") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $ 70,000 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I , LLC (the "**Fund**"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the confidential offering memorandum of the Fund, dated February 5, 2018, which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee and Guarantor payment in full to Investor, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall then be deemed paid in full and cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____        3-31-21
Rey Grabato, President                Date

**STATE OF** New Jersey        )
                               ) ss.:
**COUNTY OF** Hudson           )

On this 31st day of March, 2021, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

NATALIE S PETRUIC    Notary Public
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

**GUARANTEE OF PAYMENT**

Investor Name: Alpa and Hemalkumar Vyas    Investor Principal: $230,539.95
Address: 13319 Hatherton Circle Orlando Fl 32832

Guarantor:    National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $230,539.95 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I, LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the Confidential Offering Memorandum of the Fund, dated March 1, 2021 with respect to the offering of $250,000,000 of the Fund's Convertible Promissory Notes (as may be amended from time to time by sticker supplement or otherwise), which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall be deemed cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____    3/16/2021
Rey Grabato, President    Date

STATE OF New Jersey    )
    )ss.:
COUNTY OF Hudson    )

On this 16th day of March, 2021, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

NATALIE S. PETRUIC, Notary Public
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

Subscriber Information for Issuance of Certificates for the Units as Follows:

_____
(Entity Name)

_HEMALKUMAR    VYAS_____
(Name)

_____
(Title)

_13319 HATHERTON CIRCLE_____
(Street and No.)

_ORLANDO FLORIDA 32832_____
(City, State and Zip Code)

███-██-7212
(Social Security No. or Federal Employer ID No.)

██/██/1969
(Date of Birth)

_502-905-1262_____
(Phone Number)

Very truly yours,

X By: _Hemal A. Vyas._____
       (Signature of Subscriber)

X Dated: _6/4/2020_____, 2020

Company Acceptance of Subscription Upon Execution Below:

NRIA Partners Portfolio Fund I, LLC

By: _____
    Rey Grabato, President

Dated: _____6/05_____ 2020

### Appendix C: Guarantee of National Realty Investment Advisors, LLC

## GUARANTEE OF PAYMENT

**Investor Name:** Hemalkumar Vyas            **Investor Principal:** $ 70,000

**Address:** 13319 Hatherton Circle Orlando FL 32832

### Guarantor: National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("**Guarantor**") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $ 70,000 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I , LLC (the "**Fund**"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the confidential offering memorandum of the Fund, dated February 5, 2018, which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee and Guarantor payment in full to Investor, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall then be deemed paid in full and cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____            3-31-21
Rey Grabato, President                                  Date

**STATE OF** New Jersey            )
                                    ) ss.:
**COUNTY OF** Hudson               )

On this   31st   day of   March  , 2021, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

NATALIE S PETRUIC  Notary Public
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

**GUARANTEE OF PAYMENT**

Investor Name: Alpa and Hemalkumar Vyas    Investor Principal: $ 230,539.95
Address: 13319 Hatherton Circle    Orlando    FL    32832

Guarantor:         National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $ 230,539.95 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I, LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the Confidential Offering Memorandum of the Fund, dated March 1, 2021 with respect to the offering of $250,000,000 of the Fund's Convertible Promissory Notes (as may be amended from time to time by sticker supplement or otherwise), which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall be deemed cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____    3/16/2021
Rey Grabato, President        Date

STATE OF New Jersey    )
                       )ss.:
COUNTY OF Hudson       )

On this 16th day of March, 2021, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

NATALIE S PETRUIC    Notary Public
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

## GUARANTEE OF PAYMENT

Investor Name: HEMALKUMAR VYAS          Investor Principal: $400,000 00

Address: 13319 HATHERTON CIRCLE
ORLANDO FLORIDA 32832

**Guarantor:          National Realty Investment Advisors, LLC**

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $400,000 00 plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I, LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the Second Amended and Restated Confidential Offering Memorandum of the Fund, dated May 1, 2019 (as may be amended from time to time by sticker supplement or otherwise), which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall be deemed cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____          6-5-20
Rey Grabato, President                Date

STATE OF New Jersey         )
                            )ss.:
COUNTY OF Hudson            )

On this 5th day of June, 2020, before me personally came Rey Grabato, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

_____ Notary Public

NATALIE S. PETRUIC
NOTARY PUBLIC OF NEW JERSEY
COMM. # 2457083
MY COMMISSION EXPIRES 10/3/2022

Subscriber Information for Issuance of Certificates for the Units as Follows:

_____
(Entity Name)

_HEMALKUMAR    VYAS_____
(Name)

_____
(Title)

_13319 HATHERTON CIRCLE_____
(Street and No.)

_ORLANDO FLORIDA 32832_____
(City, State and Zip Code)

_▓▓▓-▓▓▓-7212_____
(Social Security No. or Federal Employer ID No.)

_▓▓▓▓▓▓/1969_____
(Date of Birth)

_hemalkumar2012@gmail.com_____
(Email Address)

_502-905-1262_____
(Phone Number)

Very truly yours,

X By: _Hemal A. Vyas._____
      (Signature of Subscriber)

X Dated: __6/4/2020__, 2020

Company Acceptance of Subscription Upon Execution Below:

NRIA Partners Portfolio Fund I, LLC

By: _____
     Rey Grabato, President

Dated: ____11/10/05____ 2020