| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-19(b)**<br>**OMNI AGENT SOLUTIONS, LLC**<br>5955 De Soto Ave, Ste 100<br>Woodland Hills, CA 91367<br>(818) 906-8300<br>(818) 783-2737 Facsimile | |
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter: 11<br><br>Case No.: 22-14539-JKS<br><br>Judge: **John K. Sherwood** |

## CERTIFICATION OF SERVICE

1. I, <u>Randy Lowry</u> :

   [X] represent the proposed Claims and Noticing Agent, in the above-captioned matters

   [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

   [ ] am the _____ in the above case and am representing myself.

2. On <u>June 9, 2022</u>   I caused the following pleadings and/or document to be served on the Core/2002 parties listed in the chart below:

   - **Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 19]**

   - **Order Authorizing the Debtors to (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs and (III) Pay All Pre-Petition Obligations In Respect Thereof [Docket No. 20]**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

3952037

- **Order Granting Application for Designation as a Complex Chapter 11 Case [Docket No. 21]**

- **Interim Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, and Records [Docket No. 22]**

- **Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 23]**

- **Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [Docket No. 25]**

- **Order (I) Granting the Debtors an Extension of Time to File Their List of Creditors; (II) Authorizing the Debtors and/or Their Notice and Claims Agent to (A) Prepare a Consolidated List of Creditors in Lieu of a Mailing List and (B) Mail Initial Notices; and (III) Granting Related Relief [Docket No. 26]**

- **Order Granting Motion For Joint Administration Lead Case [Docket No. 27]**

On June 9, 2022, I caused the following pleadings and/or document to be served on the Bank Parties listed in the chart below:

- **Interim Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, and Records [Docket No. 22]**

- **Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 23]**

- **Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [Docket No. 25]**

On June 9, 2022, I caused the following pleadings and/or document to be served on the Insurance Parties listed in the chart below:

- **Order Authorizing the Debtors to (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs and (III) Pay All Pre-Petition Obligations In Respect Thereof [Docket No. 20]**

3952037

- **Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 23]**

- **Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [Docket No. 25]**

On June 9, 2022, I caused the following pleadings and/or document to be served on the Payroll Parties listed in the chart below:

- **Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 19]**

3.  I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated:   June 10, 2022

Signature: Randy Lowry

3952037

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *Core/2002* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other <u>Electronic mail</u><br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| *SEE EXHIBIT B* | *Core/2002* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other <u>UPS Overnight</u><br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| *SEE EXHIBIT C* | *Banks* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other <u>UPS Overnight</u><br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| *SEE EXHIBIT D* | *Insurance* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other <u>Electronic mail</u><br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

| | | |
|---|---|---|
| SEE EXHIBIT E | *Insurance* | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other <u>UPS Overnight</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SEE EXHIBIT F | *Payroll* | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other <u>UPS Overnight</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# **EXHIBIT A**

