| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-19(b)**<br>**OMNI AGENT SOLUTIONS, LLC**<br>5955 De Soto Ave, Ste 100<br>Woodland Hills, CA 91367<br>(818) 906-8300<br>(818) 783-2737 Facsimile |

| | |
|---|---|
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter: 11<br><br>Case No.: 22-14539-JKS<br><br>Judge: **John K. Sherwood** |

## CERTIFICATION OF SUPPLEMENTAL SERVICE

1. I, Randy Lowry :

    [X] represent the proposed Claims and Noticing Agent, in the above-captioned matters

    [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

    [ ] am the _____ in the above case and am representing myself.

2. On June 10, 2022 I caused the following pleadings and/or document to be served on the Core/2002 parties listed in the chart below:

    - **Debtors' Motion for Entry of an Order (A) Directing Joint Administration of Chapter 11 Cases and (B) Granting Related Relief [Docket No. 4]**

    - **Application for Designation as Complex Chapter 11 Cases [Docket No. 5]**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

3952037

- **Debtors' Motion for an Order (I) Granting the Debtors an Extension of Time to File their List of Creditors; (II) Authorizing the Debtors and/or their Notice and Claims Agent to (A) Prepare a Consolidated List of Creditors in Lieu of a Mailing List and (B) Mail Initial Notices; and (III) Granting Related Relief [Docket No. 6]**

- **Debtors' Motion for Entry of an Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 7]**

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [Docket No. 8]**

- **Debtors' Motion for Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 9]**

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs and (III) Pay All Pre-Petition Obligations in Respect Thereof [Docket No. 10]**

- **Debtors' Motion for Entry of Interim and Finals Orders Authorizing the Debtors to (I) Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using their Existing Business Forms, Checks, and Records [Docket No. 11]**

- **Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 12]**

- **Order Regarding Expedited Consideration of First Day Matters [Docket No. 13]**

- **Declaration in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 16]**

3952037

- **Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 19]**

- **Order Authorizing the Debtors to (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs and (III) Pay All Pre-Petition Obligations In Respect Thereof [Docket No. 20]**

- **Order Granting Application for Designation as a Complex Chapter 11 Case [Docket No. 21]**

- **Interim Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, and Records [Docket No. 22]**

- **Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 23]**

- **Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [Docket No. 25]**

- **Order (I) Granting the Debtors an Extension of Time to File Their List of Creditors; (II) Authorizing the Debtors and/or Their Notice and Claims Agent to (A) Prepare a Consolidated List of Creditors in Lieu of a Mailing List and (B) Mail Initial Notices; and (III) Granting Related Relief [Docket No. 26]**

- **Order Granting Motion For Joint Administration Lead Case [Docket No. 27]**

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: June 10, 2022

Signature: Randy Lowry

3952037

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *SEE EXHIBIT A* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other <u>UPS Overnight</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# **EXHIBIT A**

3952037

| Relationship Of Party To The Case | Name And Address Of Party Served | | |
|---|---|---|---|
| Secured Creditors | Toorak Capital Partners | 15 Maple Street, Second Floor West | Summit, NJ 07901 |