| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 90041(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Attorneys for Metropolitan YMCA of the Oranges | Case No. 22-14539-JKS<br><br>Chapter 11<br><br>(Jointly administered) |
| In re<br><br>National Realty Investment Advisors LLC *et al.*<br><br>                     Debtors. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Metropolitan YMCA of the Oranges ("Metro YMCA") and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

        MANDELBAUM BARRETT PC
        3 Becker Farm Road
        Roseland NJ 07068
        973-736-4600

1

Barry Mandelbaum
bmandelbaum@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Metro YMCA to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Metro YMCA's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Metro YMCA's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Metro YMCA's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Metro YMCA is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Metro YMCA expressly reserves.

Dated: Roseland, NJ
June 15, 2022

                                            MANDELBAUM BARRETT PC

                                            By: /s/ Vincent J. Roldan
                                            Vincent J. Roldan

4864-7996-9061, v. 1

3 Becker Farm Road
Roseland, NJ 07068
(973) 736-4600

Attorneys for Metropolitan YMCA of the Oranges

4864-7996-9061, v. 1