Order Filed on June 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**SILLS CUMMIS & GROSS P.C.**<br>S. Jason Teele, Esq. (steele@sillscummis.com)<br>Daniel J. Harris, Esq. (dharris@sillscummis.com)<br>Gregory Kopacz, Esq. (gkopacz@sillscummis.com)<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000 (Telephone)<br>(973) 643-6500 (Facsimile)<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors-in-Possession* |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br>               Debtors.<br><br>Chapter 11<br><br>Case 22-14539 (JKS)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE, AND SETTING HEARING FOR APPROVAL OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE PRIVATE SALE OF CERTAIN PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: June 16, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Page: 2
Debtor: National Realty Investment Advisors, LLC, *et al.*
Case No.: 22-14539 (JKS)
Caption: Order Shortening Time Period for Notice, Limiting Notice, and Setting Hearing for Approval of Debtors' Motion for Entry of an Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief

---

Upon consideration of the Application[1] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for shortened notice under Fed. R. Bankr. P. 9006(c)(1) with respect to the Private Sale Motion (defined below), and for cause shown, it is

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 and/or Fed. R. Bankr. P. 2002 or other rule for notice of a hearing for approval of the *Debtor's Motion for Entry of an Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief* (the "**Private Sale Motion**") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the relief requested in the Private Sale Motion on **June 21, 2022 at 2 pm** (ET), at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, Courtroom 3D, before the Honorable John K. Sherwood.

4. The Debtors shall cause to be served a copy of this Order, the Application, and the Private Sale Motion (to the extent that they have not been served to date) upon (i) the Office of the United States Trustee; (ii) the Debtors' thirty largest unsecured creditors on a consolidated basis and the Debtors' thirty largest investors on a consolidated basis; (iii) S3 RE Bergenline Funding, LLC, S3 RE 1300 Manhattan Funding LLC and Toorak Capital Partners; (iv) the U.S. Attorney General; (v) the Internal Revenue Service; (vi) the Securities and Exchange Commission; (vii) the New Jersey Attorney General; (viii) the U.S. Attorney for the District of New Jersey; (ix) the New Jersey Division of Taxation; (x) the New Jersey Bureau of Securities;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Page:      3
Debtor:    Integrated Dental Systems, LLC
Case No.:  20-21423
Caption:   Order Shortening Time Period for Notice, Limiting Notice, and Setting Hearing for Approval of Debtors' Motion for Entry of an Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief.

---

(xi) the New York Attorney General; (xii) the New York Department of Taxation and Finance; (xiii) the Florida Attorney General; (xiv) the Florida Department of Revenue; (xv) the Illinois Attorney General; (xvi) the Illinois Department of Revenue; (xvii) the Illinois Securities Department; (xviii) the Alabama Attorney General; (xix) the Alabama Department of Revenue; (xx) the Alabama Securities Commission; and (xxi) those parties who have filed a notice of appearance and request for service of pleadings in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002 by email (where available) and overnight mail within one (1) business day after the entry of this Order.

5. The notice authorized by this Order is deemed appropriate and adequate under the circumstances. A *Certificate of Service* <u>must</u> be filed prior to the hearing date.

6. Any objection to the Private Sale Motion may be presented at the hearing.

7. Court appearances are required for the Court to consider the Private Sale Motion and any objection(s) thereto.

8. It is preferred that Debtors' Counsel appear in-person at the hearing to present the motion and respond to the Court's questions regarding the same, but an in-person appearance is not required.

Parties/Counsel may appear in-person at the hearing or appear by teleconference *via* Court Solutions (by submitting a reservation request to Court Solutions by noon on the day prior to the hearing).