**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case 22-14539- (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 19, 2022 at 2:00 p.m. (ET)**<br>**Objection Deadline: July 12, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN OMNI AGENT SOLUTIONS AS CLAIMS AND NOTICING AGENT, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **July 19, 2022 at 2:00 p.m. (ET)**, or as soon thereafter as counsel may be heard (the "**Hearing**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**"), by and through their undersigned counsel, shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, for entry of an order, substantially in the form submitted herewith, approving the *Debtors' Application for an Order (I) Authorizing the Debtors to Employ and Retain Omni Agent Solutions as Claims and Noticing Agent, Effective Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall rely upon the Application filed herewith. No brief is necessary as no novel issues of fact or law are presented by the Application. Oral argument is requested in the event an objection is timely filed.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

8916250

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application must be filed with the Clerk of the Court, together with proof of service thereof, and served so as to be **actually received no later than 4:00 p.m. (ET) on July 12, 2022** by (a) counsel to the Debtors, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn.: S. Jason Teele, Esq., Daniel J. Harris, Esq., and Gregory A. Kopacz, Esq.; and (b) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the Application may be granted without a hearing.

Dated: June 20, 2022                    **SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(937) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*

8916250