# EXHIBIT A

National Realty Investment Advisors LLC, et al
Estimate of Twelve Weeks Sources and Uses of Cash
Subject to Change

Rev. 6/7/22

| | 0 Actual 6/7/2022 | 1 Projected 6/14/2022 | 2 Projected 6/21/2022 | 3 Projected 6/28/2022 | 4 Projected 7/5/2022 | 5 Projected 7/12/2022 | 6 Projected 7/19/2022 | 7 Projected 7/26/2022 | 8 Projected 8/2/2022 | 9 Projected 8/9/2022 | 10 Projected 8/16/2022 | 11 Projected 8/23/2022 | 12 Projected 8/30/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 72,330,870 | $ 72,330,870 | $ 70,096,609 | $ 70,041,662 | $ 68,147,401 | $ 66,303,507 | $ 64,434,246 | $ 62,729,299 | $ 61,233,371 | $ 59,787,811 | $ 58,316,883 | $ 57,010,270 | $ 55,539,341 | |
| Sources | | | | | | | | | | | | | | |
| 116 N Croksey St, Philadelphia, PA | | | 1,650,000 | | | | | | | | | | | 1,650,000 |
| Subtotal | 72,330,870 | 72,330,870 | 71,746,609 | 70,041,662 | 68,147,401 | 66,303,507 | 64,434,246 | 62,729,299 | 61,233,371 | 59,787,811 | 58,316,883 | 57,010,270 | 55,539,341 | |
| Uses | | | | | | | | | | | | | | |
| Administrative and Overhead | | | | | | | | | | | | | | |
| Employee Wages | | 164,315 | | 164,315 | | 164,315 | | 164,315 | | 164,315 | | 164,315 | | 985,890 |
| Reimbursable Auto Travel | | | | | 1,250 | | | | 1,250 | | | | | 2,500 |
| Employee Healthcare | | | | 25,000 | | | | 25,000 | | | | | 25,000 | 75,000 |
| Insurance | | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 67,030 | 804,358 |
| Office Rent | | | | | 37,697 | | | | 37,697 | | | | | 75,394 |
| Total Administrative and Overhead | - | 231,345 | 67,030 | 256,345 | 105,977 | 231,345 | 67,030 | 256,345 | 105,977 | 231,345 | 67,030 | 231,345 | 92,030 | 1,943,142 |
| Construction | | | | | | | | | | | | | | |
| ODR Condos | | 183,333 | 183,333 | 183,333 | 183,333 | 183,333 | 183,333 | | | | | | | 1,100,000 |
| Estates of Delray | | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 2,000,000 |
| Philadelphia | | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 75,000 |
| Philadelphia | | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 100,000 |
| 4901 | | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 333,333 | 4,000,000 |
| Grand Metro | | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 6,000,000 |
| GSV | | 33,333 | 33,333 | 33,333 | 33,333 | 33,333 | 33,333 | | | | | | | 200,000 |
| Greenroof | | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | | | | | | | 500,000 |
| Afton | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | | | | | | | 15,000 |
| 1300 | | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | | | | | | | 500,000 |
| 1300 | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | | | | | | | 75,000 |
| 1300 | | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 2,000,000 |
| Approval Professional | | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 200,000 |
| Total Construction | | 1,596,250 | 1,596,250 | 1,596,250 | 1,596,250 | 1,596,250 | 1,596,250 | 1,197,917 | 1,197,917 | 1,197,917 | 1,197,917 | 1,197,917 | 1,197,917 | 16,765,000 |
| Bankruptcy Fees | | | | | | | | | | | | | | |
| Bankruptcy Professional Fees: Sills Cummis & Gross | | | | | | | | | | | | | 300,000 | 300,000 |
| US Trustee Fees | | | | | | | | | | | | | 250,000 | 250,000 |
| Claims/Noticing Agent | | | | | 100,000 | | | | 100,000 | | | | 75,000 | 275,000 |
| Total Bankruptcy Fees | - | - | - | - | 100,000 | - | - | - | 100,000 | - | - | - | 625,000 | 825,000 |
| Other | | | | | | | | | | | | | | |
| Accounts Payable as of June 6th | | 365,000 | | | | | | | | | | | | 365,000 |
| Other Expected Invoices | | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 500,000 |
| Total Other | - | 406,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 865,000 |
| Total Uses | | 2,234,262 | 1,704,947 | 1,894,262 | 1,843,894 | 1,869,262 | 1,704,947 | 1,495,928 | 1,445,560 | 1,470,928 | 1,306,613 | 1,470,928 | 1,956,613 | 20,398,142 |
| Net Cash Flow | | (2,234,262) | (54,946) | (1,894,262) | (1,843,894) | (1,869,262) | (1,704,947) | (1,495,928) | (1,445,560) | (1,470,928) | (1,306,613) | (1,470,928) | (1,956,613) | (18,748,142) |
| Ending Cash Balance | $ 72,330,870 | $ 70,096,609 | $ 70,041,662 | $ 68,147,401 | $ 66,303,507 | $ 64,434,246 | $ 62,729,299 | $ 61,233,371 | $ 59,787,811 | $ 58,316,883 | $ 57,010,270 | $ 55,539,341 | $ 53,582,728 | |