# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy Case #22-14539-JKS |
| NATIONAL REALTY INVESTMENT | : | |
| ADVISORS LLC | : | Chapter 11 |
| Debtor | : | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for **PNC EQUIPMENT FINANCE, LLC ("PNC")**, an interested party in the above-captioned case and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

**Matthew A. Foley, Esquire**
**Robert E. Walton, Esquire**
**Flamm Walton Heimbach**
**794 Penllyn Pike, Suite 100**
**Blue Bell, PA 19422**
**Telephone No.:  (267) 419-1536**
**Facsimile No.: (267) 419-1560**
**Email:  mafoley@flammlaw.com**
**Email:  rewalton@flammlaw.com**

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed

374952v1

by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this case, including PNC, with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by PNC.

PLEASE TAKE FURTHER NOTICE that PNC, intends that neither this Notice of Appearance nor any later appearance, claim, or other pleadings shall waive (1) PNC's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) PNC's right to trial by jury in any proceeding related to this case; (3) PNC's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defenses, set-offs or recruitments to which PNC, is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments PNC, hereby expressly reserves.

**FLAMM WALTON HEIMBACH**

By: */s/ Matthew A. Foley*

**Dated: June 23, 2022**

**Matthew A. Foley
Robert E. Walton
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422
Telephone No.: (267) 419-1536
Facsimile No.: (267) 419-1560
Email: mafoley@flammlaw.com
Email: rewalton@flammlaw.com**
*Attorneys for PNC Equipment Finance, LLC*

374952v1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Appearance, Request for Service of Papers and Reservation of Rights in the above-captioned matter was served on the parties of record via electronic mail.

| | |
|---|---|
| S. Jason Teele, Esq.<br>Sills Cummis & Gross P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>steele@sillscummis.com | David Gerardi, Esq.<br>U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>David.gerardi@usdoj.gov |

**FLAMM WALTON HEIMBACH**

By: */s/ Matthew A. Foley*

**Dated: June 23, 2022**     Matthew A. Foley

374952v1