# Exhibit B

## List of Ordinary Course Professionals

8900364

| Professional | Category | Address |
|---|---|---|
| AGT Land | Landscape Architect | 132 North Swinton Ave., Delray Beach, FL |
| Alonso & Navarette | Land use attorney | 6121 Kennedy Blvd Suite 3, North Bergen, NJ |
| ANS Consultants, Inc. | Material Testing/Inspection | 4405 South Clinton Ave., South Plainfield, NJ |
| Architectural Alliance Landscape | Landscape Architect | 612 SW 4th Ave., Fort Lauderdale, FL |
| Aronshohn Weiner Salerno & Kaufman, P.C. | Attorney | Court Plaza South, East Wing, 21 Main Street, Suite 100, Hackensack, NJ |
| ATD Consultants, Inc. | Construction Inspection | 270 S Sparta Ave #205, Sparta Township, NJ |
| Atlantic Engineering Laboratories, Inc. | Inspection & Materials Testing Services | 21 Randolph Ave., Avenel, NJ |
| Avirom & Associates | Surveyor | 2506 SE Willoughby Blvd., Stuart, FL |
| Baseline Architecture, PC | Architect | 6701 JFK Blvd, Suite 100, North Bergen NJ |
| Bertin Engineering | MEP | 66 Glen Ave, Glen Rock, NJ |
| Bonnie Miskel - (Dunay, Miskel, & Backman) | Land Use/Entitlements Attorney | 14 S.E. 4th Street, Suite 36, Boca Raton, FL |
| Capitol Airspace Group | FAA Consultant | 5400 Shawnee Rd, Suite 304, Alexandria, VA |
| CBRE | Appraisal | 5100 Town Center Circle, Suite 600, Boca Raton, FL |
| CBRE | Appraisal | 200 Park Ave., New York, NY |
| Christie Engineering, P.C. | Structural Engineer | 211 Somerville Road, Bedminster, NJ |
| Colliers International | Appraisal | 1114 Avenue of the Americas, 11th Floor, New York, NY |
| Costa Engineering | Civil Engineer | 325 So. River St, Suite 302, Hackensack, NJ |
| Cushman and Wakefield | Appraisal | One Meadowlands Plaza, 7th Floor, East Rutherford, NJ |
| Danielsen Consulting Engineers | Traffic Engineer | 12743 NW 13 Court, Coral Springs, FL |
| Dayton Inspection Services, Inc | Subcontractor | 118 Burrs Road, Suite C-1, Westhampton, NJ |
| Dunay, Miskel, & Backman | Closing attorney | 14 S.E. 4th Street, Suite 36, Boca Raton, FL |
| Dynamic Traffic | Traffic Engineer | 245 Main St, Suite 110, Chester, NJ |
| Edwin A. Reimon, P.E., C.M.E. Engineering Services | Civil Engineer | 251 Ridge Road, Lyndhurst, NJ |
| Ellinwood & Machado | Structural Engineer | 800 Lambert Dr. Suite H, Atlanta, GA |
| Engineering & Land Planning (ELP) | Environmental | 140 Main Street, High Bridge, NJ |

| Professional | Category | Address |
|---|---|---|
| Feller Engineering | MEP Engineer | 500 NE Third Ave. Fort Lauderdale, FL |
| Flynn Engineering | Civil Engineer | 241 Commercial Blvd. Lauderdale-By-The-Sea, FL |
| Gabor & Marotta, LLC | Closing Attorney | 1878 Victory Blvd, Staten Island, NY |
| Gary Dunay - (Dunay, Miskel, & Backman) | Closing Attorney | 14 S.E. 4th Street, Suite 36, Boca Raton, FL |
| Humphreys & Partners | Architect | 5339 Alpha Rd, Suite 300, Dallas, TX |
| Huntington Bailey | Contract Attorney | 373 Kinderkamack Rd, Westwood, NJ |
| Isminger & Stubbs Engineering, Inc. | Coastal Engineer | 649 US Highway 1 Suite 9, North Palm Beach, FL |
| John McDonough Associates | Planner | 101 Gibraltar Drive, Suite 1A, Morris Plains, NJ |
| Jose Carballo Architectural Group | Architect | 171 Main St, Hackensack, NJ |
| JZN Engineering | Geotechnical | 99 Morris Ave., Suite 302, Springfield, NJ |
| Lochrie & Chakas | Land use attorney | 1401 East Broward Blvd., Suite 303, Fort Lauderdale, FL |
| M. Johnston Consulting LLC | Utility Consultant | 560 El Dorado Pkwy, Plantation, FL |
| Michael B. Schorah & Associates | Civil Engineer | 1850 Forest Hill Blvd., Suite 206, West Palm Beach, FL |
| Michael Graves Architecture and Design | Architect | 341 Nassau Street, Princeton, NJ |
| Nastasi Architects | Architect | 321 Newark Street, Hoboken, NJ |
| Netta Architects | Architect | One Park Place, 621 N.W. 53rd Street, Suite 350, Boca Raton, FL |
| Newmark Valuation and Advisory | Appraisal | 201 Rt 17 North, 10th Fl., Rutherford, NJ |
| Nutting Environmental of Florida | Geotechnical/Environmental | 1310 Neptune Drive, Boynton Beach, FL |
| Prime & Tuvel | Land Use Attorney | 14000 Horizon Way, Suite 325, Mount Laurel, NJ |
| SLS Consulting | Life Safety / Fire Consultant | 260 Palermo Ave., Coral Gables, FL |
| Strayhorn & Persons | Land Use Attorney | 2125 First Street, Suite 201, Fort Myers, FL |
| Tobin Reyes PA | Attorney | 225 NE Mizner Blvd, Boca Raton, FL |
| Universal Engineering Sciences | Geotechnical/Environmental | 1215 Wallace Drive, Delray Beach, FL |
| Weiner Law Group | Land Use Attorney | 629 Parsippany Rd, P.O. Box 438, Parsippany, NJ |

8900364