| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-19(b)**<br>**OMNI AGENT SOLUTIONS, LLC**<br>5955 De Soto Ave, Ste 100<br>Woodland Hills, CA 91367<br>(818) 906-8300<br>(818) 783-2737 Facsimile | |
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter: 11<br><br>Case No.: 22-14539-JKS<br><br>Judge: **John K. Sherwood** |

## CERTIFICATION OF SERVICE

1. I, <u>Randy Lowry</u> :

   [X] represent the proposed Claims and Noticing Agent, in the above-captioned matters

   [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

   [ ] am the _____ in the above case and am representing myself.

2. On <u>June 27, 2022</u> I caused the following pleadings and/or document to be served on the parties listed in the chart below:

   - **Application for Retention of Professional Riker Danzig LLP as Special Litigation Counsel [Docket No. 75]**

   - **Application for Retention of Professional Pashman Stein Walder Hayden, P.C. as Special Regulatory and Investigation Counsel [Docket No. 76]**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

3952037

3.  I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated:  June 28, 2022                              _____
                                                    Signature: Randy Lowry

3952037

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *SEE EXHIBIT A* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other <u>Electronic mail</u><br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| *SEE EXHIBIT B* | *SEE EXHIBIT B* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other <u>UPS Overnight</u><br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |

