UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Creditor, U.S. Construction, Inc.

In Re:
NATIONAL REALTY INVESTMENT
ADVISORS, LLC, et al.,

Debtors.

Case No.: 22-14539

Chapter: 11

Judge: JKS

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Construction, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

THE KELLY FIRM, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

Date: 6/28/22

/s/ Andrew J. Kelly
Signature

*new.8/1/15*