UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
David Gerardi, Esq.
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: David.Gerardi@usdoj.gov
　　　　Fran.B.Steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.,* | Case No. 22-14539 (JKS) |
| | The Honorable John K. Sherwood |
| Debtors. | |

# NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints effective June 29, 2022, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

1. Peter Camporese
2. Caroline Gladding-Spiteri
3. Helen Green
4. Kendell Gentry
5. Paul Stram
6. Jyot Funding. LLC, c/o Atul Patel
7. Noel Maimu

A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

**Page 2**
**National Realty Investment Advisors, LLC, et al.**
**Appointment of Official Committee of Unsecured Creditors**

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

David Gerardi
Trial Attorney

Fran B. Steele
Trial Attorney

Date: June 30, 2022