**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: July 19, 2022 at 2:00 p.m. (ET)** |

## NOTICE OF REVISED CONTRACT SCHEDULE WITH RESPECT TO DEBTORS' MOTION TO ASSUME CERTAIN CONSTRUCTION CONTRACTS

**PLEASE TAKE NOTICE** that on June 28, 2022, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts* [Docket No. 85] (the "**Assumption Motion**"). Attached as Exhibit B to the Assumption Motion is a schedule of construction contracts and leases that the Debtors seek authority to assume (the "**Contract Schedule**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised version of the Contract Schedule (the "**Revised Contract Schedule**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto **Exhibit B** is a redline of the Revised Contract Schedule marked against the Contract Schedule. The Debtors will serve by email and first class mail a copy of the Revised Contract Schedule on the counterparty whose contract was added to the Revised Contract Schedule.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Dated: July 1, 2022                    **SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*

8944683

## Exhibit A

**30 Briny Breezes Blvd – Gulf Stream Views**

| Counterparty | Contract[1] | Cure Amount |
|---|---|---|
| Cobra Construction, Inc. | Subcontract Agreement dated February 24, 2021 | $0 |
| Designer Floors of South Florida, Inc. | Subcontract Agreement dated May 14, 2020 and effective May 15, 2020 | $0 |
| Electric Door-Lift, Inc. | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| ETC Palm Beach, LLC | Subcontract Agreement dated May 6, 2020 and effective May 26, 2020 | $0 |
| Flex Electric, Inc. | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| Floor Experts, Inc. | Subcontract Agreement dated January 27, 2022 | $0 |
| Master Painting & Sealants, LLC | Subcontract Agreement dated August 17, 2020 and effective August 18, 2020 | $20,304 |
| New Horizon Plumbing | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| South Florida Putting Greens, LLC | Subcontract Agreement dated November 1, 2021 | $0 |
| The Epoxy Pros | Subcontract Agreement dated February 7, 2022 | $0 |
| United American Metal Works | Subcontract Agreement dated April 25, 2019 and effective May 9, 2019 | $0 |

---

[1] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

## 1300 Manhattan – Union City

| Counterparty | Contract[2] | Cure Amount |
|---|---|---|
| Concrete Rising LLC | Subcontract Agreement dated April 23, 2021 and effective May 14, 2021 | $0 |
| Control Services, LLC | Subcontract Agreement dated August 1, 2019 | $0 |
| DMR Construction Services, Inc | AIA Standard Form of Agreement dated September 10, 2019[3] | $207,491.07 |
| Kone Inc. | Subcontract Agreement dated October 25, 2019 and effective November 8, 2019 | $0 |
| Maxim Crane Works, L.P. | Executed Quotation dated January 12, 2022 | $0 |
| Union City Board of Education | Agreement For the Payment of Parking Fees Between the City of Union City Board of Education and Manhattan Avenue Capital LLC dated November 30, 2021 | $100,000 |
| Tristate Blasting, LLC | Subcontract Agreement dated November 15, 2020 and effective November 20, 2020 | $0 |

---

[2] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[3] For the avoidance of doubt, the Debtors assumption of the AIA Standard Form of Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019.  The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

**931 Madison – Hoboken**

| Counterparty | Contract[4] | Cure Amount |
|---|---|---|
| AM Construction New Inc. | Contract dated November 30, 2021 | $0 |

---

[4] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

**62-68 69th St - Guttenberg**

| Counterparty | Contract[5] | Cure Amount |
|---|---|---|
| D&B Service Group LLC | Proposal dated December 17, 2021 | $613,817.99 |

---

[5] The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.

8926338

**<u>4901 Bergenline – West New York</u>**

| Counterparty | Contract[6] | Cure Amount |
|---|---|---|
| Advanced Environmental Services, LLC | Subcontract Agreement dated June 6, 2018 and effective March 15, 2018 | $0 |
| Advanced Scaffolding Services LLC | Subcontract Agreement dated December 9, 2020 and effective December 9, 2020 | $1,843 |
| All-City Metal, LLC | Subcontract Agreement dated October 29, 2019 and effective November 12, 2019 | $0 |
| All State Electrical Construction | Subcontract Agreement dated May 28, 2021 and effective June 1, 20201 | $67,837 |
| API Contractors | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $0 |
| BYN Iron Works | Subcontract Agreement dated August 9, 2021 | $0 |
| Construction Pros, LLC | Subcontract Agreement dated December 18, 2019 and effective January 1, 2020 | $0 |
| Control Services, LLC | Subcontract Agreement dated October 24, 2019 and effective November 7, 2019 | $0 |
| Core Glazing Solutions, LLC | Subcontract Agreement dated November 16, 2020 and effective November 16, 2020 | $69,090 |
| Custom Stone by Frank, LLC | Subcontract Agreement dated June 9, 2021 and effective June 10, 2021 | $0 |

