| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ICE MILLER LLP<br>Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Telephone: (212) 835-6312<br>Louis.DeLucia@icemiller.com<br>Alyson.Fiedler@icemiller.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>Debtors. | Chapter: 11<br><br>Case No. 22-14539-JKS<br><br>(Jointly Administered) |

**STIPULATION EXTENDING TIME TO OBJECT
OR OTHERWISE RESPOND**

It is hereby STIPULATED and AGREED by and amongst the Official Committee of Unsecured Creditors ("Committee") and National Realty Investment Advisors, LLC, et al., as debtors and debtors-in-possession ("Debtors") in the above-captioned jointly administered cases that the date by which the Committee shall be required to file an objection or otherwise respond ("Committee Response") to the following motions and applications is hereby extended to **July 14, 2022** (collectively, "Motions"):

- Debtors' Motion for Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B)

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

1

- Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [**Docket No. 9**]
- Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Pay Pre-Petition Insurance Premiums (II) Continue Pre-Petition Insurance Programs and (III) Pay all Pre-Petition Obligations in Respect Thereof [**Docket No. 10**]
- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, and Records [**Docket No. 11**]
- Application to Retain Sills Cummis & Gross, P.C. [**Docket No. 48**]
- Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of the Court [**Docket No. 49**]
- Debtors' Motion For Entry of an Order Dismissing the Chapter 11 Case of Black Horse Alley Capital LLC [**Docket No. 53**]
- Application to Retain Riker Danzig LLP [**Docket No. 75**]
- Application to Retain Pashman Stein Walder Hayden, P.C. [**Docket No. 76**]
- Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business [**Docket No. 83**]
- Application to Retain Eisner Advisory Group LLC [**Docket No. 105**]

The Debtors may reply to the Committee Response(s) to the Motions by **July 18, 2022**. The hearing on the Motions will be held on **July 19, 2022,** at **2:00 PM**. The Committee and Debtors further agree to an adjournment of the Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts [**Docket No. 85**] from July 19, 2022, to a date to be set by the Court.

Date: July 11, 2022                                    **ICE MILLER LLP**

                                                               */s/ Louis T. DeLucia*
Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, New York 10036
Tel. (212) 835-6312
Louis.DeLucia@icemiller.com
Alyson.Fiedler@icemiller.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**SILLS CUMMIS & GROSS, P.C.**

 /s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*