Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 22−14539−JKS
                Chapter: 11
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   National Realty Investment Advisors LLC
   1 Harmon Plaza
   9th Floor
   Secaucus, NJ 07094

Social Security No.:

Employer's Tax I.D. No.:
   20−5923100

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/19/22 at 02:00 PM

to consider and act upon the following:

*48* − Application For Retention of Professional Sills Cummis & Gross P.C. as Debtors' Bankruptcy Counsel Filed by S. Jason Teele on behalf of National Realty Investment Advisors LLC. Objections due by 7/5/2022. (Attachments: # 1 Application # 2 Proposed Order # 3 Declaration of S. Jason Teele, Esq. # 4 Party in Interest / Conflict Check List # 5 Engagement Letters # 6 Declaration of Brian Casey) (Teele, S. Jason)

*114* − Objection to the Application for Retention of Professional to retain Sills Cummis & Gross P.C. (related document:48 Application For Retention of Professional Sills Cummis & Gross P.C. as Debtors' Bankruptcy Counsel Filed by S. Jason Teele on behalf of National Realty Investment Advisors LLC. Objections due by 7/5/2022. (Attachments: # 1 Application # 2 Proposed Order # 3 Declaration of S. Jason Teele, Esq. # 4 Party in Interest / Conflict Check List # 5 Engagement Letters # 6 Declaration of Brian Casey) (Teele, S. Jason) filed by Debtor National Realty Investment Advisors LLC) filed by David Gerardi on behalf of U.S. Trustee. (Gerardi, David)

Dated: 7/12/22

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court