**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-14539 (JKS) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Alan Zhou and Frances Lee appear herein through their counsel, LaMonica Herbst & Maniscalco, LLP, and demand, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and section 342 and of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

**Adam P. Wofse, Esq.**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, New York 11793**
**Phone:  (516) 826-6500**
**Facsimile:  (516) 826-0222**
**E-mail:  awofse@lhmlawfirm.com**

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph or otherwise filed in this proceeding.

**PLEASE TAKE FURTHER NOTICE,** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right to (1) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 14, 2022
      Wantagh, New York

                                    **LAMONICA HERBST & MANISCALCO, LLP**
                                    Attorneys for Alan Zhou and Frances Lee

                                By:    *s/ Adam P. Wofse*
                                          Adam P. Wofse, Esq.
                                          3305 Jerusalem Avenue
                                          Wantagh, New York  11793
                                          (516) 826-6500