**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on July 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.[1],

*Debtor-in-Possession.*

Chapter 11

Case No. 22-14539- (JKS)

(Jointly Administered)

**ORDER ON ELEGRAN REAL ESTATE'S
MOTION TO COMPEL PAYMENT OF CO-BROKERAGE
COMMISSION AT CLOSING OF SALE OF DEBTOR PROPERTY
AT 285 7TH STREET, UNIT NO. 2, BROOKLYN, NY 11215**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: July 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

1

9012631 v2

Upon the Motion of Elegran Real Estate [Docket No. 190] pursuant to § 105 of title 11 of the United States Code for the entry of an order directing the above-captioned debtor (the "Debtor") to pay at closing Elegran's broker commission (the "Motion to Compel") on the sale of the Debtor's condominium property located at 285 7th Street, Unit No. 2, Brooklyn, NY 11215 (the "7th Street Property"), which is scheduled to close on Friday, July 29, 2022 (the "7th Street Closing"); and upon the declaration of Alexis Carpinello, dated July 21, 2022, filed with the Motion to Compel; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Compel having been provided to the Debtor, the Office of the United States Trustee and other parties in interest; and no other or further notice being required under the circumstances; and no objections having been filed or any such objections having been overruled or withdrawn; and the Court having determined that the legal and factual bases set forth in the Motion to Compel establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED as follows:

1. The Motion to Compel is granted to the extent set forth herein.
2. The Debtor shall pay Elegran at the 7th Street Closing the amount of $41,250 for its commission as broker for the purchasers due on the sale of the 7th Street Property.
3. All other proceeds from the sale (*i.e.*, other than the commission specifically authorized in paragraph 2 above) – including any applicable broker/sales commission owed to the seller's broker/agent – shall be held in escrow by the Debtor pending further order of this Court, as set forth in this Court's prior *Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests* [Docket No. 62]

2

9012631 v2

4. This order shall be effective immediately upon entry.

5. The Order concerns only the 7th Street Closing and the 7th Street Property and entry of this order shall not impair the Debtor's rights with respect to commissions or fees concerning any other closing concerning any other property.

9012631 v2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-14539-JKS
National Realty Investment Advisors LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Realty Investment Advisors LLC, 1 Harmon Plaza, 9th Floor, Secaucus, NJ 07094-2804 |
| aty | + | Riker Danzig LLP, Headquarters Plaza, 1 Speedwell Avenue, Morristown, NJ 07960-6838 |
| aty | + | Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam P. Wofse | on behalf of Interested Party Frances Lee awofse@lhmlawfirm.com ncr@lhmlawfirm.com |
| Adam P. Wofse | on behalf of Interested Party Alan Zhou awofse@lhmlawfirm.com ncr@lhmlawfirm.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Allison J. Arotsky | on behalf of Creditor Robert Baskind aarotsky@moritthock.com |
| Allison J. Arotsky | on behalf of Creditor Henry Bergman in his capacity as Trustee of Dreamer Realty 401k Plan aarotsky@moritthock.com |
| Allison J. Arotsky | |

Case 22-14539-JKS    Doc 217    Filed 07/31/22    Entered 08/01/22 00:16:20    Desc
Imaged Certificate of Notice    Page 5 of 13

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

on behalf of Creditor Jason Baskind aarotsky@moritthock.com

Alvin Chien-Chih Lin

on behalf of Interested Party NYC Transportation Regional Center LLC alin@morrisoncohen.com

Alyson M. Fiedler

on behalf of Creditor Committee The Official Committee of Unsecured Creditors alyson.fiedler@icemiller.com john.acquaviva@icemiller.com

Andrew J. Kelly

on behalf of Creditor U.S. Construction Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;tgraga@kbtlaw.com

Andrew Joseph Decker, III

on behalf of Creditor Duane E Thomas andy@decker.law

Benjamin Hochberg

on behalf of Creditor Sordoni Construction Co. bhochberg@pecklaw.com

Brian Gregory Hannon

on behalf of Creditor Robert & Bernadette Roddy bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian W. Hofmeister

on behalf of Creditor Bob Zukowski bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister

on behalf of Creditor Anthony Siriani bwh@hofmeisterfirm.com j119@ecfcbis.com

Bruce H Levitt

on behalf of Creditor Wayne Robertson blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

on behalf of Creditor Michael Bauman blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

on behalf of Creditor Perry Barbaruolo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce W. Radowitz

on behalf of Creditor THOMAS L COOPER torreso78@gmail.com r45676@notify.bestcase.com

