| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1 <br><br> Douglas J. Pick, Esq. <br> **PICK & ZABICKI LLP** <br> 369 Lexington Avenue, 12th Floor <br> New York, New York 10017 <br> Tel. No.: (212) 695-6000 <br> Fax No.: (212) 695-6007 <br> E-mail:  dpick@picklaw.net <br><br> *Counsel to Tejraj Singh Goel and Shiromani Goel* |

| In re: | Case No. 22-14539-JKS |
|---|---|
| NATIONAL REALTY INVESTMENT ADVISORS LLC, *et al.*, | Chapter 11 – Jointly Administered |
| Debtors. | Judge John K. Sherwood |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in the above-captioned case for Tejraj Singh Goel and Shiromani Goel (together, the "Goels"), pursuant 11 U.S.C. §§ 102(1) *et seq.* and Fed. R. Bankr. P. 2002, 3017, 9007 and 9010(b), and requests that all notices given or required to be given, and all papers served or required to be served, in this case be provided to and served upon the Goels through their undersigned counsel, as follows:

>Douglas J. Pick, Esq.
>Pick & Zabicki LLP
>369 Lexington Avenue, 12th Floor
>New York, New York 10017
>Tel. No.: (212) 695-6000
>Fax No.: (212) 695-6007
>E-mail:  dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes, without limitation, all orders, notices, pleading, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial

affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphy, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Goels including, without limitation: (i) to have final orders in noncore matters entered only after *de novo* review by the district court; (ii) the right to trial by jury in any proceeding relating to this case or any case, controversy, or proceeding related to these cases; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the district court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments which the Goels are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until they each expressly state otherwise, the Goels do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final order or judgments consistent with Article II of the United States Constitution.

Dated: New York, New York
       August 2, 2022

                              PICK & ZABICKI LLP

                              By: _____
                              Douglas J. Pick, Esq.
                              369 Lexington Avenue, 12th Floor
                              New York, New York 10017
                              (212) 695-6000

                              *Counsel to Tejraj Singh Goel*
                              *and Shiromani Goel*

## CERTIFICATE OF SERVICE

I certify that on August 2, 2022, a true copy of the foregoing *Notice of Appearance and Request for Notices* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System. In addition, copies were also served via first-class United States mail upon the following parties:

| **DEBTORS:** | **DEBTORS' COUNSEL:** |
|---|---|
| National Realty Investment Advisors LLC<br>1 Harmon Plaza, 9th Floor<br>Secaucus, New NJ 07094 | Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| **UNITED STATES TRUSTEE:** | **CREDITORS' COMMITTEE COUNSEL:** |
| Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Ice Miller LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036 |

I hereby certify that the foregoing statements made by me are true.

_____
ERIC C. ZABICKI