

1500 Broadway | Suite 2900 | New York, NY 10036

Chicago  Columbus  DuPage County, Ill.
Indianapolis  New York  Philadelphia  Washington, D.C.

WRITER'S DIRECT NUMBER: (212) 835-6312
Email: Louis.DeLucia@icemiller.com

August 2, 2022

**VIA CM/ECF & E-MAIL**

The Honorable John K. Sherwood
United States Bankruptcy Judge
ML King Jr. Federal Building
50 Walnut Street, 3d Floor
Newark, New Jersey 07102

Re:    *In re National Realty Investment Advisors, LLC, et al.* **(Case No. 22-14539)**

Dear Judge Sherwood:

      We write on behalf of the Official Committee of Unsecured Creditors (the "**Committee**") for debtors National Realty Investment Advisors, LLC, et al. (collectively, the "**Debtors**") in support of the Debtors' *Application for Entry of an Order Shortening Time Period for Notice Under Fed. R. Bankr. P. 9006(c)(1), Limiting Notice, and Setting Hearing for Approval of Debtors' Motion for Entry of an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) Settling the Chapter 11 Trustee Motion; (B) Establishing a Board of Independent Managers For National Realty Investment Advisors, LLC; (C) Authorizing the Debtors to (i) Retain Turnaround Advisors, LLC to Provide a Chief Restructuring Officer, Nunc Pro Tunc to August 1, 2022, and (ii) Approve the Agreement Related Thereto; and (D) Granting Related Relief* [Dkt. No. 226] (the "**Application to Shorten Time**") in connection with the Debtors' *Motion for Entry of an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) Settling the Chapter 11 Trustee Motion; (B) Establishing A Board of Independent Managers For National Realty Investment Advisors, LLC; (C) Authorizing the Debtors to (i) Retain Turnaround Advisors, LLC to Provide a Chief Restructuring Officer, Nunc Pro Tunc to August 1, 2022, and (ii) Approve the Agreement Related Thereto; and (D) Granting Related Relief* [Dkt. No. 225] (the "**Motion**").

      The Committee has been actively engaged in working with the Debtors and its representatives to resolve the Committee's concerns regarding post-petition corporate governance, and the issues raised by the movants in the motion to appoint a trustee ("**Trustee Motion**") [Dkt. No. 136]. The Debtors' Motion proposes a new management structure supported by the Committee that addresses the Committee's concerns and resolves the issues raised in the Trustee Motion. However, the Debtors have substantial ongoing real estate construction in multiple jurisdictions, requiring the immediate services of the proposed Chief Restructuring Officer, whose services are needed as soon as possible in order to move the Debtors' property development efforts forward and ultimately maximize investor and creditor recoveries. Accordingly, the Committee

The Honorable John K. Sherwood
United States Bankruptcy Judge
August 2, 2022
Page 2

respectfully joins in and supports the Debtors' Application to Shorten Time to respond to the Motion.

                                                          Respectfully submitted,

                                                          Louis T. DeLucia

                                                          *Proposed Counsel for the Official*
                                                          *Committee of Unsecured Creditors*

cc:    Sills Cummis & Gross P.C.
         Porzio Bromberg & Newman P.C.
         Cole Schotz P.C.
         United States Trustee