**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF *RESECHEDULED* CREDITOR MEETING
PURSUANT TO 11 U.S.C. § 341**

**PLEASE TAKE NOTICE**, that on June 27, 2022, the above-captioned debtors and debtors-in-possession filed a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 80], which provided that the initial meeting of creditors pursuant to 11 U.S.C. § 341 (the "341 Meeting") would occur telephonically on July 13, 2022 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE**, that the 341 Meeting has been rescheduled for **August 16, 2022 at 10:00 a.m. (Eastern Time)**. The 341 Meeting shall be conducted telephonically. Parties wishing to attend the 341 Meeting may do so by using the following dial-in:

- **Dial In**: 888-989-9740
- **Participant Code**: 2202443#

Dated: August 3, 2022                                **SILLS CUMMIS & GROSS P.C.**

                                                     /s/ S. Jason Teele
                                                     S. Jason Teele, Esq.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9018130