UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1], | Case No:  22-14539-JKS |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 23, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 10, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF APPLICATION TO EMPLOY ICE MILLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 5, 2022

**PLEASE TAKE NOTICE** that on **August 23, 2022 at 10:00 a.m. (ET)**, or as soon thereafter as counsel may be heard (the "**Hearing**"), the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of the debtors and debtors-in-possession (the "**Debtors**"), by and through their undersigned proposed counsel, shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, for entry of an order, substantially in the form submitted herewith, approving the *Application to Employ Ice Miller LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 5, 2022* (the "**Application**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

**PLEASE TAKE FURTHER NOTICE** that the Committee shall rely upon the Application filed herewith. No brief is necessary as no novel issues of fact or law are presented by the Application. Oral argument is requested in the event an objection is timely filed.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application must be filed with the Clerk of the Court, together with proof of service thereof, and served so as to be ***actually received*** **no later than 4:00 p.m. (ET) on August 10, 2022** by (a) proposed counsel to the Committee, Ice Miller LLP, 1500 Broadway, Suite 2900, New York, NY 10036, Attn: Louis T. DeLucia, Esq. and Alyson M. Fiedler, Esq.; (b) counsel to the Debtors, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn.: S. Jason Teele, Esq., Daniel J. Harris, Esq., and Gregory A. Kopacz, Esq.; and (c) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the Application may be granted without a hearing.

Dated: August 3, 2022                      **ICE MILLER LLP**

                                       */s/ Louis T. DeLucia*

                                       Louis. T. DeLucia, Esq.
                                       Alyson M. Fiedler, Esq.
                                       1500 Broadway
                                       Suite 2900
                                       New York, NY 10036
                                       Phone: 212-835-6312
                                       louis.delucia@icemiller.com
                                       alyson.fiedler@icemiller.com

                                       *Proposed Counsel to the Official Committee of*
                                       *Unsecured Creditors*