Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–14539–JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   National Realty Investment Advisors LLC
   1 Harmon Plaza
   9th Floor
   Secaucus, NJ 07094

Social Security No.:

Employer's Tax I.D. No.:
   20–5923100

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/23/22 at 10:00 AM

to consider and act upon the following:

*239* – Application For Retention of Professional Ice Miller LLP as Counsel to The Official Committee of Unsecured Creditors Filed by Louis T. DeLucia on behalf of The Official Committee of Unsecured Creditors. Objection deadline is 8/10/2022. (Attachments: # 1 Application # 2 Exhibit A to Application (Spiteri Declaration) # 3 Exhibit B to Application (DeLucia Declaration) # 4 Exhibit C to Application (Proposed Order)) (DeLucia, Louis) Modified TEXT – APPLICATION SERVED WITH HEARING DATE OF 8/23/2022 AT 10:00 AM on 8/5/2022 (Figueira, Maria).

*245* – Application For Retention of Professional Alvarez & Marsal North America, LLC as Financial Advisors Filed by Louis T. DeLucia on behalf of The Official Committee of Unsecured Creditors. Objection deadline is 8/11/2022. (Attachments: # 1 Application # 2 Exhibit A to Application (Gonzalez Declaration) # 3 Exhibit B to Application (Proposed Order)) (DeLucia, Louis) Modified TEXT– APPLICATION SERVED WITH A HEARING DATE OF 8/23/2022 AT 10:00 AM on 8/5/2022 (Figueira, Maria).

Dated: 8/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court