Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14539−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    National Realty Investment Advisors LLC
    1 Harmon Plaza
    9th Floor
    Secaucus, NJ 07094

Social Security No.:

Employer's Tax I.D. No.:
    20−5923100

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/23/22 at 10:00 AM

to consider and act upon the following:

*239* − Application For Retention of Professional Ice Miller LLP as Counsel to The Official Committee of Unsecured Creditors Filed by Louis T. DeLucia on behalf of The Official Committee of Unsecured Creditors. Objection deadline is 8/10/2022. (Attachments: # 1 Application # 2 Exhibit A to Application (Spiteri Declaration) # 3 Exhibit B to Application (DeLucia Declaration) # 4 Exhibit C to Application (Proposed Order)) (DeLucia, Louis) Modified TEXT − APPLICATION SERVED WITH HEARING DATE OF 8/23/2022 AT 10:00 AM on 8/5/2022 (Figueira, Maria).

*245* − Application For Retention of Professional Alvarez & Marsal North America, LLC as Financial Advisors Filed by Louis T. DeLucia on behalf of The Official Committee of Unsecured Creditors. Objection deadline is 8/11/2022. (Attachments: # 1 Application # 2 Exhibit A to Application (Gonzalez Declaration) # 3 Exhibit B to Application (Proposed Order)) (DeLucia, Louis) Modified TEXT− APPLICATION SERVED WITH A HEARING DATE OF 8/23/2022 AT 10:00 AM on 8/5/2022 (Figueira, Maria).

Dated: 8/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
National Realty Investment Advisors LLC  
    Debtor

