UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors
and Debtors-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1] | Case No.: 22-14539 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 48, 179** |

**SUPPLEMENTAL DECLARATION OF S. JASON TEELE REGARDING
DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(a)
FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF
SILLS CUMMIS & GROSS P.C. AS COUNSEL FOR THE DEBTORS
EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

S. Jason Teele makes this supplemental declaration (the "**Supplemental Declaration**") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and a Member of the law firm Sills Cummis & Gross P.C. ("**Sills**"), counsel for the above-captioned debtors and debtors-in-possession (the "**Debtors**"). I submit this Supplemental Declaration regarding the *Debtors' Application Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Retention of Sills Cummis & Gross P.C. as*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9041083

*Counsel for the Debtors Effective Nunc Pro Tunc to the Petition Date* [Docket No. 48] (the "**Application**").

2. Except as otherwise indicated herein, all facts set forth in this Supplemental Declaration are based on my personal knowledge or information supplied to me by attorneys or employees of Sills. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. I update the disclosures set forth in my initial declaration in support of the Application, dated June 20, 2022 [Docket No. 48-3] as follows:

4. Bernard A. Katz, one of the proposed members of the Debtors' new Board of Managers, currently serves as the liquidation trustee and/or debtor representative in the following bankruptcy-related cases, which are unrelated to these chapter 11 cases, where Sills serves as counsel to the liquidation trustee and/or debtor representative:

   (a) Bernard A. Katz, as Liquidating Trustee and Debtor Representative, in *In re Hudson Healthcare, Inc.* (Case No. 11-3314-VFP, Bankr. D.N.J.) and related district court litigation *Katz v. Estate of Harvey Holzberg, et al.* (Case No. 13-1726-JMV-JBC, D.N.J.)

   (b) Bernard A. Katz, as Liquidation Trustee, in *In re SMMC Liquidation Corp., et al.* (jointly administered Case No. 15-24999-VFP, Bankr. D.N.J.)

   (c) BAK Advisors, LLC as Liquidating Trustee of Hollister Construction Liquidating Trust in *BAK Advisors v. Sax LLP* (Adv. Pro. No. 21-01358-MBK, Bankr. D.N.J.)

5. In addition to the foregoing, Bernard A. Katz, previously served as the liquidation trustee in the following bankruptcy case, which was unrelated to these chapter 11 cases, where Sills served as counsel to the liquidation trustee: *In re Christ Hospital* (Bankr. D.N.J. 12-12906), and Mr. Katz currently serves as an independent director in a matter for a Sills client.

9041083

6. The Honorable Kevin Carey, one of the proposed members of the Debtors' new Board of Managers, currently serves as a mediator in the following bankruptcy cases, which are unrelated to these chapter 11 cases, where Sills served as counsel to the official committee of unsecured creditors: *In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.* (Bankr. D. Del. 19-11466).

7. The Honorable Kevin Gross, one of the proposed members of the Debtors' new Board of Managers, served as a mediator in the following bankruptcy cases, which are unrelated to these chapter 11 cases, where Sills served as counsel to the official committee of unsecured creditors: *In re Promise Healthcare Group, LLC, et al.* (Bankr. D. Del. 18-12491).

8. Sills does not believe the foregoing disclosures present any conflicts of interest or affect its status as a "disinterested person," but discloses the connections in an abundance of caution.

9. I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: August 8, 2022                                              /s/ S. Jason Teele
      Newark, New Jersey                                  S. Jason Teele, Esq.

9041083