|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Jacob S. Frumkin, Esq. (jfrumkin@coleschotz.com)<br>Adam J. Sklar, Esq. (asklar@coleschotz.com)<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>*Former Attorneys for Concrete Rising LLC* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Case No.  22-14539 (JKS)<br><br>(Jointly Administered)<br><br>Chapter:  11<br><br>Judge:  Hon. John K. Sherwood |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR-9010-2, the undersigned notifies the Court that Dipesh Patel will be substituted as attorney of record for Concrete Rising LLC, creditor, in this case.

Date:  August 9, 2022        */s/ Jacob S. Frumkin*
                              Signature of Former Attorney

Date:  August 9, 2022        */s/ Dipesh Patel*
                              Signature of Substituted Attorney

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.  The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.