**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-14539 (JKS) <br><br> (Jointly Administered) |

**SECOND NOTICE OF REVISED CONTRACT SCHEDULE WITH RESPECT TO DEBTORS' MOTION TO ASSUME CERTAIN CONSTRUCTION CONTRACTS**

  **PLEASE TAKE NOTICE** that on June 28, 2022, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts* [Docket No. 85] (the "**Assumption Motion**"). Attached as Exhibit B to the Assumption Motion is a schedule of construction contracts and leases that the Debtors seek authority to assume (the "**Contract Schedule**").

  **PLEASE TAKE NOTICE** that on July 1, 2022, the above-captioned debtors and debtors-in-possession filed the *Notice of Revised Contract Schedule with Respect to Debtors' Motion to Assume Certain Construction Contracts* [Docket No. 98] (the "**Revised Contract Schedule**").

  **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a second revised version of the Contract Schedule (the "**Second Revised Contract Schedule**").

  **PLEASE TAKE FURTHER NOTICE** that attached hereto **Exhibit B** is a redline of the Second Revised Contract Schedule marked against the Revised Contract Schedule. The Debtors will serve by email and first class mail a copy of the Second Revised Contract Schedule on all

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9035303

parties on Second Revised Contract Schedule or removed therefrom.

| | |
|---|---|
| Dated: August 10, 2022 | **SILLS CUMMIS & GROSS P.C.** |
| | /s/ S. Jason Teele |
| | S. Jason Teele, Esq. |
| | Daniel Harris, Esq. |
| | Gregory A. Kopacz Esq. |
| | One Riverfront Plaza |
| | Newark, New Jersey 07102 |
| | (973) 643-7000 (Telephone) |
| | (973) 643-6500 (Facsimile) |
| | steele@sillscummis.com |
| | dharris@sillscummis.com |
| | gkopacz@sillscummis.com |
| | |
| | *Counsel to the Debtors and Debtors-in-Possession* |

9035303

**Exhibit A**

9035303

**Exhibit A**

**Exhibit B**

9035303