**Exhibit A**

9035303

**1300 Manhattan – Union City**

| Counterparty | Contract[1,2] | Cure Amount |
|---|---|---|
| Union City Board of Education | Agreement For the Payment of Parking Fees Between the City of Union City Board of Education and Manhattan Avenue Capital LLC dated November 30, 2021 | $100,000.00 |
| DMR Construction Services, Inc. | AIA Standard Form of Agreement dated September 10, 2019[3] | $207,491.07 |

---

[1] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[2] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

[3] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019.  The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

## 62-68 69th St - Guttenberg

| Counterparty | Contract[4,5] | Cure Amount |
|---|---|---|
| D&B Service Group LLC | Proposal dated December 17, 2021 | $613,817.99 |

---

[4] The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.

[5] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

### 4901 Bergenline – West New York

| Counterparty | Contract[6,7] | Cure Amount |
|---|---|---|
| Advanced Scaffolding Services LLC | Subcontract Agreement dated December 9, 2020 and effective December 9, 2020 | $1,843.00 |
| All-City Metal, LLC | Subcontract Agreement dated October 29, 2019 and effective November 12, 2019 | $0.00 |
| All State Electrical Construction | Subcontract Agreement dated May 28, 2021 and effective June 1, 20201 | $67,837.00 |
| API Contractors | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $0.00 |
| BYN Iron Works | Subcontract Agreement dated August 9, 2021 | $0.00 |
| Construction Pros, LLC | Subcontract Agreement dated December 18, 2019 and effective January 1, 2020 | $0.00 |
| Core Glazing Solutions, LLC | Subcontract Agreement dated November 16, 2020 and effective November 16, 2020 | $69,090.00 |
| Custom Stone by Frank, LLC | Subcontract Agreement dated June 9, 2021 and effective June 10, 2021 | $0.00 |
| Devine Roofing and Contracting LLC | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $96,172.00 |

---

[6] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[7] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

| | | |
|---|---|---|
| DMR Construction Services, Inc | AIA Standard Form of Agreement dated September 10, 2019[8] | $522,894.30 |
| Dyer Insulations | Subcontract Agreement dated August 2, 2021 | $0.00 |
| Fredon Welding and Iron Works | Subcontract Agreement dated February 19, 2021 and effective February 19, 2021 | $0.00 |
| HVAC Boss LLC Heating & Cooling | Subcontract Agreement dated April 18, 2020 and effective September 14, 2020 | $18,000.00 |
| Johnson Fitness and Wellness | Subcontract Agreement dated September 13, 2021 and effective September 13, 2021 | $0.00 |
| Klaus America Parking Systems | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Kone, Inc. | Subcontract Agreement dated October 22, 2019 and effective November 5, 2019 | $0.00 |
| Marble Systems | Purchase Order dated June 7, 2021 | $0.00 |
| Meli Plumbing & Heating, Inc. | Subcontract Agreement dated January 27, 2020 and effective February 10, 2020 | $146,399.89 |
| Millennium Fire Protection | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Monitex Security Inc. | Subcontract Agreement dated May 24, 2021 and effective May 24, 2021 | $4,529.00 |

---

[8] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019.  The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

| | | |
|---|---|---|
| MT General Contractors, INC. | Subcontract Agreement dated August 27, 2021 | $34,129.00 |
| Respro Cabinets LLC | Purchase Order dated June 24, 2021 | $31,500.00 |
| Roy Rock, LLC | Subcontract Agreement dated January 20, 2020 and effective January 3, 2020 | $0.00 |
| Tile it and more | Subcontract Agreement dated May 28, 2021 and effective June 1, 2021 | $201,166.00 |
| Translucent Security, LLC | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021<br><br>Subcontract Agreement dated December 20, 2019 and effective January 3, 2020<br><br>Subcontract Agreement dated September 27, 2021 and effective September 27, 2021 | $40,025.00 |
| Valex Enterprises | Subcontract Agreement dated February 8, 2021 and effective February 8, 2021 | $131,920.00 |
| Virtual Service (VDM) | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | $0.00 |

8926338

**508 51st and 511 52nd St – West New York**

| Counterparty | Contract[9, 10] | Cure Amount |
|---|---|---|
| Sordoni Construction | AIA Standard Form of Agreement dated July 9, 2021 | $2,226,936.85 |
| Francisco Crespo | Lease Agreement dated September 1, 2021 | $0.00 |

---

[9] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[10] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338