**Exhibit B**

~~30 Briny Breezes Blvd – Gulf Stream Views~~
**1300 Manhattan – Union City**

| Counterparty | Contract[1][1,2] | Cure Amount |
|---|---|---|
| ~~Cobra Construction, Inc.~~ | ~~Subcontract Agreement dated February 24, 2021~~ | ~~$0~~ |
| ~~Designer Floors of South Florida, Inc.~~ | ~~Subcontract Agreement dated May 14, 2020 and effective May 15, 2020~~ | ~~$0~~ |
| ~~Electric Door-Lift, Inc.~~ | ~~Subcontract Agreement dated February 18, 2019 and effective March 4, 2019~~ | ~~$0~~ |
| ~~ETC Palm Beach, LLC~~ | ~~Subcontract Agreement dated May 6, 2020 and effective May 26, 2020~~ | ~~$0~~ |
| ~~Flex Electric, Inc.~~ | ~~Subcontract Agreement dated February 18, 2019 and effective March 4, 2019~~ | ~~$0~~ |
| ~~Floor Experts, Inc.~~ | ~~Subcontract Agreement dated January 27, 2022~~ | ~~$0~~ |
| ~~Master Painting & Sealants, LLC~~ | ~~Subcontract Agreement dated August 17, 2020 and effective August 18, 2020~~ | ~~$20,304~~ |
| ~~New Horizon Plumbing~~ | ~~Subcontract Agreement dated February 18, 2019 and effective March 4, 2019~~ | ~~$0~~ |
| ~~South Florida Putting Greens, LLC~~ | ~~Subcontract Agreement dated November 1, 2021~~ | ~~$0~~ |
| ~~The Epoxy Pros~~ | ~~Subcontract Agreement dated February 7, 2022~~ | ~~$0~~ |

---

[1] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[1] ~~Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.~~

[2] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

| Counterparty | Contract | Cure Amount |
|---|---|---|
| ~~United American Metal Works~~ | ~~Subcontract Agreement dated April 25, 2019 and effective May 9, 2019~~ | ~~$0~~ |

~~**1300 Manhattan – Union City**~~

| ~~Counterparty~~ | ~~Contract[2]~~ | ~~Cure Amount~~ |
|---|---|---|
| ~~Concrete Rising LLC~~ | ~~Subcontract Agreement dated April 23, 2021 and effective May 14, 2021~~ | ~~$0~~ |
| ~~Control Services, LLC~~ | ~~Subcontract Agreement dated August 1, 2019~~ | ~~$0~~ |
| ~~DMR Construction Services, Inc~~ | ~~AIA Standard Form of Agreement dated September 10, 2019[3]~~ | ~~$207,491.07~~ |
| ~~Kone Inc.~~ | ~~Subcontract Agreement dated October 25, 2019 and effective November 8, 2019~~ | ~~$0~~ |
| ~~Maxim Crane Works, L.P.~~ | ~~Executed Quotation dated January 12, 2022~~ | ~~$0~~ |
| Union City Board of Education | Agreement For the Payment of Parking Fees Between the City of Union City Board of Education and Manhattan Avenue Capital LLC dated November 30, 2021 | $100,000.00 |
| ~~Tristate Blasting, LLC~~ | ~~Subcontract Agreement dated November 15, 2020 and effective November 20, 2020~~ | ~~$0~~ |

~~**931 Madison – Hoboken**~~

| ~~Counterparty~~ | ~~Contract[4]~~ | ~~Cure Amount~~ |
|---|---|---|

---

[2] ~~Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.~~

[3] ~~For the avoidance of doubt, the Debtors assumption of the AIA Standard Form of Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.~~

[4] ~~Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.~~

8926338

| ~~AM~~ DMR Construction ~~New~~ Services, Inc. | ~~Contract dated November 30, 2021~~ AIA Standard Form of Agreement dated September 10, 2019[3] | $~~0~~207,491.07 |
|---|---|---|

---

[3] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

**62-68 69th St - Guttenberg**

| Counterparty | Contract^4^5,5 | Cure Amount |
|---|---|---|
| D&B Service Group LLC | Proposal dated December 17, 2021 | $613,817.99 |

---

[4] The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.

[5] ~~The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.~~

[5] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

**4901 Bergenline – West New York**

| Counterparty | Contract[6],[7] | Cure Amount |
|---|---|---|
| ~~Advanced Environmental Services, LLC~~ | ~~Subcontract Agreement dated June 6, 2018 and effective March 15, 2018~~ | ~~$0~~ |
| Advanced Scaffolding Services LLC | Subcontract Agreement dated December 9, 2020 and effective December 9, 2020 | $1,843.00 |
| All-City Metal, LLC | Subcontract Agreement dated October 29, 2019 and effective November 12, 2019 | $0.00 |
| All State Electrical Construction | Subcontract Agreement dated May 28, 2021 and effective June 1, 20201 | $67,837.00 |
| API Contractors | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $0.00 |
| BYN Iron Works | Subcontract Agreement dated August 9, 2021 | $0.00 |
| Construction Pros, LLC | Subcontract Agreement dated December 18, 2019 and effective January 1, 2020 | $0.00 |
| ~~Control Services, LLC~~ | ~~Subcontract Agreement dated October 24, 2019 and effective November 7, 2019~~ | ~~$0~~ |
| Core Glazing Solutions, LLC | Subcontract Agreement dated November 16, 2020 and effective November 16, 2020 | $69,090.00 |
| Custom Stone by Frank, LLC | Subcontract Agreement dated June 9, 2021 and effective June 10, 2021 | $0.00 |

