**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors
and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: August 23, 2022 at 10:00 a.m. (ET)**<br>**Objections Due: August 16, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ASSUME CERTAIN CONSTRUCTION CONTRACTS

**PLEASE TAKE NOTICE** that on **August 23, 2022 at 10:00 a.m. (ET)**, or as soon thereafter as counsel may be heard (the "**Hearing**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**"), by and through their undersigned counsel, shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, for entry of an order approving the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts* (the "**Assumption Motion**") filed on June 28, 2022 [Docket No. 85].

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2022, the Debtors filed the *Notice of Revised Contract Schedule with Respect to Debtors' Motion to Assume Certain Construction Contracts* [Docket No. 98].

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9035648

**PLEASE TAKE FURTHER NOTICE** that on August 10, 2022, the above-captioned debtors and debtors-in-possession filed the *Second Notice of Revised Contract Schedule with Respect to Debtors' Motion to Assume Certain Construction Contracts* [Docket No 287].

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Assumption Motion must be filed with the Clerk of the Court, together with proof of service thereof, and served so as to be **actually received no later than 4:00 p.m. (ET) on August 16, 2022** by (a) counsel to the Debtors, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn.: S. Jason Teele, Esq., Daniel J. Harris, Esq., and Gregory A. Kopacz, Esq.; (b) proposed counsel to the Committee, Ice Miller LLP, 1500 Broadway, Suite 2900, New York, NY 10036, Attn: Louis DeLucia, Esq. and Alyson Fiedler, Esq.; and (c) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to the Assumption Motion, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the Assumption Motion may be granted without a hearing.

Dated: August 10, 2022    **SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(937) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

9035648