| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br>SPECTOR GADON ROSEN VINCI P.C.<br>One Greentree Centre<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053<br>(215) 241-8840<br>(215) 241-8872<br>(215) 531-9128 Facsimile<br>(215) 531-9120<br>George M. Vinci (gvinci@sgrvlaw.com)<br>Daniel J. Dugan (ddugan@sgrvlaw.com)<br><br>*Counsel to Andrew Maretz* | Order Filed on August 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC, *et al.*[4]<br><br>                Debtors. | Chapter: 11<br><br>Case No.: 22-14539 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date and Time:**<br>August 9, 2022 at 10:00 AM<br><br>**Objection Deadline:**<br>August 2, 2022 |

## ORDER GRANTING SPECTOR GADON ROSEN VINCI P.C.'S REQUEST TO WITHDRAW AS COUNSEL FOR ANDREW MARETZ

The relief set forth on the following page is **ORDERED.**

**DATED: August 10, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

---

[4] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, NJ 07094.

1

**THIS MATTER**, having come before the Court upon the Motion of Spector Gadon Rosen Vinci, P.C., by and through its counsel, for the entry of an Order granting it permission to withdraw as counsel for Andrew Maretz, and the Court having considered the Motion and the argument of counsel, as well as any objections to the Motion, it is hereby

**ORDERED** that Spector Gadon Rosen Vinci, P.C.'s Motion to Withdraw as Counsel for Andrew Maretz is **GRANTED**; and

**ORDERED** that the appearance of Andrew Maretz, representing himself *pro se*, is hereby entered. Mr. Maretz's contact information is: Andrew Maretz, 42 Hidden Meadow Road, Weston, CT 06883; andy.maretz@gmail.com.