UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

KASOWITZ BENSON TORRES LLP
Matthew B. Stein
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Email: MStein@kasowitz.com

Counsel for Douglas Elliman Real Estate

**Order Filed on August 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,

Debtors.

Case No.: 22-14539

Chapter: 11

Judge: John K. Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 11, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of ___of Douglas Elliman Real Estate___ for the reduction of time for a hearing on __Motion to Compel Payment of Co-Brokerage Commissions at Closing of Sale of Debtor Property__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Tuesday, August 23, 2022___ at __10:00 a.m.__ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, New Jersey 07102___, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __counsel to the Debtor, the United States Trustee, counsel to the Official Committee of Unsecured Creditors, counsel to the parties seeking appointment of a Chapter 11 Trustee in these proceedings__ by each of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __all parties and/or individuals who filed a notice of appearance and request for service__

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.
*to the extent the email addresses are known*

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above: → by noon on Friday, August 19, 2022

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail on the Friday prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

X - Movant's Counsel must appear at the hearing either in-person or via Court Solutions (by submitting a reservation request to Court Solutions not later than noon on the day prior to the hearing) in case Judge Sherwood has any questions regarding the substantive motion.

X - Parties/Counsel may appear in-person at the hearing or via Court Solutions (by submitting a reservation request to Court Solutions by noon on the day prior to the hearing).

*rev.1/12/22*