**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota (msirota@coleschotz.com)
Warren A. Usatine (wusatine@coleschotz.com)
Ryan T. Jareck (rjareck@coleschotz.com)

*Counsel to the Independent Managers*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 22-14539 (JKS)<br><br>(Jointly Administered) |

**SUPPLEMENT TO DECLARATION OF DISINTERESTEDNESS OF
COLE SCHOTZ P.C.**

I, Michael D. Sirota, make this declaration (the "**Declaration**") pursuant to 28 U.S.C. § 1746, and state:

1. I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("**Cole Schotz**"). Cole Schotz is a law firm of approximately 170 attorneys, having its principal offices at Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, and Florida.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

64840/0001-43615686v1

2. This Declaration is executed to supplement that certain *Declaration of Distinteredness of Cole Schotz P.C.* [Docket No. 299] (the "**Initial Declaration**") in connection with Cole Schotz P.C.'s proposed engagement as counsel to Kevin Carey, Kevin Gross, and Bernard A. Katz as independent managers to Debtor National Realty Investment Advisors, LLC.

3. I am familiar with the matters set forth herein and authorized to make this Declaration on behalf of Cole Schotz.

4. Paragraph 8(e) of the Initial Declaration contained the following disclosure:

> My partner Warren Usatine, who is involved in this representation, is married to an attorney at McManimon, Scotland & Baumann, LLC [("**MSB**")], the firm that represents the Jersey City Redevelopment Agency in connection with certain projects the Debtors are pursuing.

5. Upon further review, I learned that this statement was inaccurate. MSB represents the City of Hoboken in connection with certain projects the Debtors are pursuing, not the Jersey City Redevelopment Agency.

6. As set forth in the Initial Declaration, if Cole Schotz discovers additional information that requires disclosure, Cole Schotz will file supplemental disclosure(s) with the Court as promptly as possible.

7. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, Cole Schotz is disinterested and does not hold or represent any interests adverse to the Debtors or their estates.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on August 15, 2022

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA

64840/0001-43615686v1