**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF REVISED BUDGET**

**PLEASE TAKE NOTICE**, that on June 7, 2022, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE**, that on August 10, 2022, the Court entered the *Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (a) Settling the Chapter 11 Trustee Motion; (b) Establishing a Board of Independent Managers For National Realty Investment Advisors, LLC; (c) Authorizing the Debtors to (i) Retain Turnaround Advisors, LLC to Provide a Chief Restructuring Officer, Nunc Pro Tunc to August 1, 2022* (Docket No. 288).

**PLEASE TAKE FURTHER NOTICE**, attached hereto as **Exhibit A** is the Debtor's revised budget (the "**Budget**"). The Budget remains subject to change as circumstances warrant. The Debtors are presenting an eight-week budget to provide the Chief Restructuring Officer sufficient time to complete his diligence into certain real estate and development matters impacting

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9053318 v1

the Budget. The Debtors will file with the Court an updated 13-week budget prior to the expiration of the period set forth in the Budget.

                                                      Respectfully submitted,

Dated: August 15, 2022                    **SILLS CUMMIS & GROSS P.C.**

                                            /s/ S. Jason Teele
                                            S. Jason Teele, Esq.
                                            Daniel J. Harris, Esq.
                                            Gregory A. Kopacz Esq.
                                            One Riverfront Plaza
                                            Newark, New Jersey 07102
                                            (973) 643-7000 (Telephone)
                                            (937) 643-6500 (Facsimile)
                                            steele@sillscummis.com
                                            dharris@sillscummis.com
                                            gkopacz@sillscummis.com

