| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 313

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of the debtors and debtors-in-possession (the "Debtors"), by and through their undersigned proposed counsel, hereby withdraws the following recent filing:

> *Application to Employ and Retain Gregory A. Coleman and Richard W. Barry of Richard W. Barry Consulting Services, LLC as Fraud Investigation Consultants to the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 15, 2022* (the "Application") (Dkt. 313) filed on August 15, 2022.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

The Committee withdraws the Application without prejudice and reserves the rights to renew and refile the Application.

| | |
|---|---|
| Dated: August 16, 2022 | **ICE MILLER LLP** |
| | |
| | */s/ Louis T. DeLucia* |
| | Louis. T. DeLucia, Esq. |
| | Alyson M. Fiedler, Esq. |
| | 1500 Broadway |
| | Suite 2900 |
| | New York, NY 10036 |
| | Phone: 212-835-6312 |
| | louis.delucia@icemiller.com |
| | alyson.fiedler@icemiller.com |
| | |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |

4874-3577-3230.1