UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtor
and Debtor-in-Possession*

Order Filed on August 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]

Debtors.

Chapter 11

Case No. 22-14539 (JKS)

(Jointly Administered)

**STIPULATION AND CONSENT ORDER EXTENDING THE DEADLINE ESTABLISHED BY RULE 3003(a)(1) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

The relief set forth on the following pages two (2) through four (4) is hereby

**ORDERED**.

**DATED: August 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9053711

| | |
|---|---|
| Debtor: | National Realty Investment Advisors, LLC, *et al.* |
| Case No: | 22-14539 (JKS) |
| Caption: | Stipulation and Consent Order Extending the Deadline Established by Rule 3003(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey |
| Page | 2 |

This stipulation and consent order ("**Stipulation and Consent Order**") is entered into by and between: (i) the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), (ii) the Official Committee of Unsecured Creditors, and (iii) Porzio, Bromberg & Newman, P.C. in its capacity as lead counsel for certain investors (together, the "**Parties**").[2]

## RECITALS

**WHEREAS**, D.N.J LBR 3003-1(a)(1) provides that "[a] creditor (other than a governmental unit) or equity security holder subject to Bankruptcy Rule 3003(c)(2) must file a proof of claim or interest not later than 70 days after the date of the order for relief;"

**WHEREAS**, on August 15, 2022, the Debtors intend to file the *Debtors' Motion For Entry of an Order (A) Establishing Deadlines to File Proofs of Claim Against and Interests in the Debtors, Including But Not Limited to Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Notice of the Bar Dates, (C) Authorizing Publication of the Bar Dates, and (D) Granting Related Relief* (the "**Bar Date Motion**"); and

**WHEREAS**, in light of the anticipated filing of the Bar Date Motion and to avoid an undue burden on claimants, investors, and the Court by having multiple deadlines to file proofs of claim or interests, the Parties believe that it is necessary and appropriate to extend the deadline established by D.N.J. LBR 3003-1(a)(1).

## STIPULATION AND CONSENT ORDER

**NOW, THEREFORE,** the Parties stipulate and agree, and the Court hereby **ORDERS**, as follows:

---

[2] The Office of the United States Trustee has no objection to the relief sought in the Stipulation and Consent Order.

9053711

Case 22-14539-JKS    Doc 316    Filed 08/16/22    Entered 08/16/22 11:13:22    Desc Main
Document    Page 3 of 4

| | |
|---|---|
| Debtor: | National Realty Investment Advisors, LLC, *et al.* |
| Case No: | 22-14539 (JKS) |
| Caption: | Stipulation and Consent Order Extending the Deadline Established by Rule 3003(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey |
| Page | 3 |

1. The requirement of Local Bankruptcy Rule 3003-1(a)(1) that proofs of claim by creditors and equity security holders be filed no later than seventy (70) days after the Petition Date is extended through and including the date that is seven (7) days following the hearing on the Bar Date Motion, without prejudice to a further extension of such deadline.

2. This Stipulation and Consent Order shall not apply to the deadlines for filing proofs of claim applicable to governmental units set forth in section 502(b)(9) of the Bankruptcy Code and Local Bankruptcy Rule 3003-1(b)(2).

3. This Stipulation and Consent Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

| | |
|---|---|
| Debtor: | National Realty Investment Advisors, LLC, *et al.* |
| Case No: | 22-14539 (JKS) |
| Caption: | Stipulation and Consent Order Extending the Deadline Established by Rule 3003(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey |
| Page | 4 |

**SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
steele@sillscummis.com

*Counsel for the Debtors and Debtors in Possession*

**ICE MILLER LLP**

/s/ Louis T. DeLucia
Louis T. DeLucia, Esq.
1500 Broadway
Suite 2900
New York, New York 10036
Tel: (212) 835-6312
louis.delucia@icemiller.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**PORZIO, BROMBERG & NEWMAN, P.C.**

/s/ Warren J. Martin, Jr.
Warren J. Martin, Jr., Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
Tel: (973) 889-4006
wjmartin@pbnlaw.com

*Counsel for Certain Investors*

9053711