UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors
and Debtors-in-Possession*

---

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]

Debtors.

Chapter 11

Case No. 22-14539 (JKS)

(Jointly Administered)

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the *Stipulation and Consent Order Extending the Deadline Established By Rule 3003(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey*, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case;

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9054219

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

Dated: August 15, 2022     /s/ Daniel J. Harris
                            Daniel J. Harris

9054219