| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered)<br><br>**Hearing Date: August 23, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 10, 2022 at 4:00 p.m. (ET)** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY ICE MILLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 5, 2022**
**DOCKET NO. 239**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1. As of August 18, 2022, Ice Miller LLP, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases") of National Realty Investment Advisors, LLC, *et al.* (the "Debtors"), has received no answer, objection or other responsive pleading with respect to the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

*Application to Employ Ice Miller LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 5, 2022* (Docket No. 239-1) (the "Application"), filed on August 3, 2022.  The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the *Notice of Application to Employ Ice Miller LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 5, 2022* (Docket No. 239), objections to the Application were to be filed and served no later than August 10, 2022.  By consent to the extension of that deadline, any objection to the Application by the United States Trustee was to be filed and served no later than August 12, 2022.

2. The undersigned hereby further certifies that the United States Trustee requested certain information with respect to the Application, which was provided, and as a result the United States Trustee has no objection to the Committee's retention of Ice Miller LLP as counsel.

3. It is hereby respectfully requested that the proposed order attached to the Application, and hereto, as **Exhibit C** be entered at the earliest convenience of the Court.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: August 18, 2022                                   **ICE MILLER LLP**

                                                          */s/ Louis T. DeLucia*
                                                          Louis. T. DeLucia, Esq.
                                                          Alyson M. Fiedler, Esq.
                                                          1500 Broadway
                                                          Suite 2900
                                                          New York, NY 10036
                                                          Phone: 212-835-6312
                                                          louis.delucia@icemiller.com
                                                          alyson.fiedler@icemiller.com

                                                          *Proposed Counsel to the Official Committee of Unsecured Creditors*