UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],

Debtors.

Chapter 11

Case No: 22-14539-JKS

(Jointly Administered)

**Hearing Date: August 23, 2022 at 10:00 a.m. (ET)**
**Objection Deadline: August 11, 2022 at 4:00 p.m. (ET)**

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS,
NATIONAL REALTY INVESTMENT ADVISORS, LLC, ET AL., FOR ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL
NORTH AMERICA, LLC AS FINANCIAL ADVISOR,
<u>EFFECTIVE NUNC PRO TUNC AS OF JULY 5, 2022</u>
DOCKET NO. 245**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.　　As of August 18, 2022, Ice Miller LLP, proposed counsel to the Official Committee

of Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned jointly administered

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

chapter 11 cases (the "Chapter 11 Cases") of National Realty Investment Advisors, LLC, *et al.* (the "Debtors"), has received no answer, objection or other responsive pleading with respect to the *Application of the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC, et al., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor, Effective Nunc Pro Tunc as of July 5, 2022* (Docket No. 245-1) (the "Application"), filed on August 4, 2022.  The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the *Notice of Application of the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC, et al., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor, Effective Nunc Pro Tunc as of July 5, 2022* (Docket No. 245), objections to the Application were to be filed and served no later than August 11, 2022.

2. It is hereby respectfully requested that the proposed order attached to the Application, and hereto, as **Exhibit B** be entered at the earliest convenience of the Court.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: August 18, 2022                                                **ICE MILLER LLP**

*/s/ Louis T. DeLucia*
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*