**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 170** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER**
**(A) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES,**
**SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES, STATEMENTS OF**
**FINANCIAL AFFAIRS, AND (B) GRANTING RELATED RELIEF**
**DOCKET NO. 170**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.  As of August 18, 2022, Sills Cummis & Gross P.C., counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), has received no answer, objection or other responsive pleading to the *Debtors' Second Motion for Entry of an Order (A)*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9059162

*Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief* [Docket No. 170] (the "**Motion to Extend**"), filed on July 20, 2022. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Extend appears thereon. Pursuant to the *Notice of Debtors' Second Motion for Entry of an Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief*, objections to the Motion to Extend were to be filed and served no later than August 16, 2022.

2. Because no objection, responsive pleading or other comments have been provided, received or filed with the Court with respect to the Motion to Extend, it is hereby respectfully requested that the proposed order attached to the Motion to Extend as **Exhibit A** be entered at the earliest convenience of the Court.

I certify under penalty of perjury that the foregoing statements is true and correct.

Dated: August 19, 2022

**SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*