**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 23, 2022 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1. Debtors' Second Motion for Entry of an Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 170; Filed 7/20/22]

    Response Deadline:    8/16/22 @ 4:00 p.m. (ET)

    Response(s) Received:    None.

    Related Document(s):

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9059240

    a)    Certification of Service [Docket No. 174; Filed 7/21/22]

    b)    Certification of No Objection Regarding Debtors' Second Motion for Entry of an Order (A) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and (B) Granting Related Relief [Docket No. 333; Filed 8/18/22]

    Status:    This matter is going forward.

2. Second Notice of Revised Contract Schedule with Respect to Debtors' Motion to Assume Certain Construction Contracts [Docket No. 287; Filed 8/10/22]

    Response Deadline:    8/16/22 at 4:00 p.m. (ET)

    Response(s) Received:    None.

    Related Document(s):

    a)    Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts [Docket No. 85; Filed 6/28/22]

    b)    Notice of Hearing and Objection Deadlines [Docket No. 86; Filed 6/28/22]

    c)    Notice of Revised Contract Schedule with Respect to Debtors' Motion to Assume Certain Construction Contracts [Docket No. 98; Filed 7/1/22]

    d)    Stipulation Extending Time to Object or Otherwise Respond [Docket No. 116; Filed 7/11/22]

    e)    Omnibus Objection of Allen Cvelic and Martina Gudac to (I) Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business, (II) Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts and (III) Joinder in the United States Trustees' Objection to the Retention of Sills Cummis & Gross P.C. as Counsel for the Debtors [Docket No. 117; Filed 7/11/22]

    f)    Joinder of Thomas J. Cioffe, Cioffe Enterprises, Inc., Thomas J. Cioffe, JR., Joseph Occhiogrosso, and Annemarie Occhiogrosso to the Omnibus Objection of Allen Cvelic and Martina Gudac to (1) Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business,

9059240

    (II) Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts and (III) Joinder in the United States Trustees' Objection the Retention of Sills Cummis & Gross P.C. as Counsel for the Debtors [Docket No. 122; Filed 7/11/22]

  g) CORRECTED Joinder of Thomas J. Cioffe, Cioffe Enterprises, Inc., Thomas J. Cioffe, Jr., Joseph Occhiogrosso, and Annemarie Occhiogrosso to the Omnibus Objection of Allen Cvelic and Martina Gudac to (1) Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business, (II) Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts and (III) Joinder in the United States Trustees' Objection the Retention of Sills Cummis & Gross P.C. as Counsel for the Debtors [Docket No. 123; Filed 7/11/22]

  h) Notice of Withdrawal of Docket No. 122 [Docket No. 128; Filed 7/13/22]

  i) Certification in Response to Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts [Docket No. 134; Filed 7/13/22]

  j) Committee Statement on Pending Motions [Docket No. 142; Filed 7/13/22]

  k) Certification in Response to Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts [Docket No. 204; Filed 7/28/22]

  l) Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Construction Contracts [Docket No. 289; Filed 8/10/22]

  m) Certification of Service [Docket No. 301; Filed 8/12/22]

 Status: This matter is going forward.

3. Application to Employ Ice Miller LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to July 5, 2022 [Docket No. 239; Filed 8/3/22]

  Response Deadline: 8/10/22 at 4:00 p.m. (ET)

  Response(s) Received: None.

  Related Document(s):

9059240

    a)    Notice of Hearing [Docket No. 248; Filed 8/5/22]

    b)    Certification of Service [Docket No. 244; Filed 8/4/22]

    c)    Certification of No Objection Regarding Application to Employ Ice Miller LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to July 5, 2022 [Docket No. 331; Filed 8/18/22]

    <u>Status</u>:    This matter is going forward.

4. Application of the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC, et al., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor, Effective *Nunc Pro Tunc* as of July 5, 2022 [Docket No. 245; Filed 8/4/22]

    <u>Response Deadline</u>:    8/11/22 at 4:00 p.m. (ET)

    <u>Response(s) Received</u>:    None.

    <u>Related Document(s)</u>:

    a)    Notice of Hearing [Docket No. 248; Filed 8/5/22]

    b)    Certification of Service [Docket No. 253; Filed 8/5/22]

    c)    Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC, *et al.*, for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors, Effective *Nunc Pro Tunc* as of July 5, 2022 [Docket No. 332; Filed 8/18/22]

    <u>Status</u>:    This matter is going forward.

5. Douglas Elliman Real Estate's Motion to Compel Payment of Co-Brokerage Commissions at Closing of Sale of Debtor Property at (I) 494 7th Street, Unit No. 1, Brooklyn NY 11215 and (II) 285 7th Street, Unit No. 1, Brooklyn, NY 11215 [Docket No. 254; Filed 8/6/22]

    <u>Response Deadline</u>:    8/19/22 at 12:00 p.m. (ET)

    <u>Response(s) Received</u>:    None.

    <u>Related Document(s)</u>:

9059240

a)  Douglas Elliman Real Estate's Motion Pursuant to the Local Rule for the United States Bankruptcy Court for the District of New Jersey 9013-2 for Order to Shorten Notice on Its Motion to Compel Payment of Co-Brokerage Commissions at Closing of Sale of Debtor Property at (I) 494 7th Street, Unit No. 1, Brooklyn, NY 11215 and (II) 285 7th Street, Unit No. 1, Brooklyn, NY 11215 [Docket No. 255; Filed 8/6/22]

b)  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 293; Filed 8/11/22]

c)  Certification of Service [Docket No. 294; Filed 8/11/22]

Status:    This matter is going forward.

Dated: August 19, 2022

**SILLS CUMMIS & GROSS P.C.**

*/s/ S. Jason Teele*
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

9059240