UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Vincent J. Roldan

Attorneys for Metropolitan YMCA of the Oranges

In Re:

National Realty Investment Advisors LLC et al.

Debtors

Case No.: 22-14539-JKS
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☐ Yes ☒ No
Hearing Date: Aug 30, 2022
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, Vincent J. Roldan,

   ☒ am the attorney for: Metropolitan YMCA of the Oranges,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for relief from automatic stay [Dkt 265]

   Current hearing date and time: Aug 30, 2022

   New date requested: Sept 13, 2022 10 AM

   Reason for adjournment request: Debtor requested adjournment

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __August 19, 2022__                    /s/ Vincent J. Roldan
                                             _____
                                             Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted            New hearing date: _9/13/2022 @ 10:00_    ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____   ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*