UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SZAFERMAN, LAKIND, BLUMSTEIN,
 & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Tel:  (609) 275-0400; Fax:  (609) 779-6068
Email:  bsattin@szaferman.com
By: Bruce M. Sattin (BS 5476)
Attorneys for Creditor East Coast Property Ventures, LLC

| In Re: | Chapter 11 |
|---|---|
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al., | Case 22-14539 (JKS) |
|  | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL  NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Szaferman, Lakind, Blumstein & Blader, P.C., as attorneys for Creditor East Coast Property Ventures, LLC, enters its appearance and requests that all notices given, or required to be given, in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010, or Bankruptcy Code Sections 102(1), 342, and 1109(b), or any other provision of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

#6262065v1

Bruce M. Sattin, Esq.
Szaferman, Lakind, Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Telephone (609) 275-0400; Facsimile (609) 779-6068
bsattin@szaferman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex, or otherwise: (1) which affect, or seek to affect, in any way any rights or interests of East Coast Property Ventures, LLC, with respect to the Debtors National Realty Investment Advisors, LLC, et al. (the "Debtors"); or (2) which require, or seek to require, any act, delivery of any property, payment or other conduct by the Debtors.

The undersigned hereby consents to notice by e-mail.

>SZAFERMAN, LAKIND,
>BLUMSTEIN & BLADER, P.C.
>Attorneys for Creditor, East Coast Property
>Ventures, LLC
>
>By: */s/ Bruce M. Sattin*
>        Bruce M. Sattin, Esq. (BS 5476)

Dated: August 19, 2022

#6262065v1                                                            2