**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 13, 2022 at 10:00 a.m. (ET)**<br>**Objections Due: September 6, 2022 at 4:00 p.m.**<br><br>**Re: Docket No. 83** |

**NOTICE OF REVISED PROPOSED ORDER WITH RESPECT TO**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**DEBTORS TO EMPLOY AND COMPENSATE PROFESSIONALS**
**UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that on June 28, 2022, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business* [Docket No. 83] (the "**OCP Motion**"). Attached as Exhibit A to the OCP Motion was a proposed order granting the OCP Motion (the "**Initial Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order granting the OCP Motion, which incorporates comments received from the Office of the United States Trustee and counsel for the Official Committee of Unsecured Creditors (the "**Revised Proposed Order**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9035303

**PLEASE TAKE FURTHER NOTICE** that attached hereto **Exhibit B** is a redline of the Revised Proposed Order marked against the Initial Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Revised Proposed Order to the Bankruptcy Court at the hearing to be held on **September 13, 2022 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of the Revised Proposed Order must be filed with the Clerk of the Court, together with proof of service thereof, and served so as to be **actually received** no later than 4:00 p.m. (ET) on **September 6, 2022** by (a) counsel to the Debtors, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn.: S. Jason Teele, Esq., Daniel J. Harris, Esq., and Gregory A. Kopacz, Esq.; and (b) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to the entry of the Revised Proposed Order, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance herewith, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the Revised Proposed Order may be entered by the Bankruptcy Court without a hearing.

Dated: August 24, 2022                   **SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

9035303