

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

**WRITER'S DIRECT DIAL & EMAIL ADDRESS**
**(908) 252-4344**
jfgallagher@norris-law.com

August 29, 2022

**Via PACER and**
**Email:** chambers_of_jks@njb.uscourts.gov
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re:    Cherry Street Capital 113-27, LLC
            Case No. 22-14539-JKS, Chapter 11
            Motion Return Date: August 30, 2022

Dear Judge Sherwood:

    This firm represents secured creditor, IPFS Corporation ("IPFS"), in the above matter. IPFS has filed a Motion for Stay Relief, which presently is returnable before Your Honor, tomorrow, August 30, 2022 at 10:00 a.m. I am writing to request that IPFS' motion be carried for two weeks to **September 13, 2022 at 10:00 a.m.** The adjournment will give counsel for Debtor and me time to continue discussing a mutually acceptable resolution of the motion. This request is made with the consent of Debtor's counsel.

    Thank you for your courtesies and assistance in this matter.

Respectfully submitted,

Jerome F. Gallagher, Jr.

JFG:ds
cc: S. Jason Teele, Esq. – via PACER and email: steele@sillscummis.com



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM