| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al*.[1],<br><br>Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

### NOTICE OF SUBPOENAS FOR RULE 2004 EXAMINATIONS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 2004-1 and 9016-1(a), the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, intend to serve the following Subpoenas, in the form attached hereto, on Capital One Bank (*see* Exhibit A); Columbia Bank (*see* Exhibit B); TD Bank (*see* Exhibit C); Valley National Bank (*see* Exhibit D); Wipfli LLP

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

2

(*see* Exhibit E); Amboy Bank (*see* Exhibit F); and Bank of America (*see* Exhibit G) on August 29, 2022, or as soon thereafter as service may be effectuated.

Dated: August 29, 2022                    **ICE MILLER LLP**

                                       */s/ Louis T. DeLucia*
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the Official Committee of Unsecured Creditors*

2