Order Filed on August 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>National Realty Investment Advisors LLC | Case No.:     22-14539<br>Chapter:     11<br>Hearing Date: <br>Judge:     John K. Sherwood |

## ORDER VACATING

Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 30, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

The Court on its own motion finds that the:

Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     August 26, 2022    , be and the same is hereby vacated.

revised 2/25/14