UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Counsel for Arthur Raymond Scuttaro

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Arthur Raymond Scuttaro ( "Scuttaro"), party in interest in the above-captioned bankruptcy case, hereby appears in the above-captioned case through its counsel, Ashford - Schael LLC. Ashford – Schael LLC hereby enters its appearance on behalf of Scuttaro pursuant to section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 9007 and 9101(b) and hereby request that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the following:

> Courtney A. Schael, Esq.
> ASHFORD – SCHAEL LLC
> 100 Quimby Street, Suite 1
> Westfield, NJ  07090
> (908) 232-5566 main
> (908) 255-0462 direct
> CSchael@AshfordNJLaw.com

1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers or any subsequent appearance or pleading shall not be construed or deemed to waive Scuttaro's: (a) right to have final orders in non-core proceedings entered by a higher court, (b) right to trial by jury in any matter triable by jury; or (c) any other rights, claims actions, setoffs or recoupments to which Scuttaro is or may be entitled to under any agreements, at law or equity, and Scuttaro hereby expressly reserves all rights, claims, remedies, actions, defenses setoff, and recoupments.

Dated: August 31, 2022

**ASHFORD - SCHAEL, LLC**
Counsel for Arthur Raymond Scuttaro

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ  07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com