

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

Order Filed on August 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

NATIONAL REALTY INVESTMENT ADVISORS,
LLC, *et al.*[1]

        Debtors.

Chapter 11

Case No. 22-14539 (JKS)

(Jointly Administered)

## ORDER AUTHORIZING THE DEBTORS
## TO ASSUME CERTAIN CONTRUCTION CONTRACTS

The relief set forth on the following pages, numbered two (2) through and three (3), is

hereby **ORDERED**.

**DATED: August 30, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the
Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors'
service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9064864

Page: 2
Debtor: National Realty Investment Advisors, LLC, *et al.*
Case No. 22-14539
Caption: Order Authorizing the Debtors to Assume Certain Construction Contracts

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order this ("**Order**") (a) authorizing the Debtors to assume the Construction Contracts, (b) authorizing payment of cure costs, and (c) granting related relief; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that notice of the Motion is sufficient under the circumstances; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor;

## IT IS HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      The Debtors are hereby authorized, but not directed, to assume the contracts listed on Exhibit A hereto (the "**Assumed Construction Contracts**") pursuant to sections 105(a) and 365(a) of the Bankruptcy Code.

3.      Upon assumption of the Assumed Construction Contracts pursuant to paragraph 2 hereof, the Assumed Construction Contracts shall be deemed valid and assumed as of the date of this Order and the Debtors are authorized to perform the Assumed Construction Contracts according to their terms.

4.      The Debtors are authorized and directed to pay the cure costs associated with the Assumed Construction Contracts upon assumption thereof.

---

[2]      Capitalized terms used but not defined shall have the meanings ascribed to them in the Motion.

9064864

Page: 3
Debtor: National Realty Investment Advisors, LLC, *et al.*
Case No. 22-14539
Caption: Order Authorizing the Debtors to Assume Certain Construction Contracts

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

7.      The Debtors shall serve by regular mail a copy of this Order and the Motion on all parties required to receive such service pursuant to D.N.J. LBR 9013-5(f) within two (2) days after entry of this Order.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

9064864

## **Exhibit A**

**Schedule of Assumed Construction Contracts**

## 1300 Manhattan – Union City

| Counterparty | Contract[1,2] | Cure Amount |
|---|---|---|
| Union City Board of Education | Agreement For the Payment of Parking Fees Between the City of Union City Board of Education and Manhattan Avenue Capital LLC dated November 30, 2021 | $100,000.00 |
| DMR Construction Services, Inc. | AIA Standard Form of Agreement dated September 10, 2019[3] | $207,491.07 |

---

[1] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[2] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

[3] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

**62-68 69th St – Guttenberg**

| Counterparty | Contract[4,5] | Cure Amount |
|---|---|---|
| D&B Service Group LLC | Proposal dated December 17, 2021 | $613,817.99 |

---

[4] The Debtors' assumption of each Construction Contract shall include all amendments, supplements, schedules, and purchase orders relating thereto.

[5] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

## 4901 Bergenline – West New York

| Counterparty | Contract[6,7] | Cure Amount |
|---|---|---|
| Advanced Scaffolding Services LLC | Subcontract Agreement dated December 9, 2020 and effective December 9, 2020 | $1,843.00 |
| All-City Metal, LLC | Subcontract Agreement dated October 29, 2019 and effective November 12, 2019 | $0.00 |
| All State Electrical Construction | Subcontract Agreement dated May 28, 2021 and effective June 1, 20201 | $67,837.00[8] |
| API Contractors | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $0.00 |
| BYN Iron Works | Subcontract Agreement dated August 9, 2021 | $0.00 |
| Construction Pros, LLC | Subcontract Agreement dated December 18, 2019 and effective January 1, 2020 | $0.00 |
| Core Glazing Solutions, LLC | Subcontract Agreement dated November 16, 2020 and effective November 16, 2020 | $69,090.00 |
| Custom Stone by Frank, LLC | Subcontract Agreement dated June 9, 2021 and effective June 10, 2021 | $0.00 |
| Devine Roofing and Contracting LLC | Subcontract Agreement dated June 18, 2021 and effective June 18, 2021 | $96,172.00 |

[6] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[7] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

[8] Such amount is subject to further reconciliation between the Debtors and All State Electrical Construction.

