| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 90041(b)**<br><br>John F. Thomas, Jr., Esq.<br>Allen B. Dubroff Esq. & Associates, LLC<br>  1500 JFK Blvd., Suite 1020<br>Philadelphia PA 19102<br>215-568-2700<br>John F. Thomas, Jr. (NJ000931995)<br>john@dubrofflawllc.com<br><br>Attorneys for Timothy Nester and Christopher Eckman | Case No.  22-14539-JKS<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re<br><br>National Realty Investment Advisors LLC *et al.*<br>                              Debtor. | |

# ORDER GRANTING TIMOTHY NESTER AND CHRISTOPHER ECKMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE REMEDIES UNDER CONTRACT

The relief set forth on the following pages 2-3 is hereby **ORDERED**.

1

| | |
|---|---|
| Debtor: | National Realty Investment Advisors LLC *et al.* |
| Case No.: | 22-14539-JKS |
| Caption of Order: | Order Granting Timothy Nester and Christopher Eckman's Motion For Relief from the Automatic Stay To Exercise Remedies Under Contract |

Upon the motion (the "Motion") of Timothy Nester and Christopher Eckman ("Movants") for an order granting relief from the automatic stay to exercise remedies under its Contract (as that term is defined in the Motion) with National Realty Investment Advisors LLC ("NRIA") and the Court having jurisdiction to decide the Motion under 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding under 28 U.S.C. § 57(b); and venue being proper before the Court under 28 U.S.C. §§ 1408 and 1409; and notice of the relief requested in the Motion having been provided, such notice having been adequate and appropriate; and the Court having held a hearing to consider the relief requested on September 27, 2022; and upon the record of the hearing, the pleadings filed documents attached thereto, and all proceedings before the Court; and after due deliberation and sufficient cause appearing therefore, for the reasons stated on the record, the Court concludes that Movants have demonstrated cause for the relief requested and the Motion should be granted as set forth herein. Accordingly, the Court orders:

1.   The automatic stay imposed by section 362(a) of Title 11 of the United States Code (the "Bankruptcy Code") is modified, under section 362(d), so that Movants may exercise their remedies under the Sale Agreement, including the right to terminate the Sale Agreement.

2.   Notwithstanding Rules 4001, 6004, or 6006 of the Federal Rules of Bankruptcy Procedure or any other Bankruptcy Rule, this Order is immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order.

3. The Court has and will retain jurisdiction to enforce this Order.

Dated: _____, New Jersey
September _, 2022

_____
UNITED STATES BANKRUPTCY JUDGE