UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
Fran B. Steele, Esq.
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
David.Gerardi@usdoj.gov
Fran.B.Steele@usdoj.gov
Alexandria.Nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| National Realty Investment Advisors, LLC, *et al.* [1] | : | Case No. 22-14539 (JKS) |
| | : | |
| | : | Hearing Date: October 11, 2022 at 10:00 a.m. |
| Debtors. | : | |
| | : | The Honorable John K. Sherwood |

**CERTIFICATION OF TINA OPPELT, PARALEGAL, IN SUPPORT OF MOTION BY THE UNITED STATES TRUSTEE AN ORDER APPOINTING AN INDEPENDENT FEE EXAMINER AND ESTABLISHING PROCEDURES**

The United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586(a)(3) and (5), hereby respectfully moves for an Order Appointing an Independent Fee Examiner and Establishing Procedures.

In support of this Motion, I, Tina Oppelt, Paralegal, of the Office of the United States Trustee, Region 3, of full age, hereby certify as follows:

1. The U.S. Trustee requests the appointment of a Fee Examiner and in particular Diana

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA .

1

G. Adams, Esq.

    2.    In support of this request, the U.S. Trustee submits as **Exhibit 1** attached hereto, the Declaration of Diana Adams.

    I hereby certify that the foregoing statements made by me are true and I acknowledge that if any of the foregoing statements are willfully false, I may be subject to punishment.

By: /s/ Tina Oppelt  
Tina Oppelt  
Paralegal

Dated:   September 9, 2022