# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------x
                                       :

In re:                                       :    Chapter 11

                                       :    Case No. 22-14539 (JKS)

NATIONAL REALTY INVESTMENT  :    (Jointly Administered)
ADVISORS, LLC, *et al.* [1]             :

                      Debtors.       :

---------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS
## BY DIANA G. ADAMS

I, Diana G. Adams, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.     I am an attorney in good standing admitted to practice in the State of New York, and in the United States District Courts of the Southern District of New York and the Eastern District of New York. I am also on the panel of mediators for the United States Bankruptcy Courts for the Southern District of New York and Eastern District of New York.

2.     I submit this Declaration to establish that I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in connection with my appointment as Independent Fee Examiner ("Fee Examiner") in the above-captioned Chapter 11 cases of National Realty Investment Advisors, LLC, *et al.* ("Debtors").

3.     Unless otherwise stated, I have personal knowledge of the facts set forth herein.

4.     With respect to my "disinterestedness" under Section 101(14) of the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Bankruptcy Code, I provide the following information:

(a) I am not, nor have been, during the pendency of these Chapter 11 cases, a creditor, equity security holder or insider of any of the Debtors.

(b) I am not, nor have been, a director, officer or employee of any of the Debtors.

(c) I do not have an interest materially adverse to the interests of the bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason.

(d) I am not a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, the United States Trustee or any person employed by the United States Trustee.

(e) I was employed by the United States Department of Justice, Office of the United States Trustee, for 16 years, first as a Trial Attorney in the Southern District of New York, then as Assistant United States Trustee for the Southern District of New York and thereafter for the Eastern District of New York. Subsequently, I was appointed by the United States Attorney General as United States Trustee for Region 2. I retired from the United States Trustee's Office on June 30, 2010. I have no knowledge of the Debtors' cases beyond what I have read in the filings in these cases and communications with the United States Trustee's office in connection with my prospective appointment as the Fee Examiner in the Debtors' cases.

(f) I have not and do not represent the Debtors or their affiliates, if any. I have not and do not represent any party in interest in connection with the Debtors' Chapter 11 cases. I do not have any connection with any of the creditors or other parties-in-interest or their respective attorneys, financial consultants, or accountants that are included on the Debtors' petitions or shown on the Court's docket. In my capacity as mediator or fee examiner in other cases, I may have had interactions with professionals retained by parties-in-interest, but any such interactions would be in cases wholly unrelated to the Debtors' cases and I never represented any of the parties-in-interest or their professionals.

(g) The hourly rate I would charge for this engagement is $550.00 After discussions with the United States Trustee, I have agreed to a discount and will charge the estate an hourly rate of $500.00 for my services.

(h) I will be assisted in this engagement by National CRS, LLC ("NCRS") who will input the time records in a proprietary database program that will allow me to review the fee applications in a streamlined process including allowing me to search and cross check time records within and among fee applications. NCRS will charge me at an hourly rate of $275, discounted from $300, and I will not make a profit from those charges (i.e., there is no markup by me and I am not affiliated with NCRS). NCRS's charges will be included in my fee

statements and fee applications as an expense with supporting invoices. An affidavit of disinterestedness of Michael Newsom, on behalf of NCRS, is attached as Exhibit A.

.   (i)   Except as permitted under Section 504 of the Bankruptcy Code, I will not share any compensation or reimbursement received in connection with this Chapter 11 case with another person.

(j)   If I discover any facts materially bearing on the matters described herein, I will supplement the information contained in this Declaration.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September 2022

*s/ Diana G. Adams*
Diana G. Adams

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

```
------------------------------------------------x
                                                :
                                                :    Chapter 11
In re:                                          :
                                                :    Case No. 22-14539 (JKS)
NATIONAL REALTY INVESTMENT                      :      (Jointly Administered)
ADVISORS, LLC, et al. ¹                         :
                                                :
           Debtors.                             :
                                                :
------------------------------------------------x
```

## DECLARATION OF DISINTERESTEDNESS
## BY MICHAEL L. NEWSOM

      I, Michael L. Newsom, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

      1.    I have a bachelor's degree in Chemical Engineering and a master's degree in Business Administration. I have worked as a financial analyst in the field of Bankruptcy Administration for approximately 20 years. I am now the managing member and sole owner of National CRS, LLC.

      2.    I submit this Declaration to establish that I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in connection with my proposed consulting work as financial analyst in the above-captioned Chapter 11 cases of National Realty Investment Advisors, LLC, et al. ("Debtors").

      3.    Unless otherwise stated, I have personal knowledge of the facts set forth herein.

      4.    With respect to my "disinterestedness" under Section 101(14) of the Bankruptcy Code, I provide the following information:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

    (a)    I am not, nor have been, during the pendency of these Chapter 11 cases, a creditor, equity security holder or insider of and of the Debtors.

    (b)    I am not, nor have been, a director, officer, or employee of any of the the Debtors.

    (c)    I do not have an interest materially adverse to the interests of the bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, and of the Debtors, or for any other reason.

    (d)    I am not a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, the United States Trustee or any person employed by the United States Trustee.

    (e)    I was employed as an engineer by two Fortune 500 companies, and my last position was Director of Engineering. After that employment I have practiced as a financial analyst, both as a management consultant and in the field of bankruptcy administration. I have no knowledge of the Debtors' cases beyond what I have read in the pleadings filed in these cases.

    (f)    I have not and do not represent the Debtors or their affiliates, if any.

    (g)    I have not and do not represent any party in interest in connection with the Debtors' Chapter 11 cases. I do not have any connection with any of the creditors or other parties-in-interest or their respective attorneys, financial consultants, and accountants

.    (h)    Except as permitted under Section 504 of the Bankruptcy Code, I will not share any compensation or reimbursement received in connection with these Chapter 11 cases with another person.

    (I)    If I discover any facts materially bearing on the matters described herein, I will supplement the information contained in this Declaration.

    (j)    I normally request an hourly rate of $300.00 per hour for my work related to supplying software, custom modifying that software when necessary, and entering data into that software. At the recommendation of Diana Adams, I have agreed to reduce my request to $275.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September 2022

/s/ Michael L. Newsom
_____

Michael L. Newsom