|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SILLS CUMMIS & GROSS P.C.<br>S. Jason Teele, Esq. (steele@sillscummis.com)<br>Daniel J. Harris, Esq. (dharris@sillscummis.com)<br>Gregory Kopacz, Esq. (gkopacz@sillscummis.com)<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000 (Telephone)<br>(973) 643-6500 (Facsimile) | |
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al. | Case No.: 22-14539<br><br>Adv. Pro. No.: _____<br><br>Chapter: 11<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: 09/13/2022<br><br>Judge: Sherwood |

## ADJOURNMENT REQUEST

1. I, _____S. Jason Teele_____,

   ☒ am the attorney for: _____Debtors and Debtors-in-Possession_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Establish Bar Dates [Dkt 314]

   Current hearing date and time: September 13, 2022

   New date requested: September 27, 2022 @ 2:00 pm

   Reason for adjournment request: The Debtors have requested an adjournment to allow for additional time to establish the bar date process.

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   N/A - no responses filed before objection deadline of September 6, 2022

I certify under penalty of perjury that the foregoing is true.

Date: 09/09/2022                                             S. Jason Teele
                                                             _____
                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 9/27/2022 @ 2:00 pm            ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____      ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/2021

2