UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
Fran B. Steele, Esq.
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
David.Gerardi@usdoj.gov
Fran.B.Steele@usdoj.gov
Alexandria.Nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| National Realty Investment Advisors, LLC, *et al.*[1] | : | Case No. 22-14539 (JKS) |
| | : | |
| | : | Hearing Date: October 11, 2022 at 10:00 a.m. |
| Debtors. | : | |
| | : | The Honorable John K. Sherwood |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE
UNDER 11 U.S.C. §1112(b) FOR AN ORDER CONVERTING CASES TO CHAPTER 7
OR, IN THE ALTERNATIVE, DISMISSING CASES**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through counsel, will move before the Honorable John K. Sherwood, United States Bankruptcy Judge, on **October 11, 2022 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ, pursuant to 28 U.S.C. § 586 and 11 U.S.C. §§ 105(a), 328 and 330, for an Order Converting Cases to Chapter 7 or, in the Alternative, Dismissing Cases, and for such

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA .

1

other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven (7) days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If opposing papers are not filed and served within the required time, the Motion shall be decided on the papers pursuant to D.N.J. LBR 9013-3(d) and an Order Converting Cases to Chapter 7 or, in the Alternative, Dismissing Cases may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Certification and Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d), oral argument may only be presented by a party that filed opposition to the Motion.

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

By:   */s/ David Gerardi*
      David Gerardi
      Trial Attorney

DATED: September 13, 2022