UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
Fran B. Steele, Esq.
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
David.Gerardi@usdoj.gov
Fran.B.Steele@usdoj.gov
Alexandria.Nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| National Realty Investment Advisors, LLC, *et al.*[1] | : | Case No. 22-14539 (JKS) |
| | : | |
| | : | Hearing Date: October 11, 2022 at 10:00 a.m. |
| Debtors. | : | |
| | : | The Honorable John K. Sherwood |

**CERTIFICATION OF TINA OPPELT, PARALEGAL IN SUPPORT OF MOTION BY THE UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b), FOR AN ORDER CONVERTING THE CASES TO CHAPTER 7 OR IN THE ALTERNATIVE, FOR AN ORDER DISMISSING THE CASES**

I, Tina Oppelt, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as a paralegal by the Office of the United States Trustee ("OUST") in Newark, New Jersey. My knowledge of the matters addressed in this certification is derived from my review of the case docket and documents contained therein.

2 On June 7, 2022 ("Petition Date"), National Realty Investment Advisors, LLC, *et*

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

1

*al.* ("Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code. ECF No. 1.

3. The Debtors remain in possession of their assets and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On June 8, 2022, the Debtors filed a Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs. ECF No. 7. On June 9, 2022, the Court entered an Order granting this motion. ECF No. 23. The Debtors' missing schedules were due July 21, 2022, 44 days after their petition was filed. *Id.*

5. On June 27, 2022, the § 341(a) meeting ("341 Meeting") was scheduled for July 13, 2022, ECF No. 80; and adjourned, to August 16, 2022; ECF No. 233.

6. On. July 20, 2022, the Debtors filed a Second Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, seeking an additional 45 days after the Petition Date (for a total of 89 days after the Petition Date) (the "Second Extension Motion"). ECF No. 170. On August 24, 2022 the Court entered an Order granting this motion. ECF No. 360. The Debtors' missing schedules were due September 5, 2022. *Id.*

7. On August 16, 2022, the scheduled 341 Meeting was held and continued, without date, until such time as Debtor's Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs are filed.

8. To date, the Debtors have failed to file their Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired

Leases, and Statements of Financial Affairs.

9. To date, the adjourned 341 Meeting has not been rescheduled.

I certify under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

                                  ANDREW R. VARA
                                  UNITED STATES TRUSTEE
                                  REGIONS 3 & 9

                                By: */s/ Tina Oppelt*
                                      Tina Oppelt
                                      Paralegal

Dated: September 13, 2022