|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>  Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

## NOTICE OF TOWN HALL UPDATES FOR INVESTORS AND CREDITORS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors ("Committee") appointed in the above captioned chapter 11 cases of the debtors and debtors-in-possession ("Debtors"), by and through their undersigned proposed counsel, will be hosting town hall meetings via Cisco WebEx ("Townhalls") to provide creditors and investors access to information and solicit questions from creditors and investors regarding the Debtors' bankruptcy cases on the following dates, with future dates to be scheduled:

> Wednesday, September 21, 2022 at 4pm ET
> Wednesday, October 12, 2022 at 4pm ET
> Wednesday, October 26, 2022 at 4pm ET
> Wednesday, November 2, 2022 at 4pm ET
> Wednesday, December 14, 2022 at 4pm ET

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

The Townhalls on **October 26, 2022** and **November 2, 2022** will address how to file proofs of claim through the Debtors' Omni website, and the proof of claim process under applicable bankruptcy law and procedure. Neither the Committee nor its professionals represent individual creditors or investors and therefore cannot provide advice on any creditor's or investor's specific claim, or proof of claim.

The Townhalls will be listed on the Debtors' Omni website Calendar and Creditors Committee pages at https://cases.o,miagentsolutions.com/?clientID=3633. Agendas for each Townhall will also be posted on the Creditors Committee page on the Omni website. **To attend a Townhall and to request discussion of pre-submitted questions, you must register for that specific Townhall through the link on the calendar event**. [Please use this link to register for the first Townhall meeting.](#)

Once you register you will receive an automatic email from an Ice Miller email address with registration approval and the WebEx meeting information. **You will need to register for each meeting separately to receive the unique link to join that meeting**. When joining the meeting from a desktop you will be asked to either download/join using Cisco Webex or join the meeting using your browser. If you are joining from a cell phone you will need to download the Cisco Webex app.

Questions for counsel to the Committee may be submitted in advance through the registration form or during the Townhall via the Cisco WebEx chat interface.

Dated: September 16, 2022                             **ICE MILLER LLP**


 _/s/ Louis T. DeLucia_
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the Official Committee of Unsecured Creditors*