**EXHIBIT D**

9183361

**Gregory A. Kopacz**

| | |
|---|---|
| **Subject:** | FW: Nester, et al v US Construction |

**From:** Andrew Miller <amiller@amillerlaw.com>
**Sent:** Tuesday, June 28, 2022 4:17 PM
**To:** Frederic M. Tudor <ftudor@sillscummis.com>
**Cc:** timothynester@icloud.com
**Subject:** Nester, et al v US Construction



Mr. Tudor,
Thank you for your call.
Notwithstanding the bankruptcy court's approval of the sale to my clients, my clients will not proceed to closing.
As I have explained, the agreement contemplated your client's bankruptcy and excused my clients' performance when that filing occurred.
Moreover, time is of the essence of the Agreement and your offer to close, out of time, does not remedy the breach.
My clients will not purchase this home and demand the release of their deposit money.
Please advise if your client will authorize release of the deposit money.
If not, we will litigate the issue, as necessary.
This is sent without waiver of any of my clients' rights.
Thank you


Andrew L. Miller, Esquire

Andrew L. Miller & Associates, PC

15 St. Asaphs Road

Bala Cynwyd, PA  19004

T. 610 617 1776 x 102

F. 610 664 9435

amiller@amillerlaw.com


The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individuals or entities named above. If the recipient of this message is not the above-

1

named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by return e-mail at amiller@amillerlaw.com and purge this communication immediately without making any copy or distribution.