UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SILLS CUMMIS & GROSS P.C.
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

In Re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.

Case No.: 22-14539
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☐ Yes  ☒ No
Hearing Date: 09/27/2022
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, S. Jason Teele,

   ☒ am the attorney for: Debtors and Debtors-in-Possession,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Establish Bar Dates [Dkt 314]

   Current hearing date and time: September 27, 2022 @ 11:00 am

   New date requested: October 11, 2022 @ 10:00 am

   Reason for adjournment request: The Debtors have requested an adjournment to allow for additional time to establish the bar date process.

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   N/A - no responses filed before objection deadline of September 6, 2022

I certify under penalty of perjury that the foregoing is true.

Date: 09/22/2022                                          S. Jason Teele
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: 10/11/2022 @ 10:00         ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*