**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 578** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY
FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. FOR THE
PERIOD OF AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.   As of September 23, 2022, Sills Cummis & Gross P.C., counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), has received no answer, objection or other responsive pleading to the *Third Monthly Fee Statement of Sills Cummis & Gross, P.C. for the Period of August 1, 2022 Through August 31, 2022* [Docket No. 578] (the "**Third Monthly Fee Statement**"), filed on September 7, 2022. The undersigned further certifies that I

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9189839

have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Third Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 177] (the "**Administrative Order**"), objections to the Third Monthly Fee Statement were to be filed and served no later than September 21, 2022.

2. Pursuant to the Administrative Order, the Debtors are authorized to pay Sills Cummis & Gross P.C. $397,663.78, which represents 80% of the $493,709.00 of fees ($394,967.20) and 100% of the $2,696.58 of actual and necessary expenses requested in the Third Monthly Fee Statement, for the period from August 1, 2022 through August 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Third Monthly Fee Statement.

I certify under penalty of perjury that the foregoing statements is true and correct.

Dated: September 23, 2022                **SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*