**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 27, 2022 AT 11:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Debtors' Motion for Entry of an Order (A) Establishing Deadlines to File Proofs of Claim Against and Interests in the Debtors, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Notice of the Bar Dates, (C) Authorizing Publication of the Bar Dates, and (D) Granting Related Relief [Docket No. 314; Filed 8/15/22]

    Response Deadline:        9/6/22 at 4:00 p.m. (ET)

    Response(s) Received:    None.

    Related Document(s):

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9189977

    a)    Adjournment Request [Docket No. 590; Filed 9/12/22]

    b)    Adjournment Request [Docket No. 625; Filed 9/22/22]

    Status:    This matter is adjourned to October 11, 2022 at 10:00 a.m.

## RESOLVED MATTERS

2. U.S. Construction's Motion for Order Compelling Performance and/or Assumption of Agreements and for Related Relief [Docket No. 125; Filed 7/12/22]

    Response Deadline:    8/2/22 at 4:00 p.m. (ET)

    Response(s) Received:

    a)    Debtors' Objection to U.S. Construction, Inc.'s Motion to Compel Performance and/or Assumption of Agreements and for Related Relief [Docket No. 222; Filed 8/1/22]

    b)    Objection of the Official Committee of Unsecured Creditors to the Motion of U.S. Construction, Inc. for an Order Compelling Performance and/or Assumption of Agreements [Docket No. 231; 8/2/22]

    c)    U.S. Construction's Reply to Opposition to Motion to Compel Performance and/or Assumption of Agreements and for Related Relief [Docket No. 249; Filed 8/5/22]

    Related Document(s):

    c)    U.S. Construction's Application for Order Shortening Time [Docket No. 126; Filed 7/12/22]

    d)    Debtors' Letter to Judge Sherwood in Opposition to U.S. Construction's Application to Shorten Time [Docket No. 127; Filed 7/13/22]

    e)    The Committee's Letter to Judge Sherwood in Opposition to U.S. Construction's Application to Shorten Time [Docket No. 131; Filed 7/13/22]

    f)    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 145; Filed 7/14/22]

    g)    Certification of Service [Docket No. 146; Filed 7/14/22]

9189977

    h)    Adjournment Request [Docket No. 595; Filed 9/12/22]

Status: This matter is resolved. A proposed order will be submitted prior to the hearing.

## CONTESTED MATTERS

3. Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 265; Filed 8/8/22]

    Response Deadline:    8/23/22 at 4:00 p.m. (ET)

    Response(s) Received:

    a) Debtors' Objection to Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 617; Filed 9/20/22]

    b) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 626; Filed 9/23/22]

    Related Document(s):

    a) Certificate of Service [Docket No. 300; Filed 8/12/22]

    b) Adjournment Request [Docket No. 335; Filed 8/19/22]

    c) Adjournment Request [Docket No. 576; Filed 9/7/22]

    Status:    This matter is going forward.

4. Motion of Timothy Nester and Christopher Eckman for an Order Granting Relief from the Automatic Stay to Terminate Real Estate Contract [Docket No. 529; Filed 9/6/22]

    Response Deadline:    9/20/22 at 4:00 p.m. (ET)

    Response(s) Received:

    a) Debtors' Objection to Motion of Timothy Nester and Christopher Eckman for an Order Granting Relief from the Automatic Stay to Terminate Real Estate Contract [Docket No. 618; Filed 9/20/22]

3

9189977

    b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of Timothy Nester and Christopher Eckman for an Order Granting Relief from the Automatic Stay to Terminate Real Estate Contract [Docket No. 627; Filed 9/23/22]

Related Document(s):

    a)    Notice of Motion [Docket No. 532; Filed 9/6/22]

    b)    Proposed Order Granting Timothy Nester and Christopher Eckman's Motion for Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 577; Filed 9/7/22]

Status:    This matter is going forward.

## ADVERSARY PROCEEDING NO. 22-01166

5.    Plaintiff's Request for Entry of Final Judgment Against All Defendants by Default for Sum Certain [Docket No. 21; Filed 9/9/22]

Response Deadline:    N/A

Response(s) Received:    None.

Related Document(s):

    a)    Notice of Hearing [Docket No. 22; Filed 9/12/22]

Status:    This matter is going forward.

9189977

Dated: September 23, 2022

**SILLS CUMMIS & GROSS P.C.**

*/s/ S. Jason Teele*
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

5

9189977