| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

## NOTICE OF SUBPOENAS FOR RULE 2004 EXAMINATIONS

**PLEASE TAKE NOTICE** that**,** pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 2004-1 and 9016-1(a), the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, intend to serve the following Subpoenas, on September 23, 2022, or as soon thereafter as service may be effectuated, in the form attached hereto, on:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

| Name | Exhibit |
|---|---|
| 44 Capital Management Corp. | A |
| AJ Sales and Marketing, Inc. | B |
| Amanda LaConte | C |
| Arthur R. Scutaro (a/k/a Arthur R. Scuttaro) | D |
| Arthur Scutaro (a/k/a Arthur Scuttaro) | E |
| Bethany Salzano | F |
| Bond Way Capital 915 LLC | G |
| D. Coley O'Brien | H |
| District Trust LLC | I |
| Dustin Salzano | J |
| Grande Classe Development LLC | K |
| H&L Marketing | L |
| John M. Farina | M |
| Kyle Stafirny | N |
| Link N. Log LLC | O |
| Metro Construction ("Metro") | P |
| Olen Budinska | Q |
| Peter Salzano | R |
| Premier Access Property Management | S |
| Referral Marketing Associates | T |
| Referral Marketing LLC | U |
| Rey Grabato | V |
| RG Valencia LLC | W |
| SAV Consulting, LLC | X |
| Skyline Development | Y |
| Stephen Scutaro (a/k/a Stephen Scuttaro) | Z |
| T3X Consulting LLC | AA |
| Teterin Management LLC | AB |
| Thomas Nicholas Salzano | AC |
| U.S. Construction, Inc. | AD |
| Vincent Scutaro (a/k/a Vincent Scuttaro) | AE |
| Web Marketing | AF |
| Network Digital Office Systems, Inc. | AG |

Dated: September 23, 2022                    **ICE MILLER LLP**

                         */s/ Louis T. DeLucia*
                         Louis. T. DeLucia, Esq.
                         Alyson M. Fiedler, Esq.
                         1500 Broadway
                         Suite 2900
                         New York, NY 10036
                         Phone: 212-835-6312
                         louis.delucia@icemiller.com
                         alyson.fiedler@icemiller.com

                         *Counsel to the Official Committee of Unsecured Creditors*