| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>                  Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL
REALTY INVESTMENT ADVISORS, LLC.,** *ET AL.***, FOR ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA,
LLC AS FINANCIAL ADVISORS** *NUNC PRO TUNC* **TO JULY 5, 2022**

      I, ANDREA GONZALEZ, hereby declare under penalty of perjury, as follows:

      1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a financial advisory services firm with numerous offices throughout the country.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

2. I submit this declaration (this "First Supplemental Declaration") to supplement my prior declaration that I submitted in connection with A&M's retention by the Official Committee of Unsecured Creditors (the "Committee") of National Realty Investment Advisors, LLC and its affiliated debtors and debtors in possessions (collectively, the "Debtors") in these chapter 11 cases. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have been informed of such matters by professionals of A&M.

3. On June 7, 2022 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

4. On August 4, 2022, the Committee filed its *Application of the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC, et al., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor, Effective Nunc Pro Tunc as of July 5, 2022* (the "Application") (Dkt. 245-1) and attached thereto was my declaration in support of the Application (the "Prior Declaration") (Dkt. 245-2).

5. On August 26, 2022, the Court entered the *Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Official Committee of Unsecured Creditors of the Debtors, National Realty Investment Advisors, LLC et al., Nunc Pro Tunc to July 5, 2022* (Dkt. 368).

6. I submit this First Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Prior Declaration. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declaration.

## ADDITIONAL POTENTIAL PARTIES IN INTEREST

7. In connection with its retention by the Committee in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or since been discovered. In connection therewith, and as set forth in the Prior Declaration, A&M submits these additional disclosures related to certain parties identified on Schedule A hereto (the "Additional Parties") that are parties involved in the Debtor's Chapter 11 cases who were not identified as potential parties in interest on Exhibit 1 to the Prior Declaration. The Additional Parties, together with the parties identified on Exhibit 1 to the Prior Declaration, are hereinafter referred to as the "Potential Parties in Interest".

8. Based on the Firm Procedures described in the Prior Declaration, the relationships with the Additional Parties are identified on Schedule B hereto.

9. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments, representing not more than 0.01% of the equity interests in various parties in interest, including but not limited to Apple, AT&T, Comcast, Facebook, Google Microsoft, Verizon and Zillow Group Inc.

10. Based on the results of its review, to be best of my knowledge, except as set forth herein or in the Prior Declaration, A&M does not have an active relationship with any of the Potential Parties in Interest in matters relating to the Debtor's chapter 11 cases.

11. To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 26, 2022  
Chicago, Illinois

*/s/ Andrea Gonzalez*  
Alvarez & Marsal North America, LLC  
Managing Director

## SCHEDULE A

### Additional Potential Parties in Interest

**BOARD MEMBERS**
Bernard A. Katz
Kevin Carey
Kevin Gross

**CHIEF RESTRUCTURING OFFICER**
John Fioretti

**VENDORS**
44 CAPITAL MANAGEMENT CORP
480 RIVER ROAD ASSOCIATES, LLC
4803-4825 KENNEDY BLVD., LLC
4ALLPROMOS
561 SIGNS & PRINTING
609 TECH
A & J BUSINESS SOLUTIONS, INC
A CHRISTIAN GLASS & MIRROR CO.
A LISS CO
A-CHRISTIAN GLASS
A.C. MILLER CONCRETE PRODUCTS, INC.
AAR RESTORATIONS, INC.
ABLY SOFT PRIVATE LIMITED
ACCREDITED HOME ELEVATOR COMPANY
ACI ELECTRICAL CONTRACTOR, INC.
ACM SOLUTIONS SERVICES LLC
ACRONYM MEDIA, INC.
ACTION RENTALS WPB, LLC
ACUITY TITLE
ADOBE ACROPRO SUBS
ADOLFO A. GUTIERREZ, LLC
ADP
ADS CONSTRUCTION CO. CORP
ADT SECURITY SERVICES
ADVANCE LOCAL MEDIA, LLC - 1 HARMON PLAZA
ADVANCED SCAFFOLD SERVICES, LLC
AECOM TISHMAN; TISHMAN CORPORATION OF NJ
AFS IBEX
AFS IBEX - 23491572
AFS IBEX - BROOKLYN, KINGS INSURANCE
AGS MATERIALS & SUPPLY LLC
AIR-REF CO., INC.
ALL CITY CONSTRUCTION SERVICES, LLC
ALL INSTALLATIONS, LLC.
ALL PRO ESTIMATORS CORP
ALL STATE ELECTRICAL CONSTRUCTION  4901-1
ALL STATE ELECTRICAL CONSTRUCTION 2-1
ALL-AMERICAN SCAFFOLD AND HOISTING, LLC
ALL-CITY METAL, INC.
ALLAN REIDER STUDIO
ALLIANT INSURANCE SERVICES, INC.
ALLIED BENEFIT SYSTEMS-AH PREMIUMS
ALLU CUSTOM WOODWORKING INC.
ALN Apartment Data, LLC
ALTO MEDIA GROUP INC
AM CONSTRUCTION NEW INC.
AMAZON.COM
AMERICAN BANKERS INSURANCE CO. OF FLORIDA
AMERICAN EXPRESS
AMERICAN LEGAL ABSTRACT LLC
AMERIROOM
AMTRUST NORTH AMERICA
ANCHOR FENCE CONTRACTORS, INC.
ANDERSON RENTALS INC.
ANIKA GUTTENBERG 6269 FUND LLC
ANS CONSULTANTS, INC.
API CONTRACTORS
APLUS.NET ; DLX*APLUS DLX FOR BUS 877-27
APPLE INVESTMENTS LLC
APPLE STORE

