UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

NATIONAL REALTY INVESTMENT
ADVISORS, LLC, *et al.*[1]

Debtors.

Chapter 11

Case No. 22-14539 (JKS)

(Jointly Administered)

DECLARATION AND DISCLOSURE STATEMENT OF __David Lustberg__,
ON BEHALF OF __Arterial, LLC__

__David Lustberg__, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a [INSERT TITLE] __Managing Member__ of __Arterial, LLC__, located at __507 Bloomfield Avenue Montclair, NJ__ (the "Firm").

2. The Debtors have requested that the Firm provide __Landscape Archihtecture__ services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to the Debtors' chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not and will not perform services for any such persons in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such persons, their attorneys, or accountants that would be adverse to the Debtors or their estates.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

8900364

4. Neither I, nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

6. The Debtors owe the Firm $ __0_____ for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment by the Debtors, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration, if necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____September 9_____, 2022

Name: David Lustberg
Title: Managing Member

8900364