**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 606** |

### CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY STATEMENT OF PASHMAN STEIN WALDER HAYDEN, P.C. FOR THE PERIOD JUNE 7, 2022 THROUGH JULY 31, 2022

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.  As of September 29, 2022, no answer, objection or other responsive pleading has been received with respect to the *First Monthly Statement of Pashman Stein Walder Hayden, P.C. for the Period June 7, 2022 Through July 31, 2022* [Docket No. 606] (the "**First Monthly Fee Statement**"), filed on September 13, 2022. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9199323

pleading to the First Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 177] (the "**Administrative Order**"), objections to the First Monthly Fee Statement were to be filed and served no later than September 27, 2022.

2. Pursuant to the Administrative Order, the Debtors are authorized to pay Pashman Stein Walder Hayden, P.C., $199,817.41, which represents the sum of 80% of the fees requested ($153,522.00), *plus* 100% of the expenses sought ($46,295.41) in the First Monthly Fee Statement, for the period from June 7, 2022 through July 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the First Monthly Fee Statement.[2]

I certify under penalty of perjury that the foregoing statements is true and correct.

Dated: September 29, 2022

**SILLS CUMMIS & GROSS P.C.**

/s/ S. Jason Teele
S. Jason Teele, Esq.
Daniel Harris, Esq.
Gregory A. Kopacz Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

---

[2] The First Monthly Fee Statement mistakenly calculated the 20% holdback as $47,639.58 (rather than $38,380.50) because it reflected a 20% holdback of both fees *and* expenses (rather than just fees, as contemplated by the Administrative Order).