# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 SEP 30 P 1:15

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

S. Jason Teele, Esq.
Admitted In NJ, NY
Direct Dial: 973-643-4779
Email: steele@sillscummis.com

September 30, 2022

By Hand

Clerk
United States Bankruptcy Court
For the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:   National Realty Investment Advisors, LLC, *et al.*
      Case No.: 22-14539 (JKS)

Dear Madam/Sir:

This firm represents National Realty Investment Advisors, LLC, *et al.*, the debtors and debtors-in-possession in the above referenced matter (the "**Debtors**"). Pursuant to our conversation with your office, please accept this letter request for two (2) certified copies of the following orders:

- *Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests* [D.I. 62]

- *Order in Aid of Order Authorizing the Private Sale of Certain Properties Free and Clear of Liens, Claims, Encumbrances and Interests* [D.I. 361]

Please see enclosed check for $28.00 for the associated fees/costs in obtaining these orders. Kindly give the copies to our messenger who has been instructed to wait.

Thank you for your assistance with this matter.

Respectfully,

/s/S. Jason Teele
S. Jason Teele

