UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY ORDINARY COURSE PROFESSIONALS EMPLOYED BY THE DEBTORS

Do not file this Questionnaire with the Court. Please return it to:

**SILLS CUMMIS & GROSS P.C.**
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

8900364

If more space is needed, please complete on a separate page and attach.

1. Name and Address of Firm: Corcoran Group; 125 7th Ave Brooklyn, NY 11215
2. Date of Retention: 10.3.2022
3. Type of Services Provided (Accounting, Legal, Etc.) Brokerage
4. Brief Description of Services to be Provided: Marketing and sale of Property
5. Arrangements For Compensation (Hourly, Contingent, Etc.) Commission, percentage of sale. 5%
   a. ~~Average Hourly Rate~~
   b. ~~Estimated Average Monthly Compensation~~
6. ~~Prepetition Claims Against the Debtors Held by the Firm:~~
   a. ~~Amount of Claim~~
   b. ~~Date Claim Arose~~
   c. ~~Source of Claim~~
7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:  Not Applicable
   a. ~~Name~~
   b. ~~Status~~
   c. ~~Amount of Claim~~
   d. ~~Date Claim Arose~~
   e. ~~Source of Claim~~
8. ~~Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed:~~
9. Name and title of individual completing this Retention Questionnaire:
   Benjamin F Elesh; Senior Managing Director

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on  9/30 , 2022

Name: Benjamin F Elesh
Title: Senior Managing Director

8900364