| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DUANE MORRIS LLP**<br>Lawrence J. Kotler (LJKotler@duanemorris.com) (admitted *pro hac vice*)<br>Drew S. McGehrin (DSMcGehrin@duanemorris.com)<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>215.979.1000 (Telephone)<br>215.979.1020 (Facsimile)<br><br>*Attorneys for Bower Lewis Thrower Architects, Ltd.* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>Honorable John K. Sherwood |

### NOTICE OF HEARING ON BOWER LEWIS THROWER ARCHITECTS, LTD.'S MOTION FOR AN ORDER (A) COMPELLING THE DEBTORS TO IMMEDIATELY ASSUME OR REJECT THE ARCHITECT AGREEMENTS PURSUANT TO 11 U.S.C §§ 105 AND 365, AND (B) GRANTING RELATED RELIEF

TO: ALL PERSONS ON THE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on October 25, 2022 at 10:00 a.m., or as soon thereafter as counsel can be heard, the undersigned, counsel for Bower Lewis Thrower Architects, Ltd. ("BLTA"), will move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey, for an

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

DM2\16362300.2

order compelling debtor South Christopher Columbus Capital 1499 LLC ("SCCC") to assume or reject certain prepetition contracts BLTA holds with SCCC (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed with the Clerk of the Court and served upon counsel to BLTA no later than 7 days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If no opposing paper are filed and served within the required time, the Motion shall be decided on the papers pursuant to D.N.J. LBR 9013-3(d) and an order granting the Motion may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that BLTA shall rely upon the Certification and Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed an opposition to the Motion.

Dated:  October 3, 2022                             **DUANE MORRIS LLP**

*/s/ Drew S. McGehrin*
Lawrence J. Kotler (admitted *pro hac vice*)
Drew S. McGehrin
30 S. 17th Street
Philadelphia, PA 19103
215.979.1000 (Telephone)
215.979.1020 (Facsimile)
LJKotler@duanemorris.com
DSMcGehrin@duanemorris.com

*Counsel for Bower Lewis Thrower Architects, Ltd.*