**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 6, 2022 AT 10:00 A.M. (ET)**

**RESOLVED MATTERS**

1. Bower Lewis Thrower Architects, Ltd.'s Motion for an Order (A) Compelling the Debtors to Immediately Assume or Reject the Architect Agreements Pursuant to 11 U.S.C §§ 105 and 365, and (B) Granting Related Relief [Docket No. 811; Filed 10/3/22]

    Response Deadline:    10/18/22

    Response(s) Received:    N/A

    Related Document(s):

    a)    Adjournment Request [Docket No. 1019; Filed 10/17/22]

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9347344

    b)    Adjournment Request [Docket No. 1239; Filed 11/4/22]

Status:    This matter has been resolved. A proposed consent order will be submitted to the Court for approval.

## CONTESTED MATTERS

2. Notice of Compass, Inc.'s Motion to Compel Payment of Co-Brokerage Commissions Due Under Listing Agreements or, in the Alternative, for Payment of Administrative Claims Relating Thereto [Docket No. 1418; Filed 11/14/22]

    Response Deadline:    11/29/22

    Response(s) Received:

    a) Objection of the Official Committee of Unsecured Creditors to Compass, Inc.'s Motion to Compel Payment of Co-Brokerage Commissions Due Under Listing Agreements or, in the Alternative, for Payment of Administrative Claims Relating Thereto [Docket No. 1606; Filed 12/1/22]

    Related Document(s):

    a) Certification of Service [Docket No. 1479; Filed 11/14/22]

    Status:    This matter will be going forward.

## ADJOURNED MATTERS

3. Notice of Motion to Quash Subpoenas [Docket No. 854; Filed 10/4/22]

    Response Deadline:    10/18/22

    Response(s) Received:

    a) Objection to Motion to Quash or Modify Subpoenas [Docket No. 1038; Filed 10/18/22]

    Related Document(s):

    a) Adjournment Request [Docket No. 1062; Filed 10/21/22]

    b) Adjournment Request [Docket No. 1302; Filed 11/7/22]

    c) Adjournment Request [Docket No. 1571; Filed 11/21/22]

9347344

<u>Status:</u>   This matter is adjourned to 12/20/22 at 10:00 a.m.

Dated: December 2, 2022   **SILLS CUMMIS & GROSS P.C.**

<u>*/s/ S. Jason Teele*</u>
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)
steele@sillscummis.com
dharris@sillscummis.com
gkopacz@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*

3

9347344