**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq. (steele@sillscummis.com)
Daniel J. Harris, Esq. (dharris@sillscummis.com)
Gregory A. Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case No. 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 3, 2023 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS**

1.  Debtors Motion for Entry of an Order (A) Authorizing the Private Sale of the Property Located at 127 N. 23rd Street, Philadelphia, Pennsylvania Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief and (B) Approving Residential Unit Sale Procedures [Docket No. 1708; Filed 12/13/22]

    Response Deadline:          12/27/22

    Response(s) Received:

    a)  City of Philadelphia's Limited Objection to Debtor's Motion for Entry of an Order (A) Authorizing the Private Sale of the Property Located at 127 N. 23rd Street, Philadelphia, Pennsylvania Free and Clear of Liens, Claims, Encumbrances And Interests, and Granting Related

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9391793

Relief and (B) Approving Residential Unit Sale Procedures [Docket No. 1812; Filed 12/27/22]

Related Document(s):

a)  Debtors Supplemental Motion for Entry of an Order Authorizing the Private Sale of the Properties Located at 119 N. 23rd Street and 121 N. 23rd Street, Philadelphia, Pennsylvania Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief [Docket No. 1714; Filed 12/15/22]

b)  Notice of Revised Order Authorizing the Private Sales of the Properties Located at (A) 119 N. 23rd Street and (B) 121 N. 23rd Street, Philadelphia, Pennsylvania, Free and Clear of Liens, Claims, Encumbrances and Interests [Docket No. 1802; Filed 12/22/22]

Status:       This matter will be going forward.


2.    Notice of Revised Orders Regarding Debtors' (A) Employee Wages Motion, and (B) Cash Management Motion [Docket No. 1626; Filed 12/5/22]

Response Deadline:       7/12/22

Response(s) Received:

a)  Committee Statement on Pending Motions [D.I. 142; Filed 07/13/22]

Related Document(s):

a)  Debtors' Motion for Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 9; Filed 6/8/22]

b)  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, And Records [Docket No. 11; Filed 6/8/22]

c)  Interim Order Authorizing, But Not Directing, the Debtors to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Employee Expenses

and Other Employee Compensation Expenses, and Taxes Related Thereto, (B) Honor Certain Employee Benefits, (C) Directing the Debtors' Banks to Honor Checks and Transfers of Prepetition Employee Obligations, and (D) Granting Related Relief [Docket No. 19; Filed 6/9/22]

d)   Interim Order (I) Authorizing the Debtors to Continue and Maintain Their Existing Cash Management System and Bank Accounts; and (II) Continue Using Their Existing Business Forms, Checks, and Records [Docket No. 22; Filed 6/9/22]

e)   Notice of Final Hearing on Debtors' (A) Employee Wages Motion, and (B) Cash Management Motion [Docket No. 1625; Filed 12/5/22]

Status:        This matter will be going forward.

3.   Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 265; Filed 8/8/22]

Response Deadline:        8/23/22 at 4:00 p.m. (ET)

Response(s) Received:

a)   Debtors' Objection to Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 617; Filed 9/20/22]

b)   Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 626; Filed 9/23/22]

c)   Response in Further Support of Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 636; Filed 9/23/22]

d)   Declaration of John Fioretti in Further Support of Debtors' Opposition to Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 1716; Filed 12/16/22]

e)   Second Response in Further Support of Motion of Metropolitan YMCA of the Oranges for an Order Granting Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 1801; Filed 12/22/22]

9391793

Related Document(s):

a)      Adjournment Request [Docket No. 335; Filed 8/19/22]

b)      Adjournment Request [Docket No. 576; Filed 9/7/22]

c)      Order Regarding Metropolitan YMCA of the Oranges' Motion for Relief from the Automatic Stay to Exercise Remedies Under Contract [Docket No. 939; Filed 10/6/22]

Status:          This matter will be decided on the papers.


Dated: December 30, 2023                    **SILLS CUMMIS & GROSS P.C.**

                                            */s/ S. Jason Teele*
                                            S. Jason Teele, Esq.
                                            Daniel J. Harris, Esq.
                                            Gregory A. Kopacz, Esq.
                                            One Riverfront Plaza
                                            Newark, New Jersey 07102
                                            (973) 643-7000 (Telephone)
                                            (973) 643-6500 (Facsimile)
                                            steele@sillscummis.com
                                            dharris@sillscummis.com
                                            gkopacz@sillscummis.com

                                            *Counsel to the Debtors and Debtors-in-Possession*

9391793