|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1],<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |

## NOTICE OF SUBPOENAS FOR RULE 2004 EXAMINATIONS

**PLEASE TAKE NOTICE** that**,** pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 2004-1 and 9016-1(a), the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, intend to serve the following Subpoena, January 20, 2023, or as soon thereafter as service may be effectuated, in the form attached hereto, on:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

| Name | Exhibit |
|---|---|
| Ally Bank | A |
| American Express | B |
| BarclayCard US | C |
| Capital One, N.A. | D |
| Carney Stanton | E |
| Cathay Bank | F |
| City National Bank | G |
| Discover | H |
| Emerald Creek Capital 3, LLC | I |
| Evesham Mortgage, LLC | J |
| Family First Funding, LLC | K |
| First Choice Loan Services, Inc. | L |
| Javier Torres | M |
| Kearny Bank | N |
| Levine Capital Management LLC | O |
| Louis Carl Dobbs (a/k/a Lou Dobbs) | P |
| Madison Realty Capital | Q |
| Madison Trust Company | R |
| Malvern Bank N.A. | S |
| Manasquan Savings Bank | T |
| Maxim Credit Group, LLC | U |
| Media Effective LLC | V |
| Mona Shah | W |
| Mona Shah and Associates Global | X |
| Nathania Lutero | Y |
| NJ Lenders Corp. | Z |
| Pinnacle Mortgage, Inc. | AA |
| Quorum Federal Credit Union | AB |
| Red Seat Ventures, LLC | AC |
| Reed Smith LLP | AD |
| Republic Bank | AE |
| Thomas F. Carney, Jr., Esq. | AF |
| Univest Bank and Trust Co. | AG |
| Visions Federal Credit Union | AH |
| Webull Financial | AI |
| William O'Reilly a/k/a Bill O'Reilly | AJ |
| Wilmington Savings Fund Society FSB | AK |

Dated: January 20, 2023                                          **ICE MILLER LLP**

 */s/ Louis T. DeLucia*
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the Official Committee of Unsecured Creditors*