# **EXHIBIT 1**

# **LIST OF DEBTORS**

9737384

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*[1] | Case 22-14539- (JKS) |
|  | (Jointly Administered) |
| Debtors. |  |

| Debtor | Case Number |
|---|---|
| *National Realty Investment Advisors, LLC* | **22-14539** |
| *NRIA Partners Portfolio Fund I, LLC* | **22-14540** |
| 142 NE 7th Capital LLC | 22-14542 |
| 143 Adagio Investments, LLC | 22-14543 |
| 184 Lincoln Place LP | 22-14545 |
| 1st Avenue Capital 301 LLC | 22-14546 |
| 2031 Lombard Partners LLC | 22-14548 |
| 2044 West First Capital LLC | 22-14550 |
| 3rd Street Capital 200-210 LLC | 22-14551 |
| 3rd Street Capital 203-215 LLC | 22-14553 |
| 51st Street Capital 508, LLC | 22-14555 |
| 52nd Street Capital 511-513, LLC | 22-14556 |
| 7th Street Capital 285 LLC | 22-14558 |
| Adam St Capital 6903 LLC | 22-14560 |
| Adam St Capital 6903 Manager, LLC | 22-14561 |
| Adam St Capital 6903 Member, LLC | 22-14563 |
| Baltic Street Capital 640 LLC | 22-14565 |
| Bergen St Capital 1070 LLC | 22-14566 |
| Bergenline Capital 4901 LLC | 22-14568 |
| Berkeley Place Capital 227 LLC | 22-14570 |
| Bond Way Capital 915 LLC | 22-14572 |
| Briny Capital 305 LLC | 22-14574 |
| Carroll Street Capital 160 LLC | 22-14576 |
| Cherry Street Capital 113-27 LLC | 22-14577 |
| Culver Urban Renewal Redevelopment I, LLC | 22-14579 |
| Culver Urban Renewal Redevelopment II, LLC | 22-14581 |
| DeGraw St. Capital 377 LLC | 22-14541 |
| Delray Capital 1 LLC | 22-14544 |
| Delray Capital 1B LLC | 22-14547 |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

9607985

| Debtor | Case Number |
|---|---|
| Denery Lane Capital 837 LLC | 22-14549 |
| Denery Lane Capital 843 LLC | 22-14552 |
| Denery Lane Capital 843 Manager LLC | 22-14554 |
| Elden Drive Capital 1 LLC | 22-14557 |
| Federal Highway Capital 318 B LLC | 22-14559 |
| Federal Highway Capital 318 LLC | 22-14562 |
| FTM Partners Portfolio Hotel Retail LLC | 22-14564 |
| FTM Partners Portfolio Marina LLC | 22-14567 |
| FTM Partners Portfolio Restaurant LLC | 22-14569 |
| Gulf Stream Views II, LLC | 22-14573 |
| Gulf Stream Views, LLC | 22-14575 |
| Guttenberg Capital 416-22 69th St. LLC | 22-14578 |
| Guttenberg Capital 6269 LLC | 22-14580 |
| Hanover Road Capital 2 LLC | 22-14582 |
| Henry Street Capital 506, LLC | 22-14583 |
| Kenwood Rd. Capital 8 LLC | 22-14584 |
| Landnet LLC | 22-14586 |
| Lender Prime 1, LLC | 22-14585 |
| Luquer Street Capital 140 LLC | 22-14587 |
| Madison Street Capital 931, LLC | 22-14588 |
| Main St. Capital 360 LLC | 22-14590 |
| Main St. Capital 360 Manager LLC | 22-14592 |
| Main St. Capital 360 Member LLC | 22-14594 |
| Manhattan Avenue Capital 1300 LLC | 22-14596 |
| N. Ocean Capital 2929 B LLC | 22-14597 |
| N. Ocean Capital 344 LLC | 22-14599 |
| N. Ocean Capital 3565 B LLC | 22-14601 |
| N. Ocean Capital 707 B LLC | 22-14603 |
| N. Ocean Capital 707 LLC | 22-14605 |
| Newark Street Capital 511-521 LLC | 22-14607 |
| NJ Manager 1300, LLC | 22-14609 |
| North Bergen Capital 8709 LLC | 22-14610 |
| NRIA 140 Luquer Manager LLC | 22-14612 |
| NRIA 1st Avenue 301 Manager LLC | 22-14614 |
| NRIA 2031 Lombard Manager LLC | 22-14616 |
| NRIA 2044 West First Capital Manager LLC | 22-14618 |
| NRIA 2044 West First Capital Member LLC | 22-14589 |
| NRIA 227 Berkeley Manager LLC | 22-14591 |
| NRIA 279 Sackett Manager LLC | 22-14593 |
| NRIA 3rd Street Capital 200-210 Manager LLC | 22-14595 |
| NRIA 3rd Street Capital 200-210 Member LLC | 22-14598 |
| NRIA 3rd Street Capital 203-215 Manager LLC | 22-14600 |
| NRIA 3rd Street Capital 203-215 Member LLC | 22-14602 |
| NRIA 423 Third Manager LLC | 22-14604 |

