# **EXHIBIT 2**

# **SCHEDULE OF EXCLUDED PARTIES**

9737384

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 1 | 130 S. Front St, LP |
| 2 | 143 Adagio Investments, LLC |
| 3 | 1625 South Ocean, LLC |
| 4 | 305 Briny Ave, LLC |
| 5 | 44 Capital Management Corp |
| 6 | 44 Ventures I LLC |
| 7 | 724 Group Investments LLC |
| 8 | 900 Block N 5th Street, LP |
| 9 | 900 East Investments LLC |
| 10 | A.J. Sales & Marketing Incorporated |
| 11 | Ably Soft Private Limited |
| 12 | Abraham, Ashish C. |
| 13 | Acuna, Ricardo |
| 14 | Adagio Funding Ltd. |
| 15 | Ahuja, Amit |
| 16 | Akina Financial |
| 17 | Akina Financial and Consulting LLC |
| 18 | Akron Capital, LLC |
| 19 | Amarilla, Jesenia |
| 20 | Amato & Associates CPAS Inc |
| 21 | Amato, Josephine |
| 22 | Amato, Paul |
| 23 | AMI Realty Associates LLC |
| 24 | Amoroso, Michael |
| 25 | Analytical Closing Solution, LLC |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 26 | **Anand, Deepit** |
| 27 | **Anand, Kulraaj** |
| 28 | **Anandani, Manish** |
| 29 | **Anika Equities** |
| 30 | **Apex Investments LLC** |
| 31 | **Armenta, Eduardo** |
| 32 | **Aron, Rick** |
| 33 | **Arya, Vivek** |
| 34 | **Ashcraft, Jhamani** |
| 35 | **Assetwise Solutions Inc.** |
| 36 | **ATTP Holding LLC** |
| 37 | **Avula, Venu Madaav R.** |
| 38 | **Banyan Grove Realty LLC** |
| 39 | **Barish, Erin** |
| 40 | **Barnawi, Usman** |
| 41 | **Barry Shochat Revocable Trust** |
| 42 | **Bassila, Jean-Claude** |
| 43 | **Bcartozian Business Development, LLC** |
| 44 | **BeeGee Capital LLC** |
| 45 | **Bell, Mark** |
| 46 | **Bhandarkar, Gopal** |
| 47 | **Bhatia, Kishor** |
| 48 | **Bhatia, Kishor & Painuly, Priyanka** |
| 49 | **Bhogi, Hari** |
| 50 | **Bhoraniya, Chandu** |

**Exhibit 2 - Schedule of Excluded Parties**

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 51 | Big Eye Marketing LLC |
| 52 | BL Realty LLC |
| 53 | BNP Capital Fund LLC |
| 54 | BNP Holdings LLC |
| 55 | Bohorquez, Steffy |
| 56 | BQO.LEO.JHO LLC |
| 57 | Braverman, Amy |
| 58 | Brooklyn Property Ventures, LLC |
| 59 | Budinska, Olena |
| 60 | CAMA SELF DIRECTED IRA |
| 61 | Campell, Ed |
| 62 | Canale, Paolo |
| 63 | Cangialosi, James |
| 64 | Cao, Simon |
| 65 | Caparo Insurance |
| 66 | Carli, Donna Marie |
| 67 | Carney Stanton LP |
| 68 | Carney, Jr., Thomas F. |
| 69 | Carney, Peter H. |
| 70 | Cartozian, Byron |
| 71 | Castle Rock Capacity, LLC |
| 72 | Cauley, Charmaine |
| 73 | CB Services LLC |
| 74 | Cetrulo, Jaclyn |
| 75 | Cetrulo, Sarah |

### Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 76 | Cetrulo, Tiffany |
| 77 | CFA Assurance Services, LLC |
| 78 | CFA Review Services, LLC |
| 79 | CFA Tax Services, LLC |
| 80 | Chandra, Prenita Tanvi |
| 81 | Cipolla & Co., LLC |
| 82 | Cipolla Financial Advisors, LLC |
| 83 | Cipolla, Joseph |
| 84 | Clark, Scott |
| 85 | Clermont, Francia |
| 86 | Cobarrubias, Jose |
| 87 | Cohen, Scott & Meredith |
| 88 | Collins, John |
| 89 | Columbia, Immacolata |
| 90 | Confidential Brands, LLC |
| 91 | Cossaboon, Sam |
| 92 | Cruger, Christopher |
| 93 | Crystal Title & Escrow Co., Inc. |
| 94 | Cutrafello, Dawn |
| 95 | Damiao, Mario |
| 96 | David Dhillon Strategies, LLC |
| 97 | Davis, Na Jiah |
| 98 | Dee Anand, LLC |
| 99 | DePrima, Charles |
| 100 | Desai, Narendra |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 101 | Design Help Group |
| 102 | Dharia, Sumit |
| 103 | Dhillon, David |
| 104 | Dilaurenzo, Richard |
| 105 | Disla, Jose |
| 106 | District Trust LLC |
| 107 | Dixon, NG |
| 108 | DKSJR Investments LLC |
| 109 | DMR Construction Services, Inc |
| 110 | Donoghue, Patrick |
| 111 | Double Your Volume, LLC |
| 112 | DR Property Ventures, LLC |
| 113 | DRM Partners, Inc. |
| 114 | Drummond, Alton |
| 115 | Duffe, James |
| 116 | Dunay, Miskel & Backman, LLP |
| 117 | Dvores, Lawrence |
| 118 | East Coast Property Ventures, LLC a/k/a ECPV, LLC |
| 119 | Echevarria Industries, Inc. |
| 120 | Echevarria, Mario |
| 121 | Epic Insurance Brokers |
| 122 | Ethics First LLC |
| 123 | F. Benvenuto Gabriades |
| 124 | Face Time Pictures, LLC |
| 125 | Fakury, Elias |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 126 | Fallas, Alan |
| 127 | Fallas, Isaac |
| 128 | Fallas, Moses |
| 129 | Farina, Catherine |
| 130 | Farina, John |
| 131 | Farina, Luigi |
| 132 | Farina, Luigi & Catherine |
| 133 | FatBit Technologies Inc. |
| 134 | FFA 42921 LLC |
| 135 | Fick, Gary |
| 136 | Finn, Roman |
| 137 | Forte, Michael |
| 138 | Fortuna Funding LLC |
| 139 | Fox, Jordan |
| 140 | Fox, Marion |
| 141 | Front Street Investments LP |
| 142 | Furiel, Kristine |
| 143 | Gabor & Marotta LLC |
| 144 | Gaglani, Amit |
| 145 | Garnnier, Chrisne |
| 146 | Gelb, Michael |
| 147 | Gogineni, Gopichand |
| 148 | Golaszewski, Patryk |
| 149 | Golden Talents, LLC |
| 150 | Gottesfeld, Stephen |

### Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 151 | Grabato, Rey |
| 152 | Gramuglia, Anthony |
| 153 | Grande Classe Development LLC a/k/a Grande Classe, LLC |
| 154 | Great Eastern Holdings LP |
| 155 | Growmore Capital LLC |
| 156 | Guo/Zhang, Yifeng/Min |
| 157 | Gupta, Permanand |
| 158 | H&L Marketing Services, LLC |
| 159 | Hapshy, Christy |
| 160 | Hapshy, Mina |
| 161 | Harrington, Brian |
| 162 | Harrington, Jack R. |
| 163 | Hicks, David |
| 164 | High Point Services, LLC |
| 165 | Hoboken Private Ltd. |
| 166 | Imagen K2 LLC |
| 167 | Immobiliare Capital Funding LLC |
| 168 | Integrated Data Solutions, LLC |
| 169 | IntelliRooster, LLC |
| 170 | Jabe Investments, LLC |
| 171 | Jain, Sharad |
| 172 | Jain, Swati |
| 173 | JAMATO LLC |
| 174 | JAMS Services, LLC |
| 175 | Janus Financial Services, Inc |

### Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 176 | Javi, Sanjeev |
| 177 | JD Realty Holdings, LLC |
| 178 | Jia Hang Zhang |
| 179 | Jianping Cai & YiYi Du |
| 180 | Joseph, Ben |
| 181 | Joseph, Ben & Sujata B. |
| 182 | Joyce Kilmer LLC |
| 183 | Kash Resources LLC |
| 184 | Keefe, Preston |
| 185 | Kennedy, James |
| 186 | Khatiwala, Sid & Raghunath, Nikhil |
| 187 | King, Catherine |
| 188 | Kirpalani, Anmol |
| 189 | Klink, David C. |
| 190 | Klink, David C. and Edith |
| 191 | Knowhow Industry Strategies |
| 192 | Knowhow Industry Strategies, Inc. |
| 193 | Korczak, Mark |
| 194 | KREAH HCM Services Pvt. Ltd |
| 195 | Kruglyak, Lenny |
| 196 | Kruk, Joseph |
| 197 | Kuntesh Rana |
| 198 | Kyle, Stafirny |
| 199 | La Mattina, Glenn |
| 200 | Lalkiya, Jaysukh |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 201 | Land Net LLC |
| 202 | Lau, Kay |
| 203 | Leishman, Gregory |
| 204 | Lena Star LLC |
| 205 | Lerner, Robert |
| 206 | Levine Capital Aggregation Fund I LLC |
| 207 | Levine Capital Management, LLC |
| 208 | Levine S.D. Funding, LLC |
| 209 | Levine, Adam |
| 210 | Levine, Stephen |
| 211 | Levine, Stew |
| 212 | LiCalsi, Dennis |
| 213 | Lin, David |
| 214 | Lincoln Equity Inc. LLC |
| 215 | Link N' Log LLC |
| 216 | Lipton, John |
| 217 | Lively, Jesse |
| 218 | LLKNJ LLC |
| 219 | LMSD Associates, LD |
| 220 | Lombard, Jordan |
| 221 | Lu, Yingchun (Lin Fei) |
| 222 | Lubore, Jeffrey |
| 223 | Lucas, Andrew |
| 224 | Lucca Enterprises, LLC |
| 225 | Lucca, Joseph |

### Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| #   | Party Name                  |
|-----|-----------------------------|
| 226 | Lucca, Zachary              |
| 227 | Lutero, Grace               |
| 228 | Lutero, Nathania            |
| 229 | Lutero, Nichole             |
| 230 | Lux Property Group, LLC     |
| 231 | Luz Ruta, LLC               |
| 232 | Ma, Junning                 |
| 233 | Mahalla, Jetesa             |
| 234 | Makower, Bryan              |
| 235 | Maldonado, Jose             |
| 236 | Malhotra, Vijay             |
| 237 | Malone, Joseph              |
| 238 | Marion Fox Living Trust     |
| 239 | Markowitz, Arnold           |
| 240 | Maryco Communications, LLC  |
| 241 | Mastriano, Joseph           |
| 242 | Mather, Scott               |
| 243 | Matsas, Ben-Gurion          |
| 244 | Matsas, Steven              |
| 245 | Matthew, Jay                |
| 246 | Maxwell, Ryan               |
| 247 | McCarroll, James            |
| 248 | McCloskey, Thomas           |
| 249 | McFillin, Phillip           |
| 250 | McGrail, Bryan              |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 251 | McGrath, Michael |
| 252 | MCJA, LLC |
| 253 | McMillan, Shanae |
| 254 | Media Effective, LLC |
| 255 | Meola, Gina |
| 256 | Metro Construction Developers Inc. |
| 257 | Mins, Stephen |
| 258 | Molos, Kenneth |
| 259 | Mona Shah & Associates, PLLC |
| 260 | Monica, Michael |
| 261 | Moran, Anna |
| 262 | Morris Private Development Group, LLC |
| 263 | Musti, Subrahmanyam |
| 264 | Nepa, Ottavio |
| 265 | Network Digital Office Systems, Inc. |
| 266 | New Rez Property Management, LLC |
| 267 | Norvergence Foundation, Inc. |
| 268 | Norvergence, LLC |
| 269 | NRIA Capital Partners Inc. |
| 270 | NSS Consulting LLC |
| 271 | NYC Property Ventures, LLC |
| 272 | NYC Transportation Regional Center LLC |
| 273 | Ober, John |
| 274 | O'Brien, Daniel Coley |
| 275 | O'Brien, Jack |

