| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to the AIRN Liquidation Trust* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No:  22-14539-JKS<br><br>(Jointly Administered) |

### NOTICE OF SUBPOENAS FOR RULE 2004 EXAMINATIONS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 2004-1 and 9016-1(a), the AIRN Liquidation Trust (the "**Liquidation Trust**") established under the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Docket No. 3256] and the order confirming same [Docket No. 3599] in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through AIRN Liquidation Trust Co., LLC as the Liquidation Trustee and its undersigned counsel, intend to serve the following subpoenas, in the form

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

attached hereto, on September 8, 2023, or as soon thereafter as service may be effectuated, on the following:

| Name | Exhibit |
|---|---|
| Capital One Bank, N.A. | A |
| City National Bank | B |
| Republic Bank | C |
| TD Bank | D |
| Bank of America | E |

Dated:  September 8, 2023                                        **ICE MILLER LLP**

                                                                */s/ Louis T. DeLucia*
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the AIRN Liquidation Trust*