|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>OFFIT KURMAN, P.A.<br>Thomas W. Halm, Jr., Esq.<br>Court Plaza South<br>21 Main Street, Suite 158<br>Hackensack, New Jersey 07601<br>732-218-1774<br>thomas.halm@offitkurman.com<br>Attorneys for Toorak Capital Partners, LLC | |
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Case No.: 22-14539<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 1/30/2024<br>Judge: JKS |

## ADJOURNMENT REQUEST

1. I, __Thomas W. Halm, Jr., Esq.__,

    ☒ am the attorney for: __Toorak Capital Partners, LLC__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Compel Production of Documents and Confirm Extension (Doc #3859)

    Current hearing date and time: January 30, 2024 at 10:00 a.m.

    New date requested: February 13, 2024 at 10:00 a.m.

    Reason for adjournment request: ongoing settlement discussions
    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/26/2024

Thomas W. Halm, Jr., Esq.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: February 13, 2024 @ 10          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____   ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*