| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust* |

| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>                                  Debtors. | Chapter 11<br><br>Case No:  22-14539-JKS |
|---|---|

## NOTICE OF SUBPOENA FOR RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 2004-1 and 9016-1(a), the AIRN Liquidation Trust (the "**Liquidation Trust**") established under the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Docket No. 3256] and the order confirming same [Docket No. 3599] in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through AIRN Liquidation Trust Co., LLC as the Liquidation Trustee and its undersigned counsel, intend to serve the following subpoena, in the form attached hereto, on March 14, 2024, or as soon thereafter as service may be effectuated, on the following:

| Name | Exhibit |
|---|---|
| Patryk Golaszewski | A |

Dated:  March 14, 2024　　　　　　　　　**ICE MILLER LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Louis T. DeLucia*
　　　　　　　　　　　　　　　　　　　Louis. T. DeLucia, Esq.
　　　　　　　　　　　　　　　　　　　Alyson M. Fiedler, Esq.
　　　　　　　　　　　　　　　　　　　1500 Broadway
　　　　　　　　　　　　　　　　　　　Suite 2900
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Phone: 212-835-6312
　　　　　　　　　　　　　　　　　　　louis.delucia@icemiller.com
　　　　　　　　　　　　　　　　　　　alyson.fiedler@icemiller.com

　　　　　　　　　　　　　　　　　　　*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust*