UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ICE MILLER LLP
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312

Counsel to AIRN Liquidation Trust Co., LLC
in its capacity as Liquidation Trustee of
the AIRN Liquidation Trust

| | |
|---|---|
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC | Case No.: _22-14539-JKS_<br><br>Adv. Pro. No.: _____<br><br>Chapter: _____11_____<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: _07/30/2024_<br><br>Judge: _Sherwood_ |

## ADJOURNMENT REQUEST

1.    I, _____Louis T. DeLucia_____,

☒ am the attorney for: _____AIRN Liquidation Trust Co., LLC_____,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Motion re: Classification of Class 6 JVA Claims [Dkt. No. 3976]

Current hearing date and time: August 13, 2024, at 10:00 a.m.

New date requested: August 27, 2024, at 10:00 a.m.

Reason for adjournment request: The parties are discussing resolution of the motion.

_____

2.    Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: ___08/05/2024_____          ___/s/ Louis T. DeLucia_____
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: __August 27,2024 @ 10:00__     ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____     ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*