# UNITED STATES BANKRUPTCY COURT

REGION 3  DISTRICT OF  NEW JERSEY

In re: National Realty Investment Advisors, LLC   §   Case No. 22-14539
§
§   Lead Case No. 22-14539
§
Debtor(s)   §   ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2024      Petition Date: 06/07/2022

Plan Confirmed Date: 08/10/2023      Plan Effective Date: 08/25/2023

This Post-confirmation Report relates to:  ○ Reorganized Debtor

◉ Other Authorized Party or Entity: AIRN Liquidation Trust

Name of Authorized Party or Entity

/s/ Louis T. DeLucia                                    Louis T. DeLucia
Signature of Responsible Party                          Printed Name of Responsible Party

01/21/2025
Date

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name National Realty Investment Advisors, LLC                           Case No. 22-14539

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $45,326,346 | $116,567,171 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $45,326,346 | $116,567,171 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $25,911,905 | $0 | $25,911,905 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Sills Cummis & Gross P.C. | Lead Counsel | $0 | $7,635,345 | $0 | $7,635,345 |
| | ii | Riker Danzig LLP | Other | $0 | $818,595 | $0 | $818,595 |
| | iii | Pashman Stein Walder Hayden, | Other | $0 | $785,416 | $0 | $785,416 |
| | iv | Eisner Advisory Group LLC | Financial Professional | $0 | $1,501,350 | $0 | $1,501,350 |
| | v | Ice Miller LLP | Lead Counsel | $0 | $5,860,802 | $0 | $5,860,802 |
| | vi | Alvarez & Marsal North Ameri | Other | $0 | $8,615,336 | $0 | $8,615,336 |
| | vii | Richard W. Barry Consulting Se | Other | $0 | $452,077 | $0 | $452,077 |
| | viii | Kurtzman Steady, LLC | Other | $0 | $7,404 | $0 | $7,404 |
| | ix | Diana G. Adams | Other | $0 | $61,545 | $0 | $61,545 |
| | x | Omni Agent Solutions | Other | $0 | $174,036 | $0 | $174,036 |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name National Realty Investment Advisors, LLC    Case No. 22-14539

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | National Realty Investment Advisors, LLC | Case No. | 22-14539 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $899,353 | $0 | $898,353 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | ARONSOHN WEINER SALER | Other | $0 | $10,000 | $0 | $10,000 |
| | ii | Arterial LLC | Other | $0 | $31,050 | $0 | $31,050 |
| | iii | Boyd Consulting | Other | $0 | $10,100 | $0 | $10,100 |
| | iv | BOYLE, LEONARD & ANDE | Other | $0 | $19,673 | $0 | $19,673 |
| | v | Caesar Rivise | Other | $0 | $2,077 | $0 | $2,077 |
| | vi | Costa Engineering Corporation | Other | $0 | $60,183 | $0 | $60,183 |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name National Realty Investment Advisors, LLC    Case No. 22-14539

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Dunay, Miskel and Backman, L | Local Counsel | | $0 | $166,215 | $0 | $166,215 |
| viii | Flynn Engineering Services, P.A | Other | | $0 | $21,659 | $0 | $21,659 |
| ix | Gabor & Marotta LLC | Local Counsel | | $0 | $14,310 | $0 | $14,310 |
| x | John McDonough Associates, L | Other | | $0 | $2,000 | $0 | $2,000 |
| xi | Jose Carballo Architectural Gro | Other | | $0 | $80,327 | $0 | $80,327 |
| xii | JZN Engineering, PC. | Other | | $0 | $63,245 | $0 | $63,245 |
| xiii | Klaracon, LLC | Other | | $0 | $32,136 | $0 | $32,136 |
| xiv | Klehr Harrison Harvey Branzbu | Local Counsel | | $0 | $50,264 | $0 | $50,264 |
| xv | Land & Building Realty & Con | Other | | $0 | $17,159 | $0 | $17,159 |
| xvi | Lochrie & Chakas P.A. | Other | | $0 | $43,153 | $0 | $42,153 |
| xvii | Michael Graves & Associates, I | Other | | $0 | $170,166 | $0 | $170,166 |
| xviii | Prime & Tuvel | Local Counsel | | $0 | $2,699 | $0 | $2,699 |
| xix | Strayhorn & Persons, PL | Other | | $0 | $82,475 | $0 | $82,475 |
| xx | Weiner Law Group, LLP | Local Counsel | | $0 | $20,462 | $0 | $20,462 |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxvii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

| Debtor's Name | National Realty Investment Advisors, LLC | | | | Case No. | 22-14539 |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name National Realty Investment Advisors, LLC    Case No. 22-14539

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $26,810,257 | $0 | $26,810,257 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $9,000,000 | $0 | $4,918,316 | $4,918,316 | 100% |
| b. Secured claims | $36,000,000 | $6,540,566 | $39,265,956 | $39,265,956 | 100% |
| c. Priority claims | $1,000,000 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $12,000,000 | $0 | $2,397,000 | $2,397,000 | 100% |
| e. Equity interests | $0 | $29,359,726 | $29,359,726 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    08/25/2033

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

UST Form 11-PCR (12/01/2021)

7

| Debtor's Name National Realty Investment Advisors, LLC | Case No. 22-14539 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Matthew Ward
Signature of Responsible Party

Trust Representative
Title

Matthew Ward
Printed Name of Responsible Party

01/21/2025
Date

UST Form 11-PCR (12/01/2021)                                8

Debtor's Name National Realty Investment Advisors, LLC                                                Case No.  22-14539


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                        9

Debtor's Name National Realty Investment Advisors, LLC                                        Case No. 22-14539



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

The claims reconciliation process is still ongoing and the "Allowed Claims" and "Total Anticipated Payments Under Plan" for each category reflect preliminary estimates that are subject to change. As a result, the total amounts of payments anticipated with respect to "Equity Interest" may vary and has been intentionally left blank for purposes of filing this Post-Confirmation Report.