| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>OKIN HOLLANDER LLC<br>Glenpointe Centre West, 2nd Floor<br>500 Frank W. Burr Blvd.<br>Teaneck, New Jersey 07666<br>T: 201-947-7500<br>F: 201-947-2663<br>Paul S. Hollander, Esq.<br>Margreta M. Morgulas, Esq.<br><br>Counsel to AIRN Liquidation Trust Advisory Board | |
| In Re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Case No.: 22-14539-JKS<br><br>Adv. Pro. No.: _____<br><br>Chapter: 11<br><br>Subchapter V:  ❏ Yes  ☒ No<br><br>Hearing Date: August 5, 2025<br><br>Judge: Sherwood |

## ADJOURNMENT REQUEST

1. I, __Margreta M. Morgulas__,

   ☒ am the attorney for: __AIRN Liquidation Trust Advisory Board__,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Continued hearing as per Order, dated June 17, 2025 [ECF Dkt. No. 4175]

   Current hearing date and time: August 5, 2025 at 10:00 a.m.

   New date requested: August 11, 2025 at 10:00 a.m.

   Reason for adjournment request: scheduling conflict
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ❏ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 30 July 2025

/s/ Margreta M. Morgulas
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 8/12/2025 @ 10:00 AM    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*