

Okin Hollander LLC

Glenpointe Centre West, 2nd Floor

500 Frank W. Burr Boulevard, Suite 40

Teaneck, NJ 07666

T 201 947 7500

F 201 947 2663

Margreta M. Morgulas, Esq.

mmorgulas@okinhollander.com

April 9, 2026

**Via ECF**

Chambers of the Honorable John K. Sherwood,
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
3rd Floor
Newark, New Jersey 07102

> **Re:**   ***In re National Realty Investment Advisors, LLC, et al.,*** **Case No. 22-14539 (JKS): Advisory Board's Proposed Resolution of Compensation Motion As to the Wind-Down CEO; Wind-Down CEO's Counterproposal  [Re ECF Dkt. No.  4244]**
> **Hearing Date/Time: April 10, 2026 at 10:00 a.m. ET**

Judge Sherwood:

We write in our capacity as independent counsel to the AIRN Liquidation Trust Advisory Board ("**Advisory Board**") regarding the *Motion for Entry of Order Approving Updated Compensation Plan* (ECF Dkt. No. 4244, "**Compensation Motion**"), filed by AIRN Liquidation Trust Co., LLC, in its capacity as the Liquidation Trustee of the AIRN Liquidation Trust ("**Ward**"), and JR Budd Co., Inc. ("**Budd**"), in its capacity as the Wind-Down CEO (as defined in the Plan).  Ward and Budd are hereinafter referred to collectively as the "**Movants**".

Late yesterday, Warren Usatine of Cole Schotz P.C., counsel to Budd, filed a letter [ECF No. 4304] (the "**Budd April 8 Letter**") asserting a number of unfounded contentions regarding the Advisory Board's good-faith efforts to resolve issues relating to Budd's compensation—matters over which the Advisory Board is granted exclusive authority under the Plan Documents and Confirmation Order.  The Advisory Board reserves all rights with respect to the assertions raised in the Budd April 8 Letter and will address them as appropriate at the hearing the Court has scheduled on the Compensation Motion for April 10, 2026 at 10:00 a.m. **("April 10 Hearing").**

okinhollander.com



Chambers of the Honorable John K. Sherwood,
United States Bankruptcy Judge
District of New Jersey
April 9, 2026
Page 2

Earlier on April 8, 2026, the Advisory Board filed a letter [ECF Dkt No. 4302] ("**Advisory Board April 8 Letter**"), setting forth an amended compensation arrangement that the Advisory Board is prepared to approve for Budd (the "**April 4 Proposal**," as defined therein). That proposal materially improves upon Budd's current compensation arrangement memorialized in the Budd Consulting Agreement [1]—an agreement the Advisory Board previously approved, at Budd's request and on the advice of Ward and other retained professionals, in **October 2023**

The Budd April 8 Letter attaches a document transmitted by Budd to the Advisory Board (the "**Budd April 7 Counter**") purporting to set forth a counterproposal to the Advisory Board's April 4 Proposal.  Although the Budd April 7 Counter asserts that its aggregate compensation "is less than the Dempsey Plan," the Advisory Board's analysis, performed in concert with its independent compensation consultant, demonstrates otherwise. In any event, the Advisory Board respectfully submits that any assessment of the reasonableness or appropriateness of the Budd April 7 Counter must be conducted against the compensation arrangement Budd actually negotiated and which the Advisory Board approved in October 2023, not against a hypothetical plan designed by Budd in collaboration with a consultant he retained and directed.

Attached hereto as **Exhibit AB-22** and **Exhibit AB-23** are demonstrative charts reflecting, respectively, side-by-side analyses of Budd's aggregate estimated compensation over five and eight-year period commencing August 25, 2025, assuming, consistent with the projections prepared by Budd and the Wind-Down Personnel, Total Net Cash Proceeds of $270,660,000. These exhibits compare: (i) the compensation arrangement set forth in the Budd Consulting Agreement; (ii) the amended compensation arrangement the Advisory Board is prepared to approve, as outlined in the April 4 Proposal (reflected in the column titled "**Advisory Board Proposed Compensation Arrangement**"); (iii) the compensation arrangement reflected in the Budd April 7 Counter (reflected in the column titled "**Budd Counter Proposed Compensation Arrangement**"); and (iv) the compensation arrangement the Movants seek to impose, over the Advisory Board's objections (reflected in the column titled "**Budd Compensation Arrangement (Dempsey Plan)**").

The Advisory Board submits these demonstrative exhibits for the Court's consideration in connection with the April 10 Hearing and the Court's adjudication of the Compensation Motion, and in furtherance of the Court's direction that the Advisory Board keep the Liquidation Trust Beneficiaries generally apprised of material developments and proposed resolutions.

---

[1]   A copy of the Budd Consulting Agreement is attached to the Advisory Board's opposition to the Compensation Motion [ECF Dkt. No. 4274] as Exhibit AB-1



For the reasons set forth in the papers filed by the Advisory Board in opposition and with respect to the Compensation Motion[2], the Advisory Board respectfully submits that the Court should deny the Compensation Motion as it relates to Budd and reaffirm the Advisory Board's exclusive authority with respect to Budd compensation under the Plan Documents and Confirmation Order.  Following such reaffirmation, the Advisory Board will formally act to authorize and approve implementation of the amended compensation arrangement  generally outlined in the Advisory Board April 8 Letter and the attachments thereto.

Should the Court require additional information, the Advisory Board stands ready to assist.


Respectfully submitted,

**OKIN HOLLANDER LLC**

*Margreta Morgulas*

Margreta M. Morgulas

---

[2]  *See* ECF Dkt Nos. 4274, 4289, and 4302.