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| 30 Largest Unsecured Creditors | Air-Ref HVAC | jsidawi@dmrconstruct.com<br>receivables@airref.com |
| 30 Largest Investors | AJJK Healthtek LLC | Email Address Redacted |
| State authorities for securities regulation | Alabama Securities Commission | asc@asc.alabama.gov |
| 30 Largest Investors | Andrew Maretz | Email Address Redacted |
| 30 Largest Investors | Ashok Wahi | Email Address Redacted |
| 30 Largest Investors | AVVK Consulting LLC | Email Address Redacted |
| 30 Largest Unsecured Creditors | Bloomberg | korellana4@bloomberg.net<br>jtallant@bloomberg.net |
| 30 Largest Unsecured Creditors | Cipolla & Co, LLC | jcipolla@cipollacpa.com |
| 30 Largest Unsecured Creditors | City of Fort Myers Utilities | utilitybilling@cityftmyers.com |
| 30 Largest Unsecured Creditors | Crum & Forster | Diana.Sviontek@cfins.com |
| 30 Largest Investors | Daniel C & Helen Green | Email Address Redacted |
| 30 Largest Unsecured Creditors | DC Engineers, Inc. | sdanielsen@dcengineersinc.com |
| 30 Largest Unsecured Creditors | Distinctive Drywall | JSidawi@dmrconstruct.com<br>distinctivedrywall@gmail.com |
| 30 Largest Unsecured Creditors | DMR Construction | mplante@dmrconstruct.com<br>Jsidawi@dmrconstruct.com |
| 30 Largest Investors | Douglas P & Anne G Magner | Email Address Redacted |
| 30 Largest Investors | Duane Elias Thomas | Email Address Redacted |
| 30 Largest Investors | ECPV, LLC | Email Address Redacted |
| 30 Largest Investors | Edward A Bendickson | Email Address Redacted |
| 30 Largest Unsecured Creditors | Edwin A. Reimon, P.E., C.M.E. | reimon5@msn.com |
| State tax authorities | Florida Department of Revenue | emailDOR@floridarevenue.com |
| 30 Largest Unsecured Creditors | Flynn Engineering Services | Joan@FlynnEngineering.com |
| 30 Largest Unsecured Creditors | Glenn Glerum, P.C. | gmg251@aol.com |
| 30 Largest Unsecured Creditors | Grand Expediters, Inc. | michaelgenari@grandexpeditersnyc.com |
| 30 Largest Unsecured Creditors | Grandview Title Agency of Bergen County | grandview.bergen@gmail.com |
| 30 Largest Investors | Harit Kumar & Heena Narendra Kumar Patel | Email Address Redacted |
| 30 Largest Unsecured Creditors | Hubspot, Inc. | billing@hubspot.com |
| 30 Largest Unsecured Creditors | Hudson Property Management, LLC | billing@hudsonpm.com |
| 30 Largest Unsecured Creditors | iHeart Media | robertamicucci@iheartmedia.com |
| State tax authorities | Illinois Department of Revenue | REV.GCO@illinois.gov |
| 30 Largest Investors | IRA Services Trust Co | Email Address Redacted |
| 30 Largest Investors | James Fox | Email Address Redacted |
| 30 Largest Unsecured Creditors | JAMS | egonzalez@jamsadr.com |
| 30 Largest Unsecured Creditors | JOBS4BLUE | ssullivan@jobs4blue.com |
| 30 Largest Investors | John Donohue | Email Address Redacted |
| 30 Largest Investors | Jyot Funding, LLC | Email Address Redacted |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| 30 Largest Unsecured Creditors | JZN Engineering, PC | | njundi@jznengineering.com |
| 30 Largest Investors | Kendall Gentry | | Email Address Redacted |
| 30 Largest Investors | Levine Capital Aggregation Fund I, LLC | | Email Address Redacted |
| 30 Largest Unsecured Creditors | Lochrie & Chakas P.A. | | emendez@lochrielaw.com |
| 30 Largest Investors | Madhu Gulati | | Email Address Redacted |
| 30 Largest Investors | Maurice Elmalem | | Email Address Redacted |
| 30 Largest Investors | Michelle M Mayne | | Email Address Redacted |
| 30 Largest Investors | Mohamed El-Sayed | | Email Address Redacted |
| State authorities for securities regulation | New Jersey Bureau of Securities | | njbos@dca.lps.state.nj.us |
| Bankruptcy Rule 2002 | Office of the United States Trustee | Fran B. Steele, Esq. | Fran.B.Steele@usdoj.gov alexandria.nikolinos@usdoj.gov David.Gerardi@usdoj.gov |
| 30 Largest Investors | Old House Lane, LLC | | Email Address Redacted |
| 30 Largest Investors | Patrick Creamer | | Email Address Redacted |
| 30 Largest Investors | Peter & Sandra Camporese | | Email Address Redacted |
| 30 Largest Unsecured Creditors | Red Seat Ventures, LLC | | skitchell@thefirsttv.com |
| 30 Largest Unsecured Creditors | Reed Smith LLP | | BWeese@reedsmith.com |
| 30 Largest Unsecured Creditors | Reinard Agency Inc. | | kcreinard@reinardinsurance.com |
| 30 Largest Unsecured Creditors | Repute PR | | rblanch@reputepr.com |
| 30 Largest Investors | Richard C Lang | | Email Address Redacted |
| 30 Largest Investors | Rietsch Enterprises Inc | | Email Address Redacted |
| 30 Largest Investors | Ronald Carpino | | Email Address Redacted |
| 30 Largest Unsecured Creditors | Ryan Blanch | | rblanch@reputepr.com deb@reputepr.com |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | S3 RE 1300 Manhattan Funding LLC | | info@s3cap.com |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | S3 RE Bergenline Funding | | info@s3cap.com |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | Shellpoint Mortgage Servicing | | loanservicing@shellpointmtg.com |
| Debtors' counsel | Sills Cummis & Gross | S. Jason Teele | steele@sillscummis.com |
| Debtors' counsel | Sills Cummis & Gross | Daniel J. Harris | dharris@sillscummis.com |
| Debtors' counsel | Sills Cummis & Gross | Gregory A. Kopacz | gkopacz@sillscummis.com |
| 30 Largest Unsecured Creditors | Snell & Wilmer | | dholden@swlaw.com |
| 30 Largest Investors | Stephen Debiasi | | Email Address Redacted |
| 30 Largest Unsecured Creditors | The First Digital, Inc | | skitchell@thefirsttv.com |
| 30 Largest Investors | The Thomas Brunton Living Trust | | Email Address Redacted |
| 30 Largest Investors | Theodore Goldsmith | | Email Address Redacted |
| 30 Largest Unsecured Creditors | Thomas DiFabiis | | tdtemp@live.com |
| 30 Largest Unsecured Creditors | Union City Board of Education | | eweiner@weiner.law |
| 30 Largest Unsecured Creditors | US Bancorp Fund Services, LLC | | mutual.funds.billing@usbank.com |