# **EXHIBIT A**

3952037

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| 30 Largest | Air-Ref HVAC | jsidawi@dmrconstruct.com<br>receivables@airref.com | |
| 30 Largest Investors | AJJK Healthtek LLC | Email Address Redacted | |
| Securities | Alabama Securities Commission | asc@asc.alabama.gov | |
| *NOA - Counsel for Duane E. Thomas | Andrew J. Decker, III PLLC | andy@decker.law | Andrew J. Decker, III |
| 30 Largest Investors | Andrew Maretz | Email Address Redacted | |
| 30 Largest Investors | Ashok Wahi | Email Address Redacted | |
| 30 Largest Investors | AVVK Consulting LLC | Email Address Redacted | |
| 30 Largest | Bloomberg LP | korellana4@bloomberg.net<br>jtallant@bloomberg.net | |
| 30 Largest | Cipolla & Co, LLC | jcipolla@cipollacpa.com | |
| 30 Largest | City of Fort Myers Utilities | utilitybilling@cityftmyers.com | City of Ft Myers Financial Services Dept |
| 30 Largest | Crum & Forster | Diana.Sviontek@cfins.com | |
| 30 Largest Investors | Daniel C & Helen Green | Email Address Redacted | |
| 30 Largest | DC Engineers, Inc | sdanielsen@dcengineersinc.com | |
| 30 Largest | Distinctive Drywall | JSidawi@dmrconstruct.com<br>distinctivedrywall@gmail.com | |
| 30 Largest | DMR Construction | mplante@dmrconstruct.com<br>Jsidawi@dmrconstruct.com | |
| Counsel for Translucent Security | Donnelly Minter & Kelly, LLC | pgalligan@dmklawgroup.com | Patrick J Galligan, Esq |
| 30 Largest Investors | Douglas P & Anne G Magner | Email Address Redacted | |
| 30 Largest Investors | Duane Elias Thomas | Email Address Redacted | |
| 30 Largest Investors | ECPV, LLC | Email Address Redacted | |
| 30 Largest Investors | Edward A Bendickson | Email Address Redacted | |
| 30 Largest | Edwin A Reimon, PE, CME | reimon5@msn.com | |
| *NOA - Counsel for PNC Equipment Finance, LLC | Flamm Walton Heimbach | mafoley@flammlaw.com | Matthew A. Foley |
| *NOA - Counsel for PNC Equipment Finance, LLC | Flamm Walton Heimbach | rewalton@flammlaw.com | Robert E. Walton |
| Taxing Authorities | Florida Dept of Revenue | emailDOR@floridarevenue.com | |
| 30 Largest | Flynn Engineering Services | Joan@FlynnEngineering.com | |
| 30 Largest | Glenn Glerum, PC | gmg251@aol.com | |
| 30 Largest | Grand Expediters, Inc | michaelgenari@grandexpeditersnyc.com | |
| 30 Largest | Grandview Title Agency of Bergen County | grandview.bergen@gmail.com | |
| *NOA - Counsel for US Construction, Inc. | Hankin Sandman Palladino Weintrob & Bell, PC | john@hankinsandman.com | John F. Palladino |
| 30 Largest Investors | Harit Kumar & Heena Narendra Kumar Patel | Email Address Redacted | |
| 30 Largest | Hubspot, Inc | billing@hubspot.com | |
| 30 Largest | Hudson Property Management, LLC | billing@hudsonpm.com | |
| 30 Largest | iHeart Media | robertamicucci@iheartmedia.com | |
| Taxing Authorities | Illinois Dept of Revenue | REV.GCO@illinois.gov | |
| 30 Largest Investors | IRA Services Trust Co | Email Address Redacted | |
| 30 Largest Investors | James Fox | Email Address Redacted | |
| 30 Largest | JAMS | egonzalez@jamsadr.com | |
| 30 Largest | Jobs4Blue | ssullivan@jobs4blue.com | |
| 30 Largest Investors | John Donohue | Email Address Redacted | |
| 30 Largest Investors | Jyot Funding, LLC | Email Address Redacted | |
| 30 Largest | JZN Engineering, PC | njundi@jznengineering.com | |
| 30 Largest Investors | Kendall Gentry | Email Address Redacted | |
| 30 Largest Investors | Levine Capital Aggregation Fund I, LLC | Email Address Redacted | |
| 30 Largest | Lochrie & Chakas PA | emendez@lochrielaw.com | |
| 30 Largest Investors | Madhu Gulati | Email Address Redacted | |
| *NOA – Counsel for Metropolitan YMCA of the Oranges | Mandelbaum Barrett PC | bmandelbaum@mblawfirm.com | Barry Mandelbaum |
| *NOA – Counsel for Metropolitan YMCA of the Oranges | Mandelbaum Barrett PC | vroldan@mblawfirm.com | Vincent J. Roldan |
| 30 Largest Investors | Maurice Elmalem | Email Address Redacted | |