---

[6] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

8926338

| | | |
|---|---|---|
| Devine Roofing and Contracting LLC | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $96,172 |
| DMR Construction Services, Inc | Subcontract Agreement dated May 21, 2019[7] | $522,894.30 |
| Dyer Insulations | Subcontract Agreement dated August 2, 2021 | $0 |
| Fitness Design Group | Design Services Agreement dated April 12, 2021 | $0 |
| Fredon Welding and Iron Works | Subcontract Agreement dated February 19, 2021 and effective February 19, 2021 | $0 |
| General Foundries Inc. | Executed Purchase Order dated November 9, 2020 | $0 |
| HVAC Boss LLC Heating & Cooling | Subcontract Agreement dated April 18, 2020 and effective September 14, 2020 | $18,000 |
| Johnson Fitness and Wellness | Subcontract Agreement dated September 13, 2021 and effective September 13, 2021 | $0 |
| Kemsco | Subcontract Agreement dated April 13, 2021 | $0 |
| Klaus America Parking Systems | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Kone, Inc. | Subcontract Agreement dated October 22, 2019 and effective November 5, 2019 | $0 |
| Marble Systems | Purchase Order dated June 7, 2021 | $0 |

---

[7] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019.  The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

| | | |
|---|---|---|
| Meli Plumbing & Heating, Inc. | Subcontract Agreement dated January 27, 2020 and effective February 10, 2020 | $72,223 |
| Millennium Fire Protection | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Monitex Security Inc. | Subcontract Agreement dated May 24, 2021 and effective May 24, 2021 | $4,529 |
| MT General Contractors, INC. | Subcontract Agreement dated August 27, 2021 | $34,129 |
| PSE&G | Standard Terms and Conditions dated September 15, 2021 | $0 |
| Respro Cabinets LLC | Purchase Order dated June 24, 2021 | $31,500 |
| Roy Rock, LLC | Subcontract Agreement dated January 20, 2020 and effective January 3, 2020 | $0 |
| Tile it and more | Subcontract Agreement dated May 28, 2021 and effective June 1, 2021 | $201,166 |
| Translucent Security, LLC | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021<br><br>Subcontract Agreement dated December 20, 2019 and effective January 3, 2020<br><br>Subcontract Agreement dated September 27, 2021 and effective September 27, 2021 | $40,025 |
| TriState Blasting, LLC | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Valex Enterprises | Subcontract Agreement dated February 8, 2021 and effective February 8, 2021 | $131,920 |
| Virtual Service (VDM) | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | $0 |

### 508 51st and 511 52nd St – West New York

| Counterparty | Contract[8] | Cure Amount |
|---|---|---|
| Sordoni Construction | AIA Standard Form of Agreement dated July 9, 2021 | $1,595,417.10 |
| Francisco Crespo | Lease Agreement dated September 1, 2021 | $0 |

---

[8] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

**<u>Exhibit B</u>**

8944683

**30 Briny Breezes Blvd – Gulf Stream Views**

| Counterparty | Contract[1] | Cure Amount |
|---|---|---|
| Cobra Construction, Inc. | Subcontract Agreement dated February 24, 2021 | $0 |
| Designer Floors of South Florida, Inc. | Subcontract Agreement dated May 14, 2020 and effective May 15, 2020 | $0 |
| Electric Door-Lift, Inc. | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| ETC Palm Beach, LLC | Subcontract Agreement dated May 6, 2020 and effective May 26, 2020 | $0 |
| Flex Electric, Inc. | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| Floor Experts, Inc. | Subcontract Agreement dated January 27, 2022 | $0 |
| Master Painting & Sealants, LLC | Subcontract Agreement dated August 17, 2020 and effective August 18, 2020 | $20,304 |
| New Horizon Plumbing | Subcontract Agreement dated February 18, 2019 and effective March 4, 2019 | $0 |
| South Florida Putting Greens, LLC | Subcontract Agreement dated November 1, 2021 | $0 |
| The Epoxy Pros | Subcontract Agreement dated February 7, 2022 | $0 |
| United American Metal Works | Subcontract Agreement dated April 25, 2019 and effective May 9, 2019 | $0 |

---

[1] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

**1300 Manhattan – Union City**

| Counterparty | Contract[2] | Cure Amount |
|---|---|---|
| Concrete Rising LLC | Subcontract Agreement dated April 23, 2021 and effective May 14, 2021 | $0 |
| Control Services, LLC | Subcontract Agreement dated August 1, 2019 | $0 |
| DMR Construction Services, Inc | AIA Standard Form of Agreement dated September 10, 2019[3] | $207,491.07 |
| Kone Inc. | Subcontract Agreement dated October 25, 2019 and effective November 8, 2019 | $0 |
| Maxim Crane Works, L.P. | Executed Quotation dated January 12, 2022 | $0 |
| Union City Board of Education | Agreement For the Payment of Parking Fees Between the City of Union City Board of Education and Manhattan Avenue Capital LLC dated November 30, 2021 | $100,000 |
| Tristate Blasting, LLC | Subcontract Agreement dated November 15, 2020 and effective November 20, 2020 | $0 |

---

[2] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[3] For the avoidance of doubt, the Debtors assumption of the AIA Standard Form of Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

**931 Madison – Hoboken**

| Counterparty | Contract[34] | Cure Amount |
|---|---|---|
| AM Construction New Inc. | Contract dated November 30, 2021 | $0 |

---

[34] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

8926338

**62-68 69th St - Guttenberg**

| Counterparty | Contract[45] | Cure Amount |
|---|---|---|
| D&B Service Group LLC | Proposal dated December 17, 2021 | $613,817.99 |

---

[45] The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.