Carl J. Soranno

on behalf of Creditor Roy Rock LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Daniel Harris

on behalf of Debtor National Realty Investment Advisors LLC dharris@sillscummis.com ddelehanty@sillscummis.com

Daniel J Dugan

on behalf of Creditor Andrew Maretz ddugan@sgrvlaw.com tbellosi@sgrvlaw.com

Darren M. Grzyb

on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com

David Edelberg

on behalf of Creditor Mohamed El-Sayed dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Gerardi

on behalf of Debtor Union Street Capital 434 LLC david.gerardi@usdoj.gov

David Gerardi

on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David H. Stein

on behalf of Creditor AJJK Healthtek LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck

on behalf of Creditor Culver Development LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Culver Construction Management LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Interested Party Louis Stern bankruptcy@greenbaumlaw.com

David L. Stevens

on behalf of Creditor George Scienski dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

David P. Primack

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| David P. Primack | on behalf of Creditor Seneca Specialty Insurance Company dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| | on behalf of Creditor First Mercury Insurance Company dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David S. Catuogno | on behalf of Creditor DMR Construction Services Inc. david.catuogno@klgates.com |
| Douglas G. Leney | on behalf of Creditor Albino Tarabocchia dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Michael Chen dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas J. Pick | on behalf of Creditor Carol Baker Burton dpick@picklaw.net  ezabicki@picklaw.net |
| Eric Horn | on behalf of Creditor SIH Core Income 1 LLC ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor The Bradford Montgomery Property Group LLC ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor John Riviello ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor Matt Thornton ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor Rajesh Verma ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor Irvin Chen ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Franklin Barbosa, Jr | on behalf of Creditor Thomas J Cioffe  Jr. fb@spsk.com, vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Thomas Cioffe fb@spsk.com  vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Coiffee Enterprises  Inc. fb@spsk.com, vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Annemarie Occhiogrosso fb@spsk.com  vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Joseph Occhiogrosso fb@spsk.com  vc@spsk.com |
| G. Glennon Troublefield | on behalf of Creditor JOHN P. WHITEHEAD gtroublefield@carellabyrne.com |
| Gary D. Bressler | on behalf of Creditor First Mercury Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Seneca Specialty Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gregory Kopacz | on behalf of Debtor National Realty Investment Advisors LLC gkopacz@sillscummis.com |
| Hae Won Han | on behalf of Creditor Elegran Real Estate jwan@cjalaw.com  hhan@cjalaw.com |
| Isabella Trifilio Stempler | |

Case 22-14539-JKS    Doc 217    Filed 07/31/22    Entered 08/01/22 00:16:20    Desc
Imaged Certificate of Notice    Page 7 of 13

| District/off: 0312-2 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

|  |  |
|---|---|
|  | on behalf of Creditor N.J. Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us |
| Jacob Frumkin | on behalf of Interested Party Concrete Rising LLC jfrumkin@coleschotz.com  fpisano@coleschotz.com |
| James S. Yu | on behalf of Creditor S3 RE Bergenline Funding  LLC jyu@seyfarth.com, NYCManagingClerksOffice@seyfarth.com |
| James S. Yu | on behalf of Creditor S3 RE 1300 Manhattan Funding LLC jyu@seyfarth.com  NYCManagingClerksOffice@seyfarth.com |
| Jase Brown | on behalf of Creditor Everest Reinsurance Company jbrown@csglaw.com |
| Jeffrey A. Lester | on behalf of Creditor 374 Main Street Holdings  LLC jlester@bllaw.com |
| Jeffrey W. Herrmann | on behalf of Creditor Memorial Properties jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Jeffrey W. Herrmann | on behalf of Creditor Monument Properties Forever LLC jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| John O'Boyle | on behalf of Creditor Robert & Bernadette Roddy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John Palladino | on behalf of Creditor U.S. Construction  Inc. john@hankinsandman.com |
| John M. August | on behalf of Creditor Salvatore Bifone jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Barbara F Bifone jaugust@saiber.com  rtucker@saiber.com |
| Jordan D. Weiss | on behalf of Creditor Wendy Gershowitz jweiss@msek.com |
| Jordan D. Weiss | on behalf of Creditor AWE Family Holding Co.  LLC jweiss@msek.com |
| Jordan D. Weiss | on behalf of Creditor Elliot Gershowitz jweiss@msek.com |
| Joseph Casello | on behalf of Creditor Visual Computer Solutions  Inc. jcasello@cvclaw.net, jcasello627@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor Tile It  Inc. jlemkin@stark-stark.com |
| Joseph L. Schwartz | on behalf of Spec. Counsel Riker Danzig LLP jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Plaintiff National Realty Investment Advisors  LLC jschwartz@riker.com |
| Joshua A. Zielinski | on behalf of Creditor All State Electrical Construction jzielinski@oslaw.com  rforrest@oslaw.com |
| Kathleen M Aiello | on behalf of Creditor David Fligel KAiello@Klestadt.com  dfiore@foxrothschild.com |
| Kathleen M Aiello | on behalf of Creditor Preferred Trust Company FBO David Fligel IRA KAiello@Klestadt.com  dfiore@foxrothschild.com |
| Lauren Kiss | on behalf of Creditor David Fligel lkiss@klestadt.com |
| Lauren Kiss | on behalf of Creditor Preferred Trust Company FBO David Fligel IRA lkiss@klestadt.com |
| Louis T. DeLucia | on behalf of Creditor Albino Tarabocchia louis.delucia@icemiller.com  john.acquaviva@icemiller.com |
| Louis T. DeLucia | on behalf of Creditor James Fox louis.delucia@icemiller.com  john.acquaviva@icemiller.com |
| Louis T. DeLucia | on behalf of Creditor Christina Hsieh louis.delucia@icemiller.com  john.acquaviva@icemiller.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