Case No. 22-14539-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 12  
Date Rcvd: Aug 05, 2022      Form ID: ntchrgbk      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Realty Investment Advisors LLC, 1 Harmon Plaza, 9th Floor, Secaucus, NJ 07094-2804 |
| aty | | Adam J Sklar, COLE SCHOTZ P.C., 25 Main Street, PO BOX 800, Hackensack, NJ 07602-0800 |
| aty | + | Alan C. Hochheiser, Maurice Wutscher LLP, 23611 Chagrin Blvd., Ste. 207, Beachwood, OH 44122-5540 |
| aty | + | Alex Spizz, Tarter Krinsky & Drogin, LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947 |
| aty | + | Allan B Mendelsohn, Allan B Mendelsohn, LLP, 38 New Street, Huntington, NY 11743-3463 |
| aty | + | Allen G Kadish, Archer & Greiner, P.C., 1211 Avenue of the Americas, New York, NY 10036-8701 |
| aty | + | Andrew J. Simpson, Morrison Cohen LLC,, 909 Third Avenue, 27th Floor, New York, NY 10022-4784 |
| aty | + | Barry Mandelbaum, Mandelbaum Barrett PC, 3 Becker Farm Road, Roseland, NJ 07068-1745 |
| aty | + | Daniel Polatsek, ICE MILLER LLP, 200 West Madison Street, Suite 3500, Chicago, IL 60606-3417 |
| aty | + | David J Kozlowski, Morrison Cohen LLP, 909 3rd Avenue, New york, NY 10022-4784 |
| aty | + | Edward J LoBello, Meyer, Suozzi, English & Klein, PC, 1350 Broadway, Suite 1420, New York, NY 10018-7714 |
| aty | + | Harry Winderman, WEISS, HANDLER & CORNWELL, PA, One Boca Place, Suite 205-E, 2255 Glades Road, Boca Raton, FL 33431-7382 |
| aty | + | Heike M Vogel, A.Y. Strauss LLC, 101 Eisenhower Parkway, Suite 412, Roseland, NJ 07068-1055 |
| aty | + | Jerrold S Kulback, Arcger & Greuberm P.C., Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| aty | + | Jerrold S Kulback, Archer & Greuberm P.C., Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| aty | + | Joseph T. Moldovan, Morrison Cohen Singer et al, 750 Lexington Avenue, New York, NY 10022-1200 |
| aty | + | Michael Ott, ICE MILLER LLP, 200 West Madison Street, Suite 3500, Chicago, IL 60606-3417 |
| aty | + | Riker Danzig LLP, Headquarters Plaza, 1 Speedwell Avenue, Morristown, NJ 07960-6838 |
| aty | + | Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| cr | + | AJJK Healthtek, LLC, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | AMTY Inc., FisherBroyles, LLP, 27100 Oakmead Dr., #306, Perrysburg, OH 43551-2670 |
| cr | + | All State Electrical Construction, 10 Railroad Avenue, Ridgefield Park, NJ 07660-1347 |
| intp | | Concrete Rising LLC, Cole Schotz P.C., Attn: Jacob Frumkin, Esq., 25 Main Street, Court Plaza North, Hackensack, NJ 07601 |
| cr | + | Culver Construction Management LLC, Greenbaum, Rowe, Smith & Davis LLP, PO Box 5600, Att: David L. Bruck, Esq., Woodbridge, NJ 07095-0988 |
| cr | + | Culver Development LLC, Greenbaum, Rowe, Smith & Davis LLP, PO Box 5600, Att: David L. Bruck, Esq., Woodbridge, NJ 07095-0988 |
| cr | + | DMR Construction Services Inc., c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| cr | + | Eduardo Rodriguez, Ronald D. Weiss, P.C., 734 Walt Whitman Rd. Ste. 203, Melville, NY 11747, UNITED STATES 11747-2216 |
| cr | + | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 1 Boland Drive, Attn: Darren Grzyb, Esq., West Orange, NJ 07052-3686 |
| cr | + | George Scienski, 317 Mccabe Avenue, Bradley Beach, NJ 07720-1492 |
| cr | + | Gerald Mattes, 5 Buckaroo Road, Ladera Ranch, CA 92694-1566 |
| cr | + | Granville Estates LLC, Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Hemalkumar Vyas, 13319 Hatherton Circle, Orlando, FL 32832-6181 |
| cr | + | Henry Bergman, in his capacity as Trustee of Dream, c/o Moritt Hock & Hamroff LLP, Moritt Hock & Hamroff, 400 Garden City Plaza, Garden City, NY 11530-3327 |
| cr | + | Jai Gupta, Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Jason Baskind, c/o Moritt Hock & Hamroff LLP, Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3327 |
| cr | + | John Ursini, 320 Sheep Pasture Road, Setauket, NY 11733-3611 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| intp | + | Louis Stern, Att: David L. Bruck, Esq., Greenbaum, Rowe, Smith & Davis LLP, 99 Wood Avenue South, Iselin, NJ 08830-2715 |
| cr | + | Meli Plumbing and Heating Inc., c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| cr | + | Mohamed El-Sayed, 1800 South Ocean Blvd, Apartment 1401, Lauderdale By the Sea, Fl 33062-7920 |