---

[6] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[6] ~~Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.~~

[7] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

| | | |
|---|---|---|
| Devine Roofing and Contracting LLC | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $96,172.00 |
| DMR Construction Services, Inc | ~~Subcontract~~ AIA Standard Form of Agreement dated ~~May 21~~September 10, 2019[78] | $522,894.30 |
| Dyer Insulations | Subcontract Agreement dated August 2, 2021 | $0.00 |
| ~~Fitness Design Group~~ | ~~Design Services Agreement dated April 12, 2021~~ | ~~$0~~ |
| Fredon Welding and Iron Works | Subcontract Agreement dated February 19, 2021 and effective February 19, 2021 | $0.00 |
| ~~General Foundries Inc.~~ | ~~Executed Purchase Order dated November 9, 2020~~ | ~~$0~~ |
| HVAC Boss LLC Heating & Cooling | Subcontract Agreement dated April 18, 2020 and effective September 14, 2020 | $18,000.00 |
| Johnson Fitness and Wellness | Subcontract Agreement dated September 13, 2021 and effective September 13, 2021 | $0.00 |
| ~~Kemsco~~ | ~~Subcontract Agreement dated April 13, 2021~~ | ~~$0~~ |
| Klaus America Parking Systems | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Kone, Inc. | Subcontract Agreement dated October 22, 2019 and effective November 5, 2019 | $0.00 |
| Marble Systems | Purchase Order dated June 7, 2021 | $0.00 |

---

[78] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

| Meli Plumbing & Heating, Inc. | Subcontract Agreement dated January 27, 2020 and effective February 10, 2020 | ~~$72,223~~$146,399.89 |
|---|---|---|
| Millennium Fire Protection | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Monitex Security Inc. | Subcontract Agreement dated May 24, 2021 and effective May 24, 2021 | $4,529.00 |
| MT General Contractors, INC. | Subcontract Agreement dated August 27, 2021 | $34,129.00 |
| ~~PSE&G~~ | ~~Standard Terms and Conditions dated September 15, 2021~~ | ~~$0~~ |
| Respro Cabinets LLC | Purchase Order dated June 24, 2021 | $31,500.00 |
| Roy Rock, LLC | Subcontract Agreement dated January 20, 2020 and effective January 3, 2020 | $0.00 |
| Tile it and more | Subcontract Agreement dated May 28, 2021 and effective June 1, 2021 | $201,166.00 |
| Translucent Security, LLC | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021<br><br>Subcontract Agreement dated December 20, 2019 and effective January 3, 2020<br><br>Subcontract Agreement dated September 27, 2021 and effective September 27, 2021 | $40,025.00 |
| ~~TriState Blasting, LLC~~ | ~~Subcontract Agreement dated October 23, 2019 and effective November 6, 2019~~ | ~~$0~~ |
| Valex Enterprises | Subcontract Agreement dated February 8, 2021 and effective February 8, 2021 | $131,920.00 |
| Virtual Service (VDM) | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | $0.00 |

**508 51st and 511 52nd St – West New York**

| Counterparty | Contract[9][10] | Cure Amount |
|---|---|---|
| Sordoni Construction | AIA Standard Form of Agreement dated July 9, 2021 | ~~$1,595,417.10~~ $2,226,936.85 |
| Francisco Crespo | Lease Agreement dated September 1, 2021 | $0.00 |

---

[9] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

~~[8] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.~~

[10] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

| Summary Report | |
|---|---|
| Title | **compareDocs Comparison Results** |
| Date & Time | 8/10/2022 9:12:55 AM |
| Comparison Time | 1.28 seconds |
| compareDocs version | v5.0.200.14 |

| Sources | |
|---|---|
| Original Document | [#8926338] [v2] NRIA - Schedule to Contract Assumption Motion.docx |
| Modified Document | [#8926338] [v3] NRIA - Schedule to Contract Assumption Motion.docx |

| Comparison Statistics | |
|---|---|
| Insertions | 10 |
| Deletions | 16 |
| Changes | 41 |
| Moves | 0 |
| Font Changes | 0 |
| Paragraph Style Changes | 0 |
| Character Style Changes | 0 |
| TOTAL CHANGES | 67 |
| | |
| | |
| | |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Sills Standard |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Font Changes | |
| Paragraph Style Changes | |
| Character Style Changes | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Changed lines | Mark left border. |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after saving | General | Always |
| Report Type | Word | Redline |
| Character Level | Word | False |
| Include Comments | Word | False |
| Include Field Codes | Word | True |
| Flatten Field Codes | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include Headers / Footers | Word | True |
| Image compare mode | Word | Insert/Delete |
| Include List Numbers | Word | True |
| Include Quotation Marks | Word | False |
| Show Moves | Word | False |
| Include Tables | Word | True |
| Include Text Boxes | Word | True |
| Show Reviewing Pane | Word | True |
| Summary Report | Word | End |
| Detail Report | Word | Separate (View Only) |
| Document View | Word | Print |