                                            *Counsel to the Debtors and Debtors-in-Possession*

**National Realty Investment Advisors LLC, et al**
8-Week Cash Flow
Subject to Change (rev. 8/15/22)

| | Comments/Other | 0<br>Actual<br>8/6/2022 | 1<br>Projected<br>8/13/2022 | 2<br>Projected<br>8/20/2022 | 3<br>Projected<br>8/27/2022 | 4<br>Projected<br>9/3/2022 | 5<br>Projected<br>9/10/2022 | 6<br>Projected<br>9/17/2022 | 7<br>Projected<br>9/24/2022 | 8<br>Projected<br>10/1/2022 | Total<br>Projected<br>8-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources** | | | | | | | | | | | |
| Net Sales Proceeds - To be Escrowed | See Breakdown Below | $ 7,782,440 | $ - | $ - | $ - | $ 1,467,450 | $ - | $ - | $ - | $ 9,011,250 | $ 10,478,700 |
| Return of Retainers | | - | 417,415 | - | - | - | - | - | - | - | 417,415 |
| Other Receipts | | - | - | - | - | - | - | - | - | - | - |
| **Total Sources** | | **7,782,440** | **417,415** | **-** | **-** | **1,467,450** | **-** | **-** | **-** | **9,011,250** | **10,896,115** |
| **Uses** | | | | | | | | | | | |
| **Construction Costs** | | | | | | | | | | | |
| **Current Construction Projects** | | | | | | | | | | | |
| 4901 Bergenline (The Station) | West New York, NJ | 48,707 | - | 95,482 | 10,000 | 10,000 | 1,300,000 | 10,000 | 10,000 | 10,000 | 1,445,482 |
| 1901 S Ocean Blvd (ODR Single Family) | Delray Beach, FL | - | 7,200 | 20,989 | 5,000 | 200,000 | 5,000 | 200,000 | 5,000 | 200,000 | 643,189 |
| 506 Henry St (506 Henry Boutique Condo) | Brooklyn, NY | - | - | 5,000 | 5,000 | 200,000 | 5,000 | 200,000 | 5,000 | 200,000 | 620,000 |
| 508 51st St (The Grand) | West New York, NJ | - | 777,803 | 54,642 | 10,000 | 10,000 | 1,940,000 | 10,000 | 10,000 | 10,000 | 2,822,444 |
| 511-513 52nd St (The Metro) | West New York, NJ | - | - | - | - | - | 150,000 | - | - | - | 150,000 |
| 1300 Manhattan Ave (Hoboken Heights) | Union City, NJ | - | - | 198,497 | 5,000 | 5,000 | 300,000 | 5,000 | 5,000 | 5,000 | 523,497 |
| **Subtotal - Current Construction Projects** | | **48,707** | **785,003** | **374,609** | **35,000** | **425,000** | **3,700,000** | **425,000** | **35,000** | **425,000** | **6,204,612** |
| **Future Construction Projects** | | | | | | | | | | | |
| 931 Madison St (Madison Views) | Hoboken, NJ | - | - | 1,080 | 1,000 | 30,000 | 1,000 | 1,000 | 1,000 | 1,000 | 36,080 |
| 511-521 Newark Ave (Hoboken Mews) | Hoboken, NJ | - | - | - | - | - | - | - | - | - | - |
| 6903-6909 Adams St (Guttenberg Green) | Guttenberg, NJ | - | - | - | - | - | - | - | 1,000 | 1,000 | 2,000 |
| 416-422 69th St (The Cool Green) | Guttenberg, NJ | - | - | - | - | - | - | - | - | - | - |
| 8709 River Road (River Run) | North Bergen, NJ | - | - | - | - | - | - | - | - | - | - |
| 301 SE 1st St (The 301) | Delray Beach, FL | - | - | 5,000 | - | - | - | - | - | - | 5,000 |
| 360 Main St (The 360 Main) - **UNDER CONTRACT** | Hackensack, NJ | - | - | - | - | - | - | - | - | - | - |
| 460 Old River Rd (River Ridge) - **UNDER CONTRACT** | Edgewater, NJ | - | - | - | - | - | - | - | - | - | - |