8926338

| | | |
|---|---|---|
| DMR Construction Services, Inc | AIA Standard Form of Agreement dated September 10, 2019[9] | $522,894.30 |
| Dyer Insulations | Subcontract Agreement dated August 2, 2021 | $0.00 |
| Fredon Welding and Iron Works | Subcontract Agreement dated February 19, 2021 and effective February 19, 2021 | $0.00 |
| HVAC Boss LLC Heating & Cooling | Subcontract Agreement dated April 18, 2020 and effective September 14, 2020 | $18,000.00 |
| Johnson Fitness and Wellness | Subcontract Agreement dated September 13, 2021 and effective September 13, 2021 | $0.00 |
| Klaus America Parking Systems | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Kone, Inc. | Subcontract Agreement dated October 22, 2019 and effective November 5, 2019 | $0.00 |
| Marble Systems | Purchase Order dated June 7, 2021 | $0.00 |
| Meli Plumbing & Heating, Inc. | Subcontract Agreement dated January 27, 2020 and effective February 10, 2020 | $146,399.89 |
| Millennium Fire Protection | Subcontract Agreement dated October 23, 2019 and effective November 6, 2019 | $0.00 |
| Monitex Security Inc. | Subcontract Agreement dated May 24, 2021 and effective May 24, 2021 | $4,529.00 |

[9] For the avoidance of doubt, the Debtors assumption of the Subcontract Agreement with DMR Construction Services, Inc. shall not include assumption of that certain *Joint Venture Agreement (JVA) Between National Realty Investment Advisors & DMR Construction Services Inc.* dated August 17, 2019. The Debtors are currently reviewing and analyzing the JVA with their professionals and reserve all of their rights with respect thereto.

8926338

| | | |
|---|---|---|
| MT General Contractors, INC. | Subcontract Agreement dated August 27, 2021 | $34,129.00 |
| Respro Cabinets LLC | Purchase Order dated June 24, 2021 | $31,500.00 |
| Roy Rock, LLC | Subcontract Agreement dated January 20, 2020 and effective January 3, 2020 | $0.00 |
| Tile it and more | Subcontract Agreement dated May 28, 2021 and effective June 1, 2021 | $201,166.00 |
| | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | |
| | Subcontract Agreement dated December 20, 2019 and effective January 3, 2020 | |
| Translucent Security, LLC | Subcontract Agreement dated September 27, 2021 and effective September 27, 2021 | $40,025.00 |
| Valex Enterprises | Subcontract Agreement dated February 8, 2021 and effective February 8, 2021 | $131,920.00 |
| Virtual Service (VDM) | Subcontract Agreement dated September 15, 2021 and effective September 15, 2021 | $0.00 |

8926338

## 508 51st and 511 52nd St – West New York

| Counterparty | Contract[10, 11] | Cure Amount |
|---|---|---|
| Sordoni Construction | AIA Standard Form of Agreement dated July 9, 2021 | $2,236,936.85 |
| Francisco Crespo | Lease Agreement dated September 1, 2021 | $0.00 |

[10] Each contract listed herein shall include all amendments, supplements, schedules, change orders, purchase orders, and other addendum relating thereto.

[11] The Debtors are not assuming any joint venture or similar agreements with the applicable contract counterparties.

8926338

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 22-14539-JKS

National Realty Investment Advisors LLC                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 12

Date Rcvd: Aug 30, 2022                      Form ID: pdf903                          Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Realty Investment Advisors LLC, 1 Harmon Plaza, 9th Floor, Secaucus, NJ 07094-2804 |
| aty | + | Riker Danzig LLP, Headquarters Plaza, 1 Speedwell Avenue, Morristown, NJ 07960-6838 |
| aty | + | Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam P. Wofse | on behalf of Interested Party Frances Lee awofse@lhmlawfirm.com  ncr@lhmlawfirm.com |
| Adam P. Wofse | on behalf of Interested Party Alan Zhou awofse@lhmlawfirm.com  ncr@lhmlawfirm.com |
| Alan J. Brody | on behalf of Creditor Granville Estates LLC brodya@gtlaw.com  NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Usha Gupta brodya@gtlaw.com  NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Jai Gupta brodya@gtlaw.com  NJLitDock@gtlaw.com |