AQUALIS STORMWATER MANAGEMENT
AQUARIUS DOOR SERVICES
ARCHITECTURAL ALLIANCE LANDSCAPE
ARCHITECTURAL METAL PANELS & CORE GLAZING
AREA PAVING & EXCAVATING, INC.
ARONSOHN WEINER SALERNO & KAUFMAN, PC
ARTHUR C. SULLIVAN, JR., ESQ.
ASCENTIUM CAPITAL LLC
ASCOLESE LAW GROUP, LLC
AT&T
ATD CONSULTANTS, INC.
ATLANTIC ENGINEERING LABORATORIES, LLC
ATLANTIC GENERAL CONTRACTING, INC.
ATLAS PAVING CONTRACTORS INC
AUDACY OPERATIONS, INC.
AUDREY SIGNS
AVIROM & ASSOCIATES, INC.
B & B LIGHTING PROTECTION
B2B PRIME
BAELKA FENCE, LLC
BAMBEE HR; BAMBEE.COM
BANYAN GROVE REALTY
BASELINE ARCHITECTURE, P.C.
BEDROCK LAND TRANSFER SERVICES LLC
BEETHOVEN'S VERANDA
BERGEN OFFICE FURNITURE
BERNARD D. FAIGENBAUM, ESQUIRE
BEST OFFICE CLEANING
BESTBUYCOM
BIENIEK CONSTRUCTION
BIG EYE MARKETING, LLC
BILL MATRIX
Bill Pryer Private Disposal, LLC
BILL.COM, LLC
BLOOMBERG FINANCE L.P.
Bloomberg Television
BLUE MOON CLEANING SERVICE, LLC
BNI BUILDING NEWS
BOARDROOM COMMUNICATIONS, INC.
BOROUGH OF FLORHAM PARK - 2 HANOVER
BOROUGH OF FLORHAM PARK WATER DEPT.-2 HAN
BOROUGH OF SADDLE RIVER
BOUCHER BROTHERS MANAGEMENT, INC
BRADFORD PRODUCTS
BRAVO MESSENGER SERVICE
BRIAN BARR INC - INSTALLMENT EXCHANGE
BRIAN P. STACK CIVIC ASSOCIATION
BRIDGE INVEST SPECIAL CREDIT FUND II-301SE
BRIGHTCOVE INC
BROTHERS FIRE PROTECTION, INC.
BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS
BROWN & BROWN
BUILDERS SPECIALTY CONTRACTORS, INC 28GSV
BYN IRON WORKS, LLC
C.K. LOCKSHOP & SECURITY CENTER
CACCIOLA IRON WORKS
CANVA Inc.
CAPARO INSURANCE
CARDELLA WASTE
CARMINE R. ALAMPI, ESQUIRE
CARNEY STANTON P.L.
CARRIE LEIGH DESIGNS, INC.; CLD
CASTLE ROCK CAPACITY LLC
CATZEN COMPUTER CONSULTING CORP
CAULFIELD & WHEELER
CBRE LOAN #09512536 2031 LOMBARD
CBRE LOAN #1026-2 HANOVER
CBRE, INC. - VALUATION & ADVISORY
CENTRAL PEST CONTROL LLC
CENTRAL STATE APPRAISAL SERVICES, LLC
CENTRAL SUPPLY, INC.
CENTRAL VACUUM CONNECTION
CENTRO, INC.

CFA REVIEW SERVICES, LLC
CFA TAX SERVICES, LLC
CGP&H; COMMUNITY GRANTS, PLANNING & HOUSING
CHASAN, LAMPARELLO, MALLON & CAPPUZZO, PC
CHERRY, EDGAR & SMITH, P.A.
CHIP LAMARCA CAMPAIGN
CHRISTIE ENGINEERING, P.C.
CIPOLLA FINANCIAL ADVISORS, LLC
CITIZENS HELPING IMPROVE POLICY
CITY OF BOYNTON BEACH UTILITIES DEPT.
CITY OF DELRAY BEACH
CITY OF FORT LAUDERDALE
CITY OF FORT MYERS
CITY OF HACKENSACK
CITY OF HOBOKEN
CITY OF NEW YORK
CITY OF PHILADELPHIA
CITY OF PHILADELPHIA DEPT OF REVENUE
CITY OF UNION CITY; UNION CITY
CITY WIDE SAFETY SOLUTIONS
CKO STOCK PHOTO
CLASSIC DETAIL FLOORING
CLEAR CHANNEL OUTDOOR
CLEAR SCREENING TECHNOLOGIES LLC
CNA INSURANCE
COAST TO COAST AM ARCHIVES
COBRA CONSTRUCTION, INC.
COHN BIRNBAUM SHEA
COLEMAN, CHRISTOPHER T.
COLLIERS INTERNATIONAL VALUATION & ADVISO
COMCAST BUSINESS
COMCAST NRIA A/C#8499 05 339 0149888
COMCAST OF SOUTH FLORIDA II, INC.
COMCAST-1HARMON ACCT#8499 05 339 0238095
COMCAST-28,30 GSV
COMMONGROUND ABSTRACT LLL
COMMONWEALTH CAPITAL, LLC
COMPLETE CONDO SERVICES INC.
CON EDISON; CONSOLIDATED EDISON; CONED
CONCRETE RISING LLC
CONEDISON - 1070 BERGEN
CONEDISON - 140 LUQUER
CONEDISON - 184 LINCOLN (SOLD 3.10.21)
CONEDISON - 279 SACKETT
CONEDISON - 285 7TH ST
CONEDISON - 434 UNION
CONEDISON - 494 7TH ST
CONEDISON - 506 HENRY ST
CONSTRUCTION PROS OF NEW JERSEY, LLC
CONTOUR LANDSCAPING
CONVERGINT TECHNOLOGIES LLC
COOL POOL INC.
COOPER ELECTRIC
CORE GLAZING SOLUTIONS - 4901 BERGENLINE
CORNERSTONE AGENCY INC
CORPORATION SERVICE CO
COSTA ELECTRIC LLC
COSTA ENGINEERING CORPORATION
COSTAR REALTY INFORMATION, INC.
COTTON AND COMPANY
CRAFT SIGNS
CREATIVE TRUCKING
CREATIVE WAREHOUSE
CRUM & FORSTER
CRYSTAL TITLE & ESCROW
CULVER CONSTRUCTION MGT.
CUSHMAN & WAKEFIELD OF NEW JERSEY, LLC
CUSTOM STONE BY FRANK, LLC
CUTI HECKER WANG LLP
D & B SERVICE GROUP LLC
DANIEL O GRADY
DANIELSEN CONSULTING ENGINEERS, INC.
DAVCO ENERGY SYSTEMS
DAYTON INSPECTION SERVICES, INC.
DB CLEANING SERVICES
DBPR-DIV OF FL CONDO, TIMESHARES, & MOBILE HOME
DECHERT LLP