9607985

| Debtor | Case Number |
|---|---|
| NRIA 434 Union Manager LLC | 22-14606 |
| NRIA 494 Seventh Manager LLC | 22-14608 |
| NRIA 51st Street 508 Member LLC | 22-14611 |
| NRIA 51st Street Manager 508, LLC | 22-14613 |
| NRIA 52nd Street 511-513 Member LLC | 22-14615 |
| NRIA 7th Street Capital Manager LLC | 22-14617 |
| NRIA Bergenline 4901 Manager LLC | 22-14619 |
| NRIA Bond Way Capital Manager LLC | 22-14620 |
| NRIA Briny Capital 305 Manager LLC | 22-14623 |
| NRIA Briny Capital 305 Member LLC | 22-14625 |
| NRIA Brooklyn I LLC | 22-14627 |
| NRIA Brooklyn II LLC | 22-14629 |
| NRIA Cherry Street 113-27 Manager LLC | 22-14621 |
| NRIA Delray 1 Manager LLC | 22-14622 |
| NRIA Denery Lane Capital 837 Manager LLC | 22-14624 |
| NRIA EB5 1300 Manhattan Fund LLC | 22-14626 |
| NRIA EB5 4901 Bergenline Fund LLC | 22-14628 |
| NRIA Elden Drive 1 Manager LLC | 22-14630 |
| NRIA Exchange LLC | 22-14631 |
| NRIA Federal Highway 318 Manager LLC | 22-14632 |
| NRIA FL Manager LLC | 22-14633 |
| NRIA Gulf Stream Views Manager LLC | 22-14635 |
| NRIA Guttenberg Capital 416-22 69th St Manager LLC | 22-14637 |
| NRIA Guttenberg Capital 416-22 St. Member LLC | 22-14639 |
| NRIA Guttenberg Capital 6269 JV Manager LLC | 22-14641 |
| NRIA Guttenberg Capital 6269 Manager LLC | 22-14643 |
| NRIA Hanover Road Manager LLC | 22-14645 |
| NRIA Henry Street 506 Manager, LLC | 22-14646 |
| NRIA II | 22-14648 |
| NRIA Kenwood Rd. 8 Manager LLC | 22-14650 |
| NRIA Madison Street Capital 931 Member LLC | 22-14651 |
| NRIA Manhattan Avenue 1300 Member LLC | 22-14653 |
| NRIA N. Ocean 2929 Manager LLC | 22-14655 |
| NRIA N. Ocean 344 Manager LLC | 22-14634 |
| NRIA N. Ocean 3565 Manager LLC | 22-14636 |
| NRIA N. Ocean 707 Manager LLC | 22-14638 |
| NRIA NE 7th Manager LLC | 22-14640 |
| NRIA Newark Street Capital 511 Member LLC | 22-14642 |
| NRIA Newark Street Capital 511-521 Manager LLC | 22-14644 |
| NRIA NJ Manager 511, LLC | 22-14647 |
| NRIA NJ Manager 8709 LLC | 22-14649 |
| NRIA NJ Manager 931 LLC | 22-14652 |
| NRIA North Bergen 8709 Member, LLC | 22-14654 |
| NRIA Old River Road Capital 460-510 Manager LLC | 22-14656 |

| Debtor | Case Number |
| --- | --- |
| NRIA Old River Road Capital 460-510 Member LLC | 22-14657 |
| NRIA Old Woods Road Manager LLC | 22-14658 |
| NRIA South Christopher Columbus 1499 Manager LLC | 22-14659 |
| NRIA Structured Credit Strategies LLC | 22-14660 |
| NRIA Wright by the Sea 1901 Member, LLC | 22-14661 |
| Old River Road Capital 460-510 LLC | 22-14662 |
| Old Woods Road Capital 36 LLC | 22-14663 |
| Sackett Street Capital 279 LLC | 22-14664 |
| Seventh Street Capital 494 LLC | 22-14665 |
| South Christopher Columbus Capital 1499 LLC | 22-14667 |
| Summit Street Capital 143 LLC | 22-14668 |
| Third Street Capital 423 LLC | 22-14669 |
| Union Street Capital 434 LLC | 22-14670 |
| Web Marketing Associates, LLC | 22-14671 |
| Wright by the Sea 1901 LLC | 22-14672 |

9607985