**Exhibit 2 - Schedule of Excluded Parties**

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 276 | Occhiogrosso, Joseph |
| 277 | O'Grady, Daniel |
| 278 | Oh, Susanna |
| 279 | Olena Budinska, LLC |
| 280 | OLHV Realty LLC |
| 281 | Osborne, Matthew |
| 282 | Oyediran, Olurotin |
| 283 | Pacaigue, Bernadette |
| 284 | Painuly, Priyanka |
| 285 | Pandya, Raj |
| 286 | Pantina, Frank |
| 287 | Patel, Atul |
| 288 | Patel, Biren |
| 289 | Patel, Jitenda |
| 290 | Patel, Raj |
| 291 | Patnaik, Animesh |
| 292 | PDCL, LLC |
| 293 | Pelican Investment Group LLC |
| 294 | Peters, Donna |
| 295 | Petruic, Natalie |
| 296 | Pham, Paul |
| 297 | Philly Funding LLC |
| 298 | Polizzi, Philip |
| 299 | Pomper, Stuart |
| 300 | Prakas & Co. |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 301 | Prakas, Athan "Tom" |
| 302 | Premier Access Property Management, Inc. |
| 303 | Prestandrea, Anthony |
| 304 | Pride, Broderick |
| 305 | Qiu, Xiaoguang Edward |
| 306 | Rabinovitz, Eve |
| 307 | Radici, Richard and Elena |
| 308 | Ramesh, Nirmala |
| 309 | Ramieri, Joseph |
| 310 | Realty Holding Trust 3314 |
| 311 | Red Seat Ventures, LLC |
| 312 | Reddy, Sridath |
| 313 | Reed Smith LLP |
| 314 | Referral Marketing, LLC |
| 315 | Reina, Juan |
| 316 | Renascent Enterprises, Inc. |
| 317 | Rey Grabato, LLC |
| 318 | RG Valencia LLC |
| 319 | Richard Radici |
| 320 | Ringer, Adam |
| 321 | Robert, Frederick |
| 322 | Rosenberg, Jeff |
| 323 | Rosenberg, Julianna |
| 324 | RTA CPA Inc |
| 325 | Ruffino, Jean |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 326 | **Ruffino, Raymond** |
| 327 | **Sackrebleu Manager, LLC** |
| 328 | **Sackrebleu, LLC** |
| 329 | **Sacus, Blasé** |
| 330 | **Sadagopan, Venkatesh** |
| 331 | **Sage Titans** |
| 332 | **Salzano, Bethany** |
| 333 | **Salzano, Dustin** |
| 334 | **Salzano, Peter** |
| 335 | **Salzano, Thomas N.** |
| 336 | **Samul, Jamie** |
| 337 | **Sapphire Property Ventures, LLC** |
| 338 | **SAV Consulting LLC** |
| 339 | **SAV, Incorporated** |
| 340 | **Schaffer, Grace** |
| 341 | **Scuttaro, Anthony** |
| 342 | **Scuttaro, Arthur R.** |
| 343 | **Scuttaro, Arthur S.** |
| 344 | **Scuttaro, Stephen** |
| 345 | **Scuttaro, Vincent** |
| 346 | **SEAGLASS CAP., LLC** |
| 347 | **Sems, Richard** |
| 348 | **Shafer, Chas** |
| 349 | **Shah, Akik** |
| 350 | **Shah, Dharmesh** |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 351 | Shah, Mona |
| 352 | Shah, Prashant |
| 353 | Sharma, Manisha |
| 354 | Shenoy, Juthika |
| 355 | Sheth, Haresh |
| 356 | Sheth, Vaishali |
| 357 | Shovel Ready Investments, LLC |
| 358 | Shovel Ready Projects, LLC |
| 359 | Siwal, JKS |
| 360 | Skyline Developments LP |
| 361 | Spada, Andrew |
| 362 | Spaldo, Frank |
| 363 | Sra, Kanwal |
| 364 | Sra, Kanwalden & Avneet |
| 365 | SRHD, LLC |
| 366 | SSAPT 2020 LLC |
| 367 | Stabile, Richard |
| 368 | Stark Jr, David |
| 369 | Stefanici, Rosa |
| 370 | Steyz, Shannen |
| 371 | SUJSUN LLC |
| 372 | Summer Ave Trust |
| 373 | Sunrise Realty 2015 Investment LLC |
| 374 | Swikworks, LLC |
| 375 | System One Financial Services, LLC |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 376 | T. Nicholas Salzano, LLC |
| 377 | T3X Consulting, LLC |
| 378 | Tab Financial Group LLC |
| 379 | Taylor, Caroline |
| 380 | Techosquare Solutions |
| 381 | Teterin Management LLC |
| 382 | Thomas Nicholas Salzano, LLC |
| 383 | Thomas, Maria |
| 384 | Thorne, Beverly |
| 385 | Tinari, Frank |
| 386 | TKS Group LLC |
| 387 | Torres, Javier |
| 388 | Turner & Brody LLC |
| 389 | Turner, Frederick & Kristine |
| 390 | Turner, Ivel |
| 391 | U.S. Construction, Inc. |
| 392 | Umriakov, Oleh |
| 393 | US Development |
| 394 | Valencia, Robert |
| 395 | Valley Consulting and Financial LLC |
| 396 | Van Duyne, Bruyne & Co., P.A. |
| 397 | Van Netta, William Duke |
| 398 | VanHoorn, Frank |
| 399 | Vasquez, Xavier |
| 400 | Velocity TX, LLC |

## Exhibit 2 - Schedule of Excluded Parties

References to individuals shall be deemed to include any Affiliates and/or Persons or Entities under their control, including any trusts under which such individuals are a beneficial interest holder.

| # | Party Name |
|---|---|
| 401 | Venkatesh, Harsha |
| 402 | Ventola, Michael |
| 403 | Venu Avula |
| 404 | Vestcore Property Management, LLC |
| 405 | Villalobos, Veronica |
| 406 | Vision Capital Consulting LLC |
| 407 | Wagman, Marc |
| 408 | Web Marketing Associates, LLC |
| 409 | Weinberg, Jeffrey |
| 410 | Weingold Law PLLC |
| 411 | Weiss, Max |
| 412 | Wellerstein, Elisha |
| 413 | Wigo, Charles |
| 414 | Wiklinski, Stanley |
| 415 | Wipfli LLP |
| 416 | Wolinsky, Steven |
| 417 | World Vision Capital LLC |
| 418 | X-On Advisors, LLC |
| 419 | Zia, Muhammad |
| 420 | Zito, Marie |