# **EXHIBIT B**

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| 30 Largest Unsecured Creditors | Air-Ref HVAC | Air Ref Co., Inc | 2703 North Old Dixie Hwy | Delray Beach, FL 33483 | | |
| 30 Largest Investors | AJJK Healthtek LLC | Address Redacted | | | | |
| State tax authorities | Alabama Department of Revenue | Attn: Legal Div | 50 N Ripley St | Montgomery, AL 36104 | | |
| State authorities for securities regulation | Alabama Securities Commission | P.O. Box 304700 | Montgomery, AL 36130-4700 | | | |
| 30 Largest Investors | Andrew Maretz | Address Redacted | | | | |
| 30 Largest Investors | Ashok Wahi | Address Redacted | | | | |
| 30 Largest Investors | AVVK Consulting LLC | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Bloomberg | BLOOMBERG L.P. | 731 Lexington Avenue | New York, NY 10022 | | |
| (l) Bankruptcy Rule 2002 | Braverman & Lester | Attn: Jeffrey A. Lester, Esq | 374 Main Street | Hackensack, NJ 07601 | | |
| 30 Largest Unsecured Creditors | Cipolla & Co, LLC | 851 Franklin Lake Rd | Franklin Lakes, NJ 07417 | | | |
| 30 Largest Unsecured Creditors | City of Fort Myers Utilities | City of Fort Myers Financial Services Department | 2600 Dr Martin Luther King Blvd | Fort Myers, FL 33916 | | |
| 30 Largest Unsecured Creditors | Crum & Forster | 305 Madison Avenue | Morristown, NJ 07960 | | | |
| 30 Largest Investors | Daniel C & Helen Green | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | DC Engineers, Inc. | Danielsen Consulting Engineers Inc. | 12743 NW 13th Court | Coral Springs, FL 33071 | | |
| 30 Largest Unsecured Creditors | Distinctive Drywall | Distinctive Drywall Designs, LLC | 995 NW 31st Ave | Pompano Beach, FL 33069 | | |
| 30 Largest Unsecured Creditors | DMR Construction | DMR Construction Services, Inc | 160 Hopper Ave | Waldwick, NJ 07463 | | |
| 30 Largest Investors | Douglas P & Anne G Magner | Address Redacted | | | | |
| 30 Largest Investors | Duane Elias Thomas | Address Redacted | | | | |
| 30 Largest Investors | ECPV, LLC | Address Redacted | | | | |
| 30 Largest Investors | Edward A Bendickson | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Edwin A. Reimon, P.E., C.M.E. | PO BOX 377 | Rutherford, NJ 07070 | | | |
| State tax authorities | Florida Department of Revenue | P.O. Box 6668 | Tallahassee, FL 32314-6668 | | | |
| 30 Largest Unsecured Creditors | Flynn Engineering Services | 241 Commercial Blvd. | Lauderdale-By-The-Sea, FL 33308 | | | |
| 30 Largest Unsecured Creditors | Glenn Glerum, P.C. | 108 Old Prospect School Rd | Sparta, NJ 07871-3314 | | | |
| 30 Largest Unsecured Creditors | Grand Expediters, Inc. | 30 Broad Street, 14th Floor | New York, NY 10004 | | | |
| 30 Largest Unsecured Creditors | Grandview Title Agency of Bergen County | 198 Boulevard | Hasbrouck Heights, NJ 07604 | | | |
| 30 Largest Investors | Harit Kumar & Heena Narendra Kumar Patel | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Hubspot, Inc. | 25 First Street, 2nd Floor | Cambridge, MA 02141 | | | |
| 30 Largest Unsecured Creditors | Hudson Property Management, LLC | PO Box 31 | Hoboken, NJ 07030 | | | |
| 30 Largest Unsecured Creditors | iHeart Media | P.O. Box 406372 | Atlanta, GA 30384-6872 | | | |
| State tax authorities | Illinois Department of Revenue | Attn: Bankruptcy Unit | P.O. Box 19035 | Springfield, IL 62794-9035 | | |
| State authorities for securities regulation | Illinois Securities Department | Office of the Illinois Secretary of State | 421 E Capitol Ave, 2nd Fl | Springfield, IL 62701 | | |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | | |
| 30 Largest Investors | IRA Services Trust Co | Address Redacted | | | | |