| *NOA - Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | ahochheiser@mauricewutscher.com | Alan C. Hochheiser |
| *NOA - Counsel for AWE Family Holding Co., LLC, Elliot Gershowitz and Wendy Gershowitz | Meyer, Suozzi, English & Klein, P.C. | elobello@msek.com | Edward J. LoBello |
| *NOA - Counsel for AWE Family Holding Co., LLC, Elliot Gershowitz and Wendy Gershowitz | Meyer, Suozzi, English & Klein, P.C. | jweiss@msek.com | Jordan D. Weiss |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| 30 Largest Investors | Michelle M Mayne | Email Address Redacted | |
| 30 Largest Investors | Mohamed El-Sayed | Email Address Redacted | |
| Securities | New Jersey Bureau of Securities | njbos@dca.lps.state.nj.us | |
| NOA - Office of the United States Trustee | Office of the United States Trustee | alexandria.nikolinos@usdoj.gov | Alexandria Nikolinos, Esq. |
| NOA - Office of the United States Trustee | Office of the United States Trustee | David.Gerardi@usdoj.gov | David Gerardi, Esq. |
| NOA - Office of the United States Trustee | Office of the United States Trustee | Fran.B.Steele@usdoj.gov | Fran B. Steele, Esq. |
| 30 Largest Investors | Old House Lane, LLC | Email Address Redacted | |
| 30 Largest Investors | Patrick Creamer | Email Address Redacted | |
| *NOA - Counsel for Sordoni Construction Co. | Peckar & Abramson, P.C. | Bhochberg@Pecklaw.com | Benjamin J. Hochberg |
| *NOA - Counsel for Sordoni Construction Co. | Peckar & Abramson, P.C. | PMoran@Pecklaw.com | Peter E. Moran |
| 30 Largest Investors | Peter & Sandra Camporese | Email Address Redacted | |
| 30 Largest | Red Seat Ventures, LLC | skitchell@thefirsttv.com | |
| 30 Largest | Reed Smith LLP | BWeese@reedsmith.com | |
| 30 Largest | Reinard Agency Inc | kcreinard@reinardinsurance.com | |
| 30 Largest | Repute PR | rblanch@reputepr.com | |
| 30 Largest Investors | Richard C Lang | Email Address Redacted | |
| 30 Largest Investors | Rietsch Enterprises Inc | Email Address Redacted | |
| 30 Largest Investors | Ronald Carpino | Email Address Redacted | |
| 30 Largest | Ryan Blanch | rblanch@reputepr.com<br>deb@reputepr.com | |
| Secured Creditors | S3 RE 1300 Manhattan Funding LLC | info@s3cap.com | |
| Secured Creditors | S3 RE Bergenline Funding | info@s3cap.com | |
| *NOA - Counsel for Mohamed El-Sayed, MD | Scarinci Hollenbeck, LLC | dedelberg@sh-law.com | David Edelberg |
| *NOA - Counsel for S3 RE Bergenline Funding, LLC/S3 RE 1300 Manhattan Funding LLC | Seyfarth Shaw LLP | jyu@seyfarth.com | James S. Yu |
| *Debtor's Counsel | Sills Cummis & Gross | dharris@sillscummis.com | Daniel Harris |
| *Debtor's Counsel | Sills Cummis & Gross | gkopacz@sillscummis.com | Gregory Kopacz |
| *Debtor's Counsel | Sills Cummis & Gross | steele@sillscummis.com | S. Jason Teele |
| *NOA - Counsel to the Debtors and Debtors-in-Possession | Sills Cummis & Gross PC | dharris@sillscummis.com | Daniel J. Harris |
| *NOA - Counsel to the Debtors and Debtors-in-Possession | Sills Cummis & Gross PC | gkopacz@sillscummis.com | Gregory A. Kopacz |
| 30 Largest | Snell & Wilmer | dholden@swlaw.com | |
| *NOA – Counsel for Andrew Maretz | Spector Gadon & Rosen PC | ddugan@sgrvlaw.com | Daniel J. Dugan |
| *NOA – Counsel for Andrew Maretz | Spector Gadon & Rosen PC | gvinci@sgrvlaw.com | George M. Vinci |
| *NOA - Counsel for Tile It, Inc. | Stark & Stark | jlemkin@stark-stark.com | Joseph H. Lemkin |
| 30 Largest Investors | Stephen Debiasi | Email Address Redacted | |
| 30 Largest | The First Digital, Inc | skitchell@thefirsttv.com | |
| 30 Largest Investors | The Thomas Brunton Living Trust | Email Address Redacted | |
| 30 Largest Investors | Theodore Goldsmith | Email Address Redacted | |
| 30 Largest | Thomas DiFabiis | tdtemp@live.com | |
| 30 Largest | Union City Board of Education | eobjection@gmail.com | Elise DiNardo |
| 30 Largest | US Bancorp Fund Services, LLC | mutual.funds.billing@usbank.com<br>mutual.funds.billing@usbank.com | |