**4901 Bergenline – West New York**

| Counterparty | Contract[56] | Cure Amount |
|---|---|---|
| Advanced Environmental Services, LLC | Subcontract Agreement dated June 6, 2018 and effective March 15, 2018 | $0 |
| Advanced Scaffolding Services LLC | Subcontract Agreement dated December 9, 2020 and effective December 9, 2020 | $1,843 |
| All-City Metal, LLC | Subcontract Agreement dated October 29, 2019 and effective November 12, 2019 | $0 |
| All State Electrical Construction | Subcontract Agreement dated May 28, 2021 and effective June 1, 20201 | $67,837 |
| API Contractors | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $0 |
| BYN Iron Works | Subcontract Agreement dated August 9, 2021 | $0 |
| Construction Pros, LLC | Subcontract Agreement dated December 18, 2019 and effective January 1, 2020 | $0 |
| Control Services, LLC | Subcontract Agreement dated October 24, 2019 and effective November 7, 2019 | $0 |
| Core Glazing Solutions, LLC | Subcontract Agreement dated November 16, 2020 and effective November 16, 2020 | $69,090 |
| Custom Stone by Frank, LLC | Subcontract Agreement dated June 9, 2021 and effective June 10, 2021 | $0 |

---

[56] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

8926338

| Devine Roofing and Contracting LLC | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $96,172 |
| DMR Construction Services, Inc | Subcontract Agreement dated May 21, 2019[67] | $350,837 $522,894.30 |
| Dyer Insulations | Subcontract Agreement dated August 2, 2021 | $0 |
| Fitness Design Group | Design Services Agreement dated April 12, 2021 | $0 |
| Fredon Welding and Iron Works | Subcontract Agreement dated February 19, 2021 and effective February 19, 2021 | $0 |
| General Foundries Inc. | Executed Purchase Order dated November 9, 2020 | $0 |
| HVAC Boss LLC Heating & Cooling | Subcontract Agreement dated April 18, 2020 and effective September 14, 2020 | $18,000 |
| Johnson Fitness and Wellness | Subcontract Agreement dated September 13, 2021 and effective September 13, 2021 | $0 |
| Kemsco | Subcontract Agreement dated April 13, 2021 | $0 |
| Klaus America Parking Systems | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Kone, Inc. | Subcontract Agreement dated October 22, 2019 and effective November 5, 2019 | $0 |
| Marble Systems | Purchase Order dated June 7, 2021 | $0 |

[67] For the avoidance of doubt, the Debtors assumption of the Subcontractor Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of the their rights with respect thereto.

| | | |
|---|---|---|
| Meli Plumbing & Heating, Inc. | Subcontract Agreement dated January 27, 2020 and effective February 10, 2020 | $72,223 |
| Millennium Fire Protection | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Monitex Security Inc. | Subcontract Agreement dated May 24, 2021 and effective May 24, 2021 | $4,529 |
| MT General Contractors, INC. | Subcontract Agreement dated August 27, 2021 | $34,129 |
| PSE&G | Standard Terms and Conditions dated September 15, 2021 | $0 |
| Respro Cabinets LLC | Purchase Order dated June 24, 2021 | $31,500 |
| Roy Rock, LLC | Subcontract Agreement dated January 20, 2020 and effective January 3, 2020 | $0 |
| Tile it and more | Subcontract Agreement dated May 28, 2021 and effective June 1, 2021 | $201,166 |
| Translucent Security, LLC | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021<br><br>Subcontract Agreement dated December 20, 2019 and effective January 3, 2020<br><br>Subcontract Agreement dated September 27, 2021 and effective September 27, 2021 | $40,025 |
| TriState Blasting, LLC | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0 |
| Valex Enterprises | Subcontract Agreement dated February 8, 2021 and effective February 8, 2021 | $131,920 |
| Virtual Service (VDM) | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | $0 |

**508 51st and 511 52nd St – West New York**

| Counterparty | Contract[78] | Cure Amount |
|---|---|---|
| Sordoni Construction | AIA Standard Form of Agreement dated July 9, 2021 | $1,595,417.10 |
| Francisco Crespo | Lease Agreement dated September 1, 2021 | $0 |

---

[78] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

8926338