Louis T. DeLucia
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors louis.delucia@icemiller.com
    john.acquaviva@icemiller.com

Louis T. DeLucia
    on behalf of Creditor Michael Chen louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Matthew Allen Foley
    on behalf of Creditor PNC Equipment Finance  LLC mafoley@flammlaw.com, cmdorsey@flammlaw.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Patricia B. Fugee
    on behalf of Creditor AMTY Inc. Patricia.Fugee@FisherBroyles.com  ecf@cftechsolutions.com

Peter Moran
    on behalf of Creditor Sordoni Construction Co. pmoran@pecklaw.com

Rachel Blumenfeld
    on behalf of Creditor Elegran Real Estate rachel@blumenfeldbankruptcy.com

Richard Brant Forrest
    on behalf of Creditor All State Electrical Construction rforrest@oslaw.com

Rocco A. Cavaliere
    on behalf of Creditor Old House Lane  LLC rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere
    on behalf of Creditor Surinder Chabra rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere
    on behalf of Creditor C2 Group  LLC rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere
    on behalf of Creditor Narinder Chabra rcavaliere@tarterkrinsky.com

Ronald D. Weiss
    on behalf of Creditor Eduardo Rodriguez weiss@ny-bankruptcy.com

Rosemarie E. Matera
    on behalf of Creditor Jean-Michel Appolon law@kmpclaw.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 2929 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 1st Avenue 301 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Main St. Capital 360 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 143 Adagio Investments  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 2031 Lombard Partners LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Federal Highway Capital 318 B LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Wright by the Sea 1901 Member  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Luquer Street Capital 140 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Elden Drive Capital 1 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Henry Street 506 Manager  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor DeGraw St. Capital 377 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Guttenberg Capital 6269 JV Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Delray Capital 1B LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

| District/off: 0312-2 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

S. Jason Teele
    on behalf of Debtor Newark Street Capital 511-521 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Manhattan Avenue Capital 1300 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Delray Capital 1 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 3rd Street Capital 203-215 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 434 Union Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Adam St Capital 6903 Member LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor FTM Partners Portfolio Restaurant LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 2031 Lombard Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Culver Urban Renewal Redevelopment I LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Adam St Capital 6903 Manager LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 3565 B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Baltic Street Capital 640 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Web Marketing Associates LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Seventh Street Capital 494 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Briny Capital 305 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Federal Highway 318 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor North Bergen Capital 8709 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 2044 West First Capital Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 279 Sackett Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Old River Road Capital 460-510 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Carroll Street Capital 160 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 52nd Street 511-513 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 423 Third Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 707 B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 2929 B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Main St. Capital 360 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 3rd Street Capital 200-210 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Summit Street Capital 143 LLC steele@sillscummis.com steele@sillscummis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