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 3 of 13

| District/off: 0312-2 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

| | | |
|---|---|---|
| cr | + | Monument Properties Forever LLC, c/o Cohn Lifland Pearlman Herrmann, 250 Pehle Ave., Suite 401, Park 80 West - Plaza One, Saddle Brook, NJ 07663-5832 |
| cr | + | N.J. Bureau of Securities, 153 Halsey Street, Newark, NJ 07102-2828 |
| na | + | Omni Agent Solutions, LLC, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| cr | + | PNC Equipment Finance, LLC, c/o Matthew A. Foley, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100 Blue Bell, PA 19422-1669 |
| sp | | Pashman Stein Walder Hayden, P.C., Court Plaza South, 21 Main Street, Suite 200, Hackensack, NJ 07601 |
| cr | + | R.J. DiBenedetto, 13 Chesapeake Ave., Lake Hiawatha, NJ 07034-2309 |
| sp | + | Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Robert Baskind, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3327 |
| cr | + | Ronald Carpino, 6206 Villa at The Woods, Peekskill, NY 10566-4968 |
| cr | + | Roy Rock LLC, Brach Eichler LLC, 101 Eisenhower Parkway, Second Floor, Roseland, NJ 07068 UNITED STATES 07068-1032 |
| cr | + | Sordoni Construction Co., Peckar & Abramson, 70 Grand Avenue, River Edge, NJ 07661-1934 |
| cr | + | Sutton Keany, 20 Buttonball Laane, Weston, CT 06883-2302 |
| cr | + | THOMAS L COOPER, 1833 WAR VALLEY ROAD, ROGERSVILLE, TN 37857-5627 |
| cr | + | Tile It, Inc., 101 Park Avenue, Manalapan, NJ 07726-8370 |
| cr | + | Usha Gupta, Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Visual Computer Solutions, Inc., 4400 U.S. Highway 9 South, Suite 3500, Freehold, NJ 07728-4232 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | + Email/Text: dpick@picklaw.net | Aug 05 2022 20:34:00 | Carol Baker Burton, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |
| cr | Email/Text: ipfscollectionsreferrals@ipfs.com | Aug 05 2022 20:34:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302 |
| cr | + Email/Text: sjmlaw@verizon.net | Aug 05 2022 20:34:00 | Louis Vermette, c/o Steven J Marullo, Esq, 435 Newbury St, ste 217, Danvers, MA 01923-1065 |
| cr | + Email/Text: dpick@picklaw.net | Aug 05 2022 20:34:00 | Shiromani Goel, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |
| cr | + Email/Text: dpick@picklaw.net | Aug 05 2022 20:34:00 | Tejraj Singh Goel, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | Jean-Michel Appolon, 126 East 86th Street, UNITED STATES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |
| Date: Aug 07, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Adam P. Wofse
> on behalf of Interested Party Frances Lee awofse@lhmlawfirm.com  ncr@lhmlawfirm.com

Adam P. Wofse
> on behalf of Interested Party Alan Zhou awofse@lhmlawfirm.com  ncr@lhmlawfirm.com

Alan J. Brody
> on behalf of Creditor Jai Gupta brodya@gtlaw.com  NJLitDock@gtlaw.com

Alan J. Brody
> on behalf of Creditor Granville Estates LLC brodya@gtlaw.com  NJLitDock@gtlaw.com

Alan J. Brody
> on behalf of Creditor Usha Gupta brodya@gtlaw.com  NJLitDock@gtlaw.com

Alexandria Nikolinos
> on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Allison J. Arotsky
> on behalf of Creditor Robert Baskind aarotsky@moritthock.com

Allison J. Arotsky
> on behalf of Creditor Henry Bergman in his capacity as Trustee of Dreamer Realty 401k Plan aarotsky@moritthock.com

Allison J. Arotsky
> on behalf of Creditor Jason Baskind aarotsky@moritthock.com

Alvin Chien-Chih Lin
> on behalf of Interested Party NYC Transportation Regional Center LLC alin@morrisoncohen.com

Alyson M. Fiedler
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors alyson.fiedler@icemiller.com john.acquaviva@icemiller.com

Andrew J. Kelly
> on behalf of Creditor U.S. Construction Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;tgraga@kbtlaw.com

Andrew Joseph Decker, III
> on behalf of Creditor Duane E Thomas andy@decker.law

Benjamin Hochberg
> on behalf of Creditor Sordoni Construction Co. bhochberg@pecklaw.com

Brian Gregory Hannon
> on behalf of Creditor William M. Hazard bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon
> on behalf of Creditor Isnar & Noyemi Hagop bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon
> on behalf of Creditor Robert & Bernadette Roddy bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian W. Hofmeister
> on behalf of Creditor Bob Zukowski bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
> on behalf of Creditor Anthony Siriani bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bruce H Levitt
> on behalf of Creditor Wayne Robertson blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
> on behalf of Creditor Michael Bauman blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
> on behalf of Creditor Perry Barbaruolo blevitt@levittslafkes.com