| 200-210 NE 3rd St (South Tower) | Ft. Lauderdale, FL | - | - | - | - | - | - | - | - | - | - |
| 203-215 NE 3rd St (North Tower) - **UNDER CONTRACT** | Ft. Lauderdale, FL | - | - | - | - | - | - | - | - | - | - |
| 2044 West First St. - Phase 1 (West Tower & Garage) | Ft. Myers, FL | - | - | - | - | - | - | - | - | - | - |
| 2044 West First St. - Phase 2 (East Tower) | Ft. Myers, FL | - | - | - | - | - | - | - | - | - | - |
| 2044 West First St. - Phase 3 (Liner Building) | Ft. Myers, FL | - | - | - | - | - | - | - | - | - | - |
| Real Estate Taxes - Post Petition | See "RE Taxes" Tab | - | - | 56,739 | - | - | - | - | 7,176 | - | 63,915 |
| Real Estate Taxes - Pre-Petition | See "RE Taxes" Tab | - | - | - | - | - | - | - | - | - | - |
| Maintenance/Condo Fees | See "Condo Fees & Maintenance" Tab | - | - | - | 23,963 | - | - | - | - | 14,848 | 38,811 |
| Property Utilities | See "Utilities Tab" | - | - | 14,282 | - | - | - | 14,282 | - | - | 28,564 |
| Post-Petition Accounts Payable | Allocated to respective properties | - | - | - | - | - | - | - | - | - | - |
| Insurance Payments | See "Insurance" Tab | 1,315 | 42,483 | 138,230 | 71,598 | 29,718 | 2,645 | 1,534 | 21,101 | 79,595 | 386,904 |
| Other Leases | See "Other Leases" Tab | - | - | 31,200 | - | 15,600 | - | - | - | 15,600 | 62,400 |
| Financing Costs - S3 | 4901 & 1300 | - | - | 475,921 | - | 237,961 | 2,341,217 | - | - | 237,961 | 3,293,059 |
| Financing Costs - Shellpoint | 506 Henry | - | - | 51,778 | - | 25,889 | - | - | - | 25,889 | 103,556 |
| Construction Cure Costs - Pending Hearing August 23rd | See "Pre-Petition" Tab | - | - | - | 4,513,751 | - | - | - | - | - | 4,513,751 |
| **Subtotal - Future Construction Projects** | | **1,315** | **42,483** | **774,230** | **4,610,313** | **339,168** | **2,344,862** | **16,816** | **30,277** | **375,893** | **8,534,041** |
| **Total Construction Costs** | | **50,022** | **827,486** | **1,148,840** | **4,645,313** | **764,168** | **6,044,862** | **441,816** | **65,277** | **800,893** | **14,738,653** |
| **Other Projects** | | | | | | | | | | | |
| 113-27 N 23rd Street, Philadelphia (Cherry Street Townhomes / Logan) | Philadelphia, PA | - | - | - | - | 25,000 | - | - | - | 25,000 | 50,000 |
| 494 7th Street (Seventh Street Capital 494 LLC) | Brooklyn, NY | - | - | 3,400 | - | - | - | - | - | - | 3,400 |
| The Water Club (The Imperium, The Haven and The Reserve) | Philadelphia, PA | - | - | 10,000 | - | - | - | 2,000 | - | - | 12,000 |
| 62 69th St. (Greenroof) | Guttenberg, NJ | - | - | 183,248 | - | 125,000 | - | - | - | 125,000 | 433,248 |
| Warranties | | - | - | 49,483 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 199,483 |
| **Total Other Projects** | | **-** | **-** | **246,131** | **25,000** | **175,000** | **25,000** | **27,000** | **25,000** | **175,000** | **698,131** |
| **Administrative & Overhead** | | | | | | | | | | | |
| Employee Wages | Based on 8/5 Payroll | 167,468 | - | 167,468 | - | 167,468 | - | 167,468 | - | 167,468 | 669,872 |
| Reimbursable Travel | | 1,134 | - | - | - | 3,334 | - | - | - | 3,334 | 6,668 |