District/off: 0312-2                                   User: admin                                        Page 2 of 12
Date Rcvd: Aug 30, 2022                           Form ID: pdf903                              Total Noticed: 3

Alex Spizz

on behalf of Creditor Narinder Chabra aspizz@tarterkrinsky.com  snobles@tarterkrinsky.com

Alex Spizz

on behalf of Creditor C2 Group  LLC aspizz@tarterkrinsky.com, snobles@tarterkrinsky.com

Alex Spizz

on behalf of Creditor Surinder Chabra aspizz@tarterkrinsky.com  snobles@tarterkrinsky.com

Alex Spizz

on behalf of Creditor Old House Lane  LLC aspizz@tarterkrinsky.com, snobles@tarterkrinsky.com

Alexandria Nikolinos

on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Allen G. Kadish

on behalf of Creditor Michael Chen akadish@archerlaw.com

Allen G. Kadish

on behalf of Creditor Albino Tarabocchia akadish@archerlaw.com

Allison J. Arotsky

on behalf of Creditor Jason Baskind aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor Robert Baskind aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor Henry Bergman  in his capacity as Trustee of Dreamer Realty 401k Plan aarotsky@moritthock.com

Alvin Chien-Chih Lin

on behalf of Interested Party NYC Transportation Regional Center LLC alin@morrisoncohen.com

Alyson M. Fiedler

on behalf of Creditor Committee The Official Committee of Unsecured Creditors alyson.fiedler@icemiller.com
john.acquaviva@icemiller.com

Andrew Jacobson

on behalf of Creditor Advance Local Media LLC ajacobson@bronsterllp.com

Andrew J. Kelly

on behalf of Creditor U.S. Construction  Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;tgraga@kbtlaw.com

Andrew Joseph Decker, III

on behalf of Creditor Duane E Thomas andy@decker.law

Benjamin Hochberg

on behalf of Creditor Sordoni Construction Co. bhochberg@pecklaw.com

Brian Gregory Hannon

on behalf of Creditor Robert & Bernadette Roddy bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon

on behalf of Creditor William M. Hazard bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon

on behalf of Creditor Isnar & Noyemi Hagop bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon

on behalf of Creditor Robert Anderegg bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon

on behalf of Creditor Tyler Smith bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian W. Hofmeister

on behalf of Creditor Bob Zukowski bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister

on behalf of Creditor Anthony Siriani bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bruce H Levitt

on behalf of Creditor Perry Barbaruolo blevitt@levittslafkes.com
sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

on behalf of Creditor Wayne Robertson blevitt@levittslafkes.com
sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
    on behalf of Creditor Michael Bauman blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce Michael Sattin
    on behalf of Creditor East Coast Property Ventures  LLC bsattin@szaferman.com

Bruce Michael Sattin
    on behalf of Creditor Sapphire Property Ventures  LLC bsattin@szaferman.com

Bruce W. Radowitz
    on behalf of Creditor THOMAS L COOPER torreso78@gmail.com  r45676@notify.bestcase.com

Carl J. Soranno
    on behalf of Creditor Roy Rock LLC csoranno@bracheichler.com
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Conor D. McMullan
    on behalf of Creditor Cipolla & Co.  LLC cmcmullan@gibbonslaw.com

Daniel Harris
    on behalf of Debtor National Realty Investment Advisors LLC dharris@sillscummis.com  ddelehanty@sillscummis.com

Daniel L. McAuliffe
    on behalf of Creditor John Ursini dmcauliffe@rmfpc.com  mamato@rmfpc.com

Darren M. Grzyb
    on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com

David Edelberg
    on behalf of Creditor Mohamed El-Sayed dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Gerardi
    on behalf of Debtor Union Street Capital 434 LLC david.gerardi@usdoj.gov

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David E. Sklar
    on behalf of Creditor Barry Shochat desklar@pbnlaw.com
    nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;sakelly@pbnlaw.com;jmoconnor@pbnlaw.com