DELAWARE CORP AND TAX
DELAWARE CORP TAX WEB
DELAWARE RIVER WATERFRONT CORP
DELAWARE SECRETARY OF STATE
DELGADO LANDSCAPING
DELL SALES & SERVICE
DELRAY CITIZENS FOR DELRAY POLICE
DELUXE BUSINESS SYSTEMS PRODUCTS
DENOIA LAW FIRM, LLC
DENVER POST MEDIA NETWORK LLC; DP MEDIA
DESIGNER FLOORS OF SOUTH FLORIDA, INC.
DEUTSCH ATKINS PC ATTY BUSINESS ACCT.
DEVELOPMENT SOLUTIONS & SERVICES; DSS DEV'T
DEVINE ROOFING AND CONTRACTING LLC
DEVRY SMITH FRANK LLP-NPPF1 ATTY CANADA
DIAMOND ROCK SPRING WATER
DIRECTV
DISA UNIFLORA LLC
DISCOVERY GOLF, INC.
DISPLAYS2GO
DISTINCTIVE DRYWALL DESIGNS LLC-28,30 GSV
DIVISION OF ALCOHOL BEVERAGE CONTROL
DLX APLUS DLX FOR BUSINESS
DMR CONSTRUCTION SERVICES, INC.
DNH GODADDY COM
DOCKWA RESERVATION SOFTWARE
DOCUSIGN
DOME PROPERTY MANAGEMENT
DOSS BUILDING CORP
DOUGLAS ELLIMAN FLORIDA LLC
DOW JONES & COMPANY, INC.
DOXO UTILITIES
DR PROPERTY VENTURES, LLC
DR. PAINTING PROS, LLC
DREUX ISAAC & ASSOCIATES, INC.
DRIVE NJ INS PREM #02428532
DROPBOX INC.
DUN BRADSTREET
DUNAY, MISKEL AND BACKMAN, LLP
DYER INSULATIONS
DYNAMIC TRAFFIC, LLC
EAGLE EYE PROTECTION SERVICES
EAGLE INSPECTIONS, LLC
EAGLE ROCK APPRAISALS
EASTERN PARKING DECK RESTORATION
ECOTECH CLEANING SPECIALIST LLC
ED HAPPLE, INC.; EDWARD HAPPLE LLC
EDL ELECTRONIC DOOR-LIFT, INC.
EDWIN A. REIMON, P.E., C.M.E.
EIG BLUEHOST COM
EISNER ADVISORY GROUP LLC
ELECTRONIC DOOR-LIFT. INC.
ELEPHANT SKIN LLC
ELEVATION STAIR CO.
ELLIMAN; DOUGLAS ELLIMAN FLORIDA, LLC-28GSV
ELLINWOOD + MACHADO, LLC
ENCORE GROUP USA LLC
ENGINEERING & LAND PLANNING ASSOCIATES
ENTERTAINMENT NETWORK LLC
ENTRAVISION COMMUNICATIONS
ERADICATOR MOLD REMEDIATION SERVICES LLC
ETC PALM BEACH, LLC - 28,30 GSV
EVERFI, INC.
EXTERIOR COATING SYSTEMS INC. - 28,30 GSV
F MAURO CONSTRUCTION
FACEBOOK
FAIRVIEW HEARTHSIDE
FDNY CITY OF NEW YORK
FEATHERSTONE SCRUB&CLEANSERVI-184 LINCOLN
FEDEX
FERGUSON ENTERPRISES, LLC
FETCH SETTLEMENT SERVICES, LLC
FINANCE COMMISSIONER, CITY OF NEW YORK