| 30 Largest Investors | James Fox | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | JAMS | 29 Madison Ave, FL 22 | New York, NY 10017 | | | |
| 30 Largest Unsecured Creditors | JOBS4BLUE | 4400 US 9 South, Suite 3500 | Freehold, NJ 07728 | | | |
| 30 Largest Investors | John Donohue | Address Redacted | | | | |
| 30 Largest Investors | John L Azevedo | Address Redacted | | | | |
| 30 Largest Investors | Jyot Funding, LLC | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | JZN Engineering, PC | 99 Morris Avenue, Suite 302 | Springfield, NJ 07081 | | | |
| 30 Largest Investors | Kendall Gentry | Address Redacted | | | | |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | LendingOne LLC | 901 NW 51st St, Ste 150 | Boca Raton, FL 33431 | | | |
| 30 Largest Investors | Levine Capital Aggregation Fund I, LLC | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Lochrie & Chakas P.A. | 1401 East Broward Blvd, Suite 303 | Fort Lauderdale, FL 33301 | | | |
| 30 Largest Investors | Madhu Gulati | Address Redacted | | | | |
| 30 Largest Investors | Maurice Elmalem | Address Redacted | | | | |
| 30 Largest Investors | Michelle M Mayne | Address Redacted | | | | |
| 30 Largest Investors | Mohamed El-Sayed | Address Redacted | | | | |
| State authorities for securities regulation | New Jersey Bureau of Securities | 153 Halsey St, 6th Fl | Newark, NJ 07102 | | | |
| State tax authorities | New Jersey Division of Taxation | P.O. Box 281 | Trenton, NJ 08695-0281 | | | |
| State tax authorities | New York Department of Taxation and Finance | Attn: Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205-0300 | | |
| State attorneys general for all states in which the Debtors conduct business | Office of the Attorney General of Alabama | 501 Washington Ave | Montgomery, AL 36104 | | | |
| State attorneys general for all states in which the Debtors conduct business | Office of the Attorney General of Florida | PL-01 The Capitol | Tallahassee, FL 32399-1050 | | | |
| State attorneys general for all states in which the Debtors conduct business | Office of the Attorney General of Illinois | 100 W Randolph St | Chicago, IL 60601 | | | |
| State attorneys general for all states in which the Debtors conduct business | Office of the Attorney General of New Jersey | RJ Hughes Justice Complex | 25 Market St, Box 080 | Trenton, NJ 08625-0080 | | |
| State attorneys general for all states in which the Debtors conduct business | Office of the Attorney General of New York | The Capitol | Albany, NY 12224-0341 | | | |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Fran B. Steele, Esq. | Attn: David Gerardi, Esq. | Attn: Alexandria Nikolinos, Esq. | 1 Newark Ctr, Ste 2100 | Newark, NJ  07102 |
| U.S. Attorney General | Office of the US Attorney General | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington, DC 20530-0001 | | |
| 30 Largest Investors | Old House Lane, LLC | Address Redacted | | | | |
| 30 Largest Investors | Patrick Creamer | Address Redacted | | | | |
| 30 Largest Investors | Peter & Sandra Camporese | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Red Seat Ventures, LLC | 129 W 29th St, Rm 600N | New York, NY 10010 | | | |
| 30 Largest Unsecured Creditors | Reed Smith LLP | 2672 Paysphere Circle | Chicago, IL 60674 | | | |
| 30 Largest Unsecured Creditors | Reinard Agency Inc. | 349 Bustleton Pike | Feasterville, PA 19053 | | | |
| 30 Largest Unsecured Creditors | Repute PR | 590 Madison Avenue, 21st Floor | New York, NY 10022 | | | |
| 30 Largest Investors | Richard C Lang | Address Redacted | | | | |
| 30 Largest Investors | Rietsch Enterprises Inc | Address Redacted | | | | |
| 30 Largest Investors | Ronald Carpino | Address Redacted | | | | |