# **EXHIBIT B**

3952037

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| 30 Largest | Air-Ref HVAC | Air Ref Co, Inc | 2703 N Old Dixie Hwy | Delray Beach, FL 33483 | | |
| 30 Largest Investors | AJJK Healthtek LLC | Address Redacted | | | | |
| Taxing Authorities | Alabama Dept of Revenue | Attn: Legal Div | 50 N Ripley St | Montgomery, AL 36104 | | |
| Securities | Alabama Securities Commission | P.O. Box 304700 | Montgomery, AL 36130-4700 | | | |
| 30 Largest Investors | Andrew Maretz | Address Redacted | | | | |
| 30 Largest Investors | Ashok Wahi | Address Redacted | | | | |
| 30 Largest Investors | AVVK Consulting LLC | Address Redacted | | | | |
| 30 Largest | Bloomberg LP | 731 Lexington Ave | New York, NY 10022 | | | |
| NOA - Counsel for 2374 Main Street Holdings, LLC | Braverman & Lester | Attn: Jeffrey A. Lester | 374 Main St. | Hackensack, NJ 07601 | | |
| 30 Largest | Cipolla & Co, LLC | 851 Franklin Lake Rd | Franklin Lakes, NJ 07417 | | | |
| 30 Largest | City of Fort Myers Utilities | City of Fort Myers Financial Services Dept | 2600 Dr Martin Luther King Blvd | Ft Myers, FL 33916 | | |
| 30 Largest | Crum & Forster | 305 Madison Ave | Morristown, NJ 07960 | | | |
| 30 Largest Investors | Daniel C & Helen Green | Address Redacted | | | | |
| 30 Largest | DC Engineers, Inc | Danielsen Consulting Engineers Inc. | 12743 NW 13th Ct | Coral Springs, FL 33071 | | |
| 30 Largest | Distinctive Drywall | Distinctive Drywall Designs, LLC | 995 NW 31st Ave | Pompano Beach, FL 33069 | | |
| 30 Largest | DMR Construction | DMR Construction Services, Inc | 160 Hopper Ave | Waldwick, NJ 07463 | | |
| Counsel for Translucent Security | Donnelly Minter & Kelly, LLC | Attn: Patrick J Galligan, Esq | 163 Madison Ave, Ste 320 | Morristown, NJ 07960 | | |
| 30 Largest Investors | Douglas P & Anne G Magner | Address Redacted | | | | |
| 30 Largest Investors | Duane Elias Thomas | Address Redacted | | | | |
| 30 Largest Investors | ECPV, LLC | Address Redacted | | | | |
| 30 Largest Investors | Edward A Bendickson | Address Redacted | | | | |
| 30 Largest | Edwin A Reimon, PE, CME | P.O. Box 377 | Rutherford, NJ 07070 | | | |
| Taxing Authorities | Florida Dept of Revenue | P.O. Box 6668 | Tallahassee, FL 32314-6668 | | | |
| 30 Largest | Flynn Engineering Services | 241 Commercial Blvd | Lauderdale-By-The-Sea, FL 33308 | | | |
| 30 Largest | Glenn Glerum, PC | 108 Old Prospect School Rd | Sparta, NJ 07871-3314 | | | |
| 30 Largest | Grand Expediters, Inc | 30 Broad St, 14th Fl | New York, NY 10004 | | | |
| 30 Largest | Grandview Title Agency of Bergen County | 198 Boulevard | Hasbrouck Heights, NJ 07604 | | | |
| 30 Largest Investors | Harit Kumar & Heena Narendra Kumar Patel | Address Redacted | | | | |
| NOA - NRIA Investor | Hemalkumar Vyas | Address Redacted | | | | |
| 30 Largest | Hubspot, Inc | 25 1st St, 2nd Fl | Cambridge, MA 02141 | | | |
| 30 Largest | Hudson Property Management, LLC | P.O. Box 31 | Hoboken, NJ 07030 | | | |
| 30 Largest | iHeart Media | P.O. Box 406372 | Atlanta, GA 30384-6872 | | | |
| Taxing Authorities | Illinois Dept of Revenue | Attn: Bankruptcy Unit | P.O. Box 19035 | Springfield, IL 62794-9035 | | |
| Securities | Illinois Securities Dept | Office of the IL Secretary of State | 421 E Capitol Ave, 2nd Fl | Springfield, IL 62701 | | |
| Taxing Authorities | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | |
| 30 Largest Investors | IRA Services Trust Co | Address Redacted | | | | |
| 30 Largest Investors | James Fox | Address Redacted | | | | |
| 30 Largest | JAMS | 29 Madison Ave, 22nd Fl | New York, NY 10017 | | | |
| 30 Largest | Jobs4Blue | 4400 US 9 S, Ste 3500 | Freehold, NJ 07728 | | | |
| 30 Largest Investors | John Donohue | Address Redacted | | | | |
| 30 Largest Investors | John L Azevedo | Address Redacted | | | | |
| 30 Largest Investors | Jyot Funding, LLC | Address Redacted | | | | |
| 30 Largest | JZN Engineering, PC | 99 Morris Ave, Ste 302 | Springfield, NJ 07081 | | | |
| 30 Largest Investors | Kendall Gentry | Address Redacted | | | | |