S. Jason Teele
    on behalf of Debtor NRIA 51st Street Manager 508 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 1st Avenue Capital 301 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Culver Urban Renewal Redevelopment II LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor National Realty Investment Advisors LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA North Bergen 8709 Member LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Guttenberg Capital 416-22 69th St Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Guttenberg Capital 6269 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Denery Lane Capital 837 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 344 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Third Street Capital 423 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA EB5 4901 Bergenline Fund LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Main St. Capital 360 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Briny Capital 305 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Delray 1 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Bergenline Capital 4901 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor South Christopher Columbus Capital 1499 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 344 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA NJ Manager 8709 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Briny Capital 305 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Brooklyn II LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Bergenline 4901 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 3rd Street Capital 203-215 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Guttenberg Capital 416-22 69th St. LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 142 NE 7th Capital LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 51st Street Capital 508 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Wright by the Sea 1901 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Plaintiff National Realty Investment Advisors LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Exchange LLC steele@sillscummis.com steele@sillscummis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 8 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

S. Jason Teele
on behalf of Debtor FTM Partners Portfolio Hotel Retail LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA NJ Manager 931 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Bergen St Capital 1070 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Federal Highway Capital 318 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 7th Street Capital Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 2044 West First Capital Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Gulf Stream Views II  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Denery Lane Capital 843 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Kenwood Rd. 8 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 140 Luquer Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Partners Portfolio Fund I  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Sackett Street Capital 279 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Old Woods Road Capital 36 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 3rd Street Capital 200-210 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Bond Way Capital Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NJ Manager 1300  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA NJ Manager 511  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA N. Ocean 707 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Structured Credit Strategies LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Cherry Street 113-27 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Elden Drive 1 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Old River Road Capital 460-510 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA II steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Guttenberg Capital 6269 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 3rd Street Capital 203-215 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 2044 West First Capital LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Newark Street Capital 511-521 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 51st Street 508 Member LLC steele@sillscummis.com  steele@sillscummis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 10 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 3 |

S. Jason Teele
on behalf of Debtor NRIA 3rd Street Capital 200-210 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 7th Street Capital 285 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA NE 7th Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Bond Way Capital 915 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Manhattan Avenue 1300 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Landnet LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Cherry Street Capital 113-27 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Hanover Road Capital 2 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Black Horse Alley Capital steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Berkeley Place Capital 227 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 227 Berkeley Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Lender Prime 1 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA FL Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Adam St Capital 6903 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Gulf Stream Views Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Brooklyn I LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor N. Ocean Capital 707 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Guttenberg Capital 416-22 St. Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 184 Lincoln Place LP steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Union Street Capital 434 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA South Christopher Columbus 1499 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Madison Street Capital 931 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA N. Ocean 3565 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Denery Lane Capital 837 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Henry Street Capital 506 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Madison Street Capital 931 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA EB5 1300 Manhattan Fund LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Newark Street Capital 511 Member LLC steele@sillscummis.com steele@sillscummis.com

| | | |
|---|---|---|
| S. Jason Teele | | on behalf of Debtor Kenwood Rd. Capital 8 LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor NRIA Old River Road Capital 460-510 Manager LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor NRIA Old Woods Road Manager LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor Gulf Stream Views  LLC steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor 52nd Street Capital 511-513  LLC steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor NRIA 494 Seventh Manager LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor Denery Lane Capital 843 LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor FTM Partners Portfolio Marina LLC steele@sillscummis.com  steele@sillscummis.com |
| S. Jason Teele | | on behalf of Debtor NRIA Hanover Road Manager LLC steele@sillscummis.com  steele@sillscummis.com |
| Scott D. Sherman | | on behalf of Creditor Maritza Legarcie ssherman@minionsherman.com |
| Shoshana Schiff | | on behalf of Interested Party City of Hoboken sschiff@msbnj.com |
| Steven A. Jayson | | on behalf of Creditor Gerald Mattes sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Theresa A. Driscoll | | on behalf of Creditor Robert Baskind tdriscoll@moritthock.com |
| Theresa A. Driscoll | | on behalf of Creditor Jason Baskind tdriscoll@moritthock.com |
| Theresa A. Driscoll | | on behalf of Creditor Henry Bergman  in his capacity as Trustee of Dreamer Realty 401k Plan tdriscoll@moritthock.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent J. Roldan | | on behalf of Creditor Metropolitan YMCA of the Oranges vroldan@mblawfirm.com |
| Warren J. Martin, Jr. | | on behalf of Creditor Martina Gudac wjmartin@pbnlaw.com nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Warren J. Martin, Jr. | | on behalf of Creditor Allen Cvelic wjmartin@pbnlaw.com nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |

TOTAL: 238