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 5 of 13

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

| | |
|---|---|
| | sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce W. Radowitz | |
| | on behalf of Creditor THOMAS L COOPER torreso78@gmail.com r45676@notify.bestcase.com |
| Carl J. Soranno | |
| | on behalf of Creditor Roy Rock LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Conor D. McMullan | |
| | on behalf of Creditor Cipolla & Co. LLC cmcmullan@gibbonslaw.com |
| Daniel Harris | |
| | on behalf of Debtor National Realty Investment Advisors LLC dharris@sillscummis.com ddelehanty@sillscummis.com |
| Daniel J Dugan | |
| | on behalf of Creditor Andrew Maretz ddugan@sgrvlaw.com tbellosi@sgrvlaw.com |
| Daniel L. McAuliffe | |
| | on behalf of Creditor John Ursini dmcauliffe@rmfpc.com mamato@rmfpc.com |
| Darren M. Grzyb | |
| | on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com |
| David Edelberg | |
| | on behalf of Creditor Mohamed El-Sayed dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Gerardi | |
| | on behalf of Debtor Union Street Capital 434 LLC david.gerardi@usdoj.gov |
| David Gerardi | |
| | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | |
| | on behalf of Creditor AJJK Healthtek LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David L. Bruck | |
| | on behalf of Interested Party Louis Stern bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Culver Development LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Culver Construction Management LLC bankruptcy@greenbaumlaw.com |
| David L. Stevens | |
| | on behalf of Creditor George Scienski dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| David P. Primack | |
| | on behalf of Creditor Seneca Specialty Insurance Company dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor First Mercury Insurance Company dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David S. Catuogno | |
| | on behalf of Creditor Meli Plumbing and Heating Inc. david.catuogno@klgates.com |
| David S. Catuogno | |
| | on behalf of Creditor DMR Construction Services Inc. david.catuogno@klgates.com |
| Douglas G. Leney | |
| | on behalf of Creditor Albino Tarabocchia dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Michael Chen dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas J. Pick | |
| | on behalf of Creditor Tejraj Singh Goel dpick@picklaw.net ezabicki@picklaw.net |
| Douglas J. Pick | |
| | on behalf of Creditor Carol Baker Burton dpick@picklaw.net ezabicki@picklaw.net |
| Douglas J. Pick | |
| | on behalf of Creditor Shiromani Goel dpick@picklaw.net ezabicki@picklaw.net |
| Drew S. McGehrin | |
| | on behalf of Creditor Bower Lewis Thrower Architects Ltd. dsmcgehrin@duanemorris.com |
| Eric Horn | |
| | on behalf of Creditor Matt Thornton ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343 |

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 6 of 13

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

| | |
|---|---|
| | @notify.bestcase.com |
| Eric Horn | on behalf of Creditor The Bradford Montgomery Property Group LLC ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor John Riviello ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor Rajesh Verma ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor Irvin Chen ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor SIH Core Income 1 LLC ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Franklin Barbosa, Jr | on behalf of Creditor Thomas J Cioffe Jr. fb@spsk.com, vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Thomas Cioffe fb@spsk.com vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Coiffee Enterprises Inc. fb@spsk.com, vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Annemarie Occhiogrosso fb@spsk.com vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Joseph Occhiogrosso fb@spsk.com vc@spsk.com |
| G. Glennon Troublefield | on behalf of Creditor JOHN P. WHITEHEAD gtroublefield@carellabyrne.com |
| Gary D. Bressler | on behalf of Creditor First Mercury Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Seneca Specialty Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gregory Kopacz | on behalf of Debtor National Realty Investment Advisors LLC gkopacz@sillscummis.com |
| Hae Won Han | on behalf of Creditor Elegran Real Estate jwan@cjalaw.com hhan@cjalaw.com |
| Isabella Trifilio Stempler | on behalf of Creditor N.J. Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us |
| Jacob Frumkin | on behalf of Interested Party Concrete Rising LLC jfrumkin@coleschotz.com fpisano@coleschotz.com |
| James S. Yu | on behalf of Creditor S3 RE Bergenline Funding LLC jyu@seyfarth.com, NYCManagingClerksOffice@seyfarth.com |
| James S. Yu | on behalf of Creditor S3 RE 1300 Manhattan Funding LLC jyu@seyfarth.com NYCManagingClerksOffice@seyfarth.com |
| Jase Brown | on behalf of Creditor Everest Reinsurance Company jbrown@csglaw.com |
| Jeffrey A. Lester | on behalf of Creditor 374 Main Street Holdings LLC jlester@bllaw.com |
| Jeffrey W. Herrmann | on behalf of Creditor Memorial Properties jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