**National Realty Investment Advisors LLC, et al**
8-Week Cash Flow
Subject to Change (rev. 8/15/22)

| | Comments/Other | 0 Actual 8/6/2022 | 1 Projected 8/13/2022 | 2 Projected 8/20/2022 | 3 Projected 8/27/2022 | 4 Projected 9/3/2022 | 5 Projected 9/10/2022 | 6 Projected 9/17/2022 | 7 Projected 9/24/2022 | 8 Projected 10/1/2022 | Total Projected 8-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Healthcare | Based on 8/5 Payroll | - | - | - | - | 22,196 | - | - | - | 22,196 | 44,392 |
| Insurance | | - | 1,267 | - | 7,060 | - | - | - | 7,060 | - | 15,387 |
| D&O Insurance | Assumed Paid Upfront | - | - | 215,000 | - | - | - | - | - | - | 215,000 |
| Office Rent | | - | 96,719 | - | - | 34,543 | - | - | - | 34,543 | 165,804 |
| CoStar Realty Information | | - | - | - | 1,698 | - | - | - | - | 1,698 | 3,395 |
| IT Infrastructure/Server Lease | | - | - | 13,307 | 13,307 | - | - | - | - | 13,307 | 39,921 |
| PNC Equipment Finance | | - | - | - | 6,381 | - | - | - | - | 6,381 | 12,763 |
| Hubspot CRM | | - | - | - | 2,707 | - | - | - | - | 2,707 | 5,414 |
| IT - Team Logic and Other General Infrastructure Expenses | | 1,720 | - | 12,430 | 15,000 | - | - | - | - | 15,000 | 42,430 |
| Ordinary Course Professionals | See "OCP" Tab | - | - | - | - | 236,800 | 9,500 | 7,700 | 15,500 | 13,000 | 282,500 |
| Tax Return Preparation - EisnerAmper | | - | - | - | - | - | - | 320,000 | - | - | 320,000 |
| Technical & Advisory Services - EisnerAmper | | - | - | - | - | - | - | 20,000 | - | - | 20,000 |
| Kovel Accounting - EisnerAmper | | - | - | - | - | - | - | 8,000 | - | - | 8,000 |
| Criminal Defense Fees - Other | | - | - | - | - | - | 25,000 | - | - | - | 25,000 |
| Other Pre-Petition Invoices - ON HOLD | See "Pre-Petition" Tab | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | Miscellaneous | 13,349 | - | 13,685 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 73,685 |
| **Total Administrative & Overhead** | | **183,671** | **97,986** | **421,890** | **56,153** | **474,341** | **44,500** | **533,168** | **32,560** | **289,634** | **1,950,232** |
| **Total Uses** | | **233,693** | **925,472** | **1,816,861** | **4,726,466** | **1,413,508** | **6,114,362** | **1,001,984** | **122,837** | **1,265,527** | **17,387,015** |
| **Net Cash Flow from Construction and Operations** | | **7,548,747** | **(508,057)** | **(1,816,861)** | **(4,726,466)** | **53,942** | **(6,114,362)** | **(1,001,984)** | **(122,837)** | **7,745,723** | **(6,490,900)** |
| **Florida Operations** | | | | | | | | | | | |
| Sources | | | | | | | | | | | |
| FTM Portfolio Partners Hotel/Retail | See "FTM Hotel" Tab | 10,720 | 5,390 | 5,390 | 5,390 | 14,173 | 5,390 | 5,390 | 5,390 | 19,563 | 66,076 |
| FTM Portfolio Partners Restaurant | See "FTM Restaurant" Tab | - | - | - | - | 10,000 | - | - | - | 10,000 | 20,000 |
| FTM Portfolio Partners Marina | See "FTM Marina" Tab | 68,014 | 1,100 | 1,100 | 1,100 | 1,100 | 68,610 | 1,600 | 1,600 | 1,600 | 77,810 |
| **Total Sources from Hotel, Retail, Restaurant and Marina** | | **78,734** | **6,490** | **6,490** | **6,490** | **25,273** | **74,000** | **6,990** | **6,990** | **31,163** | **163,886** |
| Uses | | | | | | | | | | | |
| FTM Portfolio Partners Hotel/Retail | See "FTM Hotel" Tab | 13,184 | 6,716 | 3,826 | 3,826 | 27,490 | 3,826 | 3,826 | 3,826 | 28,299 | 81,635 |
| FTM Portfolio Partners Restaurant | See "FTM Restaurant" Tab | 2 | - | - | - | - | - | - | - | - | - |
| FTM Portfolio Partners Marina | See "FTM Marina" Tab | 10,318 | 9,711 | 5,185 | 5,185 | 114,428 | 5,185 | 5,185 | 5,185 | 39,428 | 189,492 |
| **Total Uses from Hotel, Retail, Restaurant and Marina** | | **23,504** | **16,427** | **9,011** | **9,011** | **141,918** | **9,011** | **9,011** | **9,011** | **67,726** | **271,127** |
| **Net Cash Flow from Florida Operations** | | **55,231** | **(9,938)** | **(2,521)** | **(2,521)** | **(116,645)** | **64,988** | **(2,021)** | **(2,021)** | **(36,563)** | **(107,242)** |
| **Bankruptcy Fees** | | | | | | | | | | | |
| Chief Restructuring Officer | To be Paid via Payroll | - | - | 46,823 | - | 46,823 | - | 46,823 | - | 46,823 | 187,292 |
| Debtors' Counsel (Sills Cummis & Gross) | | - | - | - | - | - | - | 800,000 | - | - | 800,000 |
| Debtors' Financial Advisor (Eisner Advisory Group) | | - | - | - | - | - | - | 400,000 | - | - | 400,000 |
| Special Regulatory & Investigation Counsel (Pashman Stein Walder Hayden) | | - | - | - | - | - | - | 240,000 | - | - | 240,000 |
| Special Litigation Counsel (Riker Danzig) | | - | - | - | - | - | - | 56,000 | - | - | 56,000 |
| Debtors' Board of Advisors | | - | - | - | - | - | 260,000 | - | - | - | 260,000 |
| Debtors' Board of Advisors Counsel (Cole Schotz) | | - | - | - | - | - | - | 120,000 | - | - | 120,000 |
| UCC Professionals (Ice Miller; Alvarez & Marsal) | | - | - | - | - | - | - | 965,600 | - | - | 965,600 |
| Independent Manager (The Casey Group) | | 84,295 | - | - | - | - | - | 12,000 | - | - | 12,000 |
| Prior Independent Manager's Counsel (Chasan Lamparello) | | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent (Omni) | | - | - | - | - | - | - | 90,000 | - | - | 90,000 |
| US Trustee Fees | Percentage of Total Disbursements | 33,000 | - | - | 43,400 | - | - | - | - | - | 43,400 |
| **Total Bankruptcy Fees** | | **117,295** | **-** | **46,823** | **43,400** | **46,823** | **260,000** | **2,730,423** | **-** | **46,823** | **3,174,292** |
| **Net Cash Flow** | | **7,486,682** | **(517,994)** | **(1,866,205)** | **(4,772,387)** | **(109,526)** | **(6,309,374)** | **(3,734,428)** | **(124,858)** | **7,662,338** | **(9,772,434)** |