David H. Stein
    on behalf of Creditor AJJK Healthtek  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck
    on behalf of Creditor Culver Construction Management LLC bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Interested Party Louis Stern bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Creditor Culver Development LLC bankruptcy@greenbaumlaw.com

David L. Stevens
    on behalf of Creditor 4907 Bergenline LLC dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
    scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

David L. Stevens
    on behalf of Creditor George Scienski dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
    scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

David P. Primack
    on behalf of Creditor Seneca Specialty Insurance Company dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor First Mercury Insurance Company dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David S. Catuogno
    on behalf of Creditor DMR Construction Services Inc. david.catuogno@klgates.com

David S. Catuogno
    on behalf of Creditor Meli Plumbing and Heating Inc. david.catuogno@klgates.com

David S. Catuogno
    on behalf of Creditor Stephen DeBiase david.catuogno@klgates.com

Dipesh Patel
    on behalf of Interested Party Concrete Rising LLC dpatel@dplllc.com

Douglas G. Leney

on behalf of Creditor Albino Tarabocchia dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com

Douglas G. Leney

on behalf of Creditor Michael Chen dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com

Douglas J. Pick

on behalf of Creditor Carroll Baker Burton dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick

on behalf of Creditor Shiromani Goel dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick

on behalf of Creditor Tejraj Singh Goel dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick

on behalf of Creditor Carol Baker Burton dpick@picklaw.net  ezabicki@picklaw.net

Drew S. McGehrin

on behalf of Creditor Bower Lewis Thrower Architects  Ltd. dsmcgehrin@duanemorris.com

Eric Horn

on behalf of Creditor SIH Core Income 1 LLC ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

on behalf of Creditor John Riviello ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

on behalf of Creditor Matt Thornton ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

on behalf of Creditor The Bradford Montgomery Property Group LLC ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

on behalf of Creditor Rajesh Verma ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

on behalf of Creditor Irvin Chen ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Franklin Barbosa, Jr

on behalf of Creditor Coiffee Enterprises  Inc. fb@spsk.com, vc@spsk.com

Franklin Barbosa, Jr

on behalf of Creditor Annemarie Occhiogrosso fb@spsk.com  vc@spsk.com

Franklin Barbosa, Jr

on behalf of Creditor Joseph Occhiogrosso fb@spsk.com  vc@spsk.com

Franklin Barbosa, Jr

on behalf of Creditor Thomas J Cioffe  Jr. fb@spsk.com, vc@spsk.com

Franklin Barbosa, Jr

on behalf of Creditor Thomas Cioffe fb@spsk.com  vc@spsk.com

G. Glennon Troublefield

on behalf of Creditor JOHN P. WHITEHEAD gtroublefield@carellabyrne.com

Gary D. Bressler

on behalf of Creditor First Mercury Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler

on behalf of Creditor Seneca Specialty Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary N. Marks

on behalf of Creditor David Klink gnmarks@markslawnj.com  mmarks@nmmlaw.com

Gary N. Marks

on behalf of Creditor Edith Klink gnmarks@markslawnj.com  mmarks@nmmlaw.com

Gregory Kopacz

on behalf of Debtor National Realty Investment Advisors LLC gkopacz@sillscummis.com

Hae Won Han

on behalf of Creditor Elegran Real Estate jwan@cjalaw.com  hhan@cjalaw.com

Isabella Trifilio Stempler

on behalf of Creditor N.J. Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us

James S. Yu

on behalf of Creditor S3 RE 1300 Manhattan Funding LLC jyu@seyfarth.com  NYCManagingClerksOffice@seyfarth.com

James S. Yu

on behalf of Creditor S3 RE Bergenline Funding  LLC jyu@seyfarth.com, NYCManagingClerksOffice@seyfarth.com

Jase Brown

on behalf of Creditor Everest Reinsurance Company jbrown@csglaw.com

Jeffrey A. Lester

on behalf of Creditor 374 Main Street Holdings  LLC jlester@bllaw.com

Jeffrey W. Herrmann

on behalf of Creditor Memorial Properties jwh@njlawfirm.com
ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com