FIRST INSURANCE FUNDING
FIRST MERCURY INSURANCE COMPANY
FIRST PARTNERS ABSTRACT COMPANY
FISHTOWN KENSINGTON AREA BID
FITNESS VENTURES INTERNATIONAL
FLEX ELECTRIC, INC. -28,30 GSV
FLEX NRIA PARTNERS
FLIR SYSTEMS
FLOOR EXPERTS INC.
FLORHAM PARK SEWER UTILITY - 2 HANOVER
FLORIDA DEPT OF HEALTH IN PALM BEACH COUNTY
FLORIDA DEPT OF STATE
FLORIDA POWER & LIGHT
FLYNN ENGINEERING SERVICES, P.A.
FOLEY, INC.
FORMICA & ASSOCIATES, INC.
FP MAILING SOLUTIONS
FRANKLIN FLOOD LLC
FREDON WELDING & IRON WORKS
FREEDOM VOICE SYSTEMS
FS SMSACTIVATERU
FUTURE COMMUNICATIONS CORPORATION OF NY
G-PLEX DIRECT MAIL; POSTMASTER
GABOR & MAROTTA LLC
GALE INSULATION
GAMMA NJ 511 NEWARK LLC
GAMMA NJ RIVER ROAD LLC
GARDENVIEW REALTY
GATTI PLUMBING, HEATING & DRAIN CLEANING
GENERAL FOUNDRIES, INC.
GENERAL IMPACT GLASS & WINDOWS CORP.
GENERAL PLUMBING SUPPLY
GERMANO LAW LLC
GERMANTOWN INSURANCE COMPANY
GIANT INDUSTRIAL INSTALLATIONS, INC.
GIBBONS P.C.
GLE ASSOCIATES, INC.
GLENN MICHAEL GLERUM, P.C.
GLENNS LANDSCAPING
GLITCH BOOSTED APPS
GLOBAL EXPO DATA
GLOBAL PM SUPPORT, LLC
GLOBAL RELAY COMMUNICATIONS INC.
GLOBAL SECURITY
GMP CONTRACTING LLC
GO ABSTRACT SERVICES LLC
GOOGLE ADS
GOOGLE CLOUD
GOTHAM ABSTRACT & SETTLEMENT
GRAND COAST CAPITAL GROUP-931 MADISON
GRAND EXPEDITERS, INC.
GRANDVIEW TITLE AGENCY OF BERGEN CO.
GRANT ATTORNEYS AT LAW PLLC
GREAT AMERICAN ABSTRACT LLC
GREAT OUTDOOR ADS LLC
GREATER MEDIA
GREEN STREET ADVISORS, LLC
GREEN, DANIEL C.& HELEN- INSTALLMENT EXCHANGE
GREENBAUM, ROWE, SMITH & DAVIS LLP
GREENSPOON MARDER LLP
GRETCHEN REINHEIMER DESIGN, LLC
GREY WOLF WELDING
GRIDLESS POWER
GRO MART
GUAGLARDI & MELITI, L.L.P.
GUARDIAN
GUNDRY MD LLC
GURUS MASTER CLEANING CORP
H & L MARKETING SERVICES, LLC
H.A. BLACKSMITHS, LLC
HALLIGAN ELECTRIC
HANKIN SANDMAN PALLADINO & WEINTROB
HANOVER SEWER & DRAIN CLEANING
HCJ VISUAL SOLUTONS-TRU PAYPAL
HD SUPPLY

HEPSCD; HUDSON ESSEX PASSAIC SOIL CON DIS
HERC RENTALS INC.
HERITAGE FOREST PRODUCTS, INC.
HIGH POINT SERVICES LLC
HOBOKEN WATER UTILITY
HOBT CONTRACTOR SER.
HOLMES STAIR PARTS LTD
HOME BUYERS RESALE WARRANTY CORP
HOME SUPPLY
HOMES & LAND OF THE PALM BEACHES-28,30GSV
HOTWIRE COMMUNICATIONS
HOUSE PRO INSPECTION
HUBSPOT, INC.
HUDSON COMMUNITY ENTERPRISES
HUDSON PROPERTY MAINTENANCE, LLC
HUDSON STRATEGY, LLC; VEECHANDRAN, VIJAY
HULETT ENVIRONMENTAL SERVICES
HUMPHREYS & PARTNERS ARCHITECTS, L.P.
HUNTINGTON BAILEY, L.L.P.
HVAC BOSS, LLC
I HEART MEDIA
IBBA
IJM INTERACTIVE INC.
IMAGE MAGAZINE
IMI RESORT PROPERTIES, LLC
IMI RESORT SALES; IMI LIVING
IMPACT MATERIALS INC.
IN RIDE AND SHINE LLC
INDEED
INNAGO LLC
INSIGNIA NATIONAL TITLE AGENCY
INTEGRATED GEOTECHNICAL SOLUTIONS, INC.
INTERDEPENDENCE INC.
INTUIT MERCHANT SERVICES
INTUIT QUICKBOOKS
INVENTUS LLC RECEIVABLE
IPFS CORPORATION
IRIS ENVIRONMENTAL LABORATORIES, INC.
IRRIGATION SYSTEM OF NJ
ISAAC OSTREICHER CPA P.C.
ISIMINGER & STUBBS ENGINEERING 28,30 GSV
ISSUU inc.
ISTOCKPHOTO LP
IZEA EXCHANGE
J GEIGER SHADING TECHNOLOGY-2 HANOVER
J. ALVARO ALONSO LLC
J. J. KELLER & ASSOCIATES, INC.
JCP & L; JERSEY CENTRAL POWER&LIGHT-2 HANO
JD REALTY HOLDINGS LLC
JENNIFER & TRAVIS NYBERG-INSTALLM EXCHANGE
JILI PROPERTY MANAGEMENT, LLC
JMG AUDIO VIDEO, INC.
JOBS4BLUE
JOFFE MILLWORK & SUPPLY
JOHN A KOONS LOCKSMITHS
JOHN MCDONOUGH ASSOCIATES, LLC
JOHN MINI DISTINCTIVE LANDSCAPES
JOHNSON BUSINESS PRODUCTS, INC.
JOHNSON FITNESS
JOSE CARBALLO ARCHITECTURAL GROUP, P.C.
JU ESTIMATING LLC
JZN ENGINEERING, PC.
KAMCO SUPPLY OF NJ, LLC
KAST CONSTRUCTION IV, LLC
KAYE BENDER REMBAUM, P.L.
KBRA ANALYTICS, LLC
KCBS RADIO ENTERCOM
KCK CONSULTING, LLC
KEA ENGINEERING ASSOCIATES, INC.
KEMSCO
KENNEDY CULVERT & SUPPLY CO.
KEYTRAK
KHACHATURIAN ENGINEERING ASSOCIATES INC
KIPCON, INC.
KIVITZ & KIVITZ PC
KIWI CONSTRUCTION, INC.