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| 30 Largest Unsecured Creditors | Ryan Blanch | 420 Lexington Ave, Ste 1402 | P.O. Box 1057 | New York, NY 10170 | | |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | S3 RE 1300 Manhattan Funding LLC | Attn: Joshua Crane | 535 Madison Ave, 19th Fl | New York, NY 10022 | | |
| S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC, Shellpoint Mortgage Servicing, and LendingOne, LLC | S3 RE Bergenline Funding | 444 Madison Ave, 14th Fl | New York, NY 10022 | | | |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE | Washington, DC 20549 | | | |
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York, NY 10281-1022 |
| 30 Largest Unsecured Creditors | Snell & Wilmer | One Arizona Center | 400 E. Van Buren, Suite 1900 | Phoenix, AZ 85004 | | |
| 30 Largest Investors | Stephen Debiasi | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | The First Digital, Inc | 129 W 29th St, Rm 600N | New York, NY 10010 | | | |
| 30 Largest Investors | The Thomas Brunton Living Trust | Address Redacted | | | | |
| 30 Largest Investors | Theodore Goldsmith | Address Redacted | | | | |
| 30 Largest Unsecured Creditors | Union City Board of Education | 3912 32nd St | Union City, NJ 07087 | | | |
| United States Attorney for the District of New Jersey | US Attorney's Office for the District of NJ | 970 Broad St, 7th Fl | Newark, NJ 07102 | | | |
| 30 Largest Unsecured Creditors | US Bancorp Fund Services, LLC | 777 East Wisconsin Avenue | Milwaukee, WI 53202 | | | |