| 30 Largest Investors | Levine Capital Aggregation Fund I, LLC | Address Redacted | | | | |
| 30 Largest | Lochrie & Chakas PA | 1401 E Broward Blvd, Ste 303 | Ft Lauderdale, FL 33301 | | | |
| 30 Largest Investors | Madhu Gulati | Address Redacted | | | | |
| 30 Largest Investors | Maurice Elmalem | Address Redacted | | | | |
| 30 Largest Investors | Michelle M Mayne | Address Redacted | | | | |
| 30 Largest Investors | Mohamed El-Sayed | Address Redacted | | | | |
| Securities | New Jersey Bureau of Securities | 153 Halsey St, 6th Fl | Newark, NJ 07102 | | | |
| Taxing Authorities | New Jersey Division of Taxation | P.O. Box 281 | Trenton, NJ 08695-0281 | | | |
| Taxing Authorities | New York Dept of Taxation & Finance | Attn: Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205-0300 | | |
| Attorney General | Office of the Attorney General of AL | 501 Washington Ave | Montgomery, AL 36104 | | | |
| Attorney General | Office of the Attorney General of FL | PL-01 The Capitol | Tallahassee, FL 32399-1050 | | | |
| Attorney General | Office of the Attorney General of IL | 100 W Randolph St | Chicago, IL 60601 | | | |
| Attorney General | Office of the Attorney General of NJ | RJ Hughes Justice Complex | 25 Market St, Box 080 | Trenton, NJ 08625-0080 | | |
| Attorney General | Office of the Attorney General of NY | The Capitol | Albany, NY 12224-0341 | | | |
| NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: Fran B. Steele, Esq. | Attn: David Gerardi, Esq. | Attn: Alexandria Nikolinos, Esq. | 1 Newark Ctr, Ste 2100 | Newark, NJ 07102 |
| Attorney General | Office of the US Attorney General | US Dept of Justice | 950 Pennsylvania Ave NW | Washington, DC 20530-0001 | | |
| 30 Largest Investors | Old House Lane, LLC | Address Redacted | | | | |
| 30 Largest Investors | Patrick Creamer | Address Redacted | | | | |
| 30 Largest Investors | Peter & Sandra Camporese | Address Redacted | | | | |
| 30 Largest | Red Seat Ventures, LLC | 129 W 29th St, Rm 600N | New York, NY 10010 | | | |
| 30 Largest | Reed Smith LLP | 2672 Paysphere Cir | Chicago, IL 60674 | | | |
| 30 Largest | Reinard Agency Inc | 349 Bustleton Pike | Feasterville, PA 19053 | | | |
| 30 Largest | Repute PR | 590 Madison Ave, 21st Fl | New York, NY 10022 | | | |
| 30 Largest Investors | Richard C Lang | Address Redacted | | | | |
| 30 Largest Investors | Rietsch Enterprises Inc | Address Redacted | | | | |
| 30 Largest Investors | Ronald Carpino | Address Redacted | | | | |
| 30 Largest | Ryan Blanch | 420 Lexington Ave, Ste 1402 | P.O. Box 1057 | New York, NY 10170 | | |
| Secured Creditors | S3 RE 1300 Manhattan Funding LLC | Attn: Joshua Crane | 535 Madison Ave, 19th Fl | New York, NY 10022 | | |
| Secured Creditors | S3 RE Bergenline Funding | 444 Madison Ave, 14th Fl | New York, NY 10022 | | | |
| NOA - Counsel for George Sciensski | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | Attn: David L. Stevens | 1 Harmon Meadow Blvd, Ste 201 | Secaucus, NJ, 07094 | | |
| Securities | Securities & Exchange Commission | 100 F St NE | Washington, DC 20549 | | | |

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| Securities | Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Pl | 200 Vesey St, Ste 400 | New York, NY 10281-1022 |
| 30 Largest | Snell & Wilmer | 1 Arizona Center | 400 E Van Buren, Ste 1900 | Phoenix, AZ 85004 | | |
| 30 Largest Investors | Stephen Debiasi | Address Redacted | | | | |
| 30 Largest | The First Digital, Inc | 129 W 29th St, Rm 600N | New York, NY 10010 | | | |
| 30 Largest Investors | The Thomas Brunton Living Trust | Address Redacted | | | | |
| 30 Largest Investors | Theodore Goldsmith | Address Redacted | | | | |
| Secured Creditors | Toorak Capital Partners | 15 Maple St, 2nd Fl, W | Summit, NJ 07901 | | | |
| 30 Largest | Union City Board of Education | 3912 32nd St | Union City, NJ 07087 | | | |
| US Attorney's Office | US Attorney's Office for the District of NJ | 970 Broad St, 7th Fl | Newark, NJ 07102 | | | |
| 30 Largest | US Bancorp Fund Services, LLC | 777 E Wisconsin Ave | Milwaukee, WI 53202 | | | |