Jeffrey W. Herrmann
    on behalf of Creditor Monument Properties Forever LLC jwh@njlawfirm.com
    ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com

Jerome F Gallagher, Jr
    on behalf of Creditor IPFS Corporation JFGALLAGHER@NORRIS-LAW.COM

John O'Boyle
    on behalf of Creditor William M. Hazard joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Creditor Robert & Bernadette Roddy joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Creditor Isnar & Noyemi Hagop joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John Palladino
    on behalf of Creditor U.S. Construction Inc. john@hankinsandman.com

John M. August
    on behalf of Creditor Barbara F Bifone jaugust@saiber.com rtucker@saiber.com

John M. August
    on behalf of Creditor Salvatore Bifone jaugust@saiber.com rtucker@saiber.com

Jordan D. Weiss
    on behalf of Creditor Elliot Gershowitz jweiss@msek.com

Jordan D. Weiss
    on behalf of Creditor Wendy Gershowitz jweiss@msek.com

Jordan D. Weiss
    on behalf of Creditor AWE Family Holding Co. LLC jweiss@msek.com

Joseph Casello
    on behalf of Creditor Visual Computer Solutions Inc. jcasello@cvclaw.net, jcasello627@gmail.com

Joseph H. Lemkin
    on behalf of Creditor Tile It Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor The Scott and Cynthia Kulla Living Trust jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Spec. Counsel Riker Danzig LLP jschwartz@riker.com

Joseph L. Schwartz
    on behalf of Plaintiff National Realty Investment Advisors LLC jschwartz@riker.com

Joshua A. Zielinski
    on behalf of Creditor All State Electrical Construction jzielinski@oslaw.com rforrest@oslaw.com

Kathleen M Aiello
    on behalf of Creditor David Fligel KAiello@Klestadt.com dfiore@foxrothschild.com

Kathleen M Aiello
    on behalf of Creditor Preferred Trust Company FBO David Fligel IRA KAiello@Klestadt.com dfiore@foxrothschild.com

Lauren Kiss
    on behalf of Creditor Preferred Trust Company FBO David Fligel IRA lkiss@klestadt.com

Lauren Kiss
    on behalf of Creditor David Fligel lkiss@klestadt.com

Louis T. DeLucia
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors louis.delucia@icemiller.com
    john.acquaviva@icemiller.com

Louis T. DeLucia
    on behalf of Creditor Michael Chen louis.delucia@icemiller.com john.acquaviva@icemiller.com

Louis T. DeLucia
    on behalf of Creditor Albino Tarabocchia louis.delucia@icemiller.com john.acquaviva@icemiller.com

Louis T. DeLucia
    on behalf of Creditor James Fox louis.delucia@icemiller.com john.acquaviva@icemiller.com

Louis T. DeLucia
    on behalf of Creditor Christina Hsieh louis.delucia@icemiller.com john.acquaviva@icemiller.com