**National Realty Investment Advisors LLC, et al**
8-Week Cash Flow
Subject to Change (rev. 8/15/22)

| | Comments/Other | 0 Actual 8/6/2022 | 1 Projected 8/13/2022 | 2 Projected 8/20/2022 | 3 Projected 8/27/2022 | 4 Projected 9/3/2022 | 5 Projected 9/10/2022 | 6 Projected 9/17/2022 | 7 Projected 9/24/2022 | 8 Projected 10/1/2022 | Total Projected 8-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | $ 75,110,372 | $ 82,597,055 | $ 82,079,060 | $ 80,212,855 | $ 75,440,468 | $ 75,330,942 | $ 69,021,569 | $ 65,287,141 | $ 65,162,283 | $ 82,597,055 |
| Net Cash Flow | | 7,486,682 | (517,994) | (1,866,205) | (4,772,387) | (109,526) | (6,309,374) | (3,734,428) | (124,858) | 7,662,338 | (9,772,434) |
| **Ending Cash Balance - Including Escrow** | | $ 82,597,055 | $ 82,079,060 | $ 80,212,855 | $ 75,440,468 | $ 75,330,942 | $ 69,021,569 | $ 65,287,141 | $ 65,162,283 | $ 72,824,620 | $ 72,824,620 |
| **Sales Proceeds** | | | | | | | | | | | |
| **Units Subject to Existing Court Order** | | | | | | | | | | | |
| Closed | | | | | | | | | | | |
| 285 7th Street, Unit 1 | Closed 7/28/22 - Held in Escrow | $ 2,133,053 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,133,053 |
| 285 7th Street, Unit 2 | Closed 7/29/22 - Held in Escrow | 1,563,140 | - | - | - | - | - | - | - | - | 1,563,140 |
| 285 7th Street, Unit 3 | Closed 7/12/22 - Held in Escrow | 1,973,445 | - | - | - | - | - | - | - | - | 1,973,445 |
| 494 7th Street, Unit 1 | Closed 8/5/22 - Held in Escrow | 2,112,803 | - | - | - | - | - | - | - | - | 2,112,803 |
| **Total Closed** | | $ 7,782,440 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,782,440 |
| Additional Units Subject to Existing Court Order - Not Closed Yet | | | | | | | | | | | |
| 494 7th Street, Unit 2 | Needs to be Closed by August 31st | - | - | - | - | 1,467,450 | - | - | - | - | 1,467,450 |
| 116 N. Croskey Street | Pending - Assumed October 1st | - | - | - | - | - | - | - | - | 1,586,250 | 1,586,250 |
| 124 N. Croskey Street | Pending - Assumed October 1st | - | - | - | - | - | - | - | - | 1,620,000 | 1,620,000 |
| Ocean Delray Condominium, Unit 8 | Pending - Assumed October 1st | - | - | - | - | - | - | - | - | 5,805,000 | 5,805,000 |
| **Total Additional Units Subject to Existing Court Order - Not Closed Yet** | | $ - | $ - | $ - | $ - | $ 1,467,450 | $ - | $ - | $ - | $ 9,011,250 | $ 10,478,700 |
| **Total Units Subject to Existing Court Order** | | $ 7,782,440 | $ - | $ - | $ - | $ 1,467,450 | $ - | $ - | $ - | $ 9,011,250 | $ 18,261,140 |
| **Cumulative Sales Proceeds Held in Escrow** | | $ 7,782,440 | $ 7,782,440 | $ 7,782,440 | $ 7,782,440 | $ 9,249,890 | $ 9,249,890 | $ 9,249,890 | $ 9,249,890 | $ 18,261,140 | $ 18,261,140 |
| **Total Cash Balance - Available for Use** | | $ 74,814,614 | $ 74,296,620 | $ 72,430,415 | $ 67,658,028 | $ 66,081,052 | $ 59,771,678 | $ 56,037,250 | $ 55,912,392 | $ 54,563,480 | $ 54,563,480 |

**Notes:**
1. NRIA has $1,450,000 in deposits in connection with three properties under contract as follows: 1) $500,000 with respect to 203-215 NE 3rd St, Fort Lauderdale, FL; 2) $500,000 with respect to three parcels associated with 360 Main St, Hackensack, NJ; and 3) $450,000 with respect to two parcels associated with 460-510 Old River Road, Edgewater, NJ.  This schedule does not reflect additional outlay with respect to the closing of these three purchases which are still being analyzed.
2. Bankruptcy fees projected to be paid during the week ending 9/17 are already accrued fees for Debtor professionals from 6/7 filing through end of July and for committee professionals since 7/5 retention through end of July.