Jeffrey W. Herrmann

on behalf of Creditor Monument Properties Forever LLC jwh@njlawfirm.com
ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com

Jerome F Gallagher, Jr

on behalf of Creditor IPFS Corporation JFGALLAGHER@NORRIS-LAW.COM

John O'Boyle

on behalf of Creditor Isnar & Noyemi Hagop joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Creditor Robert & Bernadette Roddy joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Creditor Tyler Smith joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Creditor William M. Hazard joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Creditor Robert Anderegg joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John Palladino

on behalf of Creditor U.S. Construction  Inc. john@hankinsandman.com

John M. August

on behalf of Creditor Salvatore Bifone jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Barbara F Bifone jaugust@saiber.com  rtucker@saiber.com

John S. Mairo

on behalf of Creditor Barry Shochat jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jordan Steele

on behalf of Creditor JOHN P. WHITEHEAD jsteele@carellabyrne.com

Jordan D. Weiss

on behalf of Creditor Elliot Gershowitz jweiss@msek.com

Jordan D. Weiss

on behalf of Creditor AWE Family Holding Co.  LLC jweiss@msek.com

Jordan D. Weiss

on behalf of Creditor Wendy Gershowitz jweiss@msek.com

Joseph Casello

on behalf of Creditor Visual Computer Solutions  Inc. jcasello@cvclaw.net, jcasello627@gmail.com

Joseph H. Lemkin

on behalf of Creditor The Scott and Cynthia Kulla Living Trust jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor Jo Ellen Young jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor William A. Steel jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor Wendy Li jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor Judy Diamant jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor Michael Young jlemkin@stark-stark.com

Joseph H. Lemkin

   on behalf of Creditor Tile It  Inc. jlemkin@stark-stark.com

Joseph L. Schwartz

   on behalf of Spec. Counsel Riker Danzig LLP jschwartz@riker.com

Joseph L. Schwartz

   on behalf of Plaintiff National Realty Investment Advisors  LLC jschwartz@riker.com

Joshua A. Zielinski

   on behalf of Creditor All State Electrical Construction jzielinski@oslaw.com  rforrest@oslaw.com

Kathleen M Aiello

   on behalf of Creditor David Fligel KAiello@Klestadt.com  dfiore@foxrothschild.com

Kathleen M Aiello

   on behalf of Creditor Preferred Trust Company FBO David Fligel IRA KAiello@Klestadt.com  dfiore@foxrothschild.com

Lauren Kiss

   on behalf of Creditor David Fligel lkiss@klestadt.com

Lauren Kiss

   on behalf of Creditor Preferred Trust Company FBO David Fligel IRA lkiss@klestadt.com

Louis T. DeLucia

   on behalf of Creditor Committee Ice Miller LLP louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor Committee Alvarez & Marsal North America  LLC louis.delucia@icemiller.com,
john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor Committee The Official Committee of Unsecured Creditors louis.delucia@icemiller.com
john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor Michael Chen louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor Christina Hsieh louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor Albino Tarabocchia louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis T. DeLucia

   on behalf of Creditor James Fox louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Mark Christopher Errico

   on behalf of Interested Party Urban Compass  Inc. and its Affiliated Agents mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
com

Matthew Stein

   on behalf of Creditor Douglas Elliman Real Estate mstein@kasowitz.com  courtnotices@Kasowitz.com

Matthew Allen Foley

   on behalf of Creditor PNC Equipment Finance  LLC mafoley@flammlaw.com, cmdorsey@flammlaw.com

Michael D. Sirota

   on behalf of Interested Party Independent Managers of National Realty Investment Advisors  LLC msirota@coleschotz.com,
fpisano@coleschotz.com

Michael J. Connolly

   on behalf of Creditor RK Futures  LLC mconnolly@respondlaw.com, kdoyle@respondlaw.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Patricia B. Fugee

on behalf of Creditor AMTY Inc. Patricia.Fugee@FisherBroyles.com  ecf@cftechsolutions.com