KLAUS AMERICA PARKING SYSYTEM INC.
KLEHR HARRISON HARVEY BRANZBURG LLP
KNIGHTS ABSTRACT, INC.
KNOWBE4, INC.
KONE, INC.
KORANGY PUBLISHING, INC. DBA THE REAL DEAL
KRYSTAL CONSTRUCTION SERVICES, LLC
KUIKEN BROTHERS COMPANY, INC.
LAND & BUILDING REALTY & CONSTRUCTION INC
LANDSCAPE SERVICE PROFESSIONALS -28,30GSV
LAVA FUNDING 416 GUTTENBERG/LAMODA
LEE COUNTY TAX COLLECTOR
LIBERTY BUILDING PRODUCTS
LIBERTY ELEVATOR CORPORATION 6269-1
LIGHTING SUPERSTORE
LIPPINCOTT ALLEY HOA
LOCHRIE & CHAKAS P.A.
M. & J. TAFFARO, INC.
M. JOHNSTON CONSULTING, LLC
M5 CONSTRUCTION & MANAGEMENT INC
MAGNATAG VISIBLE SYSTEMS
MAGNET MANAGEMENT & RENOVATIONS, LLC
MANDELBAUM SALSBURG P.C. - 360 MAIN ST.
MANHATTAN TROPHY & PROMOTION
MAPTIVE
MARBLE FACTORY
MARBLE SYSTEMS
MARIO FERAZZOLI & SON INC- 28,30GSV
MARJAM SUPPLY CO., INC.
MARSH & MCLENNAN AGENCY LLC
MARX OKUBO ASSOCIATES, INC
MARY ANN MAIORANA ; GOLD COAST APPRAISAL
MAS, INC.
MASTER PAINTING & SEALANTS
MAXIM CRANE WORKS, L.P.
MBI
MCCARTER & ENGISH
MEDIA EFFECTIVE
MELI PLUMBING & HEATING, INC.
MERIDITH BAER HOME; MERIBEAR PRODUCTIONS
MEROLLA REALTY PARTNERS
MERRIMACK MUTUAL FIRE INS. CO.
METRIC PLUMBING & HEATING
METROBOX
METROPOLITAN PROPERTY & CASUALTY INS CO
METROPOLITAN REALTY EXEMPTIONS
MF BZONE INC.
MICHAEL B. SCHORAH & ASSOCIATES, (ENG'R)
MICHAEL GRAVES & ASSOCIATES, INC.
MICHAEL GRAVES ARCHITECTURE& DESIGN
MICHAEL SCHORAH & ASSOCIATES, INC.(ENG'R)
MICROSOFT
MICROSOFT ADVERTISING
MICROSOFT STORE OR MSFT
MIKE AND MIKE ELECTRIC, LLC
Millenium Fire Protection
MINUTEMAN PRESS
MJR SERVICES, INC.
MOBILE APPLICATION DEVELOPMENT LLC
MOBILE MINI SOLUTIONS
MODERN POWER SYSTEMS
MONA SHAH & ASSOCIATES, PLLC
MONDAY.COM
MONEYPENNY
MONITEX SECURITY INC.
MP REAL ESTATE CAPITAL LLC
MR. SHIPPER
MRP PHILLY LLC
MRT SOLUTIONS & COMMUNICATIONS
MT GENERAL CONTRACTOR INC.

MYFLORIDAEHPERMIT.COM; FLORIDA HEALTH DEP
N2 PUBLISHING
NAA SERVICES LLC
NAMEBRIGHT
NASAA EFD FILLING
NASTASI ARCHITECTS - 511 NEWARK
NASTASI ARCHITECTS - 931 MADISON
NATIONAL CONSTRUCTION RENTALS
NATIONAL GRID PLC
NEFF
NEFF & ASSOCIATES, INC.
NETTA ARCHITECTS - 28, 30 GSV
NETTA ARCHITECTS - 301 SE 1ST AVE
NETWORK DIGITAL OFFICE SYSTEMS, INC.
NEW BEGINNINGS WEST NEW YORK
NEW HORIZON PLUMBING LLC
NEW JERSEY APARTMENT ASSOCIATION; NJAA
NEW JERSEY REALTORS
NEW JERSEY TITLE & ABSTRACT, LLC
NEWMARK KNIGHT FRANK VALUA & ADVISORY LLC
NIC DIVISION OF CORP EGOV.COM FL
NICHE MARKETING & PROMOTIONS
NJ ANNUAL REPORT SERVICE EGOV COM
NJ BUSINESS SERVICES
NJ DEPARTMENT OF ENVIRONMENTAL PROTECTION
NJ EZ PASS
NJ LOCKSMITH & DOOR SERVICE CO. INC.
NJMVC
NODECHEF.COM
NORTH BERGEN MUA
NORTH EAST ENVIRONMENTAL, LLC
NORTH HUDSON SEWERAGE AUTHORITY; NHSA
NORTHERN TRUST COMPANY
NORTHSTAR POOL SERVICE
NRIA CAPITAL PARTNERS INC.
NSS CONSULTING LLC
NUMBERBARN
NUTTING ENGINEERS OF FLORIDA, INC.
NYC CITY PAY
NYC DEPARTMENT OF FINANCE
NYC FIRE DEPARTMENT
NYC TRANSPORTATION REGIONAL CENTER LLC
NYC TRANSPORTATION REGIONAL CTR.1300 MANHA
NYC TRANSPORTATION REGIONAL CTR.4901 BERGE
NYC WATER BOARD
NYS DEPARTMENT OF LAW
NYS DEPARTMENT OF STATE
NYS DOS CORP EBIENNIAL
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
OCEAN DELRAY CONDOMINIUM ASSOCIATION
OCULUS MANAGEMENT LLC
OLD CASTLE COASTAL
OLD CITY SPECIAL SERVICES DISTRICT
OLD REPUBLIC NATIONAL TITLE INS CO.
OLEH UMRIAKOV
OLMEC SYSTEMS LLC
OMNI MANAGEMENT GROUP, INC.
ONE SIMPLE SOLUTION, LLC
ONLINE MARKETING GROUP, INC.
ONPOINT VALET
OPEN HEARTS, LLC
OPPENHEIM ARCHITECTURE
OPTIMUM
OPTIRTC, INC. - 511 WNY
ORKIN
OTTEAU GROUP - 360 MAIN
OTTEAU GROUP - 931 MADISON
OUTSIDE EMPLOYMENT PROGRAM
OVERHEAD DOOR COMPANY OF CENTRAL JERSEY
P.C. RICHARDS & SON
PA DEPARTMENT OF REVENUE
PABBLY.COM
PALADIN RISK MANAGEMENT LLC
PALM BEACH COUNTY - 28,30 GSV