**EXHIBIT C**

| Relationship Of Party To The Case | Name And Address Of Party Served | | |
|---|---|---|---|
| Banks | Bank of America | P.O. Box 15284 | Wilmington, DE 19850 |
| Banks | Haven Savings Bank | 621 Washington St | Hoboken, NJ 07030 |
| Banks | PNC Bank | 249 Fifth Ave | Pittsburgh, PA 15222 |
| Banks | Signature Bank | 565 Fifth Ave, 12th Fl | New York, NY 10017 |

# **EXHIBIT D**

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| Insurance | Great American Insurance Company | contactus@gaig.com |
| Insurance | Lexington Insurance Company | lexingtonins@aig.com |
| Insurance | Navigators Insurance Company | michael.hochkeppel@thehartford.com |
| Insurance | Navigators Specialty Insurance Company | william.redington@thehartford.com |
| Insurance | Seneca Specialty Insurance Company | mwolin@senecainsurance.com |
| Insurance | Starr Indemnity & Liability Company | conan.dolce@starrcompanies.com |

# **EXHIBIT E**

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | |
|---|---|---|---|---|---|
| Insurance | Allied World Insurance Company | 260 Franklin St | Ste 930 | Boston, MA 02110 | |
| Insurance | Associated Industries Insurance Co, Inc | 903 N W 65TH Street | Ste 300 | Boca Raton, FL 33487-2864 | |
| Insurance | Capitol Specialty Insurance Corporation | 1600 Aspen Commons | Ste 300 | Middleton, WI 53562 | |
| Insurance | Evanston Insurance Company | 10 Parkway N | #100 | Deerfield, IL 60015 | |
| Insurance | First Mercury Insurance Company | 26600 Telegraph Rd | Southfield, MI 48033 | | |
| Insurance | Great American Insurance Company | 301 E 4th St | Cincinnati, OH 45202 | | |
| Insurance | Hudson Excess Insurance Company | 8C Canal Ct | Avon, CT 06001 | | |
| Insurance | Ironshore Specialty Insurance Company | c/o Liberty Mutual Insurance | 175 Berkeley St | Boston, MA 02116 | |
| Insurance | Lexington Insurance Company | Attn: Legal Dept | 99 High St, 24th Fl | Boston, MA 02110-2378 | |
| Insurance | Lloyd's of London | One Lime St | London EC3M 7HA | United Kingdom | |
| Insurance | Maxum Indemnity Company | c/o The Hartford Co | Attn: Legal Dept | 1 Hartford Plz | Hartford, CT 06155 |
| Insurance | Navigators Insurance Company | 1 Penn Plz, 50th Fl | New York, NY 10119 | | |
| Insurance | Navigators Specialty Insurance Company | 400 Atlantic St | 8th Fl | Stamford, CT 06901 | |
| Insurance | North American Capacity Insurance Co | 650 Elm St | Manchester, NH 03101 | | |
| Insurance | Philadelphia Indemnity Insurance Company | 251 S Lake Ave | #360 | Pasadena, CA 91101 | |
| Insurance | Seneca Specialty Insurance Company | 199 Water St, 29th Fl | New York, NY 10038-4963 | | |
| Insurance | Starr Indemnity & Liability Company | Attn: Legal Dept | 399 Park Ave, 2nd Fl | New York, NY 10022 | |
| Insurance | StarStone National Insurance Company | 1 Creechurch Pl, 8th Fl | London EC3A 5AY | United Kingdom | |
| Insurance | United Specialty Insurance Company | 1900 L Don Dodson Dr | Bedford, TX 76021 | | |

Page 1 of 1

# **EXHIBIT F**

| Relationship Of Party To The Case | Name And Address Of Party Served | | |
|---|---|---|---|
| Payroll | ADP, LLC | One ADP Boulevard | Roseland, NJ 07068 |