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 8 of 13

| District/off: 0312-2 | User: admin | Page 7 of 12 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

| | |
|---|---|
| Matthew Allen Foley | on behalf of Creditor PNC Equipment Finance  LLC mafoley@flammlaw.com, cmdorsey@flammlaw.com |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| Patricia B. Fugee | on behalf of Creditor AMTY Inc. Patricia.Fugee@FisherBroyles.com ecf@cftechsolutions.com |
| Peter Moran | on behalf of Creditor Sordoni Construction Co. pmoran@pecklaw.com |
| Rachel Blumenfeld | on behalf of Creditor Elegran Real Estate rachel@blumenfeldbankruptcy.com |
| Richard Brant Forrest | on behalf of Creditor All State Electrical Construction rforrest@oslaw.com |
| Robert Malone | on behalf of Creditor Cipolla & Co.  LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Rocco A. Cavaliere | on behalf of Creditor Narinder Chabra rcavaliere@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Creditor Surinder Chabra rcavaliere@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Creditor C2 Group  LLC rcavaliere@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Creditor Old House Lane  LLC rcavaliere@tarterkrinsky.com |
| Ronald D. Weiss | on behalf of Creditor Eduardo Rodriguez weiss@ny-bankruptcy.com |
| Rosemarie E. Matera | on behalf of Creditor Jean-Michel Appolon law@kmpclaw.com |
| S. Jason Teele | on behalf of Debtor Old River Road Capital 460-510 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA II steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Guttenberg Capital 6269 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 3rd Street Capital 203-215 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor 2044 West First Capital LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Newark Street Capital 511-521 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 51st Street 508 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 3rd Street Capital 200-210 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA NE 7th Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Bond Way Capital 915 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Manhattan Avenue 1300 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Landnet LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Cherry Street Capital 113-27 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Hanover Road Capital 2 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Black Horse Alley Capital steele@sillscummis.com steele@sillscummis.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 8 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

S. Jason Teele
    on behalf of Debtor NRIA 227 Berkeley Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Lender Prime 1  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA FL Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Adam St Capital 6903 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Gulf Stream Views Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Brooklyn I LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 707 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Guttenberg Capital 416-22 St. Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 184 Lincoln Place LP steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Union Street Capital 434 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA South Christopher Columbus 1499 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Madison Street Capital 931 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 3565 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Denery Lane Capital 837 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Henry Street Capital 506  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Madison Street Capital 931  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA EB5 1300 Manhattan Fund LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Newark Street Capital 511 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Kenwood Rd. Capital 8 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Old River Road Capital 460-510 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Old Woods Road Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Gulf Stream Views  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 52nd Street Capital 511-513  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 494 Seventh Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Denery Lane Capital 843 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor FTM Partners Portfolio Marina LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Hanover Road Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 2929 Manager LLC steele@sillscummis.com  steele@sillscummis.com

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0312-2 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

S. Jason Teele
on behalf of Debtor NRIA 1st Avenue 301 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Main St. Capital 360 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 143 Adagio Investments LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor 2031 Lombard Partners LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Wright by the Sea 1901 Member LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Luquer Street Capital 140 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Elden Drive Capital 1 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Henry Street 506 Manager LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor DeGraw St. Capital 377 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Guttenberg Capital 6269 JV Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Delray Capital 1B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Newark Street Capital 511-521 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Delray Capital 1 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 3rd Street Capital 203-215 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 434 Union Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor FTM Partners Portfolio Restaurant LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Adam St Capital 6903 Member LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 2031 Lombard Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Adam St Capital 6903 Manager LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor N. Ocean Capital 3565 B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Baltic Street Capital 640 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Web Marketing Associates LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
on behalf of Debtor Seventh Street Capital 494 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Briny Capital 305 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA Federal Highway 318 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor North Bergen Capital 8709 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 2044 West First Capital Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
on behalf of Debtor NRIA 279 Sackett Manager LLC steele@sillscummis.com steele@sillscummis.com