Peter Moran

on behalf of Creditor Sordoni Construction Co. pmoran@pecklaw.com

Rachel Blumenfeld

on behalf of Creditor Elegran Real Estate rachel@blumenfeldbankruptcy.com

Rebecca W. Hollander

on behalf of Interested Party Independent Managers of National Realty Investment Advisors  LLC rhollander@coleschotz.com,
fpisano@coleschotz.com;pstrom@coleschotz.com

Richard Brant Forrest

on behalf of Creditor All State Electrical Construction rforrest@oslaw.com

Robert Malone

on behalf of Creditor Cipolla & Co.  LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Rocco A. Cavaliere

on behalf of Creditor C2 Group  LLC rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Creditor Old House Lane  LLC rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Creditor Surinder Chabra rcavaliere@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Creditor Narinder Chabra rcavaliere@tarterkrinsky.com

Ronald D. Weiss

on behalf of Creditor Eduardo Rodriguez weiss@ny-bankruptcy.com

Rosemarie E. Matera

on behalf of Creditor Jean-Michel Appolon law@kmpclaw.com

Ryan T. Jareck

on behalf of Interested Party Independent Managers of National Realty Investment Advisors  LLC rjareck@coleschotz.com,
fpisano@coleschotz.com

S. Jason Teele

on behalf of Debtor 1st Avenue Capital 301 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Guttenberg Capital 416-22 69th St Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Denery Lane Capital 837 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA EB5 4901 Bergenline Fund LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Culver Urban Renewal Redevelopment I  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA NJ Manager 8709 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Brooklyn II LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor 3rd Street Capital 203-215 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Wright by the Sea 1901 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA NJ Manager 931 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 7th Street Capital Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Gulf Stream Views II  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Denery Lane Capital 843 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

District/off: 0312-2                    User: admin                    Page 8 of 12
Date Rcvd: Aug 30, 2022                 Form ID: pdf903                 Total Noticed: 3

S. Jason Teele

on behalf of Debtor NRIA Kenwood Rd. 8 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Sackett Street Capital 279 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor 3rd Street Capital 200-210 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Berkeley Place Capital 227 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Partners Portfolio Fund I LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Manhattan Avenue Capital 1300 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Old River Road Capital 460-510 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Culver Urban Renewal Redevelopment II LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 3rd Street Capital 200-210 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Plaintiff National Realty Investment Advisors LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA N. Ocean 707 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Structured Credit Strategies LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Old River Road Capital 460-510 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 3rd Street Capital 203-215 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA NJ Manager 511 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 51st Street 508 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 3rd Street Capital 200-210 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Landnet LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Manhattan Avenue 1300 Member LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Hanover Road Capital 2 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Lender Prime 1 LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Gulf Stream Views Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Brooklyn I LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor 184 Lincoln Place LP steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA N. Ocean 3565 Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA EB5 1300 Manhattan Fund LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Kenwood Rd. Capital 8 LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Old Woods Road Manager LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Cherry Street 113-27 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Denery Lane Capital 843 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor FTM Partners Portfolio Marina LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Hanover Road Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA N. Ocean 2929 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Elden Drive 1 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Main St. Capital 360 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 2031 Lombard Partners LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Luquer Street Capital 140 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Henry Street 506 Manager  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor DeGraw St. Capital 377 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Guttenberg Capital 6269 JV Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA II steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Delray Capital 1 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Adam St Capital 6903 Member  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor FTM Partners Portfolio Restaurant LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 2031 Lombard Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Baltic Street Capital 640 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA Guttenberg Capital 6269 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor Web Marketing Associates  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor North Bergen Capital 8709 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Plaintiff National Realty Investment Advisors LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 2044 West First Capital Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 279 Sackett Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor 2044 West First Capital LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 707 B LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor NRIA 423 Third Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
    on behalf of Debtor N. Ocean Capital 2929 B LLC steele@sillscummis.com  steele@sillscummis.com

District/off: 0312-2                                    User: admin                                    Page 10 of 12
Date Rcvd: Aug 30, 2022                                 Form ID: pdf903                               Total Noticed: 3