PANTHER UTILITIES, INC.
PARAGON EVENTS
PARAMOUNT CONSULTING & ENGINEERING
PARAMOUNT PROPERTY SEARCH, INC.
PASHMAN STEIN PC
PAUL AMATO AND PATRICIA KRISTEN
PCS PUMP AND PROCESS
PECO; PHILADELPHIA ELECTRIC CO.
PEERLESS CONCRETE PRODUCTS CO.
PEOPLEREADY FLORIDA INC
PERFORMANCE BASED FIRE PROTECTION
PFL; PRINTING FOR LESS; PFL COM
PFM GROUP CONSULTING LLC
PGW; PHILADELPHIA GAS WORKS
PHILLY LIVING MANAGEMENT GROUP
PILLAR TO POST
PIONEER PRODUCTION SERVICES, LLC
PIONEER TITLE COMPANY OF KOOTENAI
PLATFORM SH
PNC EQUIPMENT FINANCE
POLAR NORTH INSULATION (DMR CONSTRUCTION)
PORTO LEGGERO
POWER FAST CONSTRUCTION SUPPLY INC.
PREMIER ACCESS PROPERTY MANAGEMENT
PRESTIGE SECURITY SERVICES
PRIME LAW
PRINCETON ABSTRACT INC.
PRINCETON KITCHEN & BATH INC
PROFESSIONAL PAVING, LLC
PROFESSIONAL RADON SYSTEMS
PROG GARDEN ST INS PREM
PROGRESSIVE BRICK COMPANY
PROGRESSIVE INSURANCE
PROPERTY DEBT RESEARCH
PSE & G - 1300 MANHATTAN
PSE & G - 2 HANOVER
PSE & G - 36 OLD WOODS
PSE & G - 416 GUTTENBERG/LAMODA
PSE & G - 4901 BERGENLINE
PSE & G - 508 51ST ST
PSE & G - 511 52ND ST
PSE & G - 6269 GUTTENBERG
PSE & G - 6903 ADAMS ST
PSE & G - 8 KENWOOD
PSE & G; Public Service Enterprise Group
PUGH POOLS LLC
Q A DESIGNS
QUANTUM CONSTRUCTION GROUP, INC.
R & D FURNITURE, INC.
RABIDEAU LAW PA
RAMCHANDANI, BHARAT; NCNJ INV'T LLC
REAL LIVING PRODUCTIONS LLC
REALTOR ASSOCIATION MLS
RED SEAT VENTURES, LLC
REDWOOD BPL HOLDINGS 2 INC.
REED SMITH LLP
REFERRAL FUNDING 22, LLC
REINARD AGENCY INC
RENASCENT ENTERPRISES, INC.
RENO'S APPLIANCE
RENT-A-FENCE, INC.
REPUTE PR; ONE STEP MEDIA
RESIDENTIAL ELEVATORS, LLC
RESPRO CABINETS LLC
RJJ BLACK HORSE ALLEY, LLC
RM TERMITE & PEST CONTROL
ROBERTS & ASSOCIATES, LLC
ROBINSON AERIAL SURVEYS, INC.
ROCKLAND ELECTRIC COMPANY
RODDY, ROBERT E.-INSTALLMENT EXCHANGE
ROMSPEN US MASTER MORTGAGE LP
ROS ELECTRIC LLC
ROY ROCK LLC - 4901 BERGENLINE
ROY ROCK, LLC
RTA CPA, INC.
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE
RUGGIERO PLANTE LAND DESIGN, LLC

RYAN BLANCH
SAAS REALTY LLC
SAFECO INSURANCE
SAFEWATCH, INC.
SAGE TITANS LLC
SAKARI
SAKARI HTTPSSAKARI.ICA
SALOMONE STEVE & SUSAN
SALVATORE T. ALFANO, P.A.
SAM'S CLUB
SANDERS CONSTRUCTION CONSULTANTS
SANDSTORM, LLC
SAWYERS CONTROLS
SCB INSURANCE, LLC
SCHOOL BOARD OF BROWARD COUNTY
SCHWEIGER ELECTRICAL CONTRACTING
SCIENSKI, GEORGE-INSTALLMENT EXCHANGE
SEWARD & KISSEL LLP
SHARKTEK
Shellpoint Mortgage
SHENANDOAH GENERAL CONSTRUCTION LLC
SHINDIGZ
SHOP YOUR WAY MC
SHORT MESSAGE SERVICE; SMS
SHOWROOM INTERIORS LLC
SIGNATURE TITLE GROUP LLC
SILVER LINING INFLIGHT CATERING
SINEMATIC LLC
SINGH LAW, LLC
SIRIUSXM SATELLITE RADIO
SitusAMC
SLS CONSULTING, INC.
SMART SOURCE LLC
SNELL & WILMER
SONAR TECHNOLOGIES INC
SORDONI CONSTRUCTION CO.
SOUTH FLORIDA PUTTING GREENS, LLC
SPECIALIZED STORAGE SYSTEMS, INC
SPECTRIO, LLC
SPECTRUM -6269 GUTTENBERG APT 407
SPINIFY
SQUARESPACE INC
STANLEY STEEMER INTERNATIONAL, INC.
STAPLES DIRECT
STATE OF NEW JERSEY -TGI (DIV OF TAXATION)
STATE OF NH - DMV
STATE OF NJ DEPT. OF COMMUNITY AFFAIRS
STATEBRIDGE COMPANY C COLLECTIONS
STERLING MIRROR LLC
STEVEN FELLER P.E., LLC; FELLER ENGINEERING
STRAYHORN & PERSONS, PL
STRIKINGLY
STUART POMPER
SUEZ WATER FOR 1 ELDEN DR
SUEZ WATER FOR 1300 MANHATTAN
SUEZ WATER FOR 4901 BERGENLINE
SUEZ WATER NEW JERSEY - 511 NEWARK ST
SUEZ WATER NEW JERSEY - 931 MADISON ST.
SUEZ WATER NEW JERSEY 511-521 NEWARK
SUEZ WATER NEW JERSEY FOR 416 GUTTENBERG
SUEZ WATER NEW JERSEY FOR 508 51ST WNY
SUEZ WATER NEW JERSEY FOR 6269 GUTTENBERG
SUEZ WATER NEW JERSEY FOR 931 MADISON
SUMMERSET POOL CREATIONS; COOL POOL & SPA
SUNBELT RENTALS, INC.
SUNBIZ.ORG
SURROUNDINGS FURNITURE & DESIGN
SV NOTARY LLC
SWEET WATER SOUND