Case 22-14539-JKS    Doc 258    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 11 of 13

| District/off: 0312-2 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

| | |
|---|---|
| S. Jason Teele | on behalf of Debtor Carroll Street Capital 160 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 52nd Street 511-513 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 423 Third Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor N. Ocean Capital 707 B LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor N. Ocean Capital 2929 B LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Main St. Capital 360 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Summit Street Capital 143 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA 51st Street Manager 508 LLC steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor 1st Avenue Capital 301 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor National Realty Investment Advisors LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA North Bergen 8709 Member LLC steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Guttenberg Capital 416-22 69th St Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Guttenberg Capital 6269 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Denery Lane Capital 837 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor N. Ocean Capital 344 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Third Street Capital 423 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA EB5 4901 Bergenline Fund LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Main St. Capital 360 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Briny Capital 305 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Delray 1 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor Bergenline Capital 4901 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor South Christopher Columbus Capital 1499 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA N. Ocean 344 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA NJ Manager 8709 LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Briny Capital 305 Member LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Brooklyn II LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor NRIA Bergenline 4901 Manager LLC steele@sillscummis.com steele@sillscummis.com |
| S. Jason Teele | on behalf of Debtor 3rd Street Capital 203-215 LLC steele@sillscummis.com steele@sillscummis.com |

S. Jason Teele
          on behalf of Debtor Guttenberg Capital 416-22 69th St. LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor 142 NE 7th Capital LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor 51st Street Capital 508 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Wright by the Sea 1901 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA Exchange LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor FTM Partners Portfolio Hotel Retail LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA NJ Manager 931 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Federal Highway Capital 318 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Bergen St Capital 1070 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA 7th Street Capital Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA 2044 West First Capital Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Gulf Stream Views II LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Denery Lane Capital 843 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA Kenwood Rd. 8 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA 140 Luquer Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Sackett Street Capital 279 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Old Woods Road Capital 36 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor 3rd Street Capital 200-210 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA Bond Way Capital Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NJ Manager 1300 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor 7th Street Capital 285 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Berkeley Place Capital 227 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Federal Highway Capital 318 B LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Manhattan Avenue Capital 1300 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Culver Urban Renewal Redevelopment I LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA Old River Road Capital 460-510 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor NRIA 3rd Street Capital 200-210 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
          on behalf of Debtor Culver Urban Renewal Redevelopment II LLC steele@sillscummis.com, steele@sillscummis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 12 of 12 |
| Date Rcvd: Aug 05, 2022 | Form ID: ntchrgbk | Total Noticed: 61 |

S. Jason Teele
    on behalf of Plaintiff National Realty Investment Advisors  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Partners Portfolio Fund I  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA NJ Manager 511  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 707 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Structured Credit Strategies LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Cherry Street 113-27 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Elden Drive 1 Manager LLC steele@sillscummis.com steele@sillscummis.com

Scott D. Sherman
    on behalf of Creditor Maritza Legarcie ssherman@minionsherman.com

Shoshana Schiff
    on behalf of Interested Party City of Hoboken sschiff@msbnj.com

Steven A. Jayson
    on behalf of Creditor Gerald Mattes sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Theresa A. Driscoll
    on behalf of Creditor Henry Bergman  in his capacity as Trustee of Dreamer Realty 401k Plan tdriscoll@moritthock.com

Theresa A. Driscoll
    on behalf of Creditor Robert Baskind tdriscoll@moritthock.com

Theresa A. Driscoll
    on behalf of Creditor Jason Baskind tdriscoll@moritthock.com

Todd S Cushner
    on behalf of Creditor Ronald Carpino todd@cushnerlegal.com   gent@cushnerlegal.com;sindi@cushnerlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Roldan
    on behalf of Creditor Metropolitan YMCA of the Oranges vroldan@mblawfirm.com

Warren J. Martin, Jr.
    on behalf of Creditor Martina Gudac wjmartin@pbnlaw.com
    nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.
    on behalf of Creditor Allen Cvelic wjmartin@pbnlaw.com
    nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

TOTAL: 255