S. Jason Teele

on behalf of Debtor National Realty Investment Advisors LLC steele@sillscummis.com steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA North Bergen 8709 Member  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Guttenberg Capital 6269 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor N. Ocean Capital 344 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Third Street Capital 423 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Main St. Capital 360 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Briny Capital 305 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Newark Street Capital 511-521 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Delray 1 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Bergenline Capital 4901 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor South Christopher Columbus Capital 1499 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA N. Ocean 344 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Briny Capital 305 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Bergenline 4901 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Guttenberg Capital 416-22 69th St. LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor 142 NE 7th Capital LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor 51st Street Capital 508  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Exchange LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor FTM Partners Portfolio Hotel Retail LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Bergen St Capital 1070 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Federal Highway Capital 318 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 2044 West First Capital Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA NE 7th Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 140 Luquer Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Old Woods Road Capital 36 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Bond Way Capital Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NJ Manager 1300  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Bond Way Capital 915 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Cherry Street Capital 113-27 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Black Horse Alley Capital steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA 227 Berkeley Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA FL Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Adam St Capital 6903 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor N. Ocean Capital 707 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Guttenberg Capital 416-22 St. Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Union Street Capital 434 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA South Christopher Columbus 1499 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Madison Street Capital 931 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Denery Lane Capital 837 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Henry Street Capital 506  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Madison Street Capital 931  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor 7th Street Capital 285 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Newark Street Capital 511 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Old River Road Capital 460-510 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Gulf Stream Views  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor 52nd Street Capital 511-513  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA 494 Seventh Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA 1st Avenue 301 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor 143 Adagio Investments  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA Wright by the Sea 1901 Member  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Elden Drive Capital 1 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Delray Capital 1B LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Newark Street Capital 511-521 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA 3rd Street Capital 203-215 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor NRIA 434 Union Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele
      on behalf of Debtor Adam St Capital 6903 Manager  LLC steele@sillscummis.com, steele@sillscummis.com

District/off: 0312-2                    User: admin                    Page 12 of 12
Date Rcvd: Aug 30, 2022                    Form ID: pdf903                    Total Noticed: 3

S. Jason Teele

on behalf of Debtor N. Ocean Capital 3565 B LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Seventh Street Capital 494 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Briny Capital 305 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA Federal Highway 318 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Carroll Street Capital 160 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 52nd Street 511-513 Member LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Main St. Capital 360 Manager LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Summit Street Capital 143 LLC steele@sillscummis.com  steele@sillscummis.com

S. Jason Teele

on behalf of Debtor NRIA 51st Street Manager 508  LLC steele@sillscummis.com, steele@sillscummis.com

S. Jason Teele

on behalf of Debtor Federal Highway Capital 318 B LLC steele@sillscummis.com  steele@sillscummis.com

Scott D. Sherman

on behalf of Creditor Maritza Legarcie ssherman@minionsherman.com

Scott S. Rever

on behalf of Creditor Jane Lawinger srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shoshana Schiff

on behalf of Interested Party City of Hoboken sschiff@msbnj.com

Steven A. Jayson

on behalf of Creditor Gerald Mattes sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Theresa A. Driscoll

on behalf of Creditor Jason Baskind tdriscoll@moritthock.com

Theresa A. Driscoll

on behalf of Creditor Henry Bergman  in his capacity as Trustee of Dreamer Realty 401k Plan tdriscoll@moritthock.com

Theresa A. Driscoll

on behalf of Creditor Robert Baskind tdriscoll@moritthock.com

Todd S Cushner

on behalf of Creditor Ronald Carpino todd@cushnerlegal.com  gent@cushnerlegal.com;sindi@cushnerlegal.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Roldan

on behalf of Creditor Metropolitan YMCA of the Oranges vroldan@mblawfirm.com

Warren A. Usatine

on behalf of Interested Party Independent Managers of National Realty Investment Advisors  LLC wusatine@coleschotz.com,
fpisano@coleschotz.com

Warren J. Martin, Jr.

on behalf of Creditor Martina Gudac wjmartin@pbnlaw.com
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.

on behalf of Creditor Allen Cvelic wjmartin@pbnlaw.com
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

William S. Wolfson

on behalf of Creditor Robert Cucci wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William T. Schiffman

on behalf of Creditor Samos Investments LLC bschiffman@kgglaw.com  wschiffman@kgglaw.com

TOTAL: 293