SYSTEM ONE FINANCIAL SERVICES, LLC
T3 COMMUNICATION
TAG ARCHITECTURAL MODELS
TALHA.MANSOOR
TARGET FIRE PROTECTION, INC.
TAX COLLECTOR, PALM BEACH COUNTY
TEAMLOGIC IT OF MORRISTOWN, NJ
TEAMVIEWER.COM
TECNOGLASS Inc.
THE BEVERAGE WORKS NY, INC.
THE BLANCH LAW FIRM, PC
THE CASEY GROUP, LTD
THE COUNTY OF HUDSON
THE DAVEY TREE EXPERT CO.
THE EPOCH TIMES
THE EPOXY PROS, LLC
THE FIRST DIGITAL, INC.
THE GLASS GURU
THE GUARDIAN LIFE INSURANCE
THE HOLLAENDER MANUFACTURING CO.
THE HOME DEPOT; HOMEDEPOT COM
THE KNIGHT GROUP, LLC - 301 1ST AVE.
THE MARBLE FACTORY, INC.
THE REAL DEAL
THE ROTH LAW FIRM, PLLC
THE SHED CREATIVE
THE SHERWIN WILLIAMS CO.
THE WILLIAM & MAUREEN DIEHL TRUST
THERESA TIERNAN, RMR, CCR
THOMAS CARNEY
THUM INSURANCE AGENCY, LLC
TILE BY DESIGN, INC.
TILE IT, INC
TIME WARNER CABLE (SPECTRUM) - 6269 GUTTEN
TKG INC.
TOBIN & REYES, P.A.
TOORAK CAPITAL PARTNERS LLC
TOP NOTCH TREE & EXCAVATING LLC
TOPSPIN MARKETING GROUP
TOTAL CLEANING
TOTAL ELEMENT
TOTAL WIRELESS SERVICS
TOWN & COUNTRY TILE
TOWN OF GULF STREAM
TOWN OF GUTTENBERG
TOWN OF GUTTENBERG - TAX COLLECTOR
TOWN OF SECAUCUS
TOWN OF WEST NEW YORK
TOWNSHIP OF NORTH BERGEN
TRACFONE SERVICES
TRAFFIC PLANNING AND DESIGN, INC.
TRANS UNION LLC
TRANSLUCENT
TRANSLUCENT SECURITY LLC
TRANSUNION LLC
TRAVELERS INSURANCE
TREASURE ISLAND STORAGE
TREASURER - STATE OF NEW JERSEY
TREASURER, STATE OF NJ ENVIRONMENTAL SERVICES
TREBOR SERVICES, LLC
TRI STATE BLASTING LLC
TRIBUTE STORE
TRIF & MODUGNO LLC
TRISTATE BLASTING
ULINE
ULINE SHIP SUPPLIES
ULTRA AIR, INC.
UNION CITY BOARD OF EDUCATION
UNION CITY BUILDING DEPARTMENT
UNION CITY DETAILS DEPARTMENT
UNION CITY FIRST
UNION CITY POLICE DEPT 4901 B
UNISEARCH, INC.
UNITED AMERICAN METAL WORKS
UNITED FINANCIAL CAS CO.
UNITED REALTY GROUP INC - 28,30 GSV
UNITED STATES LIABILITY INSURANCE
UNITED SUPPLY
UNIVERSAL BEACH SERVICE CORP
UNIVERSAL ENGINEERING SCIENCES

UPS STORE
URBAN ARMOR GEAR
URBAN ASSOCIATES INC.
URBAN ENGINEERING, PC
URBAN LAND INSTITUTE
URSULA TIRRELL
US BANCORP FUND SERVICES, LLC
US Construction, Inc.
US GREEN BUILDING COUNCIL
USPS
VALEX ENTERPRISES, INC.
VALLEY CONSULTING & FINANCIAL LLC
VAN DUYNE, BRUNO & CO., P.A.
VANLOAN, STEVEN MIDLAND 1717990
VECMAR COMPUTER SOLUTIONS
VEKSLER, MARLAND;6269GUTTENBERG UNIT 303
VELOCITY TX, LLC
VERIZON
VESTA HOME
VIKTOR ZAGOROV
VIOLA BROTHERS INC
VIOLA LUMBER
VIP FIRE SPRINKLER INC.
VIRTUAL DOORMAN
VISUAL COMPUTER SOLUTIONS, INC
VISUAL COMPUTER SOLUTIONS, INC-508 51ST.
VOILA DESIGN HOME SERVICES, LLC
VOILA DESIGN HOME SERVICES, LLC-114-8
VOYNOVICH, ANTHONY & GORDANA
VYAS, HEMALKUMAR & ALPHA-INSTALLME EXCHANGE
WALLACE & SON'S ELEVATOR SERVICE CO.
WALMART
WASTE MANAGEMENT OF FLORIDA- 28,30 GSV
WATER CORP
WAYFAIR
WB MASON
WB MASON CO
WEINER LAW GROUP, LLP
WEINGOLD LAW PLLC
WEST NEW YORK MUNICIPAL
WEST NEW YORK TAX BILL
WET LOOK PAINTING LLC
WHIPPLE AZZARELLO LLC
WHITE CAP
WHITE CAP CONSTRUCTION SUPPLY
WHITE CAP. SUPPLY HOLDINGS, LLC
WILLIAM PENN BANK
WILLIS CONSTRUCTION CONSULTING, LLC
WINNE BANTA BASRALIAN & KAHN, P.C.
WIPFLI, LLP
WKI CT CORPORATION
WTMR, LLC
WTP SERVICE
WWW MAGIX COM RENO
YACHT EVENTS, LLC
YAHOO MAILPRO MONTHLY
YAHOO SEARCH
YARDI SYSTEMS, INC.
YINET CLEANING SERVICES LLC
ZAPIER COM CHARGE
ZEROHEDGE LLC
ZILLOW GROUP INC.
ZIPRECRUITER INC
ZOOM VIDEO COMMUNICATIONS

## SCHEDULE B

### Known Connections to Potential Parties in Interest in Unrelated Matters

**Current and Former Clients of A&M and/or its Affiliates**[1]

- ADP
- ADT Security Services
- Alliant Insurance Services, Inc.
- Amazon.com
- American Express
- Amtrust North America
- Apple Store
- AT&T
- Bestbuycom
- Bloomberg Finance L.P.
- Brightcove, Inc.
- CBRE Loan #09512536 2031
- Chasan, Lamparello, Mallon & Cappuzzo, PC
- Chubb Insurance
- Clear Channel Outdoor
- CNA Insurance
- Colliers International Valuation & Advisory
- Comcast Business
- Con Edison – Consolidated Edison
- Convergint Technologies LLC
- Crum & Forster
- Cushman & Wakefield of New Jersey, LLC
- Deluxe Business Systems Products
- DirecTV
- Docusign
- Douglas Elliman Florida LLC
- Facebook
- Fedex
- Ferguson Enterprises, LLC
- First Citizens Bank-CIT
- Google Ads
- Green Street Advisors, LLC
- Guardian Life Insurance
- HD Supply
- Herc Rentals Inc.
- Home Depot
- Humphreys & Partners Architects, L.P.
- Intuit Merchant Services
- IStockPhoto LP
- Marsh & McLennan Agency LLC
- Maxim Crane Works, L.P.
- MBI
- Microsoft
- National Grid
- Northern Trust Company
- Old Republic National Title Ins Co.
- PSE&G – 36 Old Woods
- Safeco Insurance
- Seward & Kissel LLP
- Sherwin Williams Co.
- Shop Your Way MC
- Siris XM Satelite RadioStaples Direct
- Statebridge Company C Collections
- Strikingly
- Suez Water New Jersey for 931 Madison
- System One Holdings, LLC
- Tile It, Inc.
- Time Warner Cable (Spectrum)
- Travelers Insurance
- UPS Store
- US Bancorp Fund Services, LLC
- Verizon
- Walmart
- White Cap Supply Holdings, LLC
- Wipfli, LLP
- Yahoo Search
- Zillow Group Inc.

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

**Significant Equity Holders of Current and Former A&M Clients**[2]
ADP
Alliant Insurance Services, Inc.
Amazon.com
American Express
Apple Store
AT&T
Bloomberg Finance L.P.
Castle Rock Capacity LLC
CBRE Loan #09512536 2031
Clear Channel Outdoor
CNA Insurance
Cobra Construction, Inc.
Colliers International Valuation & Advisory
Comcast Business
Commonwealth Capital, LLC
Corporation Service Co.
Crum & Forster
Cushman & Wakefield of New Jersey, LLC
Dell Sales & Service
Dow Jones & Company, Inc.
Google Ads
Guardian Life Insurance
Intuit Merchant Services
Marsh & McLennan Agency LLC
Microsoft
National Grid
Newmark Knight Frank Valua & Advisory
Northern Trust Company
Time Warner Cable (Spectrum)
Trans Union LLC
Travelers Insurance
US Bancorp Fund Services, LLC
Verizon
Walmart
White Cap Supply Holdings, LLC
Yahoo Search

**Professionals & Advisors**[3]
Boardroom Communications, Inc.
Colliers International Valuation & Advisory
Corporation Service Co.
Cushman & Wakefield of New Jersey, LLC
Dechert LLP
Dun Bradstreet
Fedex
Gibbons P.C.
Greenspoon Marder LLP
Klehr Harrison Harvey Branzburg LLP
Marsh & McLennan Agency LLC
McCarter & English
Newmark Knight Frank Valua & Advisory
Obermayer Rebmann Maxwell & Hippel
PFM Group Consulting LLC
PNC Equipment Finance
Reed Smith LLP
Seward & Kissel LLP
Snell & Wilmer
Wipfli, LLP

**Government and Regulatory**[4]
City of Philadelphia
State of NH – DMV
USPS

**Significant Joint Venture Partners**[5]
AT&T
Dow Jones & Company, Inc.

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[5] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

JCP&L Jersey Central Power & Light-2 Hano
Microsoft
PSE&G – 36 Old Woods

**A&M Vendors**[6]
ADP
Amazon.com
American Express
AT&T
Bloomberg Finance L.P.
CBRE Loan #09512536 2031
Chubb Insurance
Colliers International Valuation & Advisory
Comcast Business
Con Edison – Consolidated Edison
Costar Realty Information, Inc.
Cushman & Wakefield of New Jersey, LLC
Dell Sales & Service

Deluxe Business Systems Products
Dow Jones & Company, Inc.
Dun Bradstreet
Fedex
Guardian Life Insurance
Intuit Merchant Services
IStockPhoto LP
Marsh & McLennan Agency LLC
Microsoft
Newmark Knight Frank Valua & Advisory
Reed Smith LLP
Staples Direct
Time Warner Cable (Spectrum)
Uline
UPS Store
US Bancorp Fund Services, LLC
Verizon
Wipfli, LLP
Yardi Systems, Inc.

4886-2731-2